CO-386-online
10/03

# United States District Court
# For the District of Columbia

TAKEDA PHARMACEUTICAL CO. LTD.  )
1-1, Doshomachi 4-chome  )
Chuo-ku, Osaka 540-8645  JAPAN  )
  )
  )
                        Plaintiff  )    Civil Action No._____
           VS  )
  )
HON. JON W. DUDAS  )
Under Secretary of Commerce for Intellectual  )
Property and Director of the United States  )
Patent and Trademark Office  )
Madison Building  )
600 Dulany Street          Defendant  )
Alexandria, VA 22314

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   TAKEDA PHARMACEUTICAL CO. LTD.   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   TAKEDA PHARMACEUTICAL CO. LTD.   which have

any outstanding securities in the hands of the public:

None.


These representations are made in order that judges of this court may determine the need for recusal.


Attorney of Record

_____
Signature

DC Bar No. 472453                           C. Edward Polk, Jr.
BAR IDENTIFICATION NO.                      Print Name

                                            3000 K Street, N.W.
                                            Address

                                            Washington,   DC          20007
                                            City          State       Zip Code

                                            (202) 672-5300
                                            Phone Number