UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAKEDA PHARMACEUTICAL CO. LTD.
1-1, Doshomachi 4-chome
Chuo-ku, Osaka 540-8645,

       Plaintiff

v.

HON. JON W. DUDAS
Under Secretary of Commerce for Intellectual
Property and Director of the United States
Patent and Trademark Office
Madison Building
600 Dulany Street
Alexandria, VA 22314,

       Defendant

Civil Action No. 1:06CV01640

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.2(d), C. Edward Polk, Jr., counsel for Plaintiff Takeda Pharmaceutical Co. Ltd. in this matter, and a member in good standing of the bar of this Court, respectfully moves for admission of Stephen B. Maebius *pro hac vice* as counsel for Plaintiff.

1.    Mr. Maebius acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct, if he is admitted *pro hac vice*. Mr. Maebius has not been admitted *pro hac vice* to this court within the last two years and has not been disciplined by any bar.

2.    Mr. Maebius is an active member in good standing of the bar of the District of Columbia. Mr. Maebius is also an active member of the bar of Virginia.

3.    In accordance with Local Rule 7(c), a proposed order is attached hereto.

WHEREFORE, C. Edward Polk, Jr. respectfully requests that this Court admit Stephen B. Maebius *pro hac vice* for the purposes of appearing as counsel for Takeda Pharmaceutical Co. Ltd. in this case.

                                            Respectfully submitted,

                                            By: /s/ C. Edward Polk, Jr.
                                            C. Edward Polk, Jr.
                                            DC Bar No. 472453
                                            FOLEY & LARDNER LLP
                                            Washington Harbour
                                            3000 K Street, N.W., Suite 500
                                            Washington, D.C. 20007-5143
                                            202-672-5300
                                            202-672-5399 (facsimile)

                                            Dated: October 9, 2006

Dated: October 9, 2006                           Respectfully submitted,

                                                        _____
                                                         FOLEY & LARDNER LLP
                                                         Washington Harbour
                                                         3000 K Street, N.W., Suite 500
                                                         Washington, D.C. 20007-5143
                                                         202.672.5300

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAKEDA PHARMACEUTICAL CO. LTD.
1-1, Doshomachi 4-chome
Chuo-ku, Osaka 540-8645,

        Plaintiff

    v.

HON. JON W. DUDAS
Under Secretary of Commerce for Intellectual
Property and Director of the United States
Patent and Trademark Office
Madison Building
600 Dulany Street
Alexandria, VA 22314,

        Defendant

Civil Action No. 1:06CV01640

### DECLARATION OF STEPHEN BRADFORD MAEBIUS

I, Stephen Bradford Maebius, hereby declare and state as follows:

1. I am one of the attorneys for plaintiff Takeda Pharmaceutical Co. Ltd. I am a resident of the Commonwealth of Virginia. I desire to be admitted *pro hac vice* in the above matter.

2. I am a partner with the law firm of Foley & Lardner LLP and work in our D.C. offices located at 3000 K. Street, N.W., Suite 500, Washington, D.C. 20007-5109 where my phone number is (202) 672-5569.

3. I am admitted to the bar of the District of Columbia and the bar of Virginia. I am a member in good standing of these bars.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction and I have not been disciplined in any bar.

5. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

6. I engage in the practice of law from the Foley & Lardner LLP office located in the District of Columbia at 3000 K. Street, N.W., Suite 500 and am a member of the District of Columbia Bar.

Executed on October 9, 2006 in Washington, DC.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
STEPHEN BRADFORD MAEBIUS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

TAKEDA PHARMACEUTICAL CO. LTD.
1-1, Doshomachi 4-chome
Chuo-ku, Osaka 540-8645,

       Plaintiff

  v.

HON. JON W. DUDAS
Under Secretary of Commerce for Intellectual   Civil Action No. 1:06CV01640
Property and Director of the United States
Patent and Trademark Office
Madison Building
600 Dulany Street
Alexandria, VA 22314,

       Defendant
_____

**PROPOSED ORDER**

Upon consideration of the motion and attachment thereto of C. Edward Polk, Jr. (D.C. Bar No. 472453), an active member of the Bar of this Court, for the admission *pro hac vice* of Stephen B. Maebius, and for good cause shown, it is, this _____ day of _____, 2006,

3

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Stephen B. Maebius is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
Judge Richard W. Roberts,
United States District Court
   for the District of Columbia