UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
TAKEDA PHARMACEUTICAL CO. LTD.
1-1, Doshomachi 4-chome
Chuo-ku, Osaka 540-8645,

       Plaintiff

  v.

HON. JON W. DUDAS
Under Secretary of Commerce for Intellectual
Property and Director of the United States
Patent and Trademark Office
Madison Building
600 Dulany Street
Alexandria, VA 22314,

       Defendant

Civil Action No. 1:06CV01640

**PROPOSED ORDER**

Upon consideration of the motion and attachment thereto of C. Edward Polk, Jr. (D.C. Bar No. 472453), an active member of the Bar of this Court, for the admission *pro hac vice* of Stephen B. Maebius, and for good cause shown, it is, this _____ day of _____, 2006,

3

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Stephen B. Maebius is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
Judge Richard W. Roberts,
United States District Court
  for the District of Columbia

4