UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAKEDA PHARMACEUTICAL CO. LTD.
1-1, Doshomachi 4-chome
Chuo-ku, Osaka 540-8645,

        Plaintiff

    v.

HON. JON W. DUDAS
Under Secretary of Commerce for Intellectual
Property and Director of the United States
Patent and Trademark Office
Madison Building
600 Dulany Street
Alexandria, VA 22314,

        Defendant

Civil Action No. 1:06CV01640

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.2(d), C. Edward Polk, Jr., counsel for Plaintiff Takeda Pharmaceutical Co. Ltd. in this matter, and a member in good standing of the bar of this Court, respectfully moves for admission of Harold C. Wegner *pro hac vice* as counsel for Plaintiff.

    1.    Mr. Wegner acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct, if he is admitted *pro hac vice*. Mr. Wegner has not been admitted *pro hac vice* to this court within the last two years and has not been disciplined by any bar.

    2.    Mr. Wegner is an active member in good standing of the bar of the District of Columbia. Mr. Wegner is also an active member of the bars of the Federal Circuit, the Supreme Court, and is an inactive member of the bar of Virginia.

WASH_1694745.1

3. In accordance with Local Rule 7(c), a proposed order is attached hereto.

WHEREFORE, C. Edward Polk, Jr. respectfully requests that this Court admit Harold C. Wegner *pro hac vice* for the purposes of appearing as counsel for Takeda Pharmaceutical Co. Ltd. in this case.

Respectfully submitted,

By: /s/ C. Edward Polk, Jr.
C. Edward Polk, Jr.
DC Bar No. 472453
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
202-672-5300
202-672-5399 (facsimile)

Dated: October 10, 2006

Dated: October 10, 2006

Respectfully submitted,

FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
202.672.5300

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAKEDA PHARMACEUTICAL CO. LTD.
1-1, Doshomachi 4-chome
Chuo-ku, Osaka 540-8645,

        Plaintiff

        v.

HON. JON W. DUDAS
Under Secretary of Commerce for Intellectual
Property and Director of the United States
Patent and Trademark Office
Madison Building
600 Dulany Street
Alexandria, VA 22314,

        Defendant

Civil Action No. 1:06CV01640

### DECLARATION OF HAROLD CLAUS WEGNER

I, Harold Claus Wegner, hereby declare and state as follows:

1.     I am one of the attorneys for plaintiff Takeda Pharmaceutical Co. Ltd. I am a resident of the Commonwealth of Virginia. I desire to be admitted *pro hac vice* in the above matter.

2.     I am a partner with the law firm of Foley & Lardner LLP and work in our D.C. offices located at 3000 K. Street, N.W., Suite 500, Washington, D.C. 20007-5109 where my phone number is (202) 672-5571.

3.     I am admitted to the bars of the District of Columbia, the Federal Circuit, the Supreme Court and I am an inactive member of the Virginia Bar. I am a member in good standing of these bars.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction and I have not been disciplined in any bar.

5. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

6. I engage in the practice of law from the Foley & Lardner LLP office located in the District of Columbia at 3000 K. Street, N.W., Suite 500 and am a member of the District of Columbia Bar.

Executed on October 10, 2006 in Washington, DC.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
HAROLD CLAUS WEGNER