## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD.<br>1-1, Doshomachi 4-chome<br>Chuo-ku, Osaka 540-8645 JAPAN<br><br>Plaintiff,<br><br>v.<br><br>HON. JON W. DUDAS<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States<br>Patent and Trademark Office<br>Madison Building<br>600 Dulany Street<br>Alexandria, VA 22314,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06CV01640 RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ERRATA SHEET

Plaintiff Takeda Pharmaceutical Company Limited hereby submits an Errata Sheet

including Certificate of Service for the motion to admit Stephen Bradford Maebius *pro hac vice*,

the certificate being inadvertently omitted from the original filing.

Dated: October 11, 2006

Respectfully submitted,

C. Edward Polk, Jr. (DC Bar No. 472453)
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC 20007
(202) 672-5300
Attorney for Plaintiff

Address for mail:
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC 20007
(202) 672-5300