## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, I caused copies of the foregoing Motion for the Admission of Counsel *Pro Hac Vice* and Errata Sheet to be served on the following in the manner indicated:

Office of the General Counsel (by registered mail)
United States Patent and Trademark Office
P.O. Box 15667
Arlington, VA 22215

Kenneth L. Wainstein (by registered mail)
United States Attorney for the District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20503

Alberto Gonzales (by registered mail)
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

I hereby certify that on October 11, 2006 I further caused copies of the foregoing Errata Sheet and Notices of Service to be served on the following individual by first class mail as required by the reexamination statute:

E. Thomas Wheelock (by first class mail)
14188 Stanford Court
Los Altos Hills, CA  94022

Rachel E. O'Connor