IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD.<br>1-1, Doshomachi 4-chome<br>Chuo-ku, Osaka 540-8645 JAPAN<br><br>    Plaintiff,<br><br>       v.<br><br>HON. JON W. DUDAS<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States<br>Patent and Trademark Office<br>Madison Building<br>600 Dulany Street<br>Alexandria, VA 22314,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06CV01640 RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ERRATA SHEET

Plaintiff Takeda Pharmaceutical Company Limited hereby submits an Errata Sheet including Certificate of Service for the motion to admit Harold Claus Wegner *pro hac vice*, the certificate being inadvertently omitted from the original filing.

Dated: October 11, 2006

                   Respectfully submitted,

                   _____
                   C. Edward Polk, Jr. (DC Bar No. 472453)
                   FOLEY & LARDNER LLP
                   3000 K Street, N.W.
                   Washington, DC 20007
                   (202) 672-5300
                   Attorney for Plaintiff

Address for mail:
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC 20007
(202) 672-5300

WASH_1704202.1