UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HON. JON W. DUDAS, ) <br>    Under-Secretary of Commerce for ) <br>    Intellectual Property and Director of ) <br>    the Patent and Trademark Office ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06cv1640 (RWR) |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

   /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843