UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS, )<br>    Under-Secretary of Commerce for )<br>    Intellectual Property and Director of )<br>    the Patent and Trademark Office )<br>)<br>Defendant. )<br>) | Civil Action No. 06cv1640 (RWR) |

**MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, the Honorable Jon W. Dudas, Director of the Patent and Trademark Office, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a 45 day enlargement of time, to January 11, 2007, to file an Answer or otherwise respond to the Complaint in the above-captioned matter. In support of this motion, Defendant states as follows:

1.  Plaintiff filed a civil action on September 22, 2006, seeking review of a decision by the Board of Patent Appeals rejecting a patent application by Plaintiff.

2.  Defendant's response is currently due on Monday, November 27, 2006.

3.  An enlargement is needed because the undersigned Assistant United States Attorney has only recently received the administrative record in this matter and is unable to prepare a response due to his involvement in other matters, including but not limited to preparing dispositive and procedural motions in Tolbert-Smith v Bodman, 06cv1216 (RWR); a dispositive motion in Smith v. United States, 06cv00633 (RBW); and extensive discovery in the complex commercial litigation matter Ascom, et al. v. United States Postal Service, 00cv1401 and

00cv2089 (PLF).  Due to the intervening holidays, the requested enlargement of 45 days is necessary to allow Defendant's counsel to prepare an appropriate response.

4. Pursuant to Local Rule 7(m), counsel for the Defendant attempted to contact Plaintiff's counsel to discuss the above motions.  However, Plaintiff's counsel had not returned the voice mail message at the time of filing this Motion.

For the foregoing reasons, Defendant respectfully requests that the Court enlarge the time to respond to the Complaint up to and including January 11, 2007.

Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS, )<br>   Under-Secretary of Commerce for )<br>   Intellectual Property and Director of )<br>   the Patent and Trademark Office )<br>)<br>Defendant. )<br>) | Civil Action No. 06cv1640 (RWR) |

## **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, and any Opposition thereto, it is this _____ day of _____, 2006

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint on or before January 11, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE