IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS )<br>Under Secretary of Commerce for Intellectual )<br>Property and Director of the United States )<br>Patent and Trademark Office )<br>)<br>Defendant. )<br>) | Civil Action No. 06cv 1640 (RWR) |

**RESPONSE TO MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff Takeda Pharmaceutical Company Limited respectfully informs the Court that it does not oppose Defendant's motion to extend the time to file an Answer or otherwise respond to the Complaint filed in this case.

Dated: November 28, 2006

Respectfully submitted,

  /s/   C. Edward Polk, Jr.
C. Edward Polk, Jr. (DC Bar No. 472453)
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC 20007
(202) 672-5300

Attorney for Plaintiff