IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HON. JON W. DUDAS  )<br>Under Secretary of Commerce for Intellectual  )<br>Property and Director of the United States  )<br>Patent and Trademark Office  )<br>)<br>Defendant.  ) | Civil Action No. 06cv 1640 (RWR) |

## JOINT MOTION FOR A BRIEFING SCHEDULE

Plaintiff, Takeda Pharmaceutical Company Limited and Defendant, the Honorable Jon W. Dudas, Director of the Patent and Trademark Office hereby jointly move for a summary judgment briefing schedule. In support of this motion, the parties state as follows:

1. Plaintiff filed a civil action on September 22, 2006, seeking review of a decision by the Board of Patent Appeals & Interferences rejecting a patent application by Plaintiff.

2. Defendant's response was due on Monday, November 27, 2006, at which time Defendant moved for additional time to respond to Plaintiff's complaint. Plaintiff did not oppose this motion.

3. Since this time, counsel for the parties have conferred and agree that this case is amenable to summary judgment.

4. The parties propose the following briefing schedule, which is included in the proposed order included with this motion:

| Proposed Date | Filing |
|---|---|
| January 12, 2006 | Plaintiff's motion for summary judgment |
| February 12, 2007 | Defendant's response and cross-motion for summary judgment |
| March 12, 2007 | Plaintiff's reply and opposition |
| April 2, 2007 | Defendant's reply |

5.   Plaintiff expects to file an expert declaration with its motion for summary judgment and the parties agree that, if needed, Defendant should have the opportunity to depose Plaintiff's expert, which may require modification of the proposed briefing schedule.

6.   Defendant requests modification of its request for enlargement of time to answer or otherwise respond to the complaint to conform to the present motion.


Dated: December 12, 2006


| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Darrell C. Valdez | /s/ C. Edward Polk, Jr. |
| Darrell C. Valdez, DC Bar No. 420232 | C. Edward Polk, Jr., DC Bar No. 472453 |
| Assistant United States Attorney | FOLEY & LARDNER LLP |
| Judiciary Center Building | 3000 K Street, N.W. |
| 555 4th St., N.W., Civil Division | Washington, DC 20007 |
| Washington, D.C. 20530 | (202) 672-5300 |
| (202) 307-2843 | |
| Attorney for Defendant | Attorney for Plaintiff |