# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS )<br>Under Secretary of Commerce for Intellectual )<br>Property and Director of the United States )<br>Patent and Trademark Office )<br>)<br>Defendant. ) | Civil Action No. 06cv 1640 (RWR) |

## ORDER

Upon consideration of the Joint Motion for a briefing schedule, it is this _____ day of _____, 2006

ORDERED that the motion is GRANTED, and it is further

ORDERED that:

(1)     Plaintiff shall file its summary judgment motion on or before January 12, 2006;

(2)     Defendant shall file its opposition and cross-motion for summary judgment on or before February 12, 2007;

(3)     Plaintiff shall fill its opposition and reply on or before March 12, 2007; and

(4)     Defendant shall file its reply on or before April 2, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE