IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS )<br>Under Secretary of Commerce for Intellectual )<br>Property and Director of the United States )<br>Patent and Trademark Office )<br>)<br>Defendant. ) | Civil Action No. 1:06-cv-1640-TFH |

## MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Takeda Pharmaceutical Company Limited ("Takeda"), hereby moves for an amendment to the Scheduling Order to extend all dates in the summary judgment briefing schedule by one week. In support of this motion, Takeda states as follows:

1. On December 12, 2006, the parties jointly moved for a summary judgment briefing schedule.

2. This Court granted the parties' motion on January 8, 2007.

3. Despite its best efforts, Counsel for Takeda had unexpected delays during the holiday coordinating with its technical expert and in preparing her expert declaration.

4. Counsel for the defendant (The Honorable Jon W. Dudas) consents to the proposed modification of the Scheduling Order, which is included in the proposed order included with this motion.

5. If granted, the new briefing schedule would be as follows:

| New Proposed Date | Filing |
| --- | --- |
| January 19, 2007 | Plaintiff's motion for summary judgment |
| February 19, 2007 | Defendant's response and cross-motion for summary judgment |
| March 19, 2007 | Plaintiff's reply and opposition |
| April 9, 2007 | Defendant's reply |

6. Plaintiff expects to file an expert declaration with its motion for summary judgment and the parties agree that, if needed, Defendant should have the opportunity to depose Plaintiff's expert, which may require further modification of the Scheduling Order.

Dated: January 10, 2007

Respectfully submitted,

   /s/   C. Edward Polk, Jr.
C. Edward Polk, Jr., DC Bar No. 472453
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC 20007
(202) 672-5300

Attorney for Plaintiff