IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-1640-TFH |
| ) | |
| HON. JON W. DUDAS ) | |
| Under Secretary of Commerce for Intellectual ) | |
| Property and Director of the United States ) | |
| Patent and Trademark Office ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Motion to Amend Scheduling Order, it is this _____ day of _____, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that:

(1)    Plaintiff shall file its summary judgment motion on or before January 19, 2007;

(2)    Defendant shall file its opposition and cross-motion for summary judgment on or before February 19, 2007;

(3)    Plaintiff shall fill its opposition and reply on or before March 19, 2007; and

(4)    Defendant shall file its reply on or before April 9, 2007.

_____
THOMAS F. HOGAN
CHIEF JUDGE