IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD. )<br>1-1, Doshomachi 4-chome )<br>Chuo-ku, Osaka 540-8645 JAPAN )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>HON. JON W. DUDAS )<br>Under Secretary of Commerce for Intellectual )<br>Property and Director of the United States )<br>Patent and Trademark Office )<br>Madison Building )<br>600 Dulany Street )<br>Alexandria, VA 22314, )<br>)<br>   Defendant. )<br>) | Civil Action No. 1:06CV01640TFH |

## **ORDER**

This _____ day of _____, 2007, Plaintiff Takeda Pharmaceutical Co. Ltd., having moved for summary judgment for issuance of a reexamination certificate for U.S. patent number 5,583,216 based upon errors in the decision of the United States Patent and Trademark Office, after considering the motion and accompanying papers and having concluded that good grounds exist for the requested relief, now therefore,

IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment is granted.

_____
United States District Judge