# Exhibit 1



Exponent
420 Lexington Avenue
Suite 1740
New York, NY 10170

telephone 212-895-8100
facsimile 212-895-8199
www.exponent.com

## Angelina J. Duggan, Ph.D.
**Managing Scientist**

**Professional Profile**

Dr. Angelina Duggan is a Managing Scientist in Exponent's Health Sciences practice. She is an organic chemist and toxicologist with more than 25 years experience in pharmaceutical and agrochemical product development and global regulatory affairs that includes process manufacturing chemistry and the organization and project management of multi-disciplinary technical teams. Dr. Duggan integrates toxicology, biomonitoring, exposure, physicochemical and epidemiology data for FIFRA and TSCA registrations and risk assessments. She also provides technical support for agrochemical and pharmaceutical discovery and process patents, data compensation, and due diligence evaluations of toxicology and product chemistry databases.

Dr. Duggan is an expert in endocrine disruption and children's health science and was appointed by EPA to the Endocrine Disruption Screening and Testing Advisory Committee (EDSTAC) and the Children's Health Protection Advisory Committees. She has advised task forces and led technical project teams on cancer risk assessment, farm family risk, worker exposure and pesticide human testing. Before joining Exponent, Dr. Duggan provided scientific guidance for Washington DC trade associations and pesticide and chemical manufacturers and formulators, regarding EPA and State regulations and human health science and policy.

Dr. Duggan effectively communicates risk assessment and policy to scientists and non-scientists and is accomplished in media relations, including interviews with the trade and popular press. She has presented and provided written public comments to EPA workshops and Science Advisory Panels and Boards. Dr. Duggan has also authored and organized the submission of numerous technical and regulatory science policy papers to EPA's Public Docket. Her project management experience includes multi-disciplinary litigation teams, discovery R&D and process chemistry, regulatory affairs, global safety and product stewardship audits, and presenting agrochemical product profiles to EPA, Latin American, European, and Asian regulators. She has also developed and implemented agrochemical biotechnology and discovery screening strategic plans.

**Credentials and Professional Honors**

N.I.H. Postdoctoral Fellow: Natural Products Synthesis, Isolation and Structure Elucidation, Cornell University, 1976
Ph.D., Marine Natural Products, Synthetic Organic Chemistry, Rutgers University, 1974
N.I.H. Predoctoral Fellow, Rutgers University, 1972-1974
M.S., Organic Chemistry, Rutgers University, 1972
B.A., Biology and Chemistry Rutgers University (with honors), 1967

01/07

**Prior Experience**

Human Health Science and Policy Leader and Director Science Policy, CropLife America (formerly America Crop Protection Association), 1999–2005
Global R&D Development and Regulatory Affairs Manager, FMC Corporation Agricultural Products Group, 1994–1999
Discovery Manager External Resources and Screening, FMC Corporation Agricultural Products Group, 1991–1994
New Leads Discovery Manager, FMC Corporation Agricultural Products Group, 1988–1991
Synthesis Manager, Insecticides, FMC Corporation Agricultural Products Group, 1985–1988
Senior Discovery Research Chemist, FMC Corporation Agricultural Products Group, 1983–1985
Process Research Senior Chemist, Merck, 1977–1983
Process and Medicinal Research Senior Chemist, Smith Kline French/Beecham, 1976–1977
Associate Chemist, Hoffmann-La Roche, 1967-1972

**Publications**

Duggan A, Snedeker S, Zambrone F.  Sessions on the toxicology of agricultural exposures and cancer. Scandinavian Journal of Work, Environment and Health 2005; 31:119.

Charnley G, Chukwudebe A, Chen W, Duggan A, Hawk R, Krieger RI, Ross J, Yarborough C. Di-alkyl phosphate biomonitoring data:  Assessing cumulative exposure to organophosphate pesticides.  Regulatory Toxicology and Pharmacology 2003; 37:382.

Cardona R, Duggan A, Gordon E, Stevens E, Tobia A.  ACPA perspective on EPA's cancer risk assessment policy in light of the proposed 1996 guidelines for carcinogen risk assessment.  Risk Policy Report, September 22, 2000.

Hughes PR, Wood HA, Breen JP, Simpson SF, Duggan AJ, Dybas JA.  Enhanced bioactivity of recombinant baculovirus expressing insect-specific spider toxins in lepidopteran crop pests. Journal of Invertebrate Pathology 1997; 69:112.

Duggan AJ, Grabowski EJJ, and Russ WK Jr.  Phase—transfer mediated heteroaromatic nucleophilic substitution: introduction of a beta-adrenergic blocking moiety.  Synthesis 1981; 573.

Adams MA, Duggan AJ, Smolanoff J, Meinwald J.  The total synthesis of (+/-) pederamide. Journal of the American Chemical Society 1979; 101:5374.

Duggan AJ, Roberts FE.  A facile preparation of a VOC reagent, vinyl phenylthiocarbonate. Tetrahedron Letters 1979; 595.

Adams MA, Duggan AJ, Meinwald J.  Synthesis of ethyl 1,3,6-trioxaspiro-(4.5) decane-4-carboxylate derivatives from *delta* - lactones (preparation of 2-methoxy-2- glycolamide-tetrahydro-2H-pyran; elaboration of pederamide side chain).  Tetrahedron. Letters 1978; 4327.



Adams MA, Brynes PJ, Duggan AJ, Meinwald J.  Reaction of enolate anions with lactones.  Tetrahedron Letters 1978; 4323.

Duggan AJ, Hall SS, Weber GF.  Relative reactivity of substituted 2-alkoxy and 2-phenoxy-3,4-dihydro-2H-pyrans with tert-butyl hypochlorite: Effect of substituents on reactivity and products.'  Journal of Organic Chemistry 1978; 43:667.

Duggan AJ, Hall SS.  Addition of tert-butyl hypohalites to 3,4-dihydro-2H-pyran and its 2-alkoxy 6-methyl derivatives in hydroxylic solvents.  Journal of Organic Chemistry 1977; 42:1057.

Duggan AJ, Eisner T, Kinnel R, Meinwald J, Miura I.  Panacene:  An aromatic bromoallene from a sea hare *(Aplysia brasiliana).*  Tetrahedron Letters 1977; 3913.

Adams MA, Duggan AJ, Meinwald J.  An adventitious synthesis of pederolactone. Heterocycles 1977; 7:989.

Duggan AJ, Hall SS.  3-Alkoxy-2-oxanorcarenes:  synthesis of cyclopropanes from labile olefins using an improved lithium ammonia reduction procedure on the dichlorocarbene adducts.  Journal of Organic Chemistry 1975; 40:2238.

Duggan AJ, Hall SS.  The chemistry of 2-alkoxy-3,4-dihydro-2H-pyrans III: synthesis and solvolysis of the dichiorocarbene adducts 3-alkoxy-2-oxa-7,7-dichloro- norcaranes.  Journal of Organic Chemistry 1975; 40:2234.

Duggan AJ, Hall SS.  The Chemistry of 2-aIkoxy~3,4-dihydro-2H-pyrans II:  addition of dimethyl acetylenedicarboxylate.  Journal of Organic Chemistry 1974; 39:3432.

Borer R, Duggan AJ, Muller R, Rosenberger M, Saucy G.  Steroid total synthesis part 8; (+/-) - Estr4-ene-3,17- dione.  Helvetica Chemica Acta 1972; 55:2663.

Duggan AJ, Rosenberger M, Saucy G.  Steroid total synthesis part 7;  (**+/-**) -Estr-4-ene-3, 17-dione and (j) 1 3-ethyl-gon-4-ene-3, 1 7-dione.  Helvetica Chemica Acta 1972; 55:1333.

Rosenberger M, Andrews D, DiMaria F, Duggan AJ, Saucy G.  Synthesis of delta-lactones from gluteraldehyde. Helvetica Chemica Acta 1972; 55:249.

**Patents**

Duggan AJ, Engel JF, Lutomski KA.  Benzoheterocyclyl ketone hydrazone insecticides.  U.S. Patent No. 4,895,871, 1989.

Duggan AJ.  Pyrazoline insecticides.  U.S. Patent No. 4,767,779, 1988.

Duggan AJ.  Vinyl Phenylthiocarbonate.  U.S. Patent No. 4,622,408, 1986.



Duggan AJ, Webb RL.  New process for preparing hydroxyphenylpyridazinones.  U.S. Patent No. 4,272,440, 1978

**Selected Presentations**

Duggan A.  Interpreting biomonitoring in the context of risk assessment, introductory remarks.  Society of Risk Analysis, Baltimore, MD, December 2006.

Duggan A.  Regulatory science and risk assessment of endocrine-active substances.  Presented at the IUPAC –KSPS International Workshop on Pesticides 2003, Seoul, Korea, October 2003.

Duggan A.  Putting the toxicology and risk assessment of approved organic pesticides in perspective.  Presented at the American Chemical Society National Meeting, New Orleans, LA, March 2003.

Duggan A.  Toxicology rappateur.  International Symposium on Agricultural Exposures and Cancer.  Presented at Oxford University, Oxford, UK, November 2002.

Duggan A.  The value of human data in conducting safety assessments.  Presented at Chemicals Manufacturers and Distributor Association (CPDA) Annual Meeting, Washington, D.C., February 2001.

Duggan, A.  What are the actual risks to children and EPA regulation of pesticides.  Presented and moderated expert panel discussion on children's health issues at the Responsible Industry for a Sound Environment (RISE) Annual Meeting, Palm Springs, FL, September 2001.

Duggan A.  FQPA science and policy implications.  Presented to the Agricultural Company and Banana Company Task Force, San Jose, Costa Rica,  May 2000.

Duggan A.  Industry perspective: to what extent have we known about endocrine disruption chemicals? Presented and participated on panel discussion, 3rd International Symposium on Environmental Endocrine Disrupters, co-sponsored by the Japan Society of Endocrine Disrupter Research (JSEDR) and the Japan Environment Agency (JEA), Yokohama, Japan, December, 2000.

Duggan A.  US and EU endocrine disruption policy—implications for Japan and Children's health initiatives:  potential emerging global policy issue.  Presented to the Japanese Chemical Industry Association (JCIA) Tokyo, Japan,  December 2000.

Duggan A.  Endocrine Disruption Screening and Testing Committee (EDSTAC) update on priority setting.  Presented at Chemical Manufacturers Association (now known as the American Chemistry Council, ACC) Endocrine Issues Science Forum, November 1999.

Duggan A.  Evaluation of the endocrine disruption theory.  Presented at University of Hawaii, Honolulu, Hawaii, July 1998.

Duggan A.  Evaluation of the endocrine disruption theory.  Presented at Rutgers University New Brunswick, NJ, April 1998.



Duggan A.  Progress report on the Endocrine Disruption Screening and Testing Committee (EDSTAC).  Presented to Illinois EPA and Illinois Chemical Manufacturers Association, Chicago, IL, June 1997.

Duggan A.  Endocrine issues update: pesticide formulations and application systems.  Presented at American Society for Testing and Materials, Pesticide Formulations and Application Systems, San Diego, CA., October 1997.

Duggan A.  Industry perspective on the endocrine disruption theory.  Presented and participated in a panel discussion at the Responsible Industry for a Sound Environment (RISE) Annual Meeting, Washington, D.C., September, 1997.

Duggan A.  Endocrine disruption screening and testing advisory committee update.  Presented at he American Crop Protection Association (now known as CropLife America, CLA) Spring Conference, May 1997.

**Book Chapters**

Duggan A.  Putting the toxicology and risk assessment of approved organic pesticides in perspective.  American Chemical Society Symposium Series 947:  Crop Protection Products for Organic Agriculture, Environmental Health and Efficacy Assessment, 2006.

Duggan AJ.  Endocrine issues update: pesticide formulations and application systems.  18th Volume, ASTM STP 1347, Monograph of the proceedings American Society for Testing and Materials, Pesticide Formulations and Application Systems San Diego, CA, October 1997.

**Selected Published Abstracts**

Duggan A.  Regulatory science and risk assessment of endocrine-active substances.  Presented at the IUPAC–KSPS International Workshop on Pesticides 2003, Seoul, Korea, October 2003.

Duggan A.  Putting the toxicology and risk assessment of approved organic pesticides in perspective.  American Chemical Society National Meeting, New Orleans, LA, March 2003.

Duggan A.  To what extent have we known about endocrine disruption chemicals?  3rd International Symposium on Environmental Endocrine Disrupters co-sponsored by the Japan Society of Endocrine Disrupter Research (JSEDR) and the Japan Environment Agency (JEA) Yokohama, Japan, December, 2000.

**Academic Appointments**

- Adjunct Chemistry Lecturer, Rutgers University Newark, NJ (1974)

**Consulting and Advisory Appointments**

- International Society of Regulatory Toxicology and Pharmacology Board Councilor (Since 2005)

Angelina J. Duggan, Ph.D.
Page 5
01/07



- ILSI International Biomonitoring Symposium (2004)
- International Life Sciences (ILSI) CARES Steering Committee (2004–2005)
- Children's Health Protection Advisory Committee (2001–2005)
- Harvard Center for Risk Analysis Advisory Committee (2002)
- American Crop Protection Association (now CropLife America) Biotechnology Steering Committee (1997)
- EPA Endocrine Disruption Screening and Testing Advisory Committee (1996–1998)

**Peer Reviewer**

- Journal of Organic Chemistry
- Journal of Exposure Science and Environmental Epidemiology
- Regulatory Toxicology and Pharmacology
- Synthesis

**Professional Affiliations**

- American Chemical Society
- American College of Toxicology
- American Public Health Association (2004-2005)
- International Society of Regulatory Toxicology and Pharmacology
- CropLife America
- International Union of Pure and Applied Chemistry
- Phi Beta Kappa
- Sigma Xi
- Society of Toxicology



## Exponent Resume Supplement for Angelina J. Duggan, Ph.D.

**Relevant Experience**

Technical support and declarations for appeal of pharmaceutical process chemistry and manufacturing patents.

Successfully addressed toxicology and chemical degradation issues regarding a medical device.

Provided project management of multi-disciplinary technical support for chemical toxic tort litigation and contributed to the development of expert witness technical summaries.

Experienced in the preparation and issues management of chemical and pesticide registration applications to gain approvals from EPA and international regulatory authorities.  This has included EPA Pre-manufacture Notices (PMNs) and application of Read Across strategy to High Production Volume (HPV) testing.

Developed strategies and work plans to address regulatory issues for Toxic Substances Control Act (TSCA) 5e PMN from EPA Office of Pollution Prevention and Toxics (OPPT).

Experienced in conducing human health risk assessments for pesticide, industrial and fragrance chemical substances.

Experienced in preparing FDA applications to manufacture pesticide products as bulk pharmaceuticals, and UK Veterinary Medicines Directorate (VMD) applications for animal health use.

Provided Federal Insecticide and Fungicide and Rodenticide Act (FIFRA) human health risk assessment science and policy guidance for Washington DC trade pesticide association comprised of more than 50 member companies (basic and generic manufacturers), formulators, and distributors regarding crop and non-crop uses of pesticide products at both the Federal and State level.

Developed risk communications strategies and prepared documents on a broad array of EPA science and risk assessment regulations and policy: Food Quality Protection Act; human testing; cancer risk assessment; endocrine issues; developmental neurotoxicity testing (DNT); environmental exposure and disease links; children's health; and farm family exposure issues.

Experienced in media relations including interviews to trade publications and the popular press.

Managed science and regulatory projects related to human testing and cancer risk of chemicals and pesticides.

Conducted due diligence for toxicology and product chemistry regulatory studies.

Provided chemical assessment expertise to support environmental forensics.



Provided technical support to prepare pharmaceutical/agrochemical discovery and process chemistry patents.

Authored and organized science policy and technical papers for US EPA Public Docket relating to the use of human data in risk assessment, FQPA 99.9 percentile of regulation, FQPA aggregate and cumulative risk assessment, children's health, EPA's aging initiative, endocrine disruption (priority setting, screening and validation), biomonitoring, and cancer risk assessment.

Experienced in developing and optimizing new chemical processes for pilot plant and production manufacturing.

Experienced in pesticide data compensation regulations and registrations support including the development of summary spreadsheets and costing of studies.

Managed Agency negotiations to address EPA Developmental Neurotoxicity Testing Data Call-in for more than 30 organophosphate insecticides.

Completed MBA course work and provided technical regulatory and business management support for agrochemical supplier and distributor contracts.

Presented oral and written public comments on EPA regulatory science and policy to the FIFRA Science Advisory Panel, Federal Advisory Committees, EPA Science Advisory Board, and at EPA technical briefings and workshops. .

Represented pesticide and chemical industries, and provided presentations, at international symposiums for endocrine disruption, children's health, agrochemical cancer epidemiology and biomonitoring.

Project manager for development of multi-million dollar FQPA risk assessment software, the Cumulative Aggregate Risk Evaluation System (CARES).

Participated in global pesticide product stewardship and safety audits.  Met with international regulators to remediate product specific human health and environmental safety concerns.  Also authored the activity/conditions assessment checklist and criteria to audit US and international formulation/manufacturing plants and product supply/distributor business partners.

Developed risk communication documents.

Provided project management for global regulatory affairs, product safety and development, including FIFRA 6(A)(2) and international conventions such as FAO Code of Conduct, Prior Informed Consent (PIC) Persistent Organic Pollutants (POPs) and CODEX.

Provided product-specific presentations and written communications to EPA and international government authorities in Australia, Canada, Latin America (Brazil, Costa Rica, Guatamala, and Mexico), EU countries, and throughout Asia (including Korea, North Vietnam, India, China, Pakistan, Philippines, Indonesia, and Thailand) that saved multi-million dollar product registrations.

Angelina J. Duggan, Ph.D.
Page 2
01/07



Provided project management, work plans, and timelines and negotiated intellectual property agreements for university and industrial partner R&D contracts that included pharmaceutical uses of agrochemicals.

Managed strategic planning and implementation of agrochemical biotechnology and R&D discovery screening projects for natural products and synthetic chemicals.

Collaborated with laboratory and field biologists, toxicologists, metabolism and environmental scientists and business development staff to address field efficacy, toxicology and environmental safety issues and the economic viability of insecticide, fungicide and herbicide development candidates.

Secured and managed major contracts to acquire large blocks of chemicals from universities, small companies and major pharmaceutical and agrochemical companies to support automated high throughput screening laboratory.

Project manager for two $3 million dollar biotechnology discovery contracts, evaluating spider venoms and fermentation broths.  Directed research of multi-disciplinary teams of company and external scientists, which resulted in patentable new leads and genetically engineered (baculovirus) product candidates.

Managed and prepared budgets for more than two dozen scientists, involved in all phases of agrochemical discovery research and product development, that included responsibility for external research programs and robotic high throughput screening, microbiology, NMR, HPLC analysis and chemical synthesis laboratories.

Experienced in the synthesis, isolation/structure elucidation and biological screening for pharmaceutical and agrochemical uses of natural products derived from marine plants and animals (venoms) and microbial fermentation broths and plants (pharmacognosy).

Angelina J. Duggan, Ph.D.
Page 3
01/07

