# Exhibit 10

# PATENT SPECIFICATION

(11) **1366682**

**1366682**

(21) Application No. 13008/71    (22) Filed 30 April 1971
(21) Application No. 40813/71    (22) Filed 1 Sept. 1971
(21) Application No. 40814/71    (22) Filed 1 Sept. 1971
(21) Application No. 55232/71    (22) Filed 29 Nov. 1971
(23) Complete Specification filed 16 March 1972
(44) Complete Specification published 11 Sept. 1974
(51) International Classification C07D 99/14 99/24
(52) Index at acceptance
     C2A   1C1A   1C1B   1C2A   1C2B   1C2C   2C1   2E
(72) Inventors BURTON G. CHRISTENSEN
          RAYMOND A. FIRESTONE and
          DAVID B. R. JOHNSTON

(19) 

## (54) PROCESS TO PREPARE NOVEL ANTIBIOTIC INTERMEDIATES

(71)      We, MERCK & CO., INC., a corporation duly organised and existing under the laws of the State of New Jersey, United States of America, of Rahway, New Jersey, United States of America, do hereby declare the invention for which we pray that a patent may be granted to us, and the method by which it is to be performed, to be particularly described in and by the following statement:—

This invention is concerned with 7-aminodecephalosporanic acids having substituents at the 7-position, with the analogous 6-substituted compounds in the penicillin series, and with their preparation. The compounds of the present invention are useful in preparing certain antibiotics.

The compounds of this invention have the formula:

$$K-\text{(benzene ring)}-\overset{H}{\underset{O}{C}}=N-\overset{R_1}{\underset{O}{\quad}}\text{(Z)} \quad or$$

COOM

$$K-\text{(benzene ring)}-\overset{H}{\underset{O}{C}}=N-\quad\text{(Z)}$$

COOM

and the pharmaceutically active compound to which the former compounds can be converted have the formula:

$$H_2N-\overset{R_1}{\underset{O}{\quad}}\text{(Z)}$$

COOM

In these formulae, (Z) is the group

$$-\overset{|}{C}-(CH_3)_2$$

or

$$=\overset{\underset{|}{CH_2}}{C}-CH_2A,$$

$R_1$ is $C_{1-6}$ alkyl, $C_{1-6}$ alkoxy, $C_{1-6}$ alkylthio, $C_{1-6}$ alkanoyl, $C_{1-6}$ haloalkoxy, $C_{1-6}$

haloalkylthio, halo, $C_{1-6}$ haloalkyl, $C_{1-6}$ alkanoyloxy, $C_{1-6}$ $\alpha$-hydroxyalkyl, $\beta$-substituted ethyl, allyl, benzyl, nitroso, carbamoyl, $C_{1-6}$ alkoxycarbonyl, sulfo, sulfamoyl, $C_{1-6}$ alkyl-sulfo, phospho, nitro, carboxy, dithiocarboxy, carbobenzoxy, or dimethylaminomethyl,

5  where A is hydrogen, halogen, hydroxy, mercapto, cyano, $C_{1-6}$ alkanoyloxy, $C_{1-6}$ alkanoylthio, aroyloxy, aroylthio, heteroaryloxy or heteroarylthio in which the hetero ring has 5—6 members including 1—3 hetero atoms which are O, S or N or combinations thereof, azido, amino, substituted amino, carbamoyloxy, alkoxy, alkylthio, carbamoylthio, thiocarbamoyloxy, N-($C_{1-6}$ alkyl)carbamoyloxy, N-($C_{1-6}$ alkyl)thio-carbamoyloxy, N,N-di($C_{1-6}$ alkyl)carbamoyloxy, N,N-di($C_{1-6}$ alkyl)thiocarbamoyloxy,

10  quaternary ammonium, N,N-di($C_{1-6}$ alkyl)thiocarbamoyloxy, alkanoylcarbamoyloxy, hydroxyphenyl, sulfamoyloxy, alkylsulfonyloxy, or (cis-1,2-epoxypropyl)phosphono; each of G, K, and J is a hydrogen atom or a nitro, methyl sulfonyl, esterified or amidified carboxy, or cyano group; but with the proviso that at least one of G, K, and J is methyl sulfonyl, esterified or amidified carboxy, or cyano when Z is —C—$(CH_3)_2$

15  in the compounds having no $R_1$ substituent, and that at least one of G, K and J is other than hydrogen in the compounds in which $R_1$ is $C_{1-6}$ $\alpha$-hydroxyalkyl.

The compounds can be described using the following numbers to indicate ring position:



20  The nomenclature used in this application is further defined as follows. The compound



is called 7-aminocephalosporanic acid. The side chain at 3 is inherently contained in the name. By comparison, the skeleton

25



is called 7-aminodecephalosporanic acid. Derivatives of this compound which have substituents at 3- are named 7-amino-3-R-decephalosporanic acid.

In the above structural formulas, Compound IA is 7-amino-7-$R_1$-3-$CH_2A$-de-cephalosporanic acid, and Compound IB is 6-amino-6-$R_1$-penicillanic acid.

30  Among the values of A may be mentioned benzoyloxy, $p$-chlorobenzoyloxy, $p$-methylbenzoyloxy, pivaloyloxy, $l$-adamantylcarboxy, substituted amino such as alkyl-amino, dialkylamino, alkanoylamino, carbamoylamino, N-(2-chloroethylamino), 5-cyano-triazol-1-yl and 4-methoxycarbonyl-triazol-1-yl, or quaternary ammonium such

35  as pyridinium, alkylpyridinium, e.g. 3-methyl-pyridinium or 4-methyl-pyridinium, halopyridinium, e.g. 3-chloro-pyridinium, 3-bromo-pyridinium and 3-iodo-pyridinium, aminopyridinium, 4-carbamoyl-pyridinium, 4-(N-hydroxymethylcarbamoyl)pyridinium, 4-(N-carbomethoxycarbamoyl)pyridinium, 4-(N-cyanocarbamoyl)pyridinium, 4-(carb-oxymethyl)pyridinium, 4-(hydroxymethyl)pyridinium, 4-(trifluoromethyl)pyridinium, quinolinium, picolinium and lutidinium.

40  The substituent M in the above formulas can be an alkali metal, benzyl, alkanoyl-oxymethyl, alkylatedsilyl, phenalkanoyl, benzhydryl, alkoxyalkyl, alkenyl, trichloro-ethyl, hydrogen, benzoylmethyl, or methoxy.

Preferably, in the above Formulas I, IA, and IB, $R_1$ is a halogen atom or an alkyl, alkoxy, alkylthio, alkanoyl, haloalkoxy, haloalkylthio, haloalkyl or alkanoyloxy

45  group containing not more than six carbon atoms;

A is a hydrogen or halogen atom or an azido, cyano, hydroxy, alkoxy, carb-amoyloxy, thiocarbamoyloxy, N-($C_{1-6}$ alkyl)carbamoyloxy, N,N-di($C_{1-6}$ alkyl)carb-

1,366,682

amoyloxy, N-($C_{1-6}$ alkyl)thiocarbamoyloxy, N,N-di($C_{1-6}$ alkyl)thiocarbamoyloxy, alkanoyloxy, aroyloxy, mercapto, alkylthio, amino, alkylamino, alkanoylamino, hydroxy-phenyl, sulfamoyloxy, quaternary ammonium, alkylsulfonyloxy, or (cis-1,2-epoxy-propyl)phosphono radical;

and M is hydrogen or an alkali metal atom or a benzyl, alkylatedsilyl, diphenyl-methyl, alkoxyalkyl, pivaloyloxymethyl, alkenyl, trichloroethyl, benzoylmethyl, or methoxybenzyl radical.

In especially preferred compounds of the present invention, A is hydrogen, $C_{1-6}$ alkanoyloxy, heteroarylthio, carbamoyloxy, thiocarbamoyloxy, N-($C_{1-6}$ alkyl)carb-amoyloxy, N-($C_{1-6}$ alkyl)thiocarbamoyloxy, N,N-di($C_{1-6}$ alkyl)carbamoyloxy, N,N-di($C_{1-6}$ alkyl)thiocarbamoyloxy, pyridinium, alkylpyridinium, halopyridinium, or aminopyridinium; and

M is sodium, potassium, benzyl, benzhydryl, trimethylsilyl, trichloroethyl, methoxymethyl, hydrogen, benzoylmethyl, or methoxybenzyl.

The most useful compounds are those in which $R_1$ is $C_{1-6}$ alkoxy, $C_{1-6}$ alkyl, or halo;

A is hydrogen, $C_{1-6}$ alkanoyloxy, carbamoyloxy, N-($C_{1-6}$ alkyl)carbamoyloxy, N,N-di($C_{1-6}$ alkyl)carbamoyloxy, pyridinium, alkylpyridinium, halopyridinium, or aminopyridinium;

and M is sodium, potassium, trichloroethyl, benzyl, benzhydryl, methoxymethyl, or hydrogen.

The processes of this invention can be schematically represented in the following flow sheets, in which G, J, K, M, $R_1$ and Z are as defined above.



FLOW SHEET 1

In accordance with the present invention, the compounds of Formula III and IV are reacted together to produce the imino compound V. Also in accordance with the present invention, the compound of Formula V is reacted, first with an activating agent, and then with a compound (as defined below) supplying the $R_1$ group desired. The specific reactant depends on the identity of the $R_1$ group. The third process of the present invention is then the regeneration of the amino group by reaction of compound VI with an amine in the presence of an acid.

Specifically, the starting material III is either 6-amino-penicillanic acid or 7-amino-decephalosporanic acid, and the esters thereof. "—Z—" is used in formula III to represent either the group

$$—\overset{|}{C}—(CH_3)_2$$

or the group

$$\overset{—CH_2}{=\underset{|}{C}—CH_2A,}$$

4                                           1,366,682                                           4

respectively representing the penicillin or the cephalosporin structure. A and M are as defined above.

The reactant IV is a carbonyl compound that will form a stable imino derivative, which is shown as being an aromatic aldehyde, optionally having at least one $o$- or $p$-electronegative substituent J, G and/or K), e.g. nitro, methyl, halo, sulfonyl, carboxyl derivative such as ester or amide, or cyano. The preferred reactants where X is

$$\overset{\displaystyle |}{\underset{\displaystyle |}{=}}\overset{\displaystyle CH_2}{\underset{}{=}}C\!-\!CH_2A,$$

are $p$-nitrobenzaldehyde, in which J=nitro, and G=K=hydrogen, and benzaldehyde, in which J=G=K=hydrogen.

The starting material III and the aromatic aldehyde, e.g. IV, are mixed together in approximately equimolar amounts in an inert solvent. Among suitable solvents are ethanol, dioxane, acetonitrile, dimethylformamide, dimethylsulfoxide, benzene, toluene, methylene chloride and chloroform. The reaction proceeds readily at temperatures ranging from ambient to reflux temperature of the solvent. Since this condensation is an equilibrium reaction and since water is one of the products of the reaction, water is removed from active participation in further reactions by any of a number of usual methods, including azeotropic distillation, molecular sieves, chemical entrapment using such materials as potassium carbonate, magnesium sulfate, or borate esters. The particular method is dependent upon the exact parameters of the reaction. The reaction is terminated by evaporation of the solvent. The imino derivative V is then recovered and used in the next step.

The latter involves the substitution of the $R_1$ group at the carbon atom adjacent to the imino nitrogen. This reaction takes place in the presence of an inert solvent, such as those listed above, and in the additional presence of an activating agent which is an organic or inorganic base.

The activating agent can be any of a number of organic or inorganic bases, e.g. tri($C_{1-6}$ alkyl) amines such as triethylamine and diisopropyl ethylamine, pyridine, lithium $C_{1-6}$ alkyls such as $t$-butyl lithium, lithium aryls such as phenyl lithium, or sodium hydride.

The activating agent is added to the solution of compound V at a low temperature ($-100$ to $0°C$. and preferably $-100$ to $-60°C$.) and under an inert atmosphere. The amount of activating agent is sufficient to produce a strong color change in the solution. The color is an indication that the activated form of compound V is present.

The activated compound V is not isolated, but the next reagent is added directly to the reaction mixture.

The specific reagent used in the reaction with the activated compound V to result in the substitution of the chosen $R_1$ group obviously depends on the $R_1$ group desired.

The following table is of value in defining each reactant in terms of the final $R_1$ group.

### TABLE I

| | Reactant | $R_1$ |
|---|---|---|
| 1. | lower alkyl sulfate or halide | loweralkyl |
| 2. | lower alkanoyl halide | loweralkanoyl |
| 3. | lower alkyl peroxide | loweralkoxy |
| 4. | haloloweralkyl peroxide | lowerhaloalkoxy |
| 5. | loweralkyl disulfide or lower alkane sulfenyl halide | loweralkylthio |
| 6. | haloloweralkyl disulfide | lowerhaloalkylthio |
| 7. | tertbutylhypohalite or perhalomethylhypohalite or N-halosuccinimide or N-haloacetamide, or molecular halogen | halo |
| 8. | dihaloloweralkane | haloloweralkyl |
| 9. | loweralkanoyl peroxide | loweralkanoyloxy |
| 10. | $C_{1-6}$ alkanaldehyde | ($\alpha$-hydroxy)loweralkyl |
| 11. | reactive $C_{6-6}$ alkanone | ($\alpha$-hydroxy)branched loweralkyl |

5                                    1,366,682                                    5

## TABLE I (cont.)

|     | Reactant | $R_1$ |
|-----|----------|-------|
| 12. | reactive ethylene derivatives | ($\beta$-substituted)ethyl |
| 13. | allyl halide | allyl |
| 14. | benzyl halide | benzyl |
| 15. | nitrosyl halide | nitroso |
| 16. | carbamoyl halide | carbamoyl |
| 17. | loweralkylhaloformate | carboloweralkoxy |
| 18. | sulfuryl chloride | sulfo |
| 19. | sulfamoylchloride | sulfamoyl |
| 20. | loweralkylsulfonyl halide | loweralkylsulfo |
| 21. | phosphorus oxychloride | phospho |
| 22. | acetone cyanohydrin nitrate | nitro |
| 23. | carbon dioxide | carboxy |
| 24. | carbon disulfide | dithiocarboxy |
| 25. | haloformate | carbobenzoxy |
| 26. | iodomethyltrimethyl-ammonium iodide or bis-(dimethylamino)methane | dimethylaminomethyl |

The chosen reagent is added in an amount approximately equivalent to the moles of the activated compound V. The reaction proceeds immediately, as evidenced by a color change. The reaction mixture is then permitted to warm up to temperatures ranging from between 0°C. to ambient temperatures.

The terms used in Table I are elsewhere in the specification and are defined as follows:

"Loweralkyl" refers to an alkyl group having 1—6 carbon atoms.

"Loweralkanoyl" and "loweralkoxy" refer to a carbon chain of 1—6 carbon atoms.

"Halide", "halo", and "halite" are used to mean chlorine, bromine, fluorine, and iodine. Different halogens can be present in the same residue if more than one is indicated.

"Peroxide" indicates a compound having a —O—O— residue.

"Disulfide" indicates a —S—S— residue in a compound.

"Loweralkanoyl peroxide" is used to mean a compound of the formula

$$\underset{\underset{R-C-O-O-C-R}{\overset{\|}{}}}{\overset{O\qquad\qquad O}{}}$$

wherein R is loweralkyl having 1—6 carbon atoms.

"Loweralkyl aldehyde" is used to mean an aldehyde of the formula

$$R-CHO$$

wherein R is H or an alkyl group of 1—6 carbon atoms.

"($\alpha$-Hydroxy)loweralkyl" is used to mean a group of the formula

$$-CHR-OH$$

wherein R is hydrogen or alkyl having 1—6 carbon atoms.

"Reactive loweralkyl ketone" is used to mean a ketone of the formula

$$R'-CO-R''$$

wherein one of R' and R'' is a halogenated loweralkyl group, the halogen-substituted carbon being adjacent to the carbonyl function; or one of R' or R'' is an alkanoyl group, the carbonyl of which is adjacent to the carbonyl of the ketone; and the other of R' and R'' is $C_{1-6}$ alkyl. Thus, to illustrate, one type of "reactive loweralkyl ketone" is:

$$CXX'X''-CO-R''$$

wherein X is halo, X'' is halo or hydrogen, and X' is halo, hydrogen, or loweralkyl; and R'' is loweralkyl.

6                                         1,366,682                                         6

The other type is

$$R'—CO—CO—R''$$

where $R'$ is hydrogen or $C_{1-6}$ alkyl, and where $R''$ is $C_{1-6}$ alkyl, $C_{1-6}$ haloalkyl, $C_{1-6}$ alkoxy, or $C_{1-6}$ haloalkoxy.

"($\alpha$-Hydroxy) branched $C_{1-6}$ alkyl" means a group of the formula

$$CXX'X''—\underset{\underset{OH}{|}}{C}—R$$

or

$$R''—CO—\underset{\underset{OH}{|}}{C}—R'$$

where X, X', X'', R', and R'' are as defined above.

"Reactive ethylene derivative" is used to mean an olefin which is activated by the presence of one or more strong electron-withdrawing groups. For example, compounds of the formula $CH_2{=}CHY$ where Y is

$$\underset{\underset{H}{|}}{—C}{=}O, \quad —NO_2, \quad —CN, \quad —\overset{\overset{O}{\|}}{C}—O—CH_3, \quad CF_3, \quad SO_2R$$

or

$$RO_3R_2,$$

are included, where R is alkyl.

The term "($\beta$-substituted)ethyl" means the group

$$—CH_2—CH_2Y$$

where Y is as defined as above.

In addition to the processes outlined in Flow Sheet I, modifications are possible when $R_1$ is lower alkoxy, specifically, methoxy. These modifications are outlined in Flow Sheet II.

*FLOW SHEET II*



Flow Sheet II is essentially identical to Flow Sheet I, except that the methoxy derivative is Compound VIA. The routes used to prepare Compound VIA involves the direct substitution of the methoxy group at the carbon atom adjacent to the imino nitrogen. This is the same route on Flow Sheet I, although certain specific reagents are added which yield the methoxy substituent. The reaction takes place in the presence of an inert solvent, such as those listed above, in the additional presence of

1,366,682

the activating agent as defined above. This Route 1 is called the "direct methoxylation route" and the reagents can be dimethyl peroxide, methyl $t$-butyl peroxide, methylphenylsulfenate, $o$-methyldimethyl sulfoxonium methosulfate, or N-methoxy pyridinium methosulfate.

Once the compounds VI (Flow Sheet I) or VIA (Flow Sheet II) have been prepared, the imino group is converted to the amino group of compound VII as VIIA. Further discussion of this process will refer only to compound VII, since obviously VIIA is but one specific compound included within the generic compound VII.

The regeneration of VII from VI takes place by the reaction of VI with an amine in the presence of an acid catalyst. The amine can be aniline, hydrazine, or a hydrazine derivative such as phenylhydrazine or 2,4-dinitrophenyl hydrazine. The acid catalyst can be any commonly used strong organic or inorganic acid such as hydrochloric acid or $p$-toluene sulfonic acid. One preferable combination utilizes aniline hydrochloride, which serves as both acid and amine. Another preferred combination is 2,4-dinitrophenyl hydrazine and $p$-toluene sulfonic acid. The reaction conditions of the regeneration are chosen such that no undesired hydrolysis or ring damage occurs, and is preferably carried out in a $C_{1-6}$ alkanol such as methanol or ethanol, although other solvents including dimethoxyethane or dimethyl formamide may also be used. The temperature is that of the surroundings. The relative amounts of acid and amine depend on the specific aldehyde IV and amine used, since the regeneration involves an equilibrium. The choice of amounts of the reagents is within the skill of one in the art.

The compounds prepared in the reactions, which are compounds V and VI in Flow Sheet I, can be used to prepare valuable antibacterial agents useful against gram-positive and gram-negative bacteria. When the amino group of compound VII is acylated, the resulting products have enhanced activity against gram-negative organisms and also demonstrate resistance to $\beta$-lactamases. This activity includes effectiveness against many bacteria, including *in vivo* on *Proteous morganii* and, in addition, an effectiveness against the following gram-negative bacteria: *Escherichia coli, Proteus vulgaris, Proteus mirabilis, Salmonella schottmuelleri, Klebsiella pneumoniae AD, Klebsiella pneumoniae B,* and *Paracolobactrum arizoniae.* Specific bactericidal activity is dependent upon the exact structure of the final product; not all compounds are active against all organisms.

The penicillin compound of formula VII, after acylation, can also be used to prepare active cephalosporins, using ring expansion techniques. These techniques can be briefly described: the sulfur atom in the penicillin compound is oxidized to the sulfoxide (S→O), using an oxidizing agent such as ozone or a peracid such as $m$-chloroperbenzoic acid or trifluoroperacetic acid. The penicillin 1-oxide thereby produced is then treated with an acid catalyst at an elevated temperature. The acid catalyst can be phosphoric acid, sulfuric acid, phosphonic acid, sulfonic acid, and their monoesters and organo derivatives. An inert solvent, preferably anhydrous, is also used. A drying agent can be used if necessary to remove water. The reaction is conducted at a temperature of from 75°C.—140°C., preferably at the reflux temperature of the solvent. Following ring expansion, other manipulations can be made at positions 3 and 4 of the cephalosporin so that the desired active end product is obtained.

The starting materials used in this invention are prepared in accordance with known methods, see, e.g., Belgium Patent 650,444 or U.S. Patent 3,117,126, or using the following preparations.

In addition, the compounds of formula VI wherein $R_1$ is bromo can be used to prepare compounds wherein $R_1$ is methoxy. In other words, the 7-bromo or 6-bromo imino intermediate compounds can be converted to 7-methoxy or 6-methoxy imino intermediate compounds using methanol in the presence of a metal salt catalyst as the reagent. This conversion does not form a part of this invention, but is disclosed herein to demonstrate an additional utility for the brominated intermediate compounds. The process is claimed and described in U.S. Serial No. 203,057, Christensen and Cama, filed November 29, 1971. The exact preparative method for the reaction is described more fully *infra.*

The following preparations show how certain starting materials used in the Examples can be prepared.

## Preparation 1
### 3-Carbamoyloxymethyl-7-Aminodecephalosporanic Acid

7-Aminocephalosporanic acid is reacted with $t$-butoxycarbonylazide to produce the 7$\beta$-($t$-butoxycarbonyl) derivative in accordance with known methods. This deriva-

1,366,682

tive is then intimately contacted with citrus acetylesterase in aqueous phosphate buffer at pH 6.5—7 for 15 hours and 3-hydroxymethyl 7$\beta$-(*t*-butoxycarbonyl)aminodecephalosporanic acid is recovered from the resulting reaction mixture.

To 0.2 g. of 3-hydroxymethyl 7$\beta$-(*t*-butoxycarbonyl)aminodecephalosporanic acid suspended in 5 ml. of acetonitrile, cooled to 0°C. and maintained under nitrogen atmosphere is added 0.15 ml. of chlorosulfonyl isocyanate. The reaction mixture is stirred for 70 minutes and then evaporated under diminished pressure to dryness. The resulting residue is taken up in 10 ml. of ethyl acetate and 10 ml. of 0.1 N phosphate buffer. The pH of the aqueous layer is adjusted to about 1.6 and the mixture stirred for 2½ hours at room temperature. The pH is then adjusted to about 8 with aqueous tripotassium phosphate solution, and the aqueous phase is separated. The organic phase is re-extracted with 10 ml. of phosphate buffer at pH 8. The combined aqueous phase is adjusted to pH 2.1 with hydrochloric acid and extracted twice with ethyl acetate. The ethyl-acetate extractions are dried over sodium sulfate and evaporated under diminished pressure to afford 0.055 g. of residue. This residue is washed with ether to afford 3-carbamoyloxymethyl 7$\beta$-(*t*-butoxycarbonylaminode-cephalosporanic acid, which is recovered as a yellow solid.

3-Carbamoyloxymethyl 7$\beta$-(*t*-butoxycarbonyl)aminodecephalosporanic acid (0.5 g.) in 3.5 ml. of anisole is stirred with 2 ml. of trifluoroacetic acid at 0°C. for 5 minutes. The resulting reaction mixture is evaporated under reduced pressure to afford 3-carbamoyloxymethyl-7-aminodecephalosporanic acid, which is purified further by crystallization from water at pH 2.

### Preparation 2
### 3-Hydroxymethyl-7-Aminodecephalosporanic Acid

The 3-hydroxymethyl-7-aminodecephalosporanic acid is obtained as the lactone by acid hydrolysis of cephalosporin C in accordance with procedures known in this art.

### Preparation 3
### Trimethylsilyl 3-Carbamoyloxymethyl-7-Aminodecephalosporanate

A mixture of 0.5 mg. of 3-carbamoyloxymethyl-7-aminodecephalosporanic acid, 2 ml. of hexamethyldisilazane and 8 ml. of chloroform is stirred overnight at reflux temperature protected from moisture. The solvent and excess of hexamethyldisilazane are removed at reduced pressure, leaving a residue containing trimethylsilyl 3-carb-amoyloxymethyl-7-aminodecephalosporanate.

### Preparation 4
### 3-Pyridiniummethyl-7-Aminodecephalosporanic Acid

This compound is prepared by treating cephalosporin C with pyridine followed by acid hydrolysis as described in U.S. Patent 3,117,126.

### Preparation 5
### 3-Methyl-7-Aminodecephalosporanic Acid

This compound is prepared from cephalosporin C by catalytic reduction followed by hydrolytic removal of the 5-aminodipoyl side chain as described in U.S. Patent 3,129,224.

### Preparation 6
### 3-Chloromethyl-7-Aminodecephalosporanic Acid

This compound is prepared from the 3-methyl compound by reaction with chlorine gas. The bromomethyl or iodomethyl derivatives can be prepared from the 3-hydroxymethyl compound by reaction with phosphorus tribromide or phosphorus triiodide, respectively.

This invention can be further illustrated by the following examples, in which the word 'Nujol' is a trade mark.

### EXAMPLE 1
### 7-Aminocephalosporanic Acid Benzhydryl Ester

272 mg. of 7-aminocephalosporanic acid is slurried 5 min. at 25°C. in 7 ml dioxane with 170 mg. *p*-toluenesulfonic acid monohydrate. Methanol (2 ml.) is added, the solvents are removed *in vacuo*, and dioxane is twice added and evaporated *in vacuo*. Dioxane (8 ml.) is added, and then 290 mg. diphenyldiazomethane. After the evolution of nitrogen is complete, the solvent is distilled in vacuum, and the residue stirred with methylene chloride (10 ml) and water (10 ml.) containing sufficient $K_2HPO_4$ to bring the pH to 8. The layers are separated and the aqueous portion extracted twice more with $CH_2Cl_2$. The combined organic layers are dried with

1,366,682

sodium sulfate, filtered and evaporated, leaving oily crystals. Washing with ether affords a dry solid, 150 mg. (35%), m.p. 110—115°C which is the product, 7-amino-cephalosporanic acid benzhydryl ester.

In a like manner, the benzhydryl and other esters of 3-methyl-7-aminodecephalo-sporanic acid, 3-chloromethyl-7-aminodecephalosporanic acid, 3-carbamoyloxymethyl-7-aminodecephalosporanic, and 3-pyridiniummethyl-7-aminodecephalosporanic acid can be prepared.

## EXAMPLE 2
### 7-(*p*-Nitrobenzylideneamino)Cephalosporanic Acid Benzhydryl Ester

A mixture of 438 mg. of benzhydryl 7-aminocephalosporanate and 151 mg. of *p*-nitrobenzaldehyde in 5 ml. of methylene chloride containing 0.2—0.5 g. magnesium sulfate is stirred at ambient temperature for 0.5 hours, filtered, and evaporated under reduced pressure. The product, identified by nmr as the *p*-nitrobenzylideneamino derivative is used in the next step without further purification.

In a like manner, the following imino derivatives can be made: 7-(*p*-methyl-sulfonylbenzylideneamino)cephalosporanic acid benzhydryl ester; 7-(*o*-nitrobenzylidene-amino)cephalosporanic acid benzhydryl ester; 7-(*o,p*-dinitrobenzylideneamino)cephalo-sporanic acid benzhydryl ester; 7-(*p*-cyanobenzylideneamino)cephalosporanic acid benzhydryl ester; and 7-(*p*-benzylideneamino)cephalosporanic acid benzhydryl ester; using the following aromatic aldehydes, respectively; *p*-methylsulfonylbenzaldehyde, *o*-nitrobenzaldehyde, *o,p*-dinitrobenzaldehyde, *p*-cyanobenzaldehyde, and benzalde-hyde.

The other esters prepared in Example 1 can also be reacted to form the imino derivatives using the above procedure.

## EXAMPLE 3
### 7-(*p*-Nitrobenzylideneamino)-7-Methyl-Cephalosporanic Acid
### Benzhydryl Ester

Benzhydryl 7-(*p*-nitrobenzylideneamino)cephalosporanate, 286 mg. is dissolved in 8 ml. dry tetrahydrofuran. At $-78°C$. under a nitrogen atmosphere, 0.218 ml. of 2.3 M phenyl lithium is added. Subsequently, a solution of 0.4 ml. of methyl iodide in 10 ml. of DMF is added. The reaction mixture is allowed to warm to room temperature over 1/2 hour. The mixture is added to 100 ml. benzene and washed successively with water three times, aqueous pH 2 phosphate buffer, water, and pH 8 phosphate buffer. After drying, filtering and removing the solvent, the crude pro-duct, weighing 330 mg., is recovered. Characterization by NMR and IR yields the following peaks: NMR: $1.8\delta$, ($7\alpha$-methyl), $1.9\delta$ (acetyl), $3.3$, $3.48\delta$ ($SCH_2$), $4.7$, $4.8\delta$ $CH_2OAc$), $4.8\delta$ ($6\alpha$-H), $6.9\delta$ ($CH\phi_2$), $8.65\delta$ (CH=N), $7.2—8.2\delta$ (aromatics). IR: $\beta$-lactam and ester carbonyls at $5.64$ and $5.74\mu$ respectively. The product is identi-fied as 7-(*p*-nitrobenzylideneamino)-7-methyl-cephalosporanic acid benzhydryl ester.

Benzhydryl 7-ethyl-7-(*p*-nitrobenzylideneamino)cephalosporanate is prepared in a like manner using 143 mg. of benzhydryl 7-(*p*-nitrobenzylideneamino)cephalo-sporanate in 2 ml. of tetrahydrofuran at $-78°C$. under nitrogen. A solution of 0.8 ml. ethyl iodide in 10 ml. hexamethylphosphoramide is added over 4 minutes at $-78°C$. The mixture is allowed to warm to room temperature and is then diluted with 50 ml. of benzene and washed as above. After drying with $MgSO_4$, filtration, and evaporation of the solvent, crude benzhydryl 7-ethyl-7-(*p*-nitrobenzylideneamino)-cephalosporanate is recovered. Characterization yields the following data: NMR: $1.08\delta$, t; $2.16\delta$, q; J=7Hz ($7\alpha$-ethyl), $1.97\delta$ (acetyl), $3.03$, $3.34$, $3.41$, $3.71\delta$ ($SCH_2$), $4.95\delta$ ($6\alpha$-H), $4.53$, $4.76$, $4.89$, $5.11\delta$ ($CH_2OAc$), $6.95\delta$ ($CH\phi_2$), $8.82\delta$ (CH=N), $7.2—8.2\delta$ (aromatics). IR: $5.65\mu$ ($\beta$-lactam), $5.74\mu$ (ester).

In a like manner, the other 7-loweralkyl derivatives can be prepared. Using methyl sulfate, isopropyl sulfate, butyl sulfate, pentyl sulfate, or hexyl sulfate, respec-tively, the compounds 7-(*p*-nitrobenzylideneamino)-7-methyl-cephalosporanic acid benzhydryl ester, 7-(*p*-nitrobenzylideneamino)-7-isopropylcephalosporanic acid benz-hydryl ester, 7-(*p*-nitrobenzylideneamino)-7-butyl-cephalosporanic acid benzhydryl ester, 7-(*p*-nitrobenzylideneamino)-7-pentyl-cephalosporanic acid benzhydryl ester, and 7-(*p*-nitrobenzylideneamino)-7-hexyl-cephalosporanic acid benzhydryl ester, res-pectively, are prepared.

In addition, the 7-loweralkyl derivatives of the imino compounds prepared in Example 2 can be easily synthesized using this reaction.

Also, in an analogous manner, 7-(*p*-nitrobenzylideneamino)-7-allyl-cephalosporanic acid benzhydryl ester or 7-(*p*-nitrobenzylideneamino)-7-benzyl-cephalosporanic acid benzhydryl ester can be prepared using allyl iodide or benzyl iodide, respectively.

1,366,682

## EXAMPLE 4
### 7-(Benzylideneamino)-7-Methoxy-3-Carbamoyloxymethyldecephalosporanic Acid Benzhydryl Ester

Benzhydryl 7-(benzylideneamino)-3-carbamoyloxymethyldecephalosporanate as prepared in Example 2, 527 mg., is dissolved in 20 ml. dry tetrahydrofuran. At —78°C., under nitrogen, 0.435 ml. of 2.3 M phenyl lithium is added. Bis(methyl)-peroxide, 62 mg., is then added and then the reaction mixture is allowed to warm to room temperature over a one hour period. Benzene, 150 ml., containing 0.1 ml. acetic acid is added and the mixture washed with water, dried with MgSO₄, filtered and evaporated, providing the crude product. These are separated by chromatography on silica gel, eluting with 25 : 1 chloroform : ethyl-acetate. The desired product, 7-(benzylideneamino)-7-methoxy-3-carbamoyloxymethyldecephalosporanic acid benzhydryl ester, is identified.

In a like manner, 104 mg. of methyl $t$-butyl peroxide, 140 mg. of methyl phenyl sulfenate, or 221 mg. of N-methoxy pyridinium methosulfate can be used in place of the dimethyl peroxide to prepare the 7-methoxy compounds.

In a like manner, the following loweralkyl peroxides can be used to prepare the other 7-loweralkoxy derivatives. For instance, bis(ethyl)peroxide, bis(isopropyl)peroxide, and bis(pentyl)peroxide, respectively, yield 7-($p$-nitrobenzylideneamino)-7-ethoxy-cephalosporanic acid benzhydryl ester; 7-($p$-nitrobenzylideneamino)-7-isopropoxy-cephalosporanic acid benzhydryl ester; and 7-($p$-nitrobenzylideneamino)-7-pentoxy-cephalosporanic acid benzhydryl ester, respectively.

In a like manner, using the following bis(loweralkyl)disulfides can be used to prepare the analogous loweralkylthio derivatives. For instance, bis(methyl)disulfide, bis(ethyl)disulfide, bis(isopropyl)disulfide, and bis(n-butyl)disulfide, respectively, yield 7 - ($p$ - nitrobenzylideneamino) - 7 - methylthio - cephalosporanic acid benzhydryl ester; 7 - ($p$ - nitrobenzylideneamino) - 7 - ethylthio - cephalosporanic acid benzhydryl ester; 7 - ($p$ - nitrobenzylideneamino) - 7 - isopropylthio - cephalosporanic acid benzhydryl ester; and 7 - ($p$ - nitrobenzylideneamino) - 7 - n - butylthio - cephalosporanic acid benzhydryl ester, respectively.

The loweralkylthio compounds of this example can also be prepared using loweralkane sulfenyl chloride as the reagent. The reagent, e.g., methane sulfenyl chloride, is prepared from chlorine and methyldisulfide using the procedure of Douglass et al, *J. Org. Chem.* 25, 221 (1960). After preparation and distillation, a normal solution in tetrahydrofuran is prepared. 200 mg. of benzhydryl 7-(p-nitrobenzylideneamino)-cephalosporanate is then treated with 0.2 ml. of 2.3 M phenyl lithium at —78°C. in 2.0 ml. tetrahydrofuran. An equivalent of the methane sulfenyl chloride solution is added dropwise. As the reaction is completed, the color lightens sharply. The reaction mixture is allowed to warm to room temperature and is then quickly evaporated to a gum under reduced pressure. The gum is taken up in benzene and washed successively with dipotassium hydrogen phosphate solution, sodium dihydrogen phosphate solution and water, and finally dried with magnesium sulfate. After filtration and evaporation under reduced pressure, the resultant gum is flushed several times with carbon tetrachloride, and then purified by preparative tlc on four 1000μ 8″×8″ silica plates, developed with 5% ethyl acetate in chloroform. The desired material, which is 7 - ($p$ - nitrobenzylideneamino) - 7 - methylthio - cephalosporanic acid benzhydryl ester, after isolation amounts to 57.4 mg. The nmr spectrum in CDCl₃ shows peaks of 525 (1 H), 495, 487, 434, 468 (4 H), 437 (5 H), 370 (1 H) 308, 295, 288, 274 (2 H), 304 (1 H), 225, 207, 203, 184 (2 H), 135 (3 H), 119 (3 H) in cps, measured downfield from tms.

## EXAMPLE 5
### 7-(Benzylideneamino)-7-Methoxy-3-Carbamoyloxymethyldecephalosporanic Acid Benzhydryl Ester

Benzhydryl 7 - (benzylideneamino) - 3 - carbamoyloxymethyldecephalosporanate, 527 mg., is dissolved in 20 ml. dry tetrahydrofuran. At —78°C., under nitrogen, 0.435 ml. of 2.3 M phenyl lithium is added. The reaction mixture is allowed to rise in temperature to —50°C. Then freshly prepared $o$-methyl dimethyl sulfoxonium methosulfate, $(CH_3)_2 \overset{+}{S}OCH_3 OSO_2 CH_3$, in 1 : 1 DMSO : hexamethylphosphoramide is added. This reagent is prepared as follows: Dimethyl sulfate, 252 mg., is dissolved in 25 ml. dry DMSO and allowed to react at room temperature for 3 hours. To this solution is added 25 ml. hexamethylphosphoramide (HMPA), and the mixture is then added to the reaction mixture, supra. The methoxylation reaction mixture is

1,366,682

stirred for 10 minutes at −50°C. and then allowed to warm to room temperature. Benzene, 200 ml., is added, and the solution washed six times with water, dried with MgSO₄, filtered and evaporated, affording the product, 7 - (benzylideneamino) - 7 - methoxy - 3 - carbamoyloxymethyldecephalosporanic acid benzhydryl ester.

EXAMPLE 6

7-(p-Nitrobenzylideneamino)-7-(2,2,2-Trichloroethoxycarbonyl)Cephalosporanic Acid Benzhydryl Ester

Benzhydryl 7 - (p - nitrobenzylideneamino)cephalosporanate, 146 mg. in 4 ml. tetrahydrofuran, is cooled to −78°C. under nitrogen. Phenyl lithium, 1 equivalent (0.109 ml. of 2.3 M) is added, followed by 1 equivalent (0.034 ml.) trichloroethoxy-carbonyl chloride. The mixture is stirred out of the cooling bath until it reaches room temperature. Benzene, 50 ml., is added and the solution is washed successively with aqueous pH 2 phosphate buffer, water, and aqueous pH 8 phosphate buffer. The solution is dried with MgSO₄, filtered and evaporated, affording 7 - (p - nitrobenzyl-ideneamino) - 7 - (2,2,2 - trichloroethoxycarbonyl) - cephalosporanic acid benzhydryl ester.

In a like manner, the other 7-loweralkanoyl derivatives can be prepared. Using propionyl chloride, i-butyl bromide, valeryl chloride, or caproyl bromide, respectively, the compounds 7 - (p - nitrobenzylideneamino) - 7 - propionyl - cephalosporanic acid benzhydryl ester, 7 - (p - nitrobenzylideneamino) - 7 - i - butyryl - cephalo-sporanic acid benzhydryl ester, 7 - (p - nitrobenzylideneamino) - 7 - valeryl - cephalo-sporanic acid benzhydryl ester, and 7 - (p - nitrobenzylideneamino) - 7 - caproyl - cephalosporanic acid benzhydryl ester, respectively, are prepared.

In a like manner, the compounds 7 - (p - nitrobenzylideneamino) - 7 - nitroso - cephalosporanic acid benzhydryl ester; 7 - (p - nitrobenzylideneamino) - 7 - carb-amoylcephalosporanic acid benzhydryl ester; 7 - (p - nitrobenzyledeneamino) - 7 - carboethoxy - cephalosporanic acid benzhydryl ester; 7 - (p - nitrobenzylideneamino) - 7 - sulfo - cephalosporanic acid benzhydryl ester; 7 - (p - nitrobenzylideneamino) - 7 - sulfamoyl - cephalosporanic acid benzhydryl ester; 7 - (p - nitrobenzylideneamino) - 7 - methylsulfo - cephalosporanic acid benzhydryl ester; 7 - (p - nitrobenzylidene-amino) - 7 - phospho - cephalosporanic acid benzhydryl ester; or 7 - (p - nitrobenzyl-ideneamino) - 7 - nitro - cephalosporanic acid benzhydryl ester can be prepared using the reagents nitrosyl, chloride, carbamoyl chloride, ethyl chloroformate, sulfonyl chloride, methanesulfonyl chloride, phosphorus oxychloride, or acetone cyanhydrin nitrate, respectively. The latter reagent has the formula:

$$O_2N—O—\overset{\displaystyle CH_3}{\underset{\displaystyle CH_3}{\overset{|}{\underset{|}{C}}}}—CN$$

EXAMPLE 7

7-(p-Nitrobenzylideneamino)-7-Trifluoromethoxy-Cephalosporanic Acid Benzhydryl Ester

571 mg. of benzhydryl 7 - (p - nitrobenzylideneamino)cephalosporanate, pre-pared as in Example 2, is stirred at 0°C. under nitrogen in 10 ml. acetonitrile. Bis-(trifluoromethyl)peroxide, 170 mg., is added and then, over a one hour period, 387 mg. diisopropylethylamine in 5 ml. acetonitrile.

The reaction mixture is evaporated in vacuo, taken up in 25 ml. benzene, filtered, and washed successively with water, dilute phosphoric acid (buffered at pH 2), water and aqueous bicarbonate. The solution is dried with MgSO₄, filtered and evaporated, providing the crude product as a mixture of epimers at C-7. These are separated by chromatography on silica gel, eluting with 4:1 chloroform:ethyl-acetate. The desired product 7 - (p - nitrobenzylideneamino) - 7 - trifluoromethoxy - cephalo-sporanic acid benzhydryl ester, is identified.

In a like manner, bis(trifluoromethyl)disulfide can be used to prepare the 7 - (p - nitrobenzylideneamino) - 7 - trifluoromethylthio - cephalosporanic acid benzhydryl ester.

In addition, the 7-haloloweralkoxy derivatives of the other imino compounds prepared in Example 2 can be easily synthesized using this reaction.

## EXAMPLE 8
### 7-(p-Nitrobenzylideneamino)-7-Chlorocephalosporanic Acid
### Benzhydryl Ester

7 - (p - Nitrobenzylideneamino) - cephalosporanic acid benzhydryl ester, prepared as in Example 2, 527 mg., in tetrahydrofuran is cooled to —78°C. under nitrogen. One equivalent of phenyl lithium is added, followed by the addition of 109 mg. of t-butyl hypochlorite. The inky blue color is quenched to a medium pale brown color following addition of the latter reagent. After 25 seconds, 1 ml. of tetrahydrofuran containing 0.1 ml. water and 0.1 ml. acetic acid is added, followed by 100 ml. benzene. Most of the solvent is evaporated *in vacuo*, 50 ml. of benzene added and the solution washed with aqueous pH 2 phosphate buffer, water, and aqueous pH 8 phosphate buffer. After drying with MgSO$_4$, filtration and evaporation of the solvent, the residue is identified as containing benzhydryl 7 - chloro - 7β - (p - nitrobenzylideneamino)cephalosporanate.

The compound, 7 - (p - nitrobenzylideneamino) - 7 - bromo - cephalosporanic acid benzhydryl ester is prepared in the same manner useing t-butyl hypobromite.

In an analogous process, the reagent trifluoromethylhypofluorite reacts with 7 - (p - nitrobenzylideneamino)cephalosporanic acid benzhydryl ester to yield 7 - (p - nitrobenzylideneamino) - 7 - fluoro - cephalosporanic acid benzhydryl ester.

In addition, the 7-halo derivatives of the other imino compounds prepared in Example 2 can be easily synthesized using this reaction.


## EXAMPLE 9
### Benzhydryl 7-(Benzylideneamino)-7-Methoxy-3-Carbamoyloxymethyl
### Decephalosporanate (via 7-Bromo Intermediate)

A. 3-Carbamoyloxymethyl-7-Aminodecephalosporanic Acid

7-Aminocephalosporanic acid is treated with t-butoxycarbonylazide to produce 7β-(t-butoxycarbonyl) derivative in accordance with known methods. This derivative is then intimately contacted with citrus acetylesterase in aqueous phosphate buffer at pH 6.5—7 for 15 hours and 3-hydroxymethyl 7β-(t-butoxycarbonyl)aminodecephalosporanic acid is recovered from the resulting reaction mixture.

To 0.2 g of 3-hydroxymethyl 7β-(t-butoxycarbonyl)aminodecephalosporanic acid suspended in 5 ml. of acetonitrile, cooled to 0°C. and maintained under nitrogen atmosphere, is added 0.15 ml. of chlorosulfonyl isocyanate. The reaction mixture is stirred for 70 minutes and then evaporated under diminished pressure to dryness. The resulting residue is taken up in 10 ml. of ethyl acetate and 10 ml. of 0.1 N phosphate buffer. The pH of the aqueous layer is adjusted to about 1.6 and the mixture stirred for 2½ hours at room temperature. The pH is then adjusted to about 8 with aqueous tripotassium phosphate solution, and the aqueous phase is separated. The organic phase is re-extracted with 10 ml. of phosphate buffer at pH 8. The combined aqueous phase is adjusted to pH 2.1 with hydrochloric acid and extracted twice with ethyl acetate. The ethyl-acetate extracts are dried over sodium sulfate and evaporated under diminished pressure to afford 0.055 g. of residue. This residue is washed with ether to afford 3 - carbamoyloxymethyl - 7β - (t - butoxycarbonyl)aminodecephalosporanic acid which is recovered as a yellow solid.

3 - Carbamoyloxymethyl - 7β - (t - butoxycarbonyl)aminodecephalosporanic acid (0.5 g.) in 3.5 ml. of anisole is stirred with 2 ml. of trifluoroacetic acid at 0°C. for 5 minutes. The resulting reaction mixture is evaporated under reduced pressure to afford 3 - carbamoyloxymethyl - 7 - aminodecephalosporanic acid which is purified further by crystallization from ethyl acetate.


B. 7-Amino-3-Carbamoyloxymethyldecephalosporanic Acid Benzhydryl Ester

272 mg. of 7 - amino - 3 - carbamoyloxymethyldecephalosporanic acid is slurried for 5 min. at 25°C. in 7 ml. dioxane with 170 mg. p-toluenesulfonic acid. H$_2$O. Methanol (2 ml.) is added, the solvents are removed *in vacuo*, and dioxane is twice added and evaporated *in vacuo*. Dioxane (8 ml.) is added, and then 290 mg. diphenyldiazomethane. After the evolution of nitrogen is complete, the solvent is distilled in vacuum, and the residue stirred with methylene chloride (10 ml.) and water (10 ml.) containing sufficient K$_2$HPO$_4$ to bring the pH to 8. The layers are separated and the aqueous portion extracted twice more with CH$_2$Cl$_2$. The combined organic layers are dried with sodium sulfate, filtered, and evaporated, leaving oily crystals. Washing with ether affords a dry solid, the product, 7-amino-3-carbamoyloxymethyldecephalosporanic acid benzhydryl ester.

1,366,682                                    13

C.  7-(Benzylideneamino)-3-Carbamoyloxymethyldecephalosporanic  Acid  Benzhydryl
Ester

439 mg. of the 7 - amino - 3 - carbamoyloxymethyldecephalosporanic acid benz-
hydryl ester, prepared as in Step B, is refluxed for one hour in 50 ml. benzene with
106 mg. benzaldehyde in an azeotropic drying apparatus. The solvent is vacuum-
distilled away, leaving 527 mg. of product which is used in the next step without
further purification. Samples which are identified show the structure to be the 7 -
(benzylideneamino) - 3 - carbamoyloxymethyldecephalosporanic acid benzhydryl ester.

D.  Benzhydryl  3 - Carbamoyloxymethyl - 7 - Bromo - 7 - Benzylideneaminode-
cephalosporanate

Benzhydryl 7 - (benzylideneamino) - 3 - carbamoyloxymethyldecephalosporanate,
527 mg., is dissolved in 20 ml. dry tetrahydrofuran. At —78°C., under nitrogen,
0.435 ml. of 2.3 M phenyl lithium is added. The reaction mixture is stirred at —78°C.
for 5 minutes. 0.2 g. of N-bromosuccinimide in 3 ml. of anhydrous tetrahydrofuran
is then added. The cooling bath is removed and the reaction mixture allowed to
come to 0°C. The solvent is removed under reduced pressure and the residue taken
up in methylene chloride (30 ml.), washed with pH 7 phosphate buffer and then with
water, dried, and evaporated to a volume of about 12 ml. This solution of benzhydryl
3 - carbamoyloxymethyl - 7 - bromo - 7 - benzylideneaminodecephalosporanate is not
further characterized but used directly in the next step. In a like manner, N-bromo
acetamide or molecular bromine can be used to prepare the same compound.

E.  Benzhydryl  3 - Carbamoyloxymethyl - 7 - Benzylideneamino - 7 - Methoxy-
decephalosporanate

0.200 g. of silver oxide is suspended in 20 ml. of methanol. The solution of
the 7-bromo-7-benzylideneamino derivative obtained in Step A is added dropwise
over 10 minutes to the silver oxide suspension. The reaction mixture is stirred for
another 15 minutes. The silver salts are removed by filtration, the filtrate evaporated,
and the residue taken up in benzene and evaporated to give the benzhydryl 3 - carb-
amoyloxymethyl - 7 - benzylideneamino - 7 - methoxydecephalosporanate as an oil.

EXAMPLE 10
7-(p-Nitrobenzylideneamino)-7-Difluoromethyl-
Cephalosporanic Acid Benzhydryl Ester

Benzhydryl 7 - (p - nitrobenzylideneamino)cephalosporanate prepared as in
Example 2, 571 m.g., is dissolved in 20 ml. 1,2-dimethoxyethane (DME) containing
1 ml. chlorodifluoromethane. With vigorous stirring under nitrogen, 112 mg. potassium
t-butoxide is slowly introduced as a slurry in DME over about one hour.

After stirring an additional hour, KCl is filtered off and the volatiles removed
in vacuo, leaving behind crude product suitable for use in the next step.

It may be purified, if desired by chromatography on silica gel, eluting with 2%
ethyl acetate in chloroform. The pure product is identified as 7 - (p - nitrobenzylidene-
amino) - 7 - difluoromethylcephalosporanic acid benzhydryl ester.

In addition, the 7-haloloweralkyl derivatives of the other imino compounds pre-
pared in Example 2 can be easily synthesized using this reaction.

EXAMPLE 11
7β-(p-Nitrobenzylideneamino)-7α-Acetoxycephalosporanic
Acid Benzhydryl Ester

Benzhydryl 7 - (p - nitrobenzylideneamino) - cephalosporanate prepared as in
Example 2, 571 mg., is stirred at 0°C. under nitrogen in 10 ml. acetonitrile. Acetyl
peroxide, 118 mg., is introduced, followed by 129 mg. of diisopropylethylamine,
which is added in acetonitrile over a 5-min. period.

The reaction mixture is aged for 5 min. at room temperature and evaporated
in vacuo. The residue is taken up in 25 ml. benzene and washed successively with
water, dilute phosphoric acid (buffered at pH 2), water, and aqueous sodium bi-
carbonate. The solution is dried with MgSO₄, filtered, evaporated and chromato-
graphed on silica gel, using 4 : 1 chloroform : ethyl-acetate, resulting in the compound,
7 - (p - nitrobenzylideneamino) - 7 - acetoxy - cephalosporanic acid benzhydryl
ester.

In a like manner, using propinoyl peroxide and butyryl peroxide, respectively,
the compounds 7 - (p - nitrobenzylideneamino) - 7 - propinoyloxy - cephalosporanic
acid benzhydryl ester, 7 - (p - nitrobenzylideneamino) - 7 - butyryloxycephalosporanic
acid benzhydryl ester, respectively, are prepared.

14                                    1,366,682                                    14

In addition, the 7-alkanoyloxy derivatives of the other imino compounds pre-
pared in Example 2 can be easily synthesized using this reaction.

EXAMPLE 12
7-(p-Nitrobenzylideneamino)-7-Hydroxymethyl-Cephalosporanic
Acid Benzhydryl Ester

A gentle stream of nitrogen is passed into a half-dram vial containing 60 mg.
of benzhydryl 7 - (p - nitrobenzylideneamino) - cephalosporanate prepared as in
Example 2, and after a few minutes 0.3 ml. of N,N-dimethylformamide is added.
The nitrogen stream is continued, bubbling through the greenish-brown solution for
about 30 seconds, and then a stream of formaldehyde gas in nitrogen, generated
by heating 15 mg. of paraformaldehyde in a nitrogen stream, is passed through. The
resultant solution is evaporated to a gum under high vacuum. The gum is flushed
by dissolving it in a small volume of chloroform and again evaporating to a gum
under high vacuum. The product exhibits an ir spectrum with hydroxy, $\beta$-lactam,
and ester absorption. The nmr spectrum in $CDCl_3$ shows the expected singlet for
the benzylidene proton, and new absorption associated with the hydroxymethyl group.
The observed peaks are at 517 (1H); 486; 478; 467; 458 (4H); 431 (10H); 407
(1H); 305 (1H); 300; 288; 282; 268 (2H); 240 (2H); 222; 204; 198; 180 (2H);
116 (3H); expressed in cps downfield of tms. The product is identified as 7 - (p -
nitrobenzylideneamino) - 7 - hydroxymethyl - cephalosporanic acid benzhydryl ester.

The 7-($\alpha$-alkyl)-hydroxymethyl derivatives are made in a similar process. For
instance, acetaldehyde, propionaldehyde, and isobutyraldehyde, respectively, can be
used to prepare 7 - (p - nitrobenzylideneamino) - 7 - ($\alpha$ - methyl) - hydroxymethyl-
cephalosporanic acid benzhydryl ester; 7 - (p - nitrobenzylideneamino) - 7 - ($\alpha$ -
ethyl) - hydroxymethyl - cephalosporanic acid benzhydryl ester; and 7 - (p - nitro-
benzylideneamino) - 7 - ($\alpha$ - isopropyl) - hydroxymethylcephalosporanic acid benz-
hydryl ester, respectively.

In addition, the 7-hydroxyalkyl derivatives of the other imino compounds pre-
pared in Example 2 can be synthesized using a similar reaction.

EXAMPLE 13
7-(p-Nitrobenzylideneamino)-7-($\beta$-Cyanoethyl)-Cephalosporanic
Acid Benzhydryl Ester

A solution of 500 mg. of benzhydryl 7 - (p - nitrobenzylideneamino) - cephalo-
sporanate prepared as in Example 2 in a mixture of 2.5 ml. of t-butyl alcohol and
2.5 ml. of acrylonitrile is treated with 20μl. of N,N-diisopropylethylamine with stir-
ring under nitrogen. The initially green solution turns yellow-orange after stirring
ten minutes. It is then concentrated under reduced pressure to 620 mg. of a yellow
gummy residue. This residue is chromatographed on a mixture of 48 g. of active,
powdered silica gel and 40 g. of powdered diatomateous earth. Elution is carried out
with 2% ether in benzene. The desired non-crystalline cyanoethyl adduct is eluted
after 2 liters of eluent has passed through the column. The product is identified as
7 - (p - nitrobenzylideneamino) - 7 - ($\beta$ - cyanoethyl) - cephalosporanic acid benz-
hydryl ester.

In a like manner, methyl acrylate, nitroethylene, and acrolein, respectively, can
be used to prepare 7 - (p - nitrobenzylideneamino) - 7 - ($\beta$ - carbomethoxyethyl) -
cephalosporanic acid benzhydryl ester; 7 - (p - nitrobenzylideneamino) - 7 - ($\beta$ - nitro-
ethyl) - cephalosporanic acid benzhydryl ester; 7 - (p - nitrobenzylideneamino) -
7 - ($\beta$ - formylethyl) - cephalosporanic acid benzhydryl ester, respectively.

In a like manner, the 7-($\beta$-substituted ethyl) derivatives of the other imino com-
pounds of Example 2 can be prepared.

EXAMPLE 14
7-(p-Nitrobenzylideneamino)-7-(2,2,2-Trichloroethoxycarbonylhydroxymethyl)-
Cephalosporanic Acid Benzhydryl Ester

0.550 g. of benzhydryl-7-(p-nitrobenzylideneamino)-cephalosporanate is dissolved
in 5 ml. of DMF under $N_2$. 0.205 g. of 2,2,2-trichloroethylglyoxalate in 2 ml. of
DMF is added dropwise over 15 minutes. The reaction mixture is stirred for half an
hour and the DMF is removed under reduced pressure to give the product, 7 - (p -
nitrobenzylideneamino) - 7 - (2,2,2 - trichloroethoxy - carbonylhydroxymethyl) -
cephalosporanic acid benzhydryl ester.

In a like manner, trifluoroacetone or chloroacetone can be used to prepare 7 -
(p - nitrobenzylideneamino) - 7 - [($\alpha$ - hydroxy - $\alpha$ - methyl - $\alpha$ - trifluoromethyl)-
methyl] - cephalosporanic acid benzhydryl ester of 7 - (p - nitrobenzylideneamino -

1,366,682

7 - [($\alpha$ - hydroxy - $\alpha$ - methyl - $\alpha$ - chloromethyl) - methyl] - cephalosporanic acid benzhydryl ester, respectively.

In a like manner, other 7$\alpha$-hydroxy-substituted lower alkylidene compounds of the other imino compounds of Example 2 can be prepared.

## EXAMPLE 15

### 7-(p-Nitrobenzylideneamino)-7-Carboxy-Cephalosporanic Acid Benzhydryl Ester

A solution of 0.5 g. of benzhydryl 7 - (p - nitrobenzylideneamino) - cephalosporanate in 5 ml. of tetrahydrofuran is prepared under a nitrogen atmosphere. Carbon dioxide gas is bubbled through the solution until the color disappears. Benzene, 50 ml., is added and the solution washed with aqueous pH 2 phosphate buffer. The benzene solution is dried with $MgSO_4$, filtered and evaporated to afford the product, benzhydryl 7 - (p - nitrobenzylideneamino) - 7 - carboxy - cephalosporanate.

Using carbon disulfide gas or solid carbon dioxide in the above reaction, the compounds 7 - (p - nitrobenzylideneamino) - 7 - dithiocarboxy - cephalosporanic acid benzhydryl ester or 7 - (p - nitrobenzylideneamino) - 7 - carboxy - cephalosporanic acid, respectively, are prepared.

## EXAMPLE 16

### Benzyl-6-(p-Nitrobenzylideneamino)Penicillanate

6-Amino-penicillanic acid is converted to the benzyl ester thereof by reacting the parent compound with phenyldiazomethane following the general procedure of Example 1. The benzyl 6-amino-penicillanate is then reacted with p-nitrobenzaldehyde to form benzyl 6-(p-nitrobenzylideneamino)-penicillanate, using the general procedure of Example 2. The compound has a melting point of 90—92°C. and nmr and ir analysis peaks are correct for the assigned structure.

## EXAMPLE 17

### Benzyl 6-Methyl-6-(p-Nitrobenzylideneamino)Penicillanate

110 mg. of benzyl - 6 - (p - nitrobenzylideneamino)penicillanate is treated at —78°C. under nitrogen in 4 ml. tetrahydrofuran with 0.109 ml. 2.3 M phenyl lithium, to give the 6-lithio intermediate, which has a deep inky-blue color. Addition of 0.2 ml. of methyl iodide in 5 ml. dimethylformamide and warming to 25°C. over 20 minutes afforded benzyl - 6 - methyl - 6 - (p - nitrobenzylideneamino)penicillanate quantitatively, having the following physical properties. NMR: 1.4, 1.5$\delta$ (gem dimethyl), 1.8$\delta$ (6$\alpha$-methyl), 4.3$\delta$ (3–H), 5.2$\delta$ (OCH$_2\phi$), 5.3$\delta$ (5$\alpha$–H), 8.8$\delta$ (—CH=N), 9 aromatic H at 7.3—8.3$\delta$. IR: $\beta$-lactam and ester carbonyls at 5.64 and 5.71$\mu$, respectively.

In a like manner, benzyl 6 - ethyl - 6 - (p - nitrobenzylideneamino)penicillanate, 135 mg., NMR: 1.08$\delta$, t; 2.2$\delta$, q; J=7 Hz (6$\alpha$-ethyl); 1.4, 1.5$\delta$ (gem. dimethyl); 4.37$\delta$ (3–H); 5.21$\delta$ (OCH$_2\phi$); 5.43$\delta$ (5$\alpha$–H); 8.77$\delta$ (CH=N); 7.3—8.3$\delta$ (aromatic H). IR: $\beta$-lactam and ester carbonyls at 5.64 and 5.71$\mu$ is prepared. Other 6-substituted derivatives can be prepared analogously to the procedure in Example 3.

## EXAMPLE 18

### Benzyl 6-Methoxy-6-(p-Nitrobenzylideneamino)Penicillanate

After preparing the 6-lithio intermediate as described in Example 17, bis(methyl)-peroxide is added. After working up in a procedure similar to that of Example 4, the compound benzyl 6-methoxy-6-(p-nitrobenzylideneamino)penicillanate is prepared.

Also, benzyl 6 - (4 - nitrobenzylideneamino) - 6 - methylthiopenicillanate can also be prepared using methanesulfenyl chloride in reaction with benzyl 6 - (4 - nitrobenzylideneamino) - penicillanate as in Example 4. The product is obtained (139 mg. from 100 mg. of starting material) having an NMR spectrum showing peaks at 521 (1 H), 492, 484, 476 (4H), 437 (5H), 331 (1H), 309 (2H), 226 (1H), 134 (3H), 91 (3H), 84 (3H) in cps measured downfield from tms.

The other lower alkoxy and lower alkyl thio derivatives can be prepared using the same procedures.

## EXAMPLE 19

### Benzyl 6-Chloro-6-(p-Nitrobenzylideneamino)Penicillanate

The starting material benzyl 6 - (p - nitrobenzylideneamino)penicillanate, 110 mg., is dissolved in 5 ml. tetrahydrofuran at —78°C. under nitrogen. At —78°C., first 0.109 ml. phenyl lithium and then 0.10 ml. t-butyl hypochlorite are added. The inky-blue anion is quenched to a medium-pale-brown color. After 25 seconds, 1 ml.

16                                1,366,682                                16

THF containing 0.1 ml. water and 0.1 ml. AcOH is added, followed by 100 ml. benzene. Most of the solvent is evaporated *in vacuo*, 50 ml. benzene added and the solution washed with aqueous pH 2 phosphate, water, and aqueous pH 8 phosphate. After drying with MgSO₄, filtration and evaporation of the solvent, the residue benzyl 6 - chloro - 6 - (*p* - nitrobenzylideneamino)penicillanate, weighs 126 mg. NMR: 1.4, 1.5δ (gem. dimethyl), 4.6δ (3-H), 5.2δ (O$CH_2\phi$), 5.8δ (5-H), 7.3—8.3δ (aromatic H), 8.8δ (CH=N). IR: 5.58μ (β-lactam), 5.72μ (ester).

The compound, benzyl 6 - bromo - 6 - benzylideneaminopenicillanate is prepared in the following way:

Benzyl 6-amino-penicillanic acid (3 g., 0.01 mole) is dissolved in 200 ml. of benzene, 1.06 g. (0.01 mole) benzaldehyde is added and the benzene is slowly distilled out until the volume of the solution is 50 ml. The remaining solvent is removed under reduced pressure. The residue is taken up in ether (30 ml.) and the solution allowed to stand in the refrigerator overnight. A small amount of an insoluble impurity separates out; it is filtered off. The filtrate is evaporated to give 3.5 g. of benzyl 6-benzylideneamino penicillanate. Then 0.394 g. of the benzyl 6-benzylideneamino-penicillanate is dissolved in 15 ml. of anhydrous THF under nitrogen and cooled to —78°C. 0.5 ml. of a 2.3 M solution of phenyl lithium is added over 30 seconds. The reaction mixture is stirred for 5 minutes. 0.2 g. of N-bromosuccinimide in 3 ml. of anhydrous THF is then added. The cooling bath is removed and the reaction mixture is allowed to come to 0°C. The solvent is removed under reduced pressure and the residue is taken up in methylene chloride, 30 ml., and washed once with pH 7 phosphate buffer and then with water, dried and evaporated to a volume of about 10 ml. The compound in solution is benzyl 6 - bromo - 6 - benzylideneamino - penicillanate. This can be converted directly to benzyl 6 - methoxy - 6 - benzylideneamino - penicillanate, using the following procedure:

0.200 g. of silver oxide is suspended in 20 ml. of methanol. The 10 ml. solution of the bromobenzylideneamino compound obtained above is added dropwise over 10 minutes to the silver oxide suspension. The reaction mixture is stirred for another 15 minutes. The silver salts are filtered off and the filtrate is evaporated and the residue taken up in benzene and washed twice, with pH 7 phosphate buffer, then dried and evaporated to give 0.412 g. of the benzyl 6 - methoxy - 6 - benzylideneamino - penicillanate as a brownish red oil.

ir 5.61μ (β-lactam), 5.72 (ester), 6.09 (C=N);
nmr 8.45δ (CH=N), 5.57δ (5H), 5.17δ ($CH_2$—C₆H₅), 3.53δ (O—CH₃), 1.57δ and 1.39δ (gem. dimethyl).

The other halo derivatives can be prepared as in Example 8.

## EXAMPLE 20
### Benzyl 6-methoxycarbonyl-6-(*p*-Nitrobenzylideneamino)Penicillanate

The general procedure described in Example 6 is followed. Benzyl 6 - (*p* - nitrobenzylideneamino)penicillanate (9.5 g.) is dissolved in 95 ml. of acetonitrile.

2.99 ml. of N,N-diisopropylethylamine is added generating an emerald green color. This is immediately followed by addition of 13.4 ml. of freshyl distilled methyl chloroformate then stirred until the green color changes to brown (~5 min.). The reaction is quenched by cooling in ice/H₂O and adding 13.4 ml. pyridine dropwise, followed by 5 ml. water. After gas evolution has ceased, the reaction is extracted with ethyl acetate, washed with water and saturated sodium chlroide, then dried over MgSO₄ and evaporated to dryness yielding 11 gm. of crude oil. Crude material is chromatographed on 300 gm. silica gel packed in benzene. The product, benzyl 6 - methoxycarbonyl - 6 - (*p* - nitrobenzylideneamino)penicillanate is collected in 10% ether/benzene and obtained as 4.6 gm., M.I.=497 as analyzed by TLC and NMR.

The compound benzyl 6 - benzoxycarbonyl - 6 - (*p* - nitrobenzylideneamino)-penicillanate can also be prepared by reacting benzyl chloroformate with benzyl 6 - (*p* - nitrobenzylideneamino)penicillanate. 562 mg. of the product is obtained from 1.0 g. of starting material. Identity is confirmed using NMR.

The other analogous products described in Example 6 can be prepared in the penicillin series following the processes described.

## EXAMPLE 21
### Benzyl 6-Hydroxymethyl-6-(*p*-Nitrobenzylideneamino)Penicillanate

Benzyl 6 - hydroxymethyl - 6 - (*p* - nitrobenzylideneamino)penicillanate is prepared as follows:

In a half-dram vial are placed 200 mg. of benzyl (6-(*p*-nitrobenzylideneamino)-

penicillanate and 0.5 ml. of N,N-dimethylformamide. A stream of nitrogen is passed briefly through the resultant emerald-green solution, followed by a stream of formaldehyde gas in nitrogen generated by heating 50 mg. of paraformaldehyde in a nitrogen stream, which is then passed into the Schiff's base solution. The green color is rapidly discharged, to give an orange to yellow solution, which is evaporated to a gum under high vacuum, and flushed twice by dissolving it in a few drops of chloroform and again evaporating to a gum. The resultant material is purified by preparative tlc on a $1000\mu$ silica gel plate with fluorescent indicator, using 20% ethyl acetate in benzene. The yellow band which shows a dark band under either long or short uv light, and which is usually preceded by a deep yellow (visible light) band, is removed and eluted with ethyl acetate. The ir (CHCl₃) shows OH (2.8—3.1$\mu$), $\beta$-lactam (5.65$\mu$) and ester (5.72$\mu$) to be present and the nmr shows the benzylidene and $C_6$-protons as sharp singlets at 532 and 338 ppm downfield from tms in CDCl₃. A yield of about 40% of benzyl 6 - (4 - nitrobenzylideneamino) - 6 - hydroxymethyl - penicillanate is obtained.

The other derivatives of the cephalosporins found in Examples 3—15 can obviously be prepared in the penicilin series usling the processes described therein.

EXAMPLE 22
Regeneration of 7-Amino from 7-Imino Using Products of
Examples 3—15 and 17—21
The regeneration of the 7-amino group of all the products produced in the above Examples is accomplished by reacting approximately equimolar amounts of those compounds with aniline hydrochloride in methanol, at room temperature, mixing for from 1 to 24 hours. Other lower alkanols can be use, suitably ethanol. The ethanol is removed *in vacuo* (about 0.1 mm pressure). The residue is then covered with diethylether. After about one hour has elapsed, the residue crystallizes. The crystals are triturated with ether, filtered and washed several times, followed by addition to 10 ml. of an aqueous (pH=8) phosphate buffer. This mixture is then extracted three times with ether. The ethereal extracts are dried with MgSO₄, filtered, evaporated, and chromatographed on silica gel. The eluate is 4:1 chloroform: ethyl-acetate. The 7-amino product is then removed and identified.

EXAMPLE 23
Regeneration of 7-Amino from 7-Imino Using Products of
Examples 3—15 and 17—21
Another method of regeneration of the 7-amino group of all the products produced in Examples 3—15 and 17—21 is accomplished by reacting 2,4-dinitrophenyl-hydrazine with the compound in the presence of an alcoholic solvent and acid. Specific examples follow for selected compounds. The rest of the compounds can be treated as in these examples.

A.  Benzhydryl 7-Methoxy-7-Aminocephalosporanate
100 mg. of powdered 2,4-dinitrophenylhydrazine, 85.5 mg. of *p*-toluenesulfonic acid monohydrate, and 3 ml. of absolute ethanol are stirred for 30 minutes. To this is added a solution of 304 mg. of benzhydryl 7 - methoxy - 7 - (*p* - nitrobenzyl-ideneamino)cephalosporanate in 3 ml. of ethanol and 0.5 ml. of methylene chloride. The mixture is stirred for 30 minutes and filtered, and after the filter cake has been thoroughly washed with ethanol, the filtrates are evaporated under reduced pressure at or below ambient temperature. The resultant solid is washed several times with ether and dried in a nitrogen stream. This solid is the benzhydryl 7-methoxy-7-amino-cephalosporanate tosylate salt.

The tosylate salt is converted to the free amine using the following procedure: A mixture of 3.5 ml. of ether, 0.5 ml. of ethyl acetate, 2 ml. of water and 22 mg. of dipotassium hydrogen phosphate is prepared. To this is added 100 mg. of benzhydryl 7-methoxy-7-aminocephalosporanate tosylate salt and the mixture is shaken vigorously for several minutes. After phase separation the aqueous phase is again extracted with ether, the combined organic phases are dried with anhydrous magnesium sulfate, and evaporated to a gum under reduced pressure. The product is flushed several times by dissolving it in a small volume of chloroform and again evaporating to a gum under high vacuum. The product so obtained exhibits ir and nmr spectra consistent with the assigned structure for benzhydryl - 7 - methoxy - 7 - amino-cephalosporanate.

1,366,682

B.  Benzhydryl-7-Methyl-7-Aminocephalosporanate

109 mg. of powdered 2,4-dinitrophenylhydrazine, 106 mg. of p-toluenesulfonic acid monohydrate, and 10 ml. of absolute ethanol are stirred for 30 minutes. To this is added a solution of 300 mg. of benzhydryl - 7 - methyl - 7 - (4 - nitro-benzylideneamino)cephalosporanate in 3 ml. of ethanol. The mixture is stirred for 30 minutes and filtered, and after the filter cake has been thoroughly washed with ethanol, the filtrates are evaporated under reduced pressure at or below ambient temperature.

The residue is the benzhydryl - 7 - methyl - 7 - aminocephalosporanate tosylate salt, which is converted by the procedure below to the free base, which has the following characterization: NMR: 1.6$\delta$ (7$\alpha$-methyl), 1.95$\delta$ (acetyl), 3.05, 3.35, 3.4, 3.7$\delta$ (SCH$_2$), 4.58, 4.72, 4.85, 5.07$\delta$ (CH$_2$OAc), 4.6$\delta$ (6$\alpha$-H), 6.86$\delta$ (CH$\phi_2$), 7.3$\delta$ (aromatic). IR: $\beta$-lactam and ester carbonyls at 5.63 and 5.76$\mu$ respectively. MS: 452, 382, 285.

The tosylate salt is converted to the free amine using the following procedure:

A mixture of 3.5 ml. of ether, 0.5 ml. of ethyl acetate, 2 ml. of water and 22 mg. of dipotassium hydrogen phosphate is prepared. To this is added 100 mg. of hydryl 7-hydroxymethyl-7-aminocephalosporanate tosylate salt and the mixture is shaken vigorously for several minutes. After phase separation the aqueous phase is again extracted with ether and the combined organic phases are dried with anhydrous magnesium sulfate and evaporated to a gum under reduced pressure. The product is flushed several times by dissolving it in a small volume of chloroform and evaporating to a gum under high vacuum. The product so obtained exhibits ir and nmr spectra as shown above.

C.  Benzhydryl 7-Hydroxymethyl-7-Aminocephalosporanate

A mixture of 100 mg. of powdered 2,4-dinitrophenyl hydrazine, 85.5 mg. of p-toluene sulfonic acid monohydrate and 3 ml. of absolute ethanol is stirred for 30 minutes. To this is added a solution of 304 mg. of benzhydryl 7 - hydroxymethyl - 7 - (4 - nitrobenzylideneamino)cephalosporanate in 3 ml. of ethanol and 0.5 ml. of methylene chloride. The mixture is stirred for 30 minutes and filtered, and after the filter cake has been thoroughly washed with ethanol, the filtrates are evaporated under reduced pressure at or below ambient temperature. The resultant gum exhibits an ir spectrum (CHCl$_3$ evaporate) with $\beta$-lactam (5.60$\mu$) and ester (5.76$\mu$) absorption, and is identified as benzhydryl 7-hydroxymethyl-7-aminocephalosporanate tosylate salt.

A mixture of 3.5 ml. of ether, 0.5 ml. of ethyl acetate, 2 ml. of water and 22 mg. of dipotassium hydrogen phosphate is prepared. To this is added 100 mg. of benz-hydryl 7-hydroxymethyl-7-aminocephalosporanate tosylate salt and the mixture is shaken vigorously for several minutes. After phase separation the aqueous phase is again extracted with ether and the combined organic phases are dried with anhydrous magnesium sulfate and evaporated to a gum under reduced pressure. The product is flushed several times by dissolving it in a small volume of chloroform and again evaporating to a gum under high vacuum. The product, benzhydryl 7-hydroxymethyl-7-aminocephalosporanate, is purified by preparative tlc on silica gel using ethyl acetate (Rf~0.5). It exhibits an nmr spectrum (CDCl$_3$) with peaks at 444 (10H); 421 (1H), 307, 294, 289, 275 (2H), 291 (1H), 235 (2H), 226, 207, 203, 184 (2H), 158 (B, 2H), 120 (3H) expressed in cps downfield from tms. The ir (CHCl$_3$) showed NH—OH (2.8—3.1$\mu$), $\beta$-lactam (5.60$\mu$) and ester (5.74$\mu$) absorption.

D.  Benzyl-6-Hydroxymethyl-6-Aminopenicillanate

Using the same general procedures of Steps A, B, and C, the tosylate salt of benzyl 6-hydroxymethyl-6-aminopenicillanate, is recovered: m.p. 168—169°C., Calcd. for C$_{22}$H$_{24}$N$_2$O$_7$S: C, 54.31; H, 5.55; N, 5.51; S, 12.61.

Found: C, 54.01; H, 5.59; N, 5.42; S, 12.54. I.R. (Nujol) NH, OH (2.85, 2.99, 3.7—4.3), $\alpha$-lactam (5.63$\mu$), ester (5.77$\mu$). The nmr (DMSO-d$_6$) showed peaks at 454, 446, 431, 422 (4H), 445 (5H), 330 (1H), 314 (2H), 274 (1H), 233 (2H), 138 (3H), 97 (3H), and 83 (3H) expressed in cps downfield from tms.

After treating with aqueous dipotassium hydrogen phosphate as in steps A, C, and C, a gum is obtained, which is benzyl 6-hydroxymethyl-6-aminopenicillanate. It exhibits an ir (neat) spectrum with NH-OH (2.8—3.4$\mu$), $\beta$-lactam and ester (5.6—5.8$\mu$) absorptions; the nmr spectrum exhibits peaks at (numbers in Hz from internal tms in CDCl$_3$) 449 (5H), 325 (1H), 313 (2H), 268 (1H), 235 (2H), 145 (broad; 2H), 97 (3H), and 86 (3H). It shows essentially one spot on tlc on 250$\mu$ silica plates developed with 50% ethyl acetate in benzene.

1,366,682

E.  Benzyl 6-Methyl-6-Aminopenicillanate

Using the same procedures as above, benzyl 6-methyl-6-aminopenicillanate, 19.5 mg., is prepared having NMR: 1.42, 1.59$\delta$ (gem. dimethyl), 1.59$\delta$ (6$\alpha$-methyl), 1.85$\delta$ (NH$_2$), 4.44$\delta$ (3-H), 5.20$\delta$ (OCH$_2\phi$), 5.24$\delta$ (5$\alpha$-H), 7.38$\delta$ (aromatic H). IR: $\beta$-lactam and ester carbonyls at 5.61 and 5.71$\mu$, respectively. MS: Strong 320, 292, 250, 130.

F.  Benzyl 6-Ethyl-6-Aminopenicillanate

Using the same procedures as above, benzyl 6-ethyl-6-aminopenicillanate, 48 mg., NMR: 1.1$\delta$, t; 2.0$\delta$, q; J=7 HZ (6$\alpha$-ethyl); 1.40, 1.58$\delta$ (gem. dimethyl); 2.0$\delta$ (NH$_2$); 4.44$\delta$ (3-H); 5.20$\delta$ (OCH$_2\phi$); 5.25$\delta$ (5$\alpha$-H); 7.4$\delta$ (aromatic H). IR: 2.95$\mu$ (N-H); $\beta$-lactam and ester carbonyls at 5.65 and 5.72$\mu$, is prepared.

Other compounds which can be prepared using the procedures described in the above Examples are listed herein. The ester is prepared in all cases; specifically, the benzyl ester is prepared in the penicillanic acid series. Either the benzhydryl or the trichloroethyl ester is prepared in the cephalosporanic acid series.

7-amino-7-methyl-cephalosporanic acid
7-amino-7-ethyl-cephalosporanic acid
7-amino-7-propyl-cephalosporanic acid
7-amino-7-methoxy-cephalosporanic acid
7-amino-7-ethoxy-cephalosporanic acid
7-amino-7-butoxy-cephalosporanic acid
7-amino-7-methylthio-cephalosporanic acid
7-amino-7-ethylthio-cephalosporanic acid
7-amino-7-isopropylthio-cephalosporanic acid
7-amino-7-acetyl-cephalosporanic acid
7-amino-7-propionyl-cephalosporanic acid
7-amino-7-trifluoromethoxy-cephalosporanic acid
7-amino-7-trifluoromethylthio-cephalosporanic acid
7-amino-7-chloro-cephalosporanic acid
7-amino-7-bromo-cephalosporanic acid
7-amino-7-fluoro-cephalosporanic acid
7-amino-7-difluoromethyl-cephalosporanic acid
7-amino-7-acetoxy-cephalosporanic acid
7-amino-7-propionyloxy-cephalosporanic acid
7-amino-7-hydroxymethyl-cephalosporanic acid
7-amino-7-($\alpha$-methyl)-hydroxymethyl-cephalosporanic acid
7-amino-7-($\alpha$-isopropyl)-hydroxymethyl-cephalosporanic acid
7-amino-7-($\beta$-cyanoethyl)-cephalosporanic acid
7-amino-7-($\beta$-nitroethyl)-cephalosporanic acid
7-amino-7-($\beta$-formylethyl)-cephalosporanic acid
7-amino-7-allyl-cephalosporanic acid
7-amino-7-benzyl-cephalosporanic acid
7-amino-7-cyano-cephalosporanic acid
7-amino-7-nitroso-cephalosporanic acid
7-amino-7-carbamoyl-cephalosporanic acid
7-amino-7-carboethoxy-cephalosporanic acid
7-amino-7-sulfo-cephalosporanic acid
7-amino-7-sulfamoyl-cephalosporanic acid
7-amino-7-methylsulfo-cephalosporanic acid
7-amino-7-phospho-cephalosporanic acid
7-amino-7-nitro-cephalosporanic acid
7-amino-7-carboxy-cephalosporanic acid
7-amino-7-dithiocarboxy-cephalosporanic acid
7-amino-7-dimethylaminomethyl-cephalosporanic acid
7-amino-7-methyl-3-methyldecephalosporanic acid
7-amino-7-ethyl-3-chloromethyldecephalosporanic acid
7-amino-7-propyl-3-carbamoyloxymethyldecephalosporanic acid
7-amino-7-methoxy-3-methyldecephalosporanic acid
7-amino-7-ethoxy-3-chloromethyldecephalosporanic acid
7-amino-7-butoxy-3-carbamoyloxymethyldecephalosporanic acid
7-amino-7-methylthio-3-methyldecephalosporanic acid
7-amino-7-ethylthio-3-chloromethyldecephalosporanic acid
7-amino-7-isopropylthio-3-carbamoyloxydecephalosporanic acid
7-amino-7-acetyl-3-methyldecephalosporanic acid

1,366,682

7-amino-7-propionyl-3-chloromethyldecephalosporanic acid
7-amino-7-trifluoromethoxy-3-methyldecephalosporanic acid
7-amino-7-trifluoromethylthio-3-methyldecephalosporanic acid
7-amino-7-chloro-3-methyldecephalosporanic acid
7-amino-7-bromo-3-carbamoyloxymethyldecephalosporanic acid
7-amino-7-fluoro-3-carbamoyloxymethyldecephalosporanic acid
7-amino-7-difluoromethyl-3-methyldecephalosporanic acid
7-amino-7-acetoxy-3-methyldecephalosporanic acid
7-amino-7-propionyloxy-3-carbamoyloxymethyldecephalosporanic acid
7-amino-7-hydroxymethyl-3-methyldecephalosporanic acid
7-amino-7-($\alpha$-methyl)-hydroxymethyl-3-methyldecephalosporanic acid
7 - amino - 7 - ($\alpha$ - isopropyl) - hydroxymethyl - 3 - carbamoyloxymethyl-decephalosporanic acid
7-amino-7-($\beta$-cyanoethyl)-3-methyldecephalosporanic acid
7-amino-7-($\beta$-nitroethyl)-3-methyldecephalosporanic acid
7-amino-7-($\beta$-formylethyl)-3-carbamoyloxymethyldecephalosporanic acid
7-amino-7-allyl-3-chloromethyldecephalosporanic acid
7-amino-7-benzyl-3-methyldecephalosporanic acid
7-amino-7-cyano-3-carbamoyloxymethyldecephalosporanic acid
7-amino-7-nitroso-3-chloromethyldecephalosporanic acid
7-amino-7-carbamoyl-3-methyldecephalosporanic acid
7-amino-7-carboethoxy-3-chloromethyldecephalosporanic acid
7-amino-7-sulfo-3-carbamoyloxymethyldecephalosporanic acid
7-amino-7-sulfamoyl-3-chloromethyldecephalosporanic acid
7-amino-7-methylsulfo-3-methyldecephalosporanic acid
7-amino-7-phospho-3-carbamoyloxymethyldecephalosporanic acid
7-amino-7-nitro-3-methyldecephalosporanic acid
7-amino-7-carboxy-3-chloromethyldecephalosporanic acid
7-amino-7-dithiocarboxy-3-carbamoyloxymethyldecephalosporanic acid
7-amino-7-dimethylaminomethyl-3-methyldecephalosporanic acid
6-amino-6-propyl-penicillanic acid
6-amino-6-methoxy-penicillanic acid
6-amino-6-ethoxy-penicillanic acid
6-amino-6-butoxy-penicillanic acid
6-amino-6-methylthio-penicillanic acid
6-amino-6-propylthio-penicillanic acid
6-amino-6-butylthio-penicillanic acid
6-amino-6-acetyl-penicillanic acid
6-amino-6-propionyl-penicillanic acid
6-amino-6-($\beta$-cyanoethyl)-penicillanic acid
6-amino-6-($\beta$-nitroethyl)-penicillanic acid
6-amino-6-($\beta$-formylethyl)-penicillanic acid
6-amino-6-allyl-penicillanic acid
6-amino-6-benzyl-penicillanic acid
6-amino-6-cyano-penicillanic acid
6-amino-6-nitroso-penicillanic acid
6-amino-6-carbamoyl-penicillanic acid
6-amino-6-carboethoxy-penicillanic acid
6-amino-6-sulfo-penicillanic acid
6-amino-6-sulfamoyl-penicillanic acid
6-amino-6-methylsulfo-penicillanic acid
6-amino-6-phospho-penicillanic acid
6-amino-6-nitro-penicillanic acid
6-amino-6-carboxy-penicillanic acid
6-amino-6-dithiocarboxy-penicillanic acid
6-amino-6-dimethylaminomethyl-penicillanic acid
6-amino-6-trifluoromethoxy-penicillanic acid
6-amino-6-trifluoromethylthio-penicillanic acid
6-amino-6-chloro-penicillanic acid
6-amino-6-bromo-penicillanic acid
6-amino-6-fluoro-penicillanic acid
6-amino-6-difluoromethyl-penicillanic acid
6-amino-6-acetoxy-penicillanic acid
6-amino-6-propionyloxy-penicillanic acid
6-amino-6-hydroxymethyl-penicillanic acid

21               1,366,682               21

6-amino-6-(α-methyl)-hydroxymethyl-penicillanic acid
6-amino-6-(α-isopropyl)-hydroxymethyl-penicillanic acid

### EXAMPLE 24
#### Preparation of Amido Derivatives of Example 23

The 7-amino or 6-amino compounds prepared in the previous Example are further reacted to produce superior antibacterial agents. One highly active group at 7 (or 6) is 7-(or 6-)-(2-thienylacetamido), prepared in the following manner.

Approximately equimolar amounts of the 7-amino compound and thienyl acetyl chloride are reacted in solution. Methylene chloride containing a small amount of pyridine is used as the solvent. For instance, when benzhydryl 7-amino-7-methyl-cephalosporanate is used, 452 mg. of it is reacted with 161 mg. thienyl acetyl chloride in 25 ml. of methylene chloride containing 0.5 ml. pyridine. The reaction mixture is held at 0°C. for 15—60 minutes and then raised to room temperature and held an additional 15—60 minutes. The mixture is then washed with water, dilute phosphoric acid (buffered to pH 2), water, and dilute sodium bicarbonate. After drying with MgSO₄, the solution is filtered and evaporated. The crude solid is purified by chromatography on silica gel, and eluted using, for instance, 4:1 chloroform: ethylacetate. The product prepared is the 7-(2-thienylacetamido)-7-R-(methyl)-cephalosporanic acid benzhydryl ester. This latter can be hydrolysed to the acid by treating for 5—20 minutes at 0—10°C. with anisole and trifluoroacetic acid. (For instance, 300 mg. of compound in 0.5 ml. of anisole and 2.5 ml. of trifluoroacetic acid.) The resulting mixture is evaporated at reduced pressure and flushed twice with anisole. The residue is dissolved in methylene chloride and extracted with 5% sodium bicarbonate solution. The aqueous solution is adjusted to pH 1.8 with 5% phosphoric acid and extracted with ethyl acetate. The organic solution is dried and evaporated to yield the pure 7 - (2 - thienylacetamido) - 7 - R - (methyl) - cephalosporanic acid.

In a like manner, using benzyl 6-amino-6-methyl penicillanate in reaction with thienyl acetyl chloride, 6-(2-thienylacetamido)-6-methylpenicillanic acid is recovered.

This general procedure must be slightly modified when the substituent at 7- (or 6-) is hydroxymethyl. For example, to prepare benzyl 6 - hydroxymethyl - 6 - phenoxy-acetamidopenicillanate, benzyl 6 - hydroxymethyl - 6 - aminopenicillanate, obtained from 1.2 g. of tosylate salt, is cooled to 0°C. in 5 ml. of methylene chloride and stirred vigorously with 820 mg. of K₂HPO₄ in 15 ml. of water while 440 mg. of phenoxyacetyl chloride in 10 ml. of dry methylene chloride is added dropwise over a one-minute period. After vigorous stirring at 0°C. for another 15 minutes, the phases are separated and the aqueous phase is again extracted with methylene chloride. After drying the combined organic phases with magnesium sulfate, the solvent is removed at reduced pressure to give 1.16 g. of crude product, which is purified by chromatography on 35 g. silica gel packed in chloroform. Fractions 1—12 are 20 ml. chloroform, 13 and 14 are 30 ml. of 1% ethyl acetate in chloroform while 15 to 21 are 50 ml. of 2.5% ethyl acetate in chloroform. Evaluation of the fractions by tlc leads to combination of fractions 5—17 to give 676 mg. of purified material. The ir spectrum (CHCl₃) shows NH—OH (2.8—3.1μ), β-lactam (5.62μ), ester (5.73μ) and amide (5.96μ) absorption while the nmr (CDCl₃) shows peaks at 452—408 (complex 11H; major peaks at 442 and 421), 338 (1H), 312 (2H), 272 (2H), 268 (1H), 253 (2H), 86 (3H) and 82 (3H) expressed in cps downfield from tms. The mass spectrum also showed the desired molecular ion at m/e 470.

The product prepared is the 6-phenoxyacetamido-6-hydroxymethyl-penicillanic acid benzyl ester. This can be converted to the acid by catalytic hydrogenolysis. For instance, 100 mg. of compound in 50 ml. of ethanol-water (2:1), containing one equivalent of sodium bicarbonate to which 100 mg. of 10% Pd/C catalyst is added, is prepared. The resulting mixture is shaken in a hydrogen atmosphere (40 psi) for one hour. After filtration and lyophilization, the product, sodium 6α-hydroxymethyl-6β-phenoxyacetamidopenicillanate, is obtained.

WHAT WE CLAIM IS:—

1. A method of preparing a compound having the formula:



22                                    1,366,682                                    22

in which M is benzyl, benzhydryl, trimethylsilyl, trichloroethyl, methoxymethyl, benzoylmethyl, or methoxybenzyl;

    (Z) is the group

$$-\overset{\textstyle |}{C}-(CH_3)_2$$

or

$$=\overset{\overset{\textstyle CH_2}{\textstyle |}}{C}-CH_2A,$$

where A is hydrogen, halogen, hydroxy, mercapto, cyano, $C_{1-6}$ alkanoyloxy, $C_{1-6}$ alkanoylthio, aroyloxy, aroylthio, heteroaryloxy or heteroarylthio in which the hetero ring has 5—6 members including 1—3 hetero atoms, which are O, S, or N or combinations thereof, azido, amino, substituted amino, carbamoyloxy, alkoxy, alkylthio, carbamoylthio, thiocarbamoyloxy, N-($C_{1-6}$ alkyl)carbamoyloxy, N-($C_{1-6}$ alkyl)thiocarbamoyloxy, N-N-di($C_{1-6}$ alkyl)carbamoyloxy, N,N-di-($C_{1-6}$ alkyl)thiocarbamoyloxy, quaternary ammonium, N,N-di($C_{1-6}$ alkyl)thiocarbamoyloxy, alkanoylcarbamoyloxy, hydroxyphenyl, sulfamoyloxy, alkylsulfonyloxy, or (cis-1,2-epoxypropyl)phosphone;

    each of G, K, and J is a hydrogen atom or a nitro, methyl sulfonyl, esterified or amidified carboxy, or cyano group; but with the proviso that at least one of G, K, and J is methyl sulfonyl, esterified or amidified carboxy, or cyano when Z is —C—(CH₃)₂;

    that comprises reacting an aromatic aldehyde of formula:



where G, K, and J are as defined above, with a compound having the formula:



where M and Z are as defined above, and recovering the desired product.

2. A process as claimed in Claim 1 in which a solvent is employed.
3. A process as claimed in Claim 2 in which the solvent is methylene chloride.
4. A process as claimed in any preceding claim in which the reaction is conducted at ambient temperature.
5. A process as claimed in any preceding claim in which the reactants are used in approximately equimolar amounts.
6. A process as claimed in any one of Claims 1—5 in which Z is

$$=\overset{\overset{\textstyle CH_2}{\textstyle |}}{C}-CH_2A$$

and K, G, and J are all hydrogen.

7. A process as claimed in any one of Claims 1—5 in which Z is

$$=\overset{\overset{\textstyle CH_2}{\textstyle |}}{C}-CH_2A,$$

K is nitro and G and J are both hydrogen.

8. A process as claimed in Claim 6 or 7 in which M is benzhydryl.

1,366,682

9. A method of preparing a compound having the formula:



in which A, M and Z are as defined in Claim 1, each of G, K, and J is a hydrogen atom or a nitro, methylsulfonyl, esterified or amidified carboxy, or cyano group;

and $R_1$ is $C_{1-6}$ alkyl, $C_{2-6}$ alkanoyl, $C_{1-6}$ alkoxy, $C_{1-6}$ haloalkoxy, $C_{1-6}$ alkylthio, $C_{1-6}$ haloalkylthio, halo, $C_{1-6}$ loweralkyl, $C_{2-6}$ alkanoyloxy, $C_{1-6}$ $\alpha$-hydroxyalkyl, ($\beta$-substituted)ethyl, allyl, benzyl, nitroso, carbamoyl, ($C_{1-6}$ alkoxy)carbonyl, sulfo, sulfamoyl, $C_{1-6}$ alkylsulfo, phospho, nitro, carboxy, dithiocarboxy, carbobenzoxy, or dimethylaminomethyl;

that comprises reacting a compound of the formula:



first with an activating agent, then with a reagent capable of substituting the desired $R_1$ group, viz. respectively: a $C_{1-6}$ alkylsulfate or halide; a $C_{2-6}$ alkanoyl halide; a $C_{1-6}$ alkyl peroxide, methyl $t$-butylperoxide, methylphenyl sulfenate, $o$-methyldimethyl sulfoxonium methosulfate or N-methoxypyridinium methosulfate; a $C_{1-6}$ haloalkyl peroxide; a $C_{1-6}$ alkyl disulfide or a $C_{1-6}$ alkane sulfenyl halide; a $C_{1-6}$ haloalkyl disulfide; a $t$-butyl hypohalite, a perhalomethyl hypohalite, an N-halosuccinimide, an N-haloacetamide, or molecular halogen; a $C_{1-6}$ haloalkane; a $C_{2-6}$ alkanoyl peroxide; formaldehyde, an aldehyde of formula R.CHO, where R is $C_{1-5}$ alkyl, or a reactive $C_{3-6}$ alkanone; a reactive ethylene derivative; an allyl halide; a benzyl halide; a nitrosyl halide; a carbamoyl halide; a $C_{1-6}$ alkyl haloformate; sulfuryl chloride; sulfamoyl chloride; a $C_{1-6}$ alkylsulfonyl halide; phosphorus oxychloride; acetone cyanhydrinnitrate; carbon dioxide; carbon disulfide; a benzyl haloformate; or iodomethyltrimethyl ammonium iodide or bis(dimethylamino)methane; with the proviso that when $R_1$ is $C_{1-6}$ $\alpha$-hydroxyalkyl, at least one of G, K, and J must be nitro, methyl sulfonyl, carboxyester, carboxyamide, or cyano; and recovering the desired product thereby produced.

10. A method as claimed in Claim 9 in which $R_1$ in the product is bromo and the reagent used to introduce it is N-bromoacetamide, N-bromosuccinimide, $t$-butyl-hypobromite, perhalomethyl hypobromite, or bromine.

11. A method as claimed in Claim 9 in which $R_1$ in the product is methoxy and the reagent used to introduce it is dimethylperoxide, methyl $t$-butyl peroxide, methyl phenyl sulfenate, $o$-methyl dimethyl sulfoxonium methosulfate, or N-methoxy pyridinium methosulfate.

12. A method as claimed in Claim 9 or 10 in which the activating agent is sodium hydride, phenyl lithium, or $t$-butyl lithium.

13. A method as claimed in any one of Claims 9—12 in which (Z) is



and each of K, G, and J is hydrogen.

14. A method as claimed in any one of Claims 9—12 in which (Z) is



and each of K, G, and J is hydrogen.

24                                    1,366,682                                    24

15. A method as claimed in any one of Claims 9—12 in which (Z) is

$$\underset{=C-CH_2A,}{\overset{\overset{\displaystyle CH_2}{|}}{}}$$

K is nitro, and each of G and J is hydrogen.

16. A method of preparing a compound having the formula:



in which M and Z are as defined in Claim 1 and $R_1$ is as defined in Claim 9 that comprises reacting a compound of the formula:



in which M, Z and $R_1$ are as in the desired product and G, K and J are as defined in Claim 9, with an amine in the presence of acid and recovering the compound thereby produced.

17. A method as claimed in Claim 16 in which the amine is aniline, phenyl-hydrazine, or 2,4-dinitrophenylhydrazine.

18. A method as claimed in Claim 16 or 17 in which the acid is hydrochloric acid or $p$-toluenesulfonic acid.

19. A method as claimed in Claim 16 in which aniline hydrochloride is used as the amine in the presence of acid.

20. A method as claimed in Claim 18 in which the amine is 2,4-dinitrophenyl-hydrazine and the acid is $p$-toluene sulfonic acid.

21. A method as claimed in any one of Claims 16—20 in which an alcoholic solvent is used.

22. A method as claimed in Claim 21 in which the solvent is a $C_{1-5}$ alcohol.

23. A method as claimed in any one of Claim 16—22 in which $R_1$ is bromo.

24. A method as claimed in any one of Claims 16—22 in which (Z) is

$$-\overset{\overset{\displaystyle |}{}}{C}-(CH_3)_2$$

and $R_1$ is $C_{1-6}$ alkyl.

25. A method as claimed in any one of Claims 16—22 in which (Z) is

$$\underset{=C-CH_2A}{\overset{\overset{\displaystyle CH_2}{|}}{}}$$

and $R_1$ is $C_{1-6}$ alkoxy.

26. A method as claimed in any one of Claims 16—22 in which $R_1$ is methoxy and (Z) is

$$-\overset{\overset{\displaystyle |}{}}{C}-(CH_3)_2$$

27. A method as claimed in any one of Claims 16—22 in which $R_1$ is methoxy and (Z) is

$$\underset{=C-CH_2A.}{\overset{\overset{\displaystyle CH_2}{|}}{}}$$

1,366,682

28. A method as claimed in Claim 27 in which A is $C_{1-6}$ alkanoyloxy.

29. A method as claimed in Claim 28 in which A is acetoxy.

30. A method as claimed in Claim 27 in which A is carbamoyloxy.

31. A method as claimed in Claim 27 in which A is pyridinium.

32. A compound having the formula :



in which M, Z, G, J and K are as defined in Claim 1.

33. A compound as claimed in Claim 32 in which (Z) is



and M is trichloroethyl.

34. A compound as claimed in Claim 32 in which (Z) is



and M is benzyl.

35. A compound as claimed in Claim 32 in which (Z) is



and K, G and J are all hydrogen.

36. A compound as claimed in Claim 32 in which (Z) is



K is nitro and G and J are hydrogen.

37. A compound as claimed in Claim 35 or 36 in which A is $C_{1-6}$ alkanoyloxy.

38. A compound as claimed in Claim 35 or 36 in which A is carbamoyloxy.

39. A compound as claimed in Claim 35 or 36 in which A is pyridinium.

40. A compound as claimed in Claim 37 in which A is acetoxy.

41. A compound as claimed in any one of Claims 37—40 in which M is benzhydryl.

42. A compound having the formula :



in which M and Z are as defined in Claim 1 and $R_1$, G, J and K are as defined in Claim 9.

43. A compound as claimed in Claim 42 in which $R_1$ is $C_{1-6}$ alkyl, $C_{1-6}$ alkoxy, or halo.

44. A compound as claimed in Claim 43 in which each of K, G, and J is hydrogen, nitro, methyl sulfonyl, or cyano.

45. A compound as claimed in Claim 44 in which each of K, G, and J is nitro or hydrogen.

1,366,682

46. A compound as claimed in Claim 45 in which one of K, G and J is nitro, and the others are hydrogen.

47. A compound as claimed in Claim 46 in which K is nitro and G and J are hydrogen.

48. A compound as claimed in Claim 45 in which K, G, and J are all hydrogen.

49. A compound as claimed in Claim 48 in which $R_1$ is bromo.

50. A compound as claimed in Claim 49 in which (Z) is

$$-\overset{|}{C}-(CH_3)_2$$

and M is benzyl.

51. A compound as claimed in Claim 49 in which (Z) is

$$-\overset{|}{C}-(CH_3)_2$$

and M is trichloroethyl.

52. A compound as claimed in Claim 49 in which (Z) is

$$=\overset{\overset{CH_2}{|}}{C}-CH_2A$$

and A is $C_{1-6}$ alkanoyloxy.

53. A compound as claimed in Claim 52 in which A is acetoxy.

54. A compound as claimed in Claim 49 in which (Z) is

$$=\overset{\overset{CH_2}{|}}{C}-CH_2A$$

and A is carbamoyloxy.

55. A compound as claimed in Claim 49 in which (Z) is

$$=\overset{\overset{CH_2}{|}}{C}-CH_2A$$

and A is pyridinium.

56. A compound as claimed in any one of Claims 52—55 in which M is benzhydryl.

57. A compound as claimed in Claim 43 in which $R_1$ is methoxy.

58. A compound as claimed in Claim 57 in which (Z) is

$$-\overset{|}{C}-(CH_3)_2$$

and M is benzyl.

59. A compound as claimed in Claim 57 in which (Z) is

$$-\overset{|}{C}-(CH_3)_2$$

and M is trichloroethyl.

60. A compound as claimed in Claim 57 in which (Z) is

$$=\overset{\overset{CH_2}{|}}{C}-CH_2A$$

and A is $C_{1-6}$ alkanoyloxy.

61. A compound as claimed in Claim 60 in which A is acetoxy.

62. A compound as claimed in Claim 57 in which (Z) is



and A is pyridinium.

5

63. A compound as claimed in Claim 57 in which (Z) is

$$=\overset{\displaystyle \overset{CH_2}{|}}{C}-CH_2A$$

and A is carbamoyloxy.

64. A compound as claimed in any one of Claims 57—63 in which M is benzhydryl.

10

65. A compound as claimed in Claim 43 in which $R_1$ is $C_{1-6}$ alkyl, (Z) is

$$-C-(CH_3)_2$$

and M is benzyl.

66. A compound as claimed in Claim 43 in which $R_1$ is $C_{1-6}$ alkyl, (Z) is

$$-C-(CH_3)_2$$

15

and M is trichloroethyl.

67. A compound as claimed in Claim 43 in which $R_1$ is $C_{1-6}$ alkyl, (Z) is



and A is $C_{1-6}$ alkanoyloxy or pyridinium.

68. A compound as claimed in Claim 67 in which A is acetoxy.

20

69. A compound as claimed in Claim 43 in which $R_1$ is $C_{1-6}$ alkyl, (Z) is

$$=\overset{\displaystyle \overset{CH_2}{|}}{C}-CH_2A$$

and A is carbamoyloxy.

70. A compound as claimed in any one of Claims 67—69 in which M is benzhydryl.

25

71. Each and every compound as claimed in Claim 32 hereinbefore individually specified.

72. Each and every compound as claimed in Claim 42 hereinbefore individually specified.

73. A method of producing a compound as claimed in Claim 32, substantially as hereinbefore described in Example 2.

30

74. A method of producing a compound as claimed in Claim 42, substantially as hereinbefore described in any one of Examples 3—15 and 17—21.

75. A method as claimed in Claim 16, substantially as hereinbefore described in Example 22 or 23.

35

76. A method as claimed in any one of Claims 16—31, including the further step of amidating the resulting product by a method substantially as hereinbefore described in Example 24.

77. A compound as claimed in Claim 32, when prepared by a method as claimed in any one of Claims 1—8 and 73.

40

78. A compound as claimed in Claim 42, when prepared by a method as claimed in any one of Claims 9—15 and 74.

28                                        1,366,682                                        23

79. A compound having the formula:



in which M, Z and $R_1$ are as defined in Claim 1 when prepared by a method as claimed in any one of Claims 16—31 and 75.

5          80. A compound of general formula:          5



in which $R°$ is an acyl group and $R_1$, Z and M are as defined in Claim 1, when prepared by a method as claimed in Claim 76 or an obvious chemical equivalent of such a method.

For the Applicants,
D. YOUNG & CO.,
Chartered Patent Agents,
9 & 10 Staple Inn,
London WC1V 7RD.

Printed for Her Majesty's Stationery Office, by the Courier Press, Leamington Spa, 1974.
Published by The Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from
which copies may be obtained.