# Exhibit 11

SECOND EDITION

# Organic Chemistry

**John McMurry**
Cornell University



BROOKS/COLE PUBLISHING COMPANY
Pacific Grove, California

Pre

**Brooks/Cole Publishing Company**
A Division of Wadsworth, Inc.

© 1988, 1984 by Wadsworth, Inc., Belmont, California 94002. All rights reserved. No part of this book may be reproduced, stored in a retrieval system, or transcribed, in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without the prior written permission of the publisher, Brooks/Cole Publishing Company, Pacific Grove, California 93950, a division of Wadsworth, Inc.

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

**Library of Congress Cataloging-in-Publication Data**

McMurry, John.
    Organic chemistry.

    Includes index.
    1. Chemistry, Organic.    I. Title.
QD251.2.M43    1988    547    87-15835

ISBN 0-534-07968-7

SPONSORING EDITOR: Sue Ewing
EDITORIAL ASSISTANT: Lorraine McCloud, Heidi Wieland
PRODUCTION COORDINATORS: Phyllis Niklas, Joan Marsh
MANUSCRIPT EDITOR: Patricia Cain
PERMISSIONS EDITOR: Carline Haga
INTERIOR DESIGN: Stan Rice, Janet Bollow
COVER DESIGN: Janet Bollow
COVER ILLUSTRATION: Vantage Art
INTERIOR ILLUSTRATION: Vantage Art
TYPESETTING: Jonathan Peck Typographers, Ltd.
COVER PRINTING: The Lehigh Press, Inc.
PRINTING AND BINDING: R. R. Donnelley & Sons Company

Organi



cule of general

al carbon is a
e its premises
Just because
doesn't mean
on't be found.
f carbon—the
re convincing.
s exactly this
s *the existence*

in Figure 9.7
mirror-image
9.7 are three
or. The $CH_3X$
es. If we were
or image, we

th its mirror
e molecule on
e can't super-
substituents
versed. If the
versed. Tetra-
as a pair of
four different

ith its mirror
enantiomers

Figure 9.7 Tetrahedral carbon atoms and their mirror images: Molecules of the type $CH_3X$ and $CH_2XY$ are identical to their mirror images, but a molecule of the type CHXYZ is not. A CHXYZ molecule is related to its mirror image in the same way that a right hand is related to a left hand.

## 17.10 Protection of Alcohols

It often happens, particularly during the synthesis of complex molecules, that one functional group in a molecule interferes with an intended reaction on a second functional group elsewhere in the same molecule. For example, we saw earlier in this chapter that a Grignard reagent can't be prepared from a halo alcohol because the carbon–magnesium bond is not compatible with the presence of an acidic hydroxyl group in the same molecule.

HO—(Molecule)—Br $\xrightarrow{Mg}$ (not formed) HO—(Molecule)—MgBr

*Not formed*

When this kind of incompatibility arises, it is sometimes possible to circumvent the problem by *protecting* the interfering functional group. Protection involves three steps: (1) formation of an inert derivative, (2) carrying out the desired reaction, and (3) removal of the protecting group.

One common method of alcohol protection involves acid-catalyzed reaction with dihydropyran to yield a tetrahydropyranyl (THP) ether. The reaction is simply an acid-catalyzed electrophilic addition of the alcohol to the electron-rich double bond of dihydropyran:

Cyclohexanol + Dihydropyran $\xrightarrow[THF]{HCl}$ Cyclohexyl 2-tetrahydropyranyl ether (95%)

Like most other ethers that we'll study in the next chapter, THP ethers are relatively unreactive. They have no acidic protons and are therefore protected against reaction with oxidizing agents, reducing agents, nucleophiles, and Grignard reagents. They can, however, be cleaved by reaction with aqueous acid to regenerate the alcohol.

Cyclohexyl THP ether $\xrightarrow[25°C]{HCl,\ H_2O}$ Cyclohexanol + Tetrahydropyran-2-ol

To complete the earlier example, it is possible to use a halo alcohol in a Grignard reaction by employing a three-step sequence: (1) protection, (2) Grignard formation and reaction, (3) deprotection. For example, we can add 3-bromo-1-propanol to acetaldehyde by the route shown in Figure 17.12.

PROBLEM

**17.17** Show the mechanism of THP ether formation by acid-catalyzed electrophilic addition of an alcohol to dihydropyran. How can you account for the regiochemistry of the reaction?

$HOCH_2CH_2CH_2Br$ + (dihydropyran) $\xrightarrow[\text{Catalyst}]{\text{HCl}}$ (THP)–$OCH_2CH_2CH_2Br$

$\xrightarrow[\text{Ether}]{\text{Mg}}$ (THP)–$OCH_2CH_2CH_2MgBr$ $\xrightarrow[\text{2. } H_2O]{\text{1. } H_3CCH(=O)}$ (THP)–$OCH_2CH_2CH_2CH(OH)CH_3$

$\xrightarrow{H_3O^+}$ (THP)–OH + $HOCH_2CH_2CH_2CH(OH)CH_3$

Figure 17.12 Use of a THP-protected alcohol during a Grignard reaction

## 17.11 Spectroscopic Analysis of Alcohols

### INFRARED SPECTROSCOPY

Alcohols show a characteristic O—H stretching absorption at 3300–3600 $cm^{-1}$ in the infrared spectrum that simplifies their spectroscopic identification. The exact position of the absorption band depends on the extent of hydrogen bonding in the sample. Unassociated alcohols show a fairly sharp absorption near 3600 $cm^{-1}$, whereas hydrogen-bonded alcohols show a broader absorption in the 3300–3400 $cm^{-1}$ range. The hydrogen-bonded hydroxyl absorption is easily seen at 3350 $cm^{-1}$ in the spectrum of cyclohexanol (Figure 17.13). Alcohols also show a strong C—O stretching absorption near 1050 $cm^{-1}$.




Figure 17.13 Infrared spectrum of cyclohexanol

# Carboxylic Acid Derivatives and Nucleophilic Acyl Substitution Reactions

Carboxylic acids are just one member of a class of **acyl derivatives, RCOY,** where the —Y substituent may be oxygen, halogen, nitrogen, or sulfur. Numerous acyl derivatives are possible, but we will be concerned only with four of the more common ones, in addition to carboxylic acids themselves: acid halides, acid anhydrides, esters, and amides. All these derivatives contain an acyl group, RCO—, bonded to an electronegative atom that can act as a leaving group in substitution reactions. Also in this chapter, we'll discuss **nitriles**, a class of compounds closely related to carboxylic acids.

$$R{-}\overset{O}{\overset{\|}{C}}{-}OH$$

Carboxylic acid

$$R{-}\overset{O}{\overset{\|}{C}}{-}X$$

Acid halide
(X = F, Cl, Br, or I)

$$R{-}\overset{O}{\overset{\|}{C}}{-}O{-}\overset{O}{\overset{\|}{C}}{-}R'$$

Acid anhydride

$$R{-}\overset{O}{\overset{\|}{C}}{-}OR'$$

Ester

$$R{-}\overset{O}{\overset{\|}{C}}{-}NH_2$$

Amide

$$R{-}C{\equiv}N$$

Nitrile

The chemistry of these acyl derivatives is similar and is dominated by a single general reaction type—the **nucleophilic acyl substitution reaction** that we saw briefly in the overview of carbonyl chemistry:

$$R{-}\overset{O}{\overset{\|}{C}}{-}Y + :Nu^- \longrightarrow R{-}\overset{O}{\overset{\|}{C}}{-}Nu + :Y^-$$

Let's first learn more about acyl derivatives and then explore the chemistry of acyl substitution reactions.

## 21.1 Nomenclature of Carboxylic Acid Derivatives

### ACID HALIDES: RCOX

Acid halides are named by identifying first the acyl group and then the halide. The acyl group name is derived from the carboxylic acid name by replacing the *-ic acid* ending with *-yl*, or the *-carboxylic acid* ending with *-carbonyl*. For example,

$CH_3CCl$ (with C=O)

Acetyl chloride
(from acetic acid)

Benzoyl bromide
(from benzoic acid)

Cyclohexanecarbonyl chloride
(from cyclohexanecarboxylic acid)

### ACID ANHYDRIDES: $RCO_2COR'$

Symmetrical anhydrides of straight-chain monocarboxylic acids, and cyclic anhydrides of dicarboxylic acids, are named by replacing the word *acid* with *anhydride*.

$CH_3C(=O)-O-C(=O)CH_3$

Acetic anhydride

$CH_3(CH_2)_5C(=O)-O-C(=O)(CH_2)_5CH_3$

Heptanoic anhydride

3-Methoxyphthalic anhydride

If the anhydride is derived from a substituted monocarboxylic acid, it is named by adding the prefix *bis-* (meaning two) to the acid name.

$ClCH_2C(=O)-O-C(=O)CH_2Cl$

Bis(chloroacetic) anhydride

### AMIDES: $RCONH_2$

Amides with an unsubstituted $-NH_2$ group are named by replacing the *-oic acid* or *-ic acid* ending with *-amide*, or by replacing the *-carboxylic acid* ending with *-carboxamide*.

$CH_3CNH_2$ (with C=O)

Acetamide
(from acetic acid)

$CH_3(CH_2)_4CNH_2$ (with C=O)

Hexanamide
(from hexanoic acid)

Cyclopentanecarboxamide
(from cyclopentanecarboxylic acid)

If the nitrogen atom is further substituted, the compound is named by first identifying the substituent groups and then citing the base name. The substituents are preceded by the letter *N* to identify them as being directly attached to nitrogen.

$CH_3CH_2C(=O)NHCH_3$

*N*-Methylpropanamide

$C_4H_7$–$C(=O)$–$N(CH_2CH_3)_2$

*N,N*-Diethylcyclobutanecarboxamide

## ESTERS: $RCO_2R'$

Systematic names for esters are derived by first citing the alkyl group attached to oxygen and then identifying the carboxylic acid. In so doing, the *-ic acid* ending is replaced by *-ate*.

Ethyl acetate (the ethyl ester of acetic acid)

Dimethyl malonate (the dimethyl ester of malonic acid)

*tert*-Butyl cyclohexanecarboxylate (the *tert*-butyl ester of cyclohexanecarboxylic acid)

## NITRILES: RC≡N

Compounds containing the —C≡N functional group are known as **nitriles**. Simple acyclic alkane nitriles are named by adding *-nitrile* as a suffix to the alkane name, with the nitrile carbon itself numbered as C1.

$\underset{5}{CH_3}\underset{4}{CH}(CH_3)\underset{3}{CH_2}\underset{2}{CH_2}\underset{1}{CN}$

4-Methylpentanenitrile

More complex nitriles are usually considered as derived from carboxylic acids, and are named either by replacing the *-ic acid* or *-oic acid* ending with *-onitrile*, or by replacing the *-carboxylic acid* ending with *-carbonitrile*. In this system, the nitrile carbon atom is attached to C1 but is not itself numbered.

$CH_3C{\equiv}N$

Acetonitrile (from acetic acid)

$C_6H_5C{\equiv}N$

Benzonitrile (from benzoic acid)

2,2-Dimethylcyclohexanecarbonitrile (from 2,2-dimethylcyclohexanecarboxylic acid)

A summary of nomenclature rules for carboxylic acid derivatives is given in Table 21.1.

Table 21.1 Nomenclature of carboxylic acid derivatives

| *Functional group* | *Structure* | *Name ending* |
|---|---|---|
| Carboxylic acid | $R{-}C({=}O){-}OH$ | *-ic acid* (*-carboxylic acid)* |
| Acid halide | $R{-}C({=}O){-}X$ | *-yl halide* (*-carbonyl halide)* |
| Acid anhydride | $R{-}C({=}O){-}O{-}C({=}O){-}R$ | *anhydride* |
| Amide | $R{-}C({=}O){-}NH_2$ | *-amide* (*-carboxamide)* |
| Ester | $R{-}C({=}O){-}OR'$ | *-ate* (*-carboxylate)* |
| Nitrile | $R{-}C{\equiv}N$ | *-onitrile* (*-carbonitrile)* |

PROBLEM

**21.1** Provide IUPAC names for these structures:

(a) $(CH_3)_2CHCH_2CH_2COCl$

(b) cyclohexane–$CH_2CONH_2$

(c) $CH_3CH_2CH(CH_3)CN$

(d) $(C_6H_5{-}C({=}O){\rightarrow}_2O$

(e) cyclopentane–$CO_2CH(CH_3)_2$

(f) cyclopentane–$O_2CCH(CH_3)_2$

(g) $H_2C{=}CHCH_2CH_2CONH_2$

(h) $CH_3CH_2CH(CN)CH_2CH_3$

(i) $(CH_3)_2C{=}C(CH_3)COCl$

(j) $CF_3C({=}O)OC({=}O)CF_3$

PROBLEM

**21.2** The names shown for the following compounds are incorrect. Provide the correct names.

(a) $\overset{4}{C}H_3\overset{3}{C}H_2\overset{2}{C}H{=}\overset{1}{C}HCN$

1-Pentenenitrile

(b) $CH_3CH_2CH_2CONHCH_3$

Methylbutanamide

(c) $(CH_3)_2CHCH_2CH(CH_3)COCl$

2,4-Methylpentanoyl chloride

(d) (cyclohexane ring bearing $CH_3$ and $CO_2CH_3$ on the same carbon)

Methyl-2-methylcyclohexane carboxylate

## 21.2 Nucleophilic Acyl Substitution Reactions

The addition of a nucleophile to the polar C=O bond is a general feature of carbonyl-group reactions and is the first step in two of the four major carbonyl-group reactions. When nucleophiles add to aldehydes and ketones, the initially formed tetrahedral intermediate can either be protonated to yield an alcohol, or it can eliminate the carbonyl oxygen, leading to a new C=Nu bond. When nucleophiles add to carboxylic acid derivatives, however, a different reaction course is followed. The initially formed tetrahedral intermediate expels one of the two substituents originally bonded to the carbonyl carbon, leading to a net nucleophilic acyl substitution (Figure 21.1).

What is the reason for the different behavior of ketones/aldehydes and carboxylic acid derivatives? The difference is simply a consequence of structure. Carboxylic acid derivatives have an acyl function bonded to a potential leaving group, Y, which can leave as a stabilized anion. As soon as the tetrahedral intermediate is formed, the negative charge on oxygen can readily expel this leaving group to generate a new carbonyl compound. Ketones and aldehydes have no such leaving group, however, and therefore do not undergo elimination.

As shown in Figure 21.2, the net effect of the two-step addition–elimination sequence is a substitution of the attacking nucleophile for the Y group originally bonded to the acyl carbon. Thus, the overall reaction is superficially similar to the kind of nucleophilic substitution that occurs during $S_N2$ reactions (Section 11.5). The *mechanisms* of the two reactions are completely different, however. $S_N2$ reactions occur in a single step by back-side displacement of the leaving group, whereas nucleophilic acyl substitutions take place in two steps and involve a tetrahedral intermediate.

## 21.3 Relative Reactivity of Carboxylic Acid Derivatives

Nucleophilic acyl substitution reactions take place in two steps—addition of the nucleophile and elimination of a leaving group. Although both steps can sometimes affect the overall rate of reaction, it's generally the first step that is rate-limiting. Thus, any factor that makes the carbonyl group more easily attacked by nucleophiles favors the reaction.

:Nu (or :Nu—H)

$H_3O^+$

(a)

(b)

Figure 21.1 The reactions of carbonyl groups with nucleophiles: (a) Ketones and aldehydes undergo nucleophilic *addition* reactions to yield either alcohols or products with a C=Nu double bond, whereas (b) carboxylic acid derivatives undergo nucleophilic acyl *substitution* reactions.

:$Nu^-$ (or :Nu—H)

Addition of a nucleophile to the carbonyl group occurs, yielding a tetrahedral intermediate.

An electron pair from oxygen displaces the leaving Y group, generating a new carbonyl compound as product.

+ :$Y^-$

Y is a leaving group: —OR, —$NR_2$, —Cl

Figure 21.2 General mechanism of nucleophilic acyl substitution

Steric and electronic factors are both important in determining reactivity. Sterically, we find within a series of the same acid derivatives that unhindered, accessible carbonyl groups react with nucleophiles more readily than sterically hindered groups. For example, acetyl chloride, $CH_3COCl$, is much more reactive than 2,2-dimethylpropanoyl chloride $(CH_3)_3CCOCl$. Thus, we find a reactivity order:

Electronically, we find that more strongly polarized acyl derivatives are attacked more readily than less polar derivatives. Thus, acid chlorides are the most reactive acyl derivatives because the electronegative chlorine atom polarizes the carbonyl group more strongly than alkoxy or amino groups. The observed reactivity order is

Less reactive R—C(=O)—$NH_2$ < R—C(=O)—OR′ < R—C(=O)—O—C(=O)—R′ < R—C(=O)—Cl More reactive

Amide Ester Anhydride Acid chloride

The way that various substituents affect the polarization of a carbonyl group is similar to the way they affect the reactivity of an aromatic ring toward electrophilic substitution (Section 16.5). Thus, a chlorine substituent withdraws electrons from an aromatic ring in the same way that it withdraws electrons from a neighboring acyl group, whereas amino and methoxyl substituents donate electrons to aromatic rings in the same way that they donate electrons to acyl groups.

An important consequence of the observed reactivity differences is that *it is usually possible to transform a more reactive acid derivative into a less reactive one*. As we'll see in the next few sections, acid chlorides can be converted into anhydrides, esters, and amides, but amides can't be converted into esters, anhydrides, or acid chlorides. Remembering the reactivity order is therefore a way to keep track of a large number of reactions. Figure 21.3 shows the transformations that can be carried out.

A second consequence of the reactivity differences among acid derivatives is that only esters and amides are commonly found in nature. Acid halides and acid anhydrides do not occur naturally because they are too reactive. They rapidly undergo nucleophilic attack by water and are too reactive to exist in living organisms. Esters and amides, however, have exactly the right balance of reactivity to allow them to occur widely and to be vitally important in many life processes.

In studying the chemistry of acid derivatives, we will find that there are striking similarities among the various types of compounds. We will be concerned largely with the reactions of just a few nucleophiles, and will see that the same kinds of reactions keep occurring (Figure 21.4).

21.3 RELATIVE REACTIVITY OF CARBOXYLIC ACID DERIVATIVES 745

More reactive
R—C(=O)—Cl
Acid chloride
R—C(=O)—O—C(=O)—R′
Anhydride
R—C(=O)—OR′
Ester
R—C(=O)—NH₂
Amide
Less reactive

**Figure 21.3** Interconversions of carboxylic acid derivatives

R—C(=O)—Y
H₂Ö:
R—C(=O)—OH
Hydrolysis
:NH₃
R—C(=O)—NH₂
Aminolysis
[H:⁻]
R—C(=O)—H
Further reaction
Reduction
:R′MgX
R—C(=O)—R′
Further reaction
Organometallic reaction

**Figure 21.4** General reactions of carboxylic acid derivatives

PROBLEM

**21.3** Rank the compounds in the following sets with regard to expected reactivity toward nucleophilic acyl substitution:

(a) $CH_3\overset{O}{\overset{\|}{C}}Cl$, $CH_3\overset{O}{\overset{\|}{C}}OCH_3$, $CH_3\overset{O}{\overset{\|}{C}}NH_2$

(b) $CH_3COCH_3$, $CH_3COCH_2CCl_3$, $CH_3COCH(CF_3)_2$ (each with C=O on the acyl carbon)

PROBLEM

21.4 How can you account for the fact that methyl trifluoroacetate, $CF_3COOCH_3$, is more reactive than methyl acetate, $CH_3COOCH_3$, in nucleophilic acyl substitution reactions?

## 21.4 Nucleophilic Acyl Substitution Reactions of Carboxylic Acids

The most important reactions of carboxylic acids are those that convert the carboxyl group into other acid derivatives by nucleophilic acyl substitution, RCOOH → RCOY. Acid chlorides, anhydrides, esters, and amides can all be prepared starting from carboxylic acids (Figure 21.5).

Figure 21.5 Nucleophilic acyl substitution reactions of carboxylic acids

### CONVERSION INTO ACID CHLORIDES

Carboxylic acids are converted into carboxylic acid chlorides by treatment with thionyl chloride ($SOCl_2$), phosphorus trichloride ($PCl_3$), or oxalyl chloride (ClCOCOCl). Thionyl chloride is both cheap and convenient to use but is strongly acidic; only acid-stable molecules can survive the reaction conditions. Oxalyl chloride, on the other hand, is much more expensive but gives higher yields and reacts under milder conditions.