# Exhibit 13

Appeals 2006-1443 and 2006-1465
Reexamination Control Nos. 90/004,950 and 90/005,200

1 <u>The Examiner's rejection</u>

2 The Examiner rejected claims 1-5 as being unpatentable based on double

3 patenting.

4 We understand a "first" double patenting rejection to be bottomed on the claims

5 of each of

6     (1)    Ochiai U.S. Patent 4,298,606 ('606) (Ex. 1036) <u>or</u>

7     (2)    Ochiai U.S. Patent 4,098,888 ('888) (Ex. 1037) <u>or</u>

8     (3)    Ochiai U.S. Patent 4,203,899 ('899) (Ex. 1038)

9 "in view of"

10     (a)    Chauvette (Ex 1039),

11     (b)    Gottstein (Ex. 1040),

12     (c)    Cocker (Ex. 1041),

13     (d)    Fieser (Ex. 1042) and

14     (e)    Dolfini (Ex 1043).

15 Examiner's Answer entered 16 November 2005, page 3.

16 A "second" double patenting rejection is bottomed on the claims of either

17     (1) Ochiai '888 (Ex. 1037) or

18     (2) Ochiai '606 (Ex. 1036).

19 Examiner's Answer, page 16.

20 <u>Ochiai '606</u>

21 Ochiai '606 issued on 3 November 1981 and accordingly has expired.

22 Ochiai '606 is based on an application filed 28 August 1979 and claims benefit of

23 at least an application filed 19 December 1975 (Ochiai '888).

5

Appeals 2006-1443 and 2006-1465
Reexamination Control Nos. 90/004,950 and 90/005,200

1    Claim 1 of Ochiai '606 is directed, *inter alia*, to cephem compounds having a

2  particular formula (Ochiai, col. 38, line 67 through col. 39, line 24). *See* the (a) member

3  of the Markush group of claim 1.

4    The process of claim 1 on appeal can be used to make some of the cephems

5  covered by claim 1 of Ochiai '606, including cephems with a —$C(=NR^5)$— group.

6    The method of claim 1 on appeal can be used to make the cephems of claim 1 of

7  Ochiai '606 at least when:

8    (1) $R^8$ of Ochiai '216 claim 1 is hydrogen (—H);

9    (2) —$CH(R^2)$— of Ochiai '606 is —$C(=NR^5)$— and $R^5$ is hydroxyl

10    (—OH);

11    (3) $R^3$ of both claim 1 on appeal and Ochiai '606 is hydrogen or

12    methoxy (— $OCH_3$); and

13    (4) $R^4$ of both claim 1 on appeal and Ochiai '606 is hydrogen (—H)

14    or acetoxy.

15
16  Ochiai '606 claim 15 (1) is narrower than Ochiai '606 claim 1 and (2) is also

17  directed to cephem compounds which can be produced by the process of claim 1 on

18  appeal at least when:

19    (1) $R^9$ of claim 15 of Ochiai '606 is amino (—$NH_2$);

20    (2) $R^5$ of claim 15 of Ochiai '606 and claim 1 on appeal are hydroxyl;

21    (3) $R^{11}$ of claim 15 of Ochiai '606 and $R^3$ of claim 1 on appeal are

22    hydrogen or methoxy; and

23    (4) $R^4$ of claim 15 of Ochiai '606 and claim 1 on appeal are

24    hydrogen.

6