# PLAINTIFF'S EXHIBIT 6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD. ) | |
| 1-1, Doshomachi 4-chome ) | |
| Chuo-ku, Osaka 540-8645 JAPAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01640TFH |
| ) | |
| HON. JON W. DUDAS ) | |
| Under Secretary of Commerce for Intellectual ) | |
| Property and Director of the United States ) | |
| Patent and Trademark Office ) | |
| Madison Building ) | |
| 600 Dulaney Street ) | |
| Alexandria, VA 22314, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S DECLARATION OF DR. ANGELINA J. DUGGAN, PH.D.

Plaintiff respectfully submits the following declaration (PX6) in support of its motion for

summary judgment.

1

## EXHIBIT LIST

1.      *Curriculum vitae* of Dr. Angelina J. Duggan

2.      U.S. Pat. No. 5,583,216

3.      U.S. Pat. No. 4,298,606

4.      U.S. Pat. No. 3,239,394

5.      U.S. Pat. No. 4,458,072

6.      U.S. Pat. No. 7,071,329

7.      U.S. Pat. No. 6,552,186

8.      U.S. Pat. No. 6,384,215

9.      U.K. Pat. Application No. GB 2 012 276

10.     GB Pat. Specification 1,366,682

11.     John McMurray, Organic Chemistry, 2d edition (Brooks/Cole Publishing Co.), pp. 265, 604-05; 738-46 (1988)

12.     E.J. Corey, J. Am. Chem. Soc. 1972, 94: 6190-91

13.     Board Decision in appeal nos. 2006-1443 and 2006-1465 from reexamination control nos. 90/004,950 and 90/005,200, pages 5-6.

I.     **DECLARATION of Dr. Angelina J. Duggan, Ph.D.**

I, Angelina J. Duggan, Ph.D., do hereby make the following declaration:

**A.  INTRODUCTION**

1.      I am a Managing Scientist in Exponent's Health Sciences practice, where I have been employed since July 11, 2005.  I am an organic chemist and toxicologist with more than 25 years experience in pharmaceutical and agrochemical product development and global regulatory affairs that includes the organization and project management of multi-disciplinary teams and pharmaceutical process chemistry research and manufacturing support.  I integrate toxicology, biomonitoring, exposure, physico chemical and epidemiology data for the Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA") (7 U.S.C. §§ 136-et seq. (1996)) and Toxic Substances Control Act ("TSCA") (15 U.S.C. §§ 2601 (1976)) registrations and risk assessments.  I also provide technical support for agrochemical and pharmaceutical discovery and process patents, data compensation, and due diligence evaluations of toxicology and product chemistry databases.

2.      It is my belief that my employer and I have no interest in U.S. Pat. No. 5,583,216, issued December 10, 1996, in the name of Ochiai and assigned on its face to Takeda Chemical Industries, Ltd. of Osaka, Japan.

3.      I have been told that Takeda Chemical Industries, Ltd. of Osaka, Japan is now Takeda Pharmaceutical Company Limited of Osaka, Japan.

4.      To prepare this declaration, my employer, Exponent, was compensated at a rate of $220-225 per hour.

### B. EARLIER PROFESSIONAL EXPERIENCE

5.      From 1999 to 2005, before joining Exponent, I was the Human Health Science and Policy Leader, and in an earlier position, Director of Science Policy for CropLife America (formerly America Crop Protection Association), where I provided technical guidance to pesticide manufacturers, formulators and distributors and other chemical trade associations, such as American Chemistry Council (formerly Chemical Manufacturers Association), Synthetic Organic Chemical Manufacturers Association, Chemical Products Distributors Association, on federal and state pesticide/chemical related science and policy issues and human health risk assessment. I also authored and organized the preparation of public comments (oral presentations and written documents) to EPA.

6.      From 1994-1999, I was the Global R&D Development and Regulatory Affairs Manager in the FMC Corporation's Agricultural Products Group, where I coordinated global registrations and product development for new and existing pesticide products. I also provided regulatory support for the business sectors and managed data composition and distributor supplier contracts.

7.      From 1991-1994, I was the Discovery Manager of External Resources and Screening for the FMC Corporation's Agricultural Products Group, where I was responsible for the high through put screening laboratories and negotiating/executing R&D contracts to secure large blocks of chemicals from universities and industrial pharmaceutical and chemical companies/services for screening.

8.      From 1988-1991, I was the New Leads Discovery Manager for FMC Corporation's Agricultural Products Group, where I directed a team of synthetic new leads chemists, and also had responsibility for natural products discovery, the microbiology and the

NMR laboratories, and the negotiation execution of Compound Acquisition and R&D contracts. I also served as project manager for external biotechnology programs and evaluated spider venoms and fermentation broils for new insecticidal leads and directed a team of synthetic chemists to evaluate and develop the new leads.

9.      From 1985-1988, I was a Synthesis Manager, Insecticides, for FMC Corporation's Agricultural Products Group, where I managed 20 synthetic chemists involved in discovery and optimizing insecticide new leads.

10.      From 1983-1985, I was a Senior Discovery Research Chemist for FMC Corporation's Agricultural Products Group, where I was responsible for identifying and optimizing new insecticide leads.  I also directed the work of two assistants.

11.      From 1977-1983, I was a Senior Process Research Chemist for Merck, where I was responsible for researching new chemical processes for experimental pharmaceutical development candidates and optimizing/improving pharmaceutical manufacturing processes.

12.      From 1976 to 1977, I was a Senior Chemist for Smith Kline French/Beecham, where I was responsible for researching, synthesizing, and developing new drug candidates and developing new chemical processes for experimental pharmaceutical development candidates and optimizing/improving pharmaceutical manufacturing processes.

13.      From 1967 to 1972, I was an associate chemist for Hoffmann-La Roche, where I assisted in the syntheses of experimental pharmaceuticals and the development of new synthetic chemistry.

14.      I have authored numerous publications, made many presentations, and have been appointed by EPA to several consulting and advisory positions.

15.     I am a named inventor on four United States Patents concerning process chemistry or insecticide discovery.

## C. CREDENTIALS AND PROFESSIONAL HONORS

16.     I have an educational background in the chemistry of natural products and derivatives thereof.  In 1967, I was elected to Phi Beta Kappa and graduated with Honors and received a Baccalaureate of Arts Degree in Biology and Chemistry from Rutgers University.  In 1972, I received a Masters of Science Degree in Organic Chemistry from Rutgers University.  In 1974, I received a Philosophy of Doctorate in Synthetic Organic Chemistry from Rutgers University after I defended my dissertation titled The Reaction of 2-Alkoxy-3,4-Dihydro-2H-pyrans with Electrophilic Reagents.  In 1976, I was a National Institute of Health Postdoctoral Fellow at Cornell University Department of Chemistry working on natural product synthesis, and the isolation and structure elucidation of marine natural products.

17.     I have performed and supervised extensive research in the design, synthesis, and characterization of biologically active organic compounds, including those based on natural products.  I have refereed/reviewed journal articles concerning organic compounds.

18.     My qualifications and publications are in my *curriculum vitae* (Ex. 1), which I incorporate herein and consider part of this document.

19.     Because of my knowledge, skills, experience, training, and education in the area of organic chemistry, I am an expert in the study of organic chemistry, and I am qualified to attest to the following facts:

### D.  SUMMARY OF MY OPINION

20.      I have been asked to provide an opinion on whether or not there are two different methods to make a particular set of substances that are antibiotics, namely, cephalosporins that were claimed in U.S. Patent No. 4,298,606.  My answer is yes for the following reasons.

21.      The particular cephalosporins of interest can be made by two alternative methods, using three available substances, called starting materials.  Each method uses two fundamental steps.  One fundamental step (referred hereafter as step ($\sigma$)) includes forming a compound containing a group known as 2-AT, or 2-aminothiazol-4-yl.  Another fundamental step (referred hereafter as step ($\phi$)) includes linking a 2-AT, or 2-AT precursor, to another compound known as 7-ACA to form an amide linkage.  These are two different methods because the sequence of reactions for forming the 2-AT group or for forming the amide linkage is reversed, but the combination of steps, although proceeding by different pathways, can be used to prepare the same cephalosporins.

**Method A.**      step ($\sigma$)      and then      step ($\phi$)      $\rightarrow$      cephalosporins

**Method B.**      step ($\phi$)      and then      step ($\sigma$)      $\rightarrow$      cephalosporins

22.      The three types of starting materials are as follows:  HOOBA;[1] 7-ACA[2]; and a thiourea.[3]  Each can be made by routines disclosed in the literature.  When these starting materials react according to Method A or Method B, they produce the same cephalosporins, but they produce them through different intermediates and in different ways.

---

[1]  HOOBA is a 4-halo-2-oximine-3-oxo-butyric acid derivative, a member of a class of compounds that will be defined below.

23.    More specifically, Method A and Method B are generically represented as follows:

I. **Method A:**  Preformed 2-amino-Thiazol-4-yl (2-AT) followed by Amidation



II. **Method B:**  Amidation followed by 2-amino-Thiazol-4-yl (2-AT) formation



The intermediate in Method A is a compound containing the 2-AT group.  The intermediate, in Method B, is <u>not</u> a compound containing a 2-AT group but is an intermediate precursor to a compound containing the 2-AT group.  Thus, because the reactions proceed through different chemical and reaction sequences to form the cephalosporins containing the 2-AT group and the amide linkage, Method A's reaction pathway differs from Method B's reaction pathway.

---

[2]  7-ACA is a 7-amino-cephalosporanic acid derivative, as defined below.
[3]  A thiourea is a member of a class of compounds that will be defined below.

24.    As will be explained in more detail below, U.S. Patent No. 5,583,216 discloses and claims Step (φ) of Method A.  In other words, claim 1 of U.S. Patent No. 5,583,216 covers one step (φ) in Method A for making cephalosporins.

25.    As will be explained in more detail below, other U.S. Patents and a U.K Patent Application Publication each separately disclose the entire Method B.

26.    Moreover, I have been asked to focus on a subset of cephalosporins from claims 1 and 15 of U.S. Patent No. 4,298,606, and I have been asked whether or not representative cephalosporins of this subset could be made using Method B.  My answer is yes. The literature describes how to make two commercial cephalosporin compounds, cefotaxime and cefetamet, using Method B.  The literature methods can be modified based on routine chemical methodology to make other cephalosporins from claims 1 and 15 of U.S. Patent No. 4,298,606.

27.    Before presenting my opinion, I will state the basis for my opinion, define references, and define technical terms.

### E.  BASIS FOR MY OPINION

28.    My opinions, as expressed herein, are based on my own personal knowledge, skills, experience, training, and education from working in the field of organic chemistry, including the synthesis of a wide variety of chemical compounds, for over 25 years.

29.    In forming my opinions, I reviewed the references listed in the next section.

### F.  DEFINITIONS OF REFERENCES

30.    Ex. 2 is a copy of U.S. Pat. No. 5,583,216.  I will call this the '216 patent.

31.    Ex. 3 is a copy of U.S. Pat. No. 4,298,606.  I will call this the '606 patent.

9

32.     Ex. 4 is a copy of U.S. Pat. No. 3,239,394.  I will call this the '394 patent.

33.     Ex. 5 is a copy of U.S. Pat. No. 4,458,072.  I will call this the '072 patent.

34.     Ex. 6 is a copy of U.S. Pat. No. 7,071,329.  I will call this the '329 patent.

35.     Ex. 7 is a copy U.S. Pat. No. 6,552,186.  I will call this the '186 patent.

36.     Ex. 8 is a copy of U.S. Pat. No. 6,384,215.  I will call this the '215 patent.

37.     Ex. 9 is a copy of U.K. Pat. Application No. GB 2 012 276.  I will call this
GB276.

38.     Ex. 10 is a copy of GB Pat. Specification 1,366,682.  I will call this GB682.

39.     Ex. 12 is a copy of John McMurray, Organic Chemistry, 2d edition
(Brooks/Cole Publishing Co.), pp. 265, 604-05; 738-46 (1988).  I will call this McMurray *supra*.

40.     Ex. 13 is a copy of E.J. Corey, J. Am. Chem. Soc. 1972, 94: 6190-91.  I will
call this Corey *supra*.

41.     Ex. 14 is a copy of the Board Decision in appeal nos. 2006-1443 and 2006-
1465 from reexamination control nos. 90/004,950 and 90/005,200, pages 5-6.  I will call this the
Board Decision.

## G.  DEFINITIONS OF TECHNICAL TERMS

42.     A "compound" is a specific chemical molecule that retains the biological and
physical properties of that substance and is composed of two or more atoms.

43.     A "group" is a specific part of a compound, comprised of one or more atoms of
the compound, but not the entire compound.

44.     In the paragraphs that follow, groups and compounds are given consistent numerical identifiers in a parentheses to facilitate understanding.  Similarly, a consistent Roman numerical identifier is used to identify a chemical reaction between two compounds, and a consistent capital letter is used to identify a method of making a group or a compound.

45.     A compound called "β-lactam" is represented by the following ring (cyclic) structure:



β−lactam

(**1**)

The top two corners of the square represent a methylene group having one carbon atom (C) and two hydrogen atoms (H), namely, (**2**).  The bottom left corner represents a carboxy group having one carbon atom and one oxygen atom (O), namely, (**3**).  The bottom right corner represents an amine group having a nitrogen atom (N) and a hydrogen atom, namely,  (**4**).

46.     Some compounds having antibacterial activity (antibiotics) contain the β-lactam group:



β−lactam group

(**1a**)

The β-lactam group is like the β-lactam compound except that one hydrogen atom (H) on each of the upper right and lower right corners has been removed and the corresponding carbon atom (C) or nitrogen atom (N) is bonded to other atoms.

47.    One example of a compound containing a β-lactam group is a ceph-3-em, commonly referred to as cephem:



cephem

(**5**)

In cephem (**5**), the S refers to a sulfur atom.  The numbering refers to positions of atoms. For example, at the 5-position of cephem (**5**) is a nitrogen (N) atom.

48.    To better understand structures in this declaration that contain the cephem (**5**) core structure, it is helpful to have a generalized understanding of stereochemistry. Stereochemistry is a sub-discipline of chemistry and involves the study of the related three-dimensional spatial arrangement of atoms within molecules.  Compounds that have the same atoms (atoms and groups), but different spatial arrangements, are referred to as stereoisomers.  If

they contain an asymmetrical carbon atom (e.g., a carbon atom having four different substituents), they exist as non-superimposable mirror images of each other and are referred to as enantiomers. For example, the following two pairs are not superimposable. McMurry *supra*, p. 265.



**(6)**

49.    Note that the symbol ˮˮˮˮᴵᴵᴵᴵᴵ represents a chemical bond extending below the compound's plane formed by the central carbon atom and atoms A & B (in non-technical terms, the paper on which the formula is written), and the symbol ▬▬◣ represents a chemical bond extending out of the compound's plane. The class of compounds in the next paragraph contains one such indication of a stereoisomer.

50.    Some compounds containing a β-lactam group (**1a**) and having a cephem (**5**) core structure possess antibacterial activity, i.e., they are antibiotics. Examples of a class of such compounds are written as follows:



**(7a)** $R^3$ is H

**(7b)** $R^3$ is -OCH$_3$

Cephalosporins

(**7**)

In cephalosporins (**7**), the symbol $R_a$ represents many different groups, and the symbol $R^4$ is a group representing many different groups. Cephalosporins (**7a**) and (**7b**) differ at the 7-position, because in 7-H-cephalosporins (**7a**), $R^3$ is hydrogen, H, as shown here:

Cephalosporins

(**7a**)

and, in 7-methoxy-cephalosporins (**7b**), $R^3$ is methoxy, –OCH$_3$, as shown here:

14

Cephalosporins

**(7b)**

51.     In cephalosporins (**7**), shown again here with more detail:



(**7a**) R³ is H

(**7b**) R³ is -OCH₃

Cephalosporins

**(7)**

the symbol R_a is part of an acyl group (**8**)

Acyl Group

**(8)**

representing many different groups.

15

52.    Step (ϕ), as defined above, is how the acyl group (**8**) links to the remainder of the cephalosporins (**7**) at the 7-position.  In Method A, the result of step (ϕ) is the following.



Cephalosporins from step (ϕ) of Method A.

(**16**)

$R^5$ is a hydroxyl (OH) or a protected hydroxyl ($OR_p$), the meaning of which will be explained below.  The reaction is the one step covered by claim 1 of the '216 patent, which creates the final cephalosporin (**16**).

53.    In Method B, the result of step (ϕ) is an intermediate that must be further reacted in step (σ) to make the final cephalosporin (**16**).

## H.  STEP (ϕ):  INTRODUCTION TO ACYL DERIVATIVE CHEMISTRY

54.    This section further explains step (ϕ), forming the amide linkage between 7-ACA and a compound containing 2-AT or a 2-AT precursor.  Step (ϕ) is the second step in Method A and the first step in Method B.

55.    An acyl derivative is a compound of the following formula

$$\begin{array}{c} O \\ \parallel \\ R_a - C - Y \end{array}$$

Acyl Derivative

**(9)**

In the acyl derivative (**9**), Y is a substituent containing an oxygen atom, a halogen atom,[4] a nitrogen atom or a sulfur atom bonded to the acyl group (**8**) in which $R_a$ is a non-hydrogen group.

56.    The important chemistry of acyl derivatives (**9**) concerns an acyl group (**9**) nucleophilic substitution reaction represented by the following reaction:

### I.  Nucleophilic Acylation



Step ($\phi$)

McMurry *supra*, p. 738.  This reaction represents a generalized step ($\phi$) of Method A and Method B.  Group Y "leaves" the acyl derivative (**9**) and is substituted by another group, the nucleophile (:Nu⁻).  For this reason, the group Y is called a "leaving group," because it leaves the acyl derivative (**9**) during the nucleophilic acylation reaction **I**.  McMurry *supra*, p. 743.

57.    The group :Nu⁻ is a nucleophile, one example of which is discussed below.

---

[4]    A "halogen" is a generic term for a fluorine atom (F), a chlorine atom (Cl), a bromine atom (Br), and an iodine atom (I).

58.    There are many different classes of leaving groups Y, which are part of the acyl derivative (**9**).  Examples of the more common acyl derivatives (**9**) include those in the following figure:

### Figure 1. Common Acyl Derivatives and Various Leaving Groups (Y)



As is apparent from Figure 1, there are at least five classes of acyl derivatives (**9**): carboxylic acids, acid halides, acid anhydrides, esters (alkoxy (O) or thiol (S) as shown), and amides which can represent many different acyl derivatives (**9**).

59.     The leaving group Y adjusts the reactivity of the acyl derivative (**9**).  For example, it is generally known that the acid halides are more reactive than anhydrides, which are more reactive than esters, which are more reactive than amides.  McMurray *supra*, p. 744.  An appropriate acyl derivative (**9**) will facilitate and activate the displacement of Y, the leaving group, by the nucleophile :Nu⁻ and will also minimize undesired side reactions.  As such, the Y is chosen to fine tune the reactivity of the acyl derivative (**9**).

60.     A carboxylic acid

$$R_a\!\!-\!\!\underset{\displaystyle \|}{\overset{\displaystyle O}{C}}\!\!-\!\!OH$$

(**10**)

is used to make acid halides, anhydrides, esters, amides, etc.  McMurray *supra*, p. 745.  Thus, the "acyl derivatives (**9**)" are sometimes referred to as the carboxylic acid (**10**) and reactive derivatives thereof.

61.     Two acyl derivatives have the following structures:

**(11)**
HOOBA

Used in Method B's step (φ)

**(12)**
2-AT-2-OAA

Used in Method A's step (φ)

In acyl derivatives (**11**) and (**12**), Y represents the leaving group and the rest of the compound is the acyl group. In acyl derivative (**11**), X represents a halogen atom. In acyl derivatives (**11**) and (**12**), $R^5$ is a hydroxyl group (OH) or a protected hydroxyl group ($OR_p$), whose meaning and importance will be explained below.

 62. Acyl derivative (**11**) is called HOOBA, shorthand for 4-**h**alo-3-**o**ximino-2-**o**xo-**b**utyric **a**cid derivative.

 63. Acyl derivative (**12**) is called 2-AT-2-OAA, shorthand for 2-(**2**-**a**mino-**t**hiazol-4-yl)-**2**-**o**ximino-**a**cetic **a**cid derivative.

 64. As explained very shortly, acyl derivative HOOBA (**11**) is used in step (φ) of Method B to make an intermediate, and acyl derivative 2-AT-2-OAA (**12**) is used in step (φ) of Method A to make the target cephalosporin (**16**).

 65. As seen below, four important nucleophilic compounds, which contain residues corresponding to :Nu⁻ in reaction **I** above, are represented by the following structures:

|       | $R^3$ | $R^4$ |      |
|-------|-------|-------|------|
| **(13a)** | H | H | |
| **(13b)** | H | $-OCCH_3$ (with =O) | **(14)** |
| **(13c)** | $OCH_3$ | H | |
| **(13d)** | $OCH_3$ | $-OCCH_3$ (with =O) | **(14)** |

$-OCCH_3$ (with =O)    **(14)**
Acetoxy

:Nu⁻

7-ACAs

**(13)**

Compounds **(13)** are referred to as 7-ACAs, a shorthand representation of **7-a**mino-**c**ephalosporanic **a**cid.  The nucleophiles (**:Nu⁻**) of 7-ACAs **(13)** are as follows:



7-ACA Group

(**:Nu⁻** of **13**)

66.      7-ACAs **(13)** are used in step (ϕ) of both Method A and Method B.

67.      7-ACAs **(13)** are made by procedures in the literature.  GB682, page 8, preparation 5 **(13a)**; the '394 patent **(13b)**; GB682, page 19, lines 18, 57 and related disclosure for **(13c)** and **(13d)**.  7-ACAs **(13)** each have similar reactivities at the 7-position regardless of

21

whether or not R$^3$ is H (as in 7-H-7-ACAs (**13a**) and (**13b**)) or methoxy (OCH$_3$, as in 7-methoxy-7 ACAs (**13c**) and (**13d**)).  GB682, p. 21, Ex. 24 (discussing amidation of a 7-methyl-7-ACA analog).

68.　　　The acetoxy group (**14**) is also an acyl group (**8**).  Furthermore, the 4-position of 7-ACAs (**13**) contains a carboxylic acid (**10**), another type of acyl group (**9**).  Thus, 7-ACAs (**13**) are both nucleophiles at the 7-position and acyl derivatives (**9**) at the 4-position.  The reactivity of this 4-position acyl group (**8**) is preferably accounted for during reactions, as is explained in the next section of this declaration.

69.　　　In the terms of Reaction **I**, i.e., step (φ) of Method A and Method B, the :Nu$^-$ is the 7-amine (NH$_2$) group of 7-ACAs (**13**) and the acyl derivatives are represented by HOOBA (**11**) and 2-AT-2-OAA (**12**).  Their reactions are used to make cephalosporins as shown in the following reactions:

### I.  Nucleophilic Acylation



Step (φ)

**II.  HOOBA Acylation at the 7-amine on 7-ACA**



**(11)**

HOOBA

**(13)**

7-ACA

Step (φ) of Method B

**III.  2-AT-2-OAA Acylation at the 7-amine on 7-ACA**



**(12)**

2-AT-2-OAA

**(13)**

7-ACA

Step (φ) of Method A

70.    The resultant cephalosporins (**15**) & (**16**) from reactions **II** and **III** are as follows:

23

Intermediate cephalosporins (**15**) from step (ϕ) of Method B



Target cephalosporins (**16**) from step (ϕ) of Method A

71.    In Table 1 below, the first column assigns numbers to designate the individual cephalosporins (**15**) and (**16**), and the last three columns define $R^3$, $R^4$ and $R^5$.

**Table 1.  Cephalosporins (15) and (16).**

| Number | $R^3$ | $R^4$ | $R^5$ |
|---|---|---|---|
| **15a & 16a** | H | H | OH |
| **15b & 16b** | H | (**14**) | OH |
| **15c & 16c** | OCH$_3$ | H | OH |
| **15d & 16d** | OCH$_3$ | (**14**) | OH |
| **15e & 16e** | H | H | OR$_p$ |
| **15f & 16f** | H | (**14**) | OR$_p$ |
| **15g & 16g** | OCH$_3$ | H | OR$_p$ |
| **15h & 16h** | OCH$_3$ | (**14**) | OR$_p$ |

The symbol $R_p$ is a protecting group of the hydroxyl (OH) and will be explained below.

24

72.    To use Table 1, pick a core structure (**15**) or (**16**) from the first column, and put the substituents $R^3$, $R^4$, and $R^5$ onto the chosen core structure. For example, cephalosporin (**16a**) corresponds to a compound of the following formula:



(**16a**)

Each of the other cephalosporins are depicted using an analogous approach.

73.    The structure of the intermediate cephalosporins (**15**) and the target cephalosporins (**16**) differ. While the target cephalosporins (**16**) contain a preformed 2-amino-thiazol-4-yl group (2-AT):



2-AT

(**17**)

the intermediate cephalosporins (**15**) do not, and must be further reacted with thiourea[5] to form the 2-amino-thiazol-4-yl (2-AT) group of the target cephalosporins (**16**).

74.    Due to the nature of these reactions **II** and **III**, it is preferable to account for the reactivity of various groups in these reacting compounds.

---

[5] These compounds will be defined below.

## I.   BASIC PROTECTION GROUP CHEMISTRY

75.      This section provides a more detailed understanding of step ($\phi$), in either Method A or Method B, as it is typically used in practice.

76.      A second purpose is to provide more general concepts of protection group chemistry that are used in step ($\sigma$) of Method A or Method B.

77.      In general, a specific group of atoms within a compound are responsible for the characteristics of the compound and predictably undergo the same, or similar, reactions regardless of the core compound.  Such a group of a compound is called a functional group.  An acyl group (**8**), an amine ($NH_2$) or a hydroxyl (OH) are all examples of functional groups.

78.      The functional group can also participate in or cause undesirable side-reactions.  In such cases, a chemist will "protect" that group in a process that (a) reacts the functional group with another molecule to make that group essentially inert during the desired reaction(s); (b) runs the desired reaction(s); and (c) removes the protecting group.  McMurry *supra*, p. 604.  This process is shown in Figure 2.

**Figure 2. Concept of Using Protecting Groups**



79.      Various protecting groups are commonly used in synthetic chemistry.  It has already been discussed how the acyl derivatives (**9**) contain a leaving group Y which affects the reactivity of the acyl group.  This fact can be used to decrease the reactivity of the acyl group (**8**) or make a protected acyl group which is discussed below.

80.      Other examples include protecting a hydroxyl group (OH) and an amine group ($NH_2$).  The hydroxyl group (OH) is protected by converting the group into an ether (R-O-R') in a reaction such as R-OH + $^+R_p$ → R-OR$_p$.  R-OH is the compound to be protected and the groups

27

$R$ and $R_p$ are various groups.  See the '216 patent, col. 5, ll. 42-52; col. 8, ll. 59-65.  Other

common protecting groups include the tert-butyldimethylsilyl group ($-Si(CH_3)_2\ C(CH_3)_3$) and the

trimethylsilyl group ($-Si(CH_3)_3$).  See, e.g., the '186 patent, col. 17, ll. 19-22, 35, 38-39, 46-53.

81.    Also, the amine group ($NH_2$) can be protected by many different groups.  The

'216 patent, col. 5, ll. 28-42.  For example, a protected amine ($-NHR^{12}$) can be made from

reacting the compound containing the amine to be protected with a precursor of the $2-(\beta,\beta,\beta-$

trichloroethoxy carbonyl) (TROC) group.  The '216 patent Ex. 2, col. 13, ll. 21-43.

82.    Multiple functional groups are preferably protected in reactions **II** and **III**, i.e.,

step ($\phi$) of Method A and Method B:

### II.  HOOBA Acylation at the 7-amine of 7-ACA



Step ($\phi$) of Method B

### III.  2-AT-2-OAA Acylation at the 7-amine of 7-ACA



Step φ in Method A

83.    For the particular reactions **II** and **III**, there would not be a desirable reason to protect $R^3$, because the reactivity at the 7-position of 7-ACAs (**13**) would be the same regardless of whether or not $R^3$ is a hydrogen (as in 7-H-7-ACAs (**13a**) or (**13b**)) or a methoxy (as in 7-methoxy-7-ACAs (**13c**) or (**13d**)).

84.    Regardless of whether or not $R^3$ of 7-ACAs (**13**) is a hydrogen (as in 7-H-7-ACAs (**13a**) or (**13b**)) or a methoxy (as in 7-methoxy-7-ACAs (**13c**) or (**13d**)), the more reactive group at the 7-position of 7-ACAs (**13**) is the 7-amine ($NH_2$). There is a reasonable certainty that the differences in the reactivity between 7-H and 7-$OCH_3$ compounds are minimal, unless the substituents at the 7-position of 7-ACAs (**13**) were extremely large, *e.g.*, a tert-butyl group,

 so as to cause interference (steric hindrance) for the 7-amine-ACA nucleophilic reaction (the nucleophilic acylation reaction **I**) to proceed and generate the amide linkage.

85.    The decision whether or not to protect the groups indicated in structures (**15**) and (**16**) depends upon the ultimate target compound, i.e., the identities of $R^4$ and $R^5$, and the results of reactions using unprotected functional groups.  Using different protecting groups for

29

each functional group is preferable, because this would allow the most flexibility for making other cephalosporins.

### J.  Step (σ):  FORMING the 2-AT Group

86.      This section explains how to make a compound containing the 2-AT group in step (σ), which is the first step in Method A and the second step in Method B.

87.      According to Method B, further reacting intermediate cephalosporins (**15**) produces target cephalosporins (**16**) as in the following reaction:

### IV.  Forming the 2-AT group on intermediate cephalosporins (15)



(**15**)

(**17**)



(**16**) or protected version thereof

Step (σ) of Method B

30

88.    In the 2-AT forming reaction **IV**, compound (**17**) is a thiourea having $R^{12}$ as a hydrogen H or a protecting group.

89.    Deprotection is commonly utilized in organic synthesis. *See, e.g.*, the '216 patent, col. 8, ll. 15-40.  The protecting groups are chosen not only because of their ability to make the functional group inert with respect to a particular reaction but also because of their ability to be removed under generally mild conditions that do not adversely affect other parts of the compound and/or lead to side reactions.  Examples of protection and deprotection are discussed below.

90.    Various protecting groups are removed under different conditions.  The hydroxyl protecting group trimethylsilyl (-Si(CH_3)_3) is easily removed with weak acids or bases. The '329 patent, Ex. 1, col. 14, ll. 55-59 (using base).  The protecting group tert-butyldimethylsilyl (-Si(CH_3)_2 C(CH_3)_3) is less susceptible to acid removal but is removed by fluoride (tetra-n-butylammonium fluoride as the reagent).  Corey, *supra*.  The amine protecting group 2-(β,β,β-trichloroethoxy carbonyl) (TROC) group is removed by adding Zn dust.  The '216 patent, Ex. 2, col. 13, ll. 20-43.

91.    Along these lines, according to step (σ) of Method A, reacting acyl derivative HOOBA (**11**) with thiourea (**17**) are used to make acyl derivative 2-AT-2-OAA (**12**) in the following reaction:

### V.  Making 2-AT-2-OAA



**(11)**          **(17)**                    **(12)**

Step (σ) of Method A

92.        Acyl derivative 2-AT-2-OAA (**12**) is used in reaction **III**.

### III.  2-AT-2-OAA acylation at the 7-amine of 7-ACA



Protect with different
protecting groups

**(12)**                    **(13)**

The '216 patent Example 1, col. 12, l. 60 - col. 13, l. 20, used the protecting group 2-(β,β,β-

trichloroethoxy carbonyl) (TROC) on the amine ($NH_2$) of 2-AT and a ethoxy (-$OCH_2CH_3$) at $R^5$.

### K.  SUMMARY OF METHOD A AND METHOD B:

93.        After considering reactions **II** through **V**, there are at least two basic schemes

in which the target cephalosporins (**16**) are made.  The first, arbitrarily called Method A above, is

depicted as follows:

| | | Method A | | |
|---|---|---|---|---|
| | | | Optionally prepare 7-ACA (**13**) for reaction **III** and react with result of Step A-2 | |
| | | | ↘ | |
| Reaction **V**. Make 2-AT-2-OAA (**13**) a molecule having an acyl group containing a preformed 2-AT group. | → | Optionally but preferably activate (**12**) and prepare the molecule for reaction, e.g., to the acid chloride (see Fig. 1) | → | Reaction **III**. Form amide linkage to the 7-amino on 7-ACA (**13**), by reacting (**12**) and 7-ACA (**13**) to make a an optionally protected target cephalosporin (**16**) and, if needed, deprotect |
| Step A-1 | | Step A-2 | Step A-3 | Step A-4 |

94.     The second, arbitrarily called Method B above, are depicted as follows:

| | | Method B | | |
|---|---|---|---|---|
| | Optionally prepare 7-ACA (**13**) for reaction **II** and mix with result of Step B-1 | | | |
| | ↘ | | | |
| Optionally protect and activate a HOOBA (**11**), e.g., an acid chloride | → | Reaction **II**. Form amide linkage to the 7-amino on 7-ACA (**13**), by reacting (**13**) and (**11**) to make an intermediate cephalosporin (**15**) | → | Reaction **IV**.  React intermediate cephalosporin (**15**) with a thiourea (**17**) to make an optionally protected cephalosporin (**16**) and, if needed, deprotect |
| Step B-1 | B-2 | Step B-3 | | Step B-4 |

95.     Method B differs from Method A in the reaction forming the amide linkage

(Steps A-4 & B-3).  In Method A, the reaction **III** creating the amide linkage to 7-ACA (**13**)

(Step A-4) occurs by reacting a protected (4-carbonyl) 7-ACA derivative (**13**) and an acyl

derivative 2-AT-2-OAA (**12**) having an acyl group containing a preformed 2-AT group. The resultant product is a target cephalosporin (**16**) (or protected version thereof) containing a 2-AT group. In Method B, the amide linkage formed in reaction **II** occurs by reacting 7-ACA (**13**) and a second acyl derivative HOOBA (**11**) having an acyl group that does **not** contain the 2-AT group (Step B-3). Unlike Step A-4 of Method A, Step B-3 of Method B results in an intermediate cephalosporin (**15**) that does not contain the 2-AT group. Instead Step B-3 of Method B results in an intermediate cephalosporin (**15**) that must be subsequently modified to form the target cephalosporin (**16**) (or protected version thereof) containing a 2-AT protected or unprotected 2-amino group.

96.        Embodiments of Method A and Method B are recognized as separate pathways to the same cephalosporins in the literature. The '329 patent, col. 2, ll. 9-21; the '215 patent, col. 4, l. 35 - col. 5, l. 44.

97.        One source reported that Method B is flexible enough to make many countless cephalosporins. The '186 patent, col. 1, ll. 10-27.

## L.  METHODS FOR MAKING CEPHALOSPORINS 16A THROUGH 16H

98.        I have been asked to opine whether or not the cephalosporins (**16a**) through (**16h**) whose substituents $R^3$, $R^4$, and $R^5$, have the meaning in Table 2 below, are made by Method B. My answer is yes for the reasons that follow.

99.        In Table 2, the first column is the number and letter that refers to a cephalosporin (**16**) and the next three columns define $R^3$, $R^4$, and $R^5$ groups

**Target Cephalosporins**



(**16**)

**Table 2**. Cephalosporins (16a) through (16h).

| Number | $R^3$ | $R^4$ | $R^5$ |
|--------|-------|-------|-------|
| **16a** | H | H | OH |
| **16b** | H | (**14**) | OH |
| **16c** | $OCH_3$ | H | OH |
| **16d** | $OCH_3$ | (**14**) | OH |
| **16e** | H | H | $OR_p$ |
| **16f** | H | (**14**) | $OR_p$ |
| **16g** | $OCH_3$ | H | $OR_p$ |
| **16h** | $OCH_3$ | (**14**) | $OR_p$ |

$R_p$ is a lower alkyl such as methy ($-CH_3$) or ethyl ($-CH_2CH_3$). Table 2 can be used to create target cephalosporins (**16a**) through (**16h**), using an approach similar to that described for Table 1.

100.    The literature in the following Table 3 describes using Method B to make commercial cephalosporins (**16e**) and (**16f**) namely, cefetamet (**16e**) and cefotaxime (**16f**). In Table 3, the first column refers to the patent or publication number. The next three columns define the substituents $R^3$, $R^4$, and $R^5$. The next column shows where in the corresponding publication the cephalosporin is made. The last column states the generic name for the commercial cephalosporins cefetamet (**16e**) and cefotaxime (**16f**).

35

**Table 3. Examples of Literature describing making cephalosporins using Method B.**

| Patent/Pub. | R³ of (16) | R⁴ of (16) | R⁵ of (16) | Disclosure of patent or Publication | Reference no. |
|---|---|---|---|---|---|
| | | | | | |
| '215 | H | H | -OCH₃ | Ex. 4, col. 7, lines 45-58 (HPLC data) | (16e) cefetamet |
| | | | | | |
| '215 | H | (14) | -OCH₃ | Ex. 2, col. 6, lines 28-50 (HPLC data and yield) | (16f) cefotaxime |
| '329 | H | (14) | -OCH₃ | Ex. 3, col. 18, line 40-col. 20, line 40 (NMR FT-IR, and yield data) | (16f) cefotaxime sodium |
| '186 | H | (14) | -OCH₃ | Ex. 3, col. 18, lines 35-56 (no data) | (16f) cefotaxime |
| | | | | | |
| GB276 | H | (14) | -OCH₂CH₃ | Ex. 5, pages 6-7 (NMR data) | (19) |

101.    Each literature reference is discussed below.

### 1. The '215 Patent

102.    The '215 patent discloses making cephalosporins by the use of the acyl derivative



**(18)**

36

in which X is a halogen, Me is methyl (CH$_3$) and R$_1$ is phenyl or C$_1$-C$_4$ alkyl (methyl, ethyl, propyl, butyl). The '215, col. 1, ll. 6-25; col. 4, l. 33-col. 5, l. 44. The substituent at the 3-position can be, among others, methyl or acetoxymethyl. The '215 patent., col. 5, ll. 45-49. Example 4 uses Method B to produce cefetamet (**16e**) and contains yield and purity data. The '215 patent, col. 7, ll. 45-57. Example 2 uses Method B to produce cefotaxime (**16f**) and contains yield and purity data. The '215 patent, col. 6, ll. 28-50.

### 2. The '329 Patent

103.    The '329 patent discloses a method of making cephalosporins using a saltified (i.e., a benzathine salt) intermediate cephalosporin. The '329 patent, col. 10., l. 20-col. 11, l. 54. The cephalosporins contain, at the 3-position, a methyl or an acetoxymethyl group. The '329 patent, col. 4, l. 45-col. 5, l. 17. Example 3 describes using Method B to make cefotaxime sodium (**16f**) and contains yield data for (**16f**) and NMR spectral data for the intermediate cephalosporin. The '329 patent, col. 18, l. 40-col. 20, l. 25.

### 3. The '186 Patent

104.    The '186 patent describes making cephalosporins (**16**) in which R$^5$ is anything useful in cephalosporin chemistry including a hydroxyl (OH), and R$^4$ is anything useful in cephalosporin chemistry including a hydrogen atom or acetoxy. The '186 patent, col. 1, ll. 10-26; col. 3, l. 11; col. 8, l. 45. Example 3 discloses using Method B to make cefotaxime (**16f**). The '186 patent, col. 18, ll. 36-55.

### 4. GB276

105.    GB276 discloses making cephalosporins (**16**) using Method B. GB276, p. 1, ll. 5-36. The 3-position of the cephalosporin (**16**) is, among other things, methyl or acetoxy.

GB276, p. 1, ll. 15-16.  Example 5 discloses using Method B to make cephalosporin (**19**) and

contains yield data and NMR spectral data.  GB276. p. 6, l. 62-p. 7, l. 14.  This example shows

that Method B is capable of making additional lower alkoxy derivatives at $R^5$ of cephalosporins

(**16**).  Compare cefotaxime (**16f**) and (**19**).

106.    These literature examples of Method B provide sufficient information to make

each target cephalosporin (**16a**) through (**16d**) as well as (**16g**) and (**16h**).

107.    To make cephalosporins (**16g**) and (**16h**), 7-ACAs (**13c**) and (**13d**) are reacted

with, e.g., acyl derivative (**18**) according to the method disclosed in the '215 patent and cited

above.

108.    To make cephalosporins (**16a**) through (**16d**), method B is used as stated

below.

### 5.  Step B-1:  Optionally protect and activate HOOBA (11)

109.    This section describes preparing the acyl derivative HOOBA (**11**) for reaction

**II**.  The '216 patent discloses an acyl derivative (**9**) of formula

$$Br-CH_2-\overset{\overset{\textstyle O}{\|}}{C}-\underset{\underset{\textstyle N}{\|}}{C}-\overset{\overset{\textstyle O}{\|}}{C}-O-CH_2CH_3$$

NOH below N

**(20a)**

The '216 patent, col. 24, lines 33-49; Ex. 36.  Similarly, the '072 patent discloses a method of

making a similar acyl derivative of formula

$$Br-CH_2-\overset{\overset{O}{\|}}{C}-\overset{\overset{}{\underset{\underset{\underset{OH}{|}}{N}}{\|}}}{C}-\overset{\overset{O}{\|}}{C}-O\text{-}C(CH_3)_3$$

**(21)**

The '072 patent, Ex. 1, col. 15, lines 24-44. Either of these acyl derivatives (**20a**) or (**21**) is a suitable starting material for reaction **II**. The acyl derivative (**20a**) is the exemplified acyl derivative (**11**) described in reaction **II**.

110.    Acyl derivative (**20a**) is protected with tert-butyldimethylsilyl chloride in the following reaction:

### VI. Protecting HOOBA (20a)

$$Br-H_2C-\overset{\overset{O}{\|}}{C}-\overset{\overset{}{\underset{\underset{\underset{OH}{|}}{N}}{\|}}}{C}-\overset{\overset{O}{\|}}{C}-O\text{-}CH_2CH_3 \quad + \quad Cl-Si(CH_3)_2 \underset{C(CH_3)_3}{}$$

**(20a)**

$$Br-CH_2-\overset{\overset{O}{\|}}{C}-\overset{\overset{}{\underset{\underset{\underset{O-Si(CH_3)_2}{|}}{N}}{\|}}}{C}-\overset{\overset{O}{\|}}{C}-O\text{-}CH_2CH_3$$

**(22)**

Corey *supra* provides reaction conditions to protect the C=N-OH group of acyl derivative (**20a**).

111.    Once the protected acyl derivative (**22**) is prepared, the ester may be reacted with 7-ACA to form the amide linkage. Alternatively, the acid (**23**), prepared as indicated below from $POCl_3$ to make the corresponding acid chloride that can then be reacted with 7-ACA to form the amide linkage.

## VII.  Activating protected HOOBA (23)



(23)                                                          (24)

112.    Similar reactions are in the literature.  For example, the preparation of similar acyl derivatives using $POCl_3$ (or another acid chlorinating reagent) is described in the literature. The '329 patent, col. 18, l. 59 - col. 19, l. 3 (using phosphorous oxychloride); the '215 patent, col. 3, ll. 31-33 (using $POCl_3$); the '186 patent, col. 17, ll. 53-57 (using phosphorpentachloride); and GB276, Ex. 5, pp. 6-7 (using phosphorous pentachloride).

113.    Following these reactions, the protected acyl derivative (24) is ready to react with a suitable 7-ACA (13) in step B-2.

### 6.   Step B-2:  Preparing 7-ACA (13) for reaction II

114.    This step protects the carboxylic acid (10) at the 4-position of 7-ACAs (13a) through (13d) to prepare it to react with the protected and activated acyl derivative (24) in reaction II.

115.    Any of the four 7-ACAs (13), shown below, would react with an acyl derivative in a similar way.



|        | $R^3$    | $R^4$  |
|--------|----------|--------|
| (13a)  | H        | H      |
| (13b)  | H        | (14)   |
| (13c)  | $OCH_3$  | H      |
| (13d)  | $OCH_3$  | (14)   |

As a result, any 7-ACA from (13a) to (13d) exemplifies reaction **II**.  The following reactions will proceed in a similar way. Although the final yield or amount of the isolated target cephalosporin (16) may vary, the reaction will work as mentioned above.  7-ACA (13b) is used as the exemplified compound.  The result of using 7-ACA (13b) will be cephalosporin (16b). The result of using 7-ACA (13a), (13c), or (13d), will be cephalosporin (16a), (16c), or (16d), respectively.

116.    7-ACA (13b) is protected, e.g., by a trimethylsilyl group (-Si(CH₃)₃) after reacting the silating agent, e.g., N,O-bis-trimethylsilyl-acetamide (25) and 7-ACA (13b) as shown below:

### VIII.  Protecting the 4-carboxy of 7-ACA



(13b)

(25)

(26b)

The reaction shown is described in the '329 patent, Ex. 3, col. 18, lines 45-57.

117.    A close comparison of the protecting group at the 4-position of 7-ACA (**26b**) and the protecting group on the protected and activated acyl derivative (**24**) shows that these two protecting groups are different, and can be removed under different reaction conditions after the amide linkage reaction **II**.

### 7.  Step B-3:  Forming the amide linkage

118.    The purpose of this step is to form an amide linkage to the 7-amine on 7-ACA (**26b**) by reacting the protected 7-ACA (**26b**) and the protected and activated acyl derivative (**24**) to make a cephalosporin intermediate as follows:

42

### IX.  Forming amide linkage between the protected 7-ACA and the protected and activated HOOBA



**(24)**                    **(26b)**



**(27b)**

Reaction **IX** is similar to reactions in the literature.  The '329 patent, col. 19, ll. 4-49 (forming a

salt intermediate); the '215 patent, col. 6, ll. 34-43 (using unprotected 7-ACA); the '186 patent,

col. 18, ll. 38-43; GB276, Ex. 5, pp. 6-7 (using different protecting groups).

119.    The protected intermediate cephalosporin (**27b**) is ready for the next step of

reacting with a thiourea (**17**) to form the 2-AT group.

### 8. Step B-4:  Forming the 2-AT Group

120.      The purpose of this step is to form the cephalosporin derivative (**28b**), below, which is the protected form of the target cephalosporin (**16b**), using a variation of reaction **V** above:

### X.  Forming 2-AT on a protected intermediate cephalosporin



(**28b**)

After this reaction, protected target cephalosporin (**28b**) is deprotected in two steps.  First, as mentioned above, the trimethylsilyl group at the 4-position is removed using a weak acid or base. This type of reaction will not affect the protected hydroxyl at $R^5$, because, as mentioned above, the protecting group tert-butyldimethylsilyl is not removed under these conditions.  Second, the protected hydroxyl at $R^5$ is removed using fluoride ions as discussed above.  The resulting product is the target cephalosporin (**16b**).

121.    The results of similar reactions will produce each of the desired target cephalosporins (**16a**) through (**16d**).

122.    To a reasonable certainty, Method B should be able to use 7-ACAs (**13a**) through (**13d**) and tolerate some modifications to optimize conditions.

### 9.  Alternative modification for reaction IX

123.    This reaction is an alternative way to prepare HOOBA for reaction **IX**.  The structures of the acyl derivatives (**20a**) and (**20b**)



(**20a**)                            (**20b**)

allow HOOBA (**20b**) to be both protected and activated in one step upon treatment with a common reagent dichlorocarboxy (phosgene) to prepare a cyclic carboxyanhydride:

**XI.  Making a protected and activated HOOBA in one step.**



(**20b**)



(**29**)

The cyclic acyl derivative (**29**) is used similarly and in place of acyl derivative (**24**) in

reaction **VII** to produce the unprotected derivative cephalosporin (**27b**), shown below:



(**30**)

Acyl derivative (**30**) is protected by reacting it with tert-butyldimethylsilyl chloride (**22**)

to produce acyl derivative (**27b**) shown in reaction **IX**.  The reaction then proceeds as outlined

above to react with thiourea and then to remove the silyl protecting group to prepare target

cepahlosporin (**16b**).

46

124.    Cephalosporins (**16a**) through (**16h**), as described in Table 2 above, can be converted to pharmaceutically acceptable carboxylic acid salts or esters by reacting cephalosporins (**16a**) through (**16h**) with various bases or alcohols.  See also, the '216 patent, col. 7, ll. 52-60.

125.    The '329 patent discloses an alternative method for making compounds claimed in the '606 patent that are also produced by the '216 patent.

126.    The '329 patent discloses three starting materials (a HOOBA derivative, 7-ACA, and a thiourea) to produce the final cephem compounds.

127.    The process of the '329 patent does not react a compound containing a preformed 2-AT group and 7-ACA.

128.    The '329 patent provides a working example with confirmatory experimental data for  preparing cefotaxime sodium salt, a commercially marketed cephem drug  falling within the scope of the claims of the '606 patent.

129.    The method disclosed in the '329 patent may be used to prepare a representative number of other cephem compounds that fall within the scope of the cephalosporins claimed in claim 1 or 15 of the '606 patent and fall within the scope of the cephalosporins recited in claim 1 of the '216 patent.

130.    The method described in the '329 patent is a viable alternative to the method of making cephem compounds recited in the '216 patent.

131.    The '215 patent discloses a variation of the method used in the '329 patent.

132.    The process of the '215 patent does not react a compound containing a preformed 2-AT group and 7-ACA.

47

133.    The '215 patent provides a working example with confirmatory experimental data showing how to prepare commercially marketed drug products cefotaxime and cefetamet, each of which fall within the scope of cephem compounds that can be produced by the '216 patent.

134.    The method disclosed in the '215 patent may be used to prepare other representative cephem compounds that fall within the scope of the cephalosporins claimed in claim 1 or 15 of the '606 patent and fall within the scope of the cephalosporins recited in claim 1 of the '216 patent.

135.    The method described in the '215 patent is a viable alternative to the method of making cephem compounds recited in the '216 patent.

136.    The '186 patent discloses a variation of the method used in the '215 patent and the '329 patent for making the cephem compounds claimed in the '606 patent.

137.    The process of the '186 patent does not react a compound containing a preformed 2-AT group and 7-ACA.

138.    The '186 patent provides a working example showing how to prepare cefotaxime, a commercially marketed drug falling within the scope of the claims of the '606 patent and which can be produced by the method of the '216 patent.

139.    The method disclosed in the '186 patent may be used to prepare a representative number of cephem compounds that fall within the scope of the cephalosporins claimed in claim 1 or 15 of the '606 patent and fall within the scope of the cephalosporins recited in claim 1 of the '216 patent.

140.    The '186 patent states that this method is flexible enough to make a very large number of cephems having groups "useful in cephalosporin chemistry."

141.    The method described in the '186 patent is a viable alternative to the method of making cephem compounds recited in the claims of the '216 patent.

### M. THE '216 PATENT

142.    I have been asked to evaluate the claims of the '216 patent.  Claim 1 of the '216 patent reads as follows:

1. A process for preparing a cephem compound of the formula:



[(31)]

wherein $R^3$ is hydrogen or methoxy, $R^4$ is hydrogen or a residue of a nucleophilic compound, $R^5$ is hydroxyl or a protected hydroxyl, and $R^8$ is hydrogen or a halogen, or a pharmaceutically acceptable salt or ester thereof, which comprises introducing an acyl group of the formula:



[(32)]

wherein $R^5$ and $R^8$ are as defined above into the amino group of the molecule of the formula:

[(**33**)]

wherein $R^3$ and $R^4$ are as defined above or a salt or ester thereof.

The '216 patent, col. 39, line 17-col. 40, line 10.

143.    Claim 1 of the '216 patent recites a method of making a cephem compound of the formula shown at column 39, lines 20-27 of the '216 patent by introducing a first group called 2-AT of the formula shown at column 39, lines 33-38 (which has the following chemical class name: optionally substituted 2-aminothiazol-4-yl-2-oximino-acetyl group) into the amino ($NH_2$) group of a second starting material called 7-ACA of the formula shown at column 40, lines 1-8 of the '216 patent.

144.    The method of the '216 patent is a method that introduces a compound containing a preformed 2-AT group into the amino group of 7-ACA.

145.    Claim 1 recites a process of making a specified cephalosporin (**31**) or a pharmaceutically acceptable salt or ester thereof by a specified process, which includes introducing an acyl group of the formula (**32**) into the amino group of the molecule of the formula (**33**) or a salt or ester thereof.  As such, claim 1 concerns a single method for making the recited cephalosporins (**32**), namely, the second step of Method A above.

**N.  THE '606 PATENT**

146.    I have been asked to identify the cephalosporins in claims 1 and 15 of the '606

patent and to identify the cephalosporins cited in the Board Decision.

**1.  Claim 1**

147.    Claim 1 of the '606 patent reads as follows:

1.    A member selected from the group consisting of

(a) a cephem compound of the formula



[(**34**)]

wherein $R^2$ represents amino, hydroxyl or the group



[(**35**)]

represents the group of the formula



[(**36**)]

wherein $R^5$ is hydroxyl or lower alkoxy, $R^3$ represents hydrogen or
methoxy, and $R^4$ represents hydrogen or acetoxy,

(b) a pharmaceutically acceptable salt thereof, and

(c) a pharmaceutically acceptable ester of the 4-position carboxy
group selected from the group consisting of alkoxymethyl, α-

> alkoxy-α-substituted methyl, alkylthiomethyl, pivoloyloxymethyl
> and α-acetoxybutyl esters.

The '606 patent, col. 38, line 67-col. 39, line 30.

148.    In claim 1 of the '606 patent, the structures of the esters recited under paragraph (c), the 4-position carboxy group, are not relevant to my opinions.

149.    Examples of lower alkoxys are methoxy ($-OCH_3$) and ethoxy ($-OCH_2CH_3$). The '606 patent, col. 5, ll. 60-61.

150.    Examples of compounds falling within the scope of these claims include cephalosporins (**16a**) through (**16h**) and (**19**), each of which can be made by Method B as indicated above.

151.    The Board Decision refers to the following cephalosporins of claim 1 of the '606 patent:

> 1.  A member selected from the group consisting of
>
> (a) a cephem compound of the formula (**34**)
>
> wherein … the group (**35**)
>
> represents the group of the formula (**36**)
>
> wherein $R^5$ is hydroxyl …, $R^3$ represents hydrogen or methoxy,
> and $R^4$ represents hydrogen or acetoxy,
>
> (b) a pharmaceutically acceptable salt thereof, and
>
> (c) a pharmaceutically acceptable ester of the 4-position carboxy
> group selected from the group consisting of alkoxymethyl, α-
> alkoxy-α-substituted methyl, alkylthiomethyl, pivoloyloxymethyl
> and α-acetoxybutyl esters.

Board Decision, page 6, lines 8-14.

152.    The Board Decision refers to cephalosporins (**16a**) through (**16d**), the pharmaceutically acceptable salts and the pharmaceutically acceptable esters identified in paragraph (c) thereof.

153.    Method B provides a viable method for making representative cephalosporins identified in the Board Decision's reference to claim 1 of the '606 patent.

154.    Claim 15 of the '606 patent reads as follows:

15.  A compound of the formula



[(**37**)]

wherein $R^4$ is hydrogen or acetoxy; $R^5$ is hydroxyl or lower alkoxy; $R^9$ is amino or hydroxyl; and $R^{11}$ is hydrogen or methoxy, or a pharmaceutically acceptable salt thereof.

The '606 patent, col. 41, line 21-col. 42, line 13.

155.    The Board Decision refers to the following cephalosporins of claim 15 of the '606 patent:

15.  A compound of the formula (**37**) wherein $R^4$ is hydrogen …; $R^5$ is hydroxyl …; $R^9$ is amino …; and $R^{11}$ is hydrogen or methoxy, or a pharmaceutically acceptable salt thereof.

Board Decision, page 6, lines 19-24.

156.    The Board Decision refers to cephalosporins (**16a**) and (**16c**) and pharmaceutically acceptable salts thereof.

53

157.    Method B provides available alternative to making representative cephalosporins cited in the Board Decision's reference to claim 15 of the '606 patent.

158.    Method B provides a viable method for making the cephalosporins of the '606 patent's claim 1 or 15 that overlap with the cephalosporins recited in claim 1 of the '216 patent.

I declare under penalty of perjury that the foregoing is true and accurate.


Dated:    January 19, 2007                    By: _____
                                                  Angelina J. Duggan, Ph.D.