UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br> )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>HON. JON W. DUDAS, )<br>  Under-Secretary of Commerce for )<br>  Intellectual Property and Director of )<br>  the Patent and Trademark Office )<br> )<br>   Defendant. )<br> ) | Civil Action No. 06cv1640 (TFH) |

**CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

  Defendant, the Honorable Jon W. Dudas, Director of the Patent and Trademark Office, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to modify the dispositive motion briefing schedule in the above-captioned matter.  In support of this motion, Defendant states as follows:

  1.  Plaintiff filed a civil action on September 22, 2006, seeking review of a decision by the Board of Patent Appeals rejecting a patent application by Plaintiff.

  2.  The parties agreed this case is amenable to summary judgment, and proposed a briefing schedule for each party's dispositive motion.  The parties further notified the Court that because Plaintiff expected to file an expert declaration with its motion for summary judgment, Defendant may need to depose Plaintiff's expert or seek to employ its own expert, which may require modification of the proposed briefing schedule.

  3.  Plaintiff subsequently filed a consent motion to modify the briefing schedule in order to allow Plaintiff more time to file its Motion for Summary Judgment, which was granted

by the Court. Under the amended scheduling order, Defendant's Opposition and Cross-Motion is currently due on Tuesday, February 20, 2007, Plaintiff's Reply and Opposition to Defendant's Cross-motion is due March 19, 2007, and Defendant's Reply is due April 9, 2007.

4. An enlargement is needed because the Plaintiff did, in fact, file a detailed expert declaration with its motion for summary judgment, and Defendant needs to prepare a response after consulting its own expert. In addition, the undersigned Assistant United States Attorney has been involved in numerous other matters, including an ongoing mediation in the appellate matter of Thompson v. Rice, 06-5124; a recently imposed trial schedule in Czekalski v. Mineta, 02cv1403 (DAR); a motion to quash and for a protective order in Clemmons v. Department of Justice, 06cv305 (RCL); and extensive and ongoing discovery in Neopost et al. v. U.S. Postal Service, 00cv2089, 00cv1401, and 01cv804 (PLF), and Rochon v. FBI, 03cv958 (RCL), and has been unable to prepare an appropriate Opposition and Cross-Motion.

5. Defendant's propose that the briefing schedule be enlarged 45 days to the following: Defendant's Opposition and Cross-Motion for Summary Judgment is due April 6, 2007, Plaintiff's Reply and Opposition to Defendant' Cross Motion is due May 7, 2007, and Defendant's Reply is due May 28, 2007.

6. Pursuant to Local Rule 7(m), counsel for the Defendant contacted Plaintiff's counsel to discuss the above motions. Plaintiff's counsel consents to a 45 day enlargement.

For the foregoing reasons, Defendant respectfully requests that the Court modify the briefing schedule to include a 45-day enlarge the time.

Respectfully submitted,


  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS, )<br>    Under-Secretary of Commerce for )<br>    Intellectual Property and Director of )<br>    the Patent and Trademark Office )<br>)<br>    Defendant. )<br>) | Civil Action No. 06cv1640 (TFH) |

## ORDER

Upon consideration of Defendant's Consent Motion to Modify Briefing Schedule, and the fact that Plaintiff consents thereto, it is this _____ day of February, 2006

ORDERED that the consent motion is GRANTED, and it is further

ORDERED that the briefing schedule is modified to the following:  Defendant's Opposition and Cross-Motion for Summary Judgment is due April 6, 2007, Plaintiff's Reply and Opposition to Defendant' Cross Motion is due May 7, 2007, and Defendant's Reply is due May 28, 2007.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE