UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS, )<br>    Under-Secretary of Commerce for )<br>    Intellectual Property and Director of )<br>    the Patent and Trademark Office )<br>)<br>Defendant. )<br>) | Civil Action No. 06cv1640 (TFH) |

## MOTION TO MODIFY BRIEFING SCHEDULE

Defendant, the Honorable Jon W. Dudas, Director of the Patent and Trademark Office, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to modify the dispositive motion briefing schedule in the above-captioned matter to enlarge the time for Defendant to file his Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment by an additional three (3) weeks, to April 27, 2007.  In support of this motion, Defendant states as follows:

1.    Plaintiff filed a civil action on September 22, 2006, seeking review of a decision by the Board of Patent Appeals rejecting a patent application by Plaintiff.

2.    The parties agreed this case is amenable to summary judgment, and proposed a briefing schedule for each party's dispositive motion.  The parties further notified the Court that because Plaintiff expected to file an expert declaration with its motion for summary judgment,

Defendant may need to depose Plaintiff's expert or seek to employ its own expert, which may require modification of the proposed briefing schedule.

3. Plaintiff subsequently filed a consent motion to modify the briefing schedule in order to allow Plaintiff more time to file its Motion for Summary Judgment, which was granted by the Court. Plaintiff filed its Motion for Summary Judgment on January 19, 2007.

4. On February 14, 2007, Defendant filed a consent motion to modify the briefing schedule to allow more time to file his Cross-Motion for Summary Judgment, which was also granted by the Court. Under the amended scheduling order, Defendant's Opposition and Cross-Motion is currently due by Friday, April 6, 2007; Plaintiff's reply and opposition to Defendant's Cross-Motion are due by May 7, 2007; and Defendant's reply is due by May 28, 2007.

5. An enlargement is needed because the agency counsel assigned to this matter recently was married and was out of the office for an extended leave; had multiple oral arguments at the Federal Circuit Court of Appeals on March 6 (In re Finisar, 06-1463; In re Buszard, 06-1489; and Hyatt v. Dudas, 06-1171); an appeals brief due in another Hyatt matter; three Office of Enrollment and Discipline arbitration matters; and is scheduled for oral argument before the Federal Circuit Court of Appeals on April 5 (In re Skurkovich, 06-1558); and had a family medical emergency that required that counsel be out of the office for a period of time. In addition, the agency supervisory personnel will be out of the country during the week of April 2-6, 2007.

6. The undersigned Assistant United States Attorney has also been involved in numerous other matters, including preparing an appellate Reply brief in Jinks-Umstead v. Winters, Nos. 06-5089 and 06-5186 (Consolidated); and extensive discovery and filing objections to a Magistrate Judge's recommendation in the consolidated matters of Ascom Hasler Mailing Systems, Inc. v. U.S.

Postal Service, No. 00cv1401 (PLF), Neopost, Inc., v. U.S. Postal Service, No. 00cv2089 (PLF), and Francotyp-Postalia, Inc. v. U.S. Postal Service, No. 01cv804 (PLF); an Opposition to a Motion to Compel and a Motion to Impose Filing Restrictions in Clemmons v. Department of Justice, 06cv305 (RCL); a Motion for Partial Judgment on the Pleadings in Tolbert-Smith v. Bodeman, 06cv1216 (RWR); a Reply memorandum in Dage v. Johnson, 04-0221 (JGP); and extensive and ongoing discovery Rochon v. FBI, 03cv958 (RCL), and has been unable to prepare an appropriate Opposition and Cross-Motion.

7.     Additionally, Counsel for Defendant is scheduled to be in a two-week trial in the matter of Czekalski v. Mineta, 02cv1403 (DAR) during the currently-scheduled time in which Defendant must prepare its Reply/Cross-Opposition Memorandum in this matter, and a three week enlargement of time in the briefing schedule would obviate the need for Defendant to, yet again, seek an enlargement of time to prepare the responsive pleading.

8.     Pursuant to Local Rule 7(m), counsel for the Defendant contacted Plaintiff's counsel to discuss the above motions. Plaintiff's counsel stated that Plaintiff opposes an enlargement of time.

For the foregoing reasons, Defendant respectfully requests that the Court extend the remaining briefing schedule by three (3) additional weeks. Accordingly, Defendant's Opposition and Cross-Motion would be due by Friday, April 27, 2007; Plaintiff's reply and opposition to Defendant's Cross-Motion would be due by Friday, June 1, 2007; and Defendant's reply would be due by Friday, June 22, 2007.

Respectfully submitted,


 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS, )<br>   Under-Secretary of Commerce for )<br>   Intellectual Property and Director of )<br>   the Patent and Trademark Office )<br>)<br>Defendant. )<br>) | Civil Action No. 06cv1640 (TFH) |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion to Modify Briefing Schedule and Plaintiff Opposition thereto, it is this _____ day of _____, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that the briefing schedule is modified to the following: Defendant's Opposition and Cross-Motion for Summary Judgment is due April 27, 2007, Plaintiff's Reply and Opposition to Defendant' Cross Motion is due June 1, 2007, and Defendant's Reply is due June 22, 2007.

 

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE