IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS )<br>Under Secretary of Commerce for Intellectual )<br>Property and Director of the United States )<br>Patent and Trademark Office )<br>)<br>Defendant. ) | Civil Action No. 1:06-cv-1640-TFH |

## MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Takeda Pharmaceutical Company Limited ("Takeda"), hereby files this opposition to Defendant's, the Honorable Jon W. Dudas, Motion to further extend the briefing schedule by an additional three weeks. In support of this opposition, Takeda states as follows:

1.  On January 19, 2007, Takeda filed a 19-page summary judgment brief.

2.  The Government's opposition was due to be filed on February 19, 2007.

3.  On or about February 13th, counsel for the Government called counsel for Takeda and requested a 45-day extension of time to file its cross-motion and opposition. Counsel for Takeda requested that the extension be limited to 30-days, due to business reasons. In particular, Takeda's business interests are currently being adversely impacted by the unresolved status of this reexamination proceeding, which has already endured a lengthy delay while pending before the USPTO despite the statutory mandate that reexaminations be conducted with "special dispatch." See 35 U.S.C. 305 ("All reexamination proceedings under this section, including any appeal to the Board of Patent Appeals and Interferences, will be conducted with special dispatch within the Office."). Nonetheless, the Government would not voluntarily reduce its extension request, and Takeda

reluctantly consented to the 45-day extension.  Now, the Government has not offered anything new that would warrant the grant of its latest request.

4. Moreover, the current deadline for the Government's opposition and cross-motion (April 6, 2007) already gives it nearly *two months* to respond to Takeda's 19-page summary judgment motion.  The present case should not suffer simply because the Government and its agency counsel also have other cases on their docket.  The present case is no less important than the others on their plate.

5. Because Takeda will be prejudiced from further delays in this case, Takeda requests that the Governments motion be denied.  A proposed order is attached with this opposition.

Dated: March 30, 2007

                                                Respectfully submitted,

                                                  /s/   C. Edward Polk, Jr.
C. Edward Polk, Jr., DC Bar No. 472453
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC 20007
(202) 672-5300

Attorney for Plaintiff