IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-1640-TFH |
| | ) | |
| HON. JON W. DUDAS | ) | |
| Under Secretary of Commerce for Intellectual | ) | |
| Property and Director of the United States | ) | |
| Patent and Trademark Office | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Government's Motion to Modify Briefing Schedule, it is this _____ day of _____, 2007

ORDERED that the motion is DENIED.

_____
THOMAS F. HOGAN
CHIEF JUDGE