**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MAR 3 0 2007

CLERK, U.S. DISTRICT COU...
DISTRICT OF COLUMBIA

TAKEDA PHARMACEUTICAL CO., LTD.,          )
                                          )
          Plaintiff,                      )
                                          )
     v.                                   )          Civil Action No. 06cv1640 (TFH)
                                          )
HON. JON W. DUDAS,                        )
     Under-Secretary of Commerce for      )
     Intellectual Property and Director of )
     the Patent and Trademark Office      )
                                          )
          Defendant.                      )
                                          )
_____ )

**ORDER**

Upon consideration of Defendant's Motion to Modify Briefing Schedule and Plaintiff

Opposition thereto, it is this _____ 29th _____ day of _____ March _____, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that the briefing schedule is modified to the following: Defendant's Opposition

and Cross-Motion for Summary Judgment is due April 27, 2007, Plaintiff's Reply and Opposition

to Defendant' Cross Motion is due June 1, 2007, and Defendant's Reply is due June 22, 2007.


_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE