# Defendant's Exhibit 14

*filed Dec. 19, 1975*



THE PATENT OFFICE,
25 SOUTHAMPTON BUILDINGS,
LONDON.

MAIL ROOM
AUG 11 1976
PAT. & TRADEMARK OFC.

I, the undersigned, being an officer duly authorised in accordance with Section 62(3) of the Patents and Designs Act, 1907, to sign and issue certificates on behalf of the Comptroller-General, hereby certify that annexed hereto is a true copy of documents as originally filed in connection with the Patent application identified therein.

RIBBON Cut by DOCUMENTS BRANCH

RECEIVED
AUG 13 1976
GROUP 120

WITNESS my hand this 22nd day of **OCTOBER** 19 75

COC. 1

5627/507L D201299 40M 5/75 TP Gp 3628/2

Patents Form No. 2.

THIS SPACE FOR OFFICE USE ONLY

NO FEE

9 JUNE 1975.

DUPLICATE

24611
1975

INVENTORS:
Michihiko Ochiai,
Osami Aki, Akira Morimoto,
Taiichi Okada, Kenji
Kawakita, Yoshihirom
Matsushita.

## PATENTS ACTS, 1949 - 1961

E-8.

### Provisional Specification
*(To be furnished in duplicate)*

(a) Insert title verbally agreeing with that in the application form.

(a) ........ CEPHEM AND PENAM COMPOUNDS. ........

(b) State (in full) name, address and nationality of applicant or applicants as in application form.

(b) I/We ..... TAKEDA YAKUHIN KOBYO KABUSHIKI KAISHA .......
..... also known as TAKEDA CHEMICAL INDUSTRIES, ......
..... LTD., of 27, Doshomachi 2-chome, Higashi- .....
..... ku, Osaka, Japan, a joint stock company of .....
..... organised under the laws of Japan. .....

do hereby declare this invention to be described in the following statement:—

(c) Here begin description of the invention. The continuation of the specification should be upon paper of the same size as this form on one side only, with the lines well spaced and with a margin of one inch and a half on the left-hand part of the paper. The specification and the duplicate thereof must be signed at the end.

(c) ..........

2137/494L. D.201111 60M 6/74 T.P. Gp.658

1

<u>Cephem and penam compounds</u>

The present invention relates to cephem or penam compound (I) having a partial structure of the formula (I):



(I)

wherein $R^1$ represents an amino or hydroxyl group, each of which may be protected; $R^2$ represents an amino or hydroxyl group, or a group convertible into either or both of these groups; $R^3$ represents hydrogen or methoxy or a group convertible into a methoxy group, and $R^8$ represents hydrogen or a halogen,

intermediates thereof,

and processes for preparing these compounds.

We have found that the above-mentioned compounds (I) have strong antibiotic properties against a wide variety of microorganisms including gram-positive bacteria as well as gram-negative bacteria.

The present invention is therefore directed to:

(1)  a cephem or penam compound (I);

(2)  a cephem or penam compound (II) having a partial structure of the formula (II):



(II)

wherein each of $R^9$ and $R^{10}$ represents an amino or hydroxyl group. and $R^{11}$ represents hydrogen or a methoxy group;

(3)  a cephem or penam compound of the formula (III):



(III)

wherein A represents a group of the formula:



or



in which $R^4$ represents hydrogen or a residue of a nucleophilic compound, and each of other symbols has the same meaning as defined above;

(4)  a compound of the formula (IV):



(IV)

wherein $R^5$ represents hydroxyl, which may be protected, and each of other symbols has the same meaning as defined above;

(5)  a compound of the formula (V):



(V)

wherein each of the symbols has the same meaning as defined above;

3

kf

(6)   a process for preparing a cephem or penam compound
(I), which comprises reacting a cephem or penam compound
(VI) having a partial structure of the formula:

5

$$R^3$$

$$H_2N \quad \diagup$$

$$O= \quad \diagup N$$

wherein the symbol $R^3$ has the same meaning as defined
above

10   with a compound (V) (as defined above), followed, if
necessary, by the removal of the protective group and/or
the conversion of the convertible group;

(7)   a process for preparing a compound (VIII) having a
partial structure of the formula (VIII):

15

$$R^1 \quad S \quad R^8 \quad R^3$$

$$N \quad CHCONH \quad O \diagup N \quad (VIII)$$

$$NH_2$$

which comprises reducing a compound (VII) having a
20   partial structure of the formula (VII):

$$R^1 \quad S \quad R^8 \quad R^3$$

$$N \quad C-CONH \quad O \diagup N \quad (VII)$$

$$NR^5$$

25

wherein each of the symbols of the compounds (VII)
and (VIII) has the same meanings as defined above,
followed, if necessary, by the removal of the protective
30   group and/or the conversion of the convertible group,

kf

(8)  a process for preparing a compound of the formula (X):



(X)

wherein each of the symbols has the same meaning as defined above

which comprises reaction a compound of the formula (IX):



(IX)

wherein $R^6$ represents an acyloxy, carbamoyloxy or a halogen and the other symbols have the same meanings as defined above,

with a nucleophilic compound, followed, if necessary, by the removal of the protective group and/or the conversion of the convertible group;

(9)  a process for preparing a compound of the formula (XI):



(XI)

wherein the symbols have the same meanings as defined above,

which comprises reducing a compound (IV), followed, if

necessary, by the removal of the protective group;

(10) a process for preparing a compound of the formula (XIV):

$$R^{13} \overset{S}{\underset{N}{\bigvee}} \overset{}{\underset{\underset{Y}{|}}{C}} \overset{}{\underset{Z}{-COOH}} \qquad (XIV)$$

wherein $R^{13}$ represents hydroxyl or amino, which may be protected, and the other symbols have the meanings given below,

which comprises reacting a compound of the formula (XII):

$$XCH_2 - \overset{}{\underset{O}{C}} - \overset{}{\underset{Y}{\overset{}{C}}} \overset{}{\underset{Z}{} } - COOH \qquad (XII)$$

wherein X refers to a halogen and, when Y is hydrogen, Z is an amino group, which may be protected, or Y and Z together represent a group of the formula:

$$=NR^5$$

in which $R^5$ is hydroxyl, which may be protected, and a compound of the formula (XIII):

$$R^{12} - \overset{S}{\underset{}{\overset{\parallel}{C}}} - NH_2 \qquad (XIII)$$

wherein $R^{12}$ represents a lower alkoxy group or an amino group which may be protected,

followed, if necessary, by the removal of the protective group;

(11) a process for preparing a compound of the formula (XVI):

$$\text{HO}-\underset{N}{\overset{S}{\text{C}}}-\underset{\underset{NR^5}{\|}}{C}-COOH \qquad (XVI)$$

wherein the symbol has the same meaning as defined

above,

which comprises reacting a compound of the formula (XV):

$$H_2N-\underset{N}{\overset{S}{\text{C}}}-\underset{\underset{NR^5}{\|}}{C}-COOH \qquad (XV)$$

wherein the symbol $R^5$ has the same meaning as defined

above,

with a diazotizing reagent;

(12) a process for preparing a compound of the formula

(XIX):

$$R^{14}-\underset{N}{\overset{S}{\text{C}}}-\underset{\underset{OH}{|}}{CH}-COOH \qquad (XIX)$$

wherein the symbol has the same meaning as defined

below,

which comprises reacting a compound of the formula (XVII):

$$R^{14} - CS-NH_2 \qquad (XVII)$$

wherein $R^{14}$ represents an amino group which may be

protected,

with trihalogenoacetone in the presence of a base to

obtain   a compound of the formula (XVIII):

$$R^{14}-\underset{N}{\overset{S}{\text{C}}}-CHO \qquad (XVIII)$$

wherein the symbol $R^{14}$ has the same meaning as
defined above,

subjecting the compound (XVIII) to an addition reaction
with hydrogen cyanide, and hydrolysing the resulting

5    product, followed, if necessary, by the removal of the
protective group;

(13)  a process for preparing a compound (VII), which
comprises reacting a compound (VI) with a compound (IV),
followed, if necessary, by the removal of the protecting

10    group and/or conversion of the convertible group;

(14)  a process for preparing a compound of the formula
(XXI):



(XXI)

15

wherein the various symbols have the same meaning
as defined above,

which comprises reacting a compound of the formula (XX):



(XX)

20

wherein the various symbols have the same meaning
as defined above,

25    with a nucleophilic compound, followed, if necessary,
by the removal of the protecting group and/or the
conversion of the convertible group; and

(15)  a process for preparing a compound of the formula
(XXIII):



(XXIII)

30

wherein the symbols have the same meaing as

defined above,

which comprises reacting a compound of the formula

(XXII):

$$X - CH_2 - \underset{\underset{O}{\|}}{C} - \underset{\underset{NR^5}{\|}}{C} - COOH \qquad (XXII)$$

5

wherein the symbols have the same meaing as defined

above,

with a compound (XIII), followed, if necessary, by the

10    removal of the protecting group.

In the cephem or penam compounds (I), the symbol

$R^1$ represents an amino or hydroxyl group, or a protected

amino or hydroxyl group.

By a "protected" amino group is meant an amino

15    group protected with such easily removable protective

groups for amino groups as are usually employed in the

peptide chemistry, which are exemplified by an alkyl-

carbonyl group such as formyl, acetyl or propionyl, an

alkoxycarbonyl group such as t-butoxycarbonyl, an

20    alkoxyalkylcarbonyl group such as methoxyacetyl or

methoxypropionyl, a substituted alkoxycarbonyl group

such as trichloroethoxycarbonyl, an aralkyloxycarbonyl

group such as benzyloxycarbonyl, a substituted aralkyloxy-

carbonyl group such as p-nitrobenzyloxycarbonyl, or an

25    amino group protected with a proton.

By a protected hydroxyl group is meant a hydroxyl

group protected with an easily removable protective

group for a hydroxyl group. Such easily removable

protective groups for hydroxyl groups may be exemplified

30    by e.g. an acyl group such as formyl, acetyl, chloro-

acetyl, trifluoroacetyl, methoxyacetyl, phenoxyacetyl,

kf                                  9

benzoyl, benzoylformyl, p-nitrobenzoyl, ethoxycarbonyl, $\beta,\beta,\beta$-trichloroethoxycarbonyl, $\beta,\beta,\beta$-tribromoethoxy-carbonyl or p-nitrophenoxycarbonyl or a protective group which is easily removable under relatively mild conditions such as tetrahydropyranyl, tetrahydrothio-furanyl or methoxytetrahydropyranyl.

The symbol $R^2$ represents an amino or hydroxyl group or a group convertible into one of these groups. The latter group includes those convertible into an amino or hydroxyl group by e.g. reduction, oxidation or hydrolysis, employing mild conditions which do not affect the cephem or penam ring, as well as the protected amino or hydroxyl groups mentioned above.

By the symbol $R^3$ is meant hydrogen, a methoxy group or a group convertible into a methoxy group. As the group convertible into a methoxy group, there may be employed such groups which are convertible into a methoxy group by the reaction with methanol as methyl-thio or methylseleno.

The symbol $R^8$ represents hydrogen, or a halogen such as chlorine or bromine. When the compounds (I) represent penam compounds, they are 6-substituted-2,2-dimethylpenam-3-carboxylic acids, or salts or esters thereof. When the compounds (I) represent cephem compounds, they are 7-substituted-3-substituted-2 or 3-cephem-4-carboxylic acids, or salts or esters thereof. As the substituents at 3-position of the cephem compounds, there may be generally employed such groups as are found in the corresponding moiety of cephalosporins produced by fermentation or as are easily derivable therefrom.

10

Therefore, the substituents may be exemplified by e.g.
the formula: $-CH_2R^4$.    The residue of nucleophilic
compounds shown by the symbol $R^4$ may be hydroxyl,
mercapto, cyano, axido, amino, carbamoyloxy, carbamoylthio
or thiocarbamoyloxy, or those substituted with alkyl
(e.g. methyl, ethyl or propyl), acyloxy (e.g. acetyloxy,
propionyloxy, butyryloxy, benzoyloxy, p-chlorobenzoyloxy
or p-methylbenzoyloxy), or a tertiary ammonium group,
or hydroxyphenyl, sulfamoyloxy, an alkylsulfonyloxy or
(cis-1,2-epoxypropyl)phosphono.  Furthermore, the symbol
$R^4$ may represent a mercapto group substituted with a
hetero ring which may be a 5- or 6-membered ring
containing one to four hetero atoms which may be  the
same or different and consist of oxygen, sulphur or
nitrogen.  The hetero ring is exemplified by, e.g.,
pyridyl, N-oxido-pyridyl, pyrimidyl, pyridazinyl,
N-oxido-pyridazinyl, pyrazolyl, diazolyl, thiazolyl,
1,2,3-thiadiazolyl, 1,2,4-thiadiazolyl, 1,3,4-thiadiazolyl,
1,2,5-thiadiazolyl, 1,2,3-oxadiazolyl, 1,2,4-oxadiazolyl,
1,3,4-oxadiazolyl, 1,2,5-oxadiazolyl, 1,2,3-triazolyl,
1,2,4-triazolyl, 1H-tetrazolyl and 2H-tetrazolyl.  Each
of these hetero rings may be further substituted and,
as the substituents, there may be mentioned, for example,
lower alkyls such as methyl, ethyl and propyl, lower
alkoxyls such as methoxy and ethoxy, halogens such as
chlorine and bromine, halogen-substituted alkyls such as
trifluoromethyl and trichloroethyl, amino, mercapto,
hydroxyl, carbamoyl or carboxyl.  The tertiary ammonium
group may be exemplified by e.g. pyridinium, 3-methyl-
pyridinium, 4-methylpyridinium, 3-chloropyridinium,

3-bromopyridinium, 3-iodopyridinium, 4-carbamoylpyridinium,

4-(N-hydroxymethylcarbamoyl)-pyridinium, 4-(N-carbomethoxy-

carbamoyl)-pyridinium, 4-(N-cyanocarbamoyl)-pyridinium,

4-(carboxymethyl)-pyridinium, 4-(hydroxymethyl)-pyridinium,

5     4-(trifluoromethyl)-pyridinium, quinolinium, picolinium

or lutidium.

      Alternatively, 2-carboxyethenyl, chloro or methoxy

may be substituted instead of the group represented by

the formula: $-CH_2R^4$. The sulphur atom in the cephem or

10     penam ring may be of the oxido type. The carboxyl group

at the 4 or 3 position of the cephem or penam ring may

be of the free type, or a salt with a non-toxic cation

such as sodium, potassium or the like; a basic amino acid

such as arginine, ornithine, lysine, histidine or the

15     like; or a polyhydroxyalkylamine such as N-methylglucamine,

diethanolamine, triethanolamine, trishydroxymethyl-

aminomethane or the like. Alternatively, the carboxyl

group may be a biologically active ester derivative,

being conducive to, for instance, an increased blood

20     level or/and a longer duration of activity. As the

ester residues of use for this purpose, there may be

mentioned, for example, alkoxymethyl and α-alkoxyethyl

and other α-alkoxy-α-substituted methyl groups, e.g.

methoxymethyl, ethoxymethyl, isopropoxymethyl, α-methoxy-

25     ethyl or α-ethoxyethyl; alkylthiomethyl groups, e.g.

methylthiomethyl, ethylthiomethyl or isopropylthiomethyl;

and acyloxymethyl or α-acyloxy-α-substituted methyl

groups, e.g. pivaloyloxymethyl or α-acetoxybutyl.

      Thus, the preferred examples of the present cephem

30     or penam compounds (I) may be represented by the above-

137

mentioned formula (II) or (III), and more preferred
examples are the compounds in which, by the $-CH_2R^4$
group is meant methyl, acetoxymethyl, (1-methyl-
tetrazol-5-yl)-thiomethyl, (1,2,3-triazol-5-yl)-

5      thiomethyl or (2-methyl-1,3,4-thiadiazol-5-yl)-thiomethyl.

The compounds (I) are all novel and are useful as
antibiotics.  Like the known cephalosporins or penicillins,
the contemplated compounds (I) of this invention can
each be administered in the forms of injections, capsules,

10     tablets, granules, solutions, suspensions or in solid
form, if necessary, with a physiologically acceptable
carrier or excipient in accordance with established
pharmaceutical procedures.

Specifically, the contemplated compounds of this

15     invention, e.g. sodium 7α-methoxy-7β-(2-aminothiazol-4-
ylglycylamido)-3-(1-methyl-1H-tetrazol-5-ylthiomethyl)-
3-cephem-4-carboxylic acid may be injected intramuscularly
at a daily dose level of about 5 to 20 mg./kg. body
weight in 3 to 4 divided doses per day, and are effective

20     against respiratory-organ infections, urinary-tract
infections, and so on.

The cephem or penam compounds (I) of the present
invention can be prepared by e.g. the following processes:
(a)  Reactions of compound (V) and (VI).

25     The carboxyl group of the starting compound (VI)
of this reaction may be in the form of a salt with an
alkali metal or an organic amine, e.g. with sodium or
potassium, or with triethylamine, or as an ester which
can be easily converted to yield the free carboxyl

30     group by mild treatment with an acid or an alkali, or

130

by reduction, the ester being exemplified by e.g. esterification with β-methylsulfonylethyl, trimethylsilyl, dimethylsilenyl, benzhydryl, β,β,β-trichloroethyl, phenacyl, p-methoxybenzyl, p-nitrobenzyl or methoxymethyl. As the reactive derivatives of the other starting compounds (V), there may be employed an acid halide, acid anhydride, mixed acid anhydride, cyclic carboxy-anhydride, active amide or ester thereof.

This reaction can be conducted advantageously and smoothly in the presence of a solvent. The solvent may be e.g. one of the common solvents or one of their mixtures unless such solvents do not interfere with the present reaction. There may be mentioned, therefore, such solvents as water, acetone, tetrahydrofuran, dioxane, acetonitrile, chloroform, dichloromethane, dichloroethylene, dimethylformamide, dimethylacetamide and dimethylsulfoxide. The reaction may proceed more advantageously when a base such as pyridine, triethylamine, N,N-dimethylaniline or sodium bicarbonate is added to the solvent. The quantity of the salt to be added is 100-300%, desirably 100-200% of that of the starting compounds (V). While the reaction temperature is virtually optional, the reaction is usually carried out under cooling or at room temperature. The reaction is generally completed within a period of from several minutes to several hours.

If necessary, the resulting compounds are subjected to the removal of the protective group and/or the conversion of the convertible group. The removal of the protective group of the amino group may be conducted,

139

for example, by acid treatment for $\underline{t}$-butoxycarbonyl,

by a treatment with zinc and an acid for $\beta,\beta,\beta$-

trichloroethoxycarbonyl, and by catalytic reduction

for $\underline{p}$-nitrobenzyloxycarbonyl.  The protective groups

5    for the hydroxyl group are removed, for example, by

potassium bicarbonate in aqueous methanol for formyl

or trifluoroacetyl, by dilute hydrochloric acid

treatment, for tetrahydropyranyl, and by zinc and an

acid treatment for $\beta,\beta,\beta$-trichlorethoxycarbonyl.  The

10    ester residues of the carboxylic acids are removed,

for example, by acid treatment for benzhydryl or $\underline{p}$-

methoxybenzyl, by alkaline treatment for $\beta$-methyl-

sulfonylethyl, by aqueous treatment for trimethyl-

silyl or dimethylsilenyl, by zinc and an acid treat-

15    ment for $\beta,\beta,\beta$-trichloroethyl, and by reduction for

$\underline{p}$-nitrobenzyl.  The methylthio or methylseleno group

may be converted into the methoxy group by e.g.

reacting methanol in the presence of a metal compound

including, e.g. silver, mercury, lead or thallium.

20    The removal of the protective groups or the conversion

of the groups may be performed at the same time if

possible, or any of them may be removed or converted

in accordance with the sort of groups and/or the

reaction conditions of the next step.

25        While the starting carboxylic acids (V) may occur

as D- and L-isomers with respect to the $\alpha$-carbon, either

of these isomers, as well as their mixture, can be

successfully employed for the purposes of this invention.

It is known that generally, of the cephalosporins or

30    penicillins having a center of asymmetry at the $\alpha$-

position, the D-isomers are more actively antibiotic than the L-isomers.

The compounds (V) employed as the starting materials in this reaction may be prepared by, e.g. the processes (9) to (15) mentioned above, and are used in the condition in which they are obtained by these processes, or after the removal of the protective groups and/or the conversion of the groups.

Similar conditions to the above may be applied also to the reaction between the compounds (VI) and the compounds (IV).

(b) Reduction of the compounds (VII)

In the starting compounds (VII), the symbols other than $R^5$ have the same meanings as defined above, and by the symbol $R^5$ is meant a hydroxyl group which may be protected. As the protective groups of the hydroxyl group, any of the conventional groups may be used provided they do not disturb the reactions of this invention and there may be generally employed a lower alkyl group such as methyl or ethyl, an aryl group such as phenyl or thienyl or an acyl group such as acetyl or benzoyl.

The reduction conditions employed in the present reaction may be chosen from the known reduction methods so far as the compounds (VII) can be reduced into the compounds (VIII), and preferred conditions are the catalytic reduction employing catalysts such as Raney's nickel, platinum oxide, palladium-carbon, ruthenium-carbon, rhodium-carbon and copper-chromium oxide, reduction means employing nascent hydrogen obtained

by the co-existence of metals such as sodium, sodium
amalgam and aluminium amalgam, and water or an alcohol
reduction means employing a metallic hydride complex
such as lithium aluminium hydride, diethyl aluminium

5  hydride, sodium aluminium hydride or sodium borohydride,
reduction means using treatment with metals such as
zinc or iron, in solvents such as acetic anhydride or
formic acid, or an aqueous mixture thereof, or
electroreduction.  The reaction conditions such as the

10  reaction temperature and pressure, the kind of solvent
used and the reaction time, are chosen _inter alia_
according to the starting materials and the reduction
means.  After the reduction reaction, the reaction mixture
may, if necessary, be subjected to the removal of the

15  protective group either directly or after the separation
of the desired compounds (VIII).  The removal of the
protective group is conducted in accordance with the
conventional removal methods employed for the removal
of each protective group.

20  (c)  Reaction of the compounds (IX) with nucleophilic
        compounds.

In the compounds (IX), the symbol $R^6$ represents
carbamoyloxy, an acyloxy group such as acetyloxy,
propionyloxy, 3-oxobutryloxy, 3-carboxypropionyloxy,

25  2-carboxybenzoyloxy, 4-carboxybutyryloxy, mandelyloxy,
2-(carboethoxycarbamoyl)-benzoyloxy, 2-(carboethoxy-
sulfamoyl)-benzoyloxy and 3-ethoxycarbamoylpropionyloxy,
or a halogen such as bromine or chlorine, and, among
them, the acyloxy groups are generally employed.  The

30  nucleophilic compounds correspond to the compounds

having the symbol $R^4$ of the compounds (I) mentioned
above.  Among the nucleophilic compounds, the mercapto
compounds are each reacted in such forms as the free
compound or a salt with an alkali metal such as sodium,

5    potassium or the like.  This reaction is desirably
conducted in a solvent.  Thus, for example, use can be
made of water, heavy water or an organic solvent
which is readily miscible with water and is inert to the
starting compounds, such as dimethylformamide, dimethyl-
                    dioxane,
10   acetamide,/acetone, alcohol, acetonitrile, dimethyl-
sulphoxide or tetrahydrofuran.  The reaction temperature
and time depend, among other factors, upon the starting
compounds and the solvent to be employed but, generally,
the reaction is carried out at a temperature chosen

15   within the range of from 0°C. to 100°C. for a time
chosen within the range of from a few hours to several
days.  The reaction is desirably conducted in the neigh-
bourhood of neutrality, or between pH 2 and 8 and, for
better results, between pH 5 and 8.  The reaction often

20   proceeds more smoothly by the addition of quarternary
ammonium salt having a surface-active effect (e.g.
trimethylbenzylammonium bromide, triethylbenzylammonium
bromide or triethylbenzylammonium hydroxide) to the
reaction system.  To prevent oxidation of the mercapto

25   compounds, it is advantageous to carry out the reaction
in an inert gaseous atmosphere, e.g. nitrogen gas.

   The cephem or penam compounds (I) obtained by the
processes illustrated hereinbefore, can be purified by
such procedures as column chromatography, extraction,

30   precipitation or recrystallisation.  The compounds (I)

are, if desired, further converted e.g. to a desired

salt or ester, by a *per se* known process.

Similar conditions to the above are applied to

the reaction of the compounds (XX) with nucleophilic

5    compounds.

Each starting compound employed in the above-

mentioned processes for preparing the cephem or penam

compounds (I) can be prepared for example by the

following processes.

10    (d)    Reduction of the compounds (IV)

Similar reduction conditions to those mentioned

at (b) above are employed in this reaction.  The

carboxyl group of the starting compounds (IV) may be

protected with a protective group removable under mild

15    conditions which will not interfere with the thiazole

ring, for example, by acid or alkaline conditions or

by reduction.  Therefore, such protective groups may

be chosen from those for carboxyl groups generally

employed in peptide syntheses, and are exemplified

20    by alkyl such as methyl, ethyl, propyl isopropyl,

butyl, sec-butyl, isobutyl or tert-butyl, substituted

alkyl such as β-methylsulphonylethyl, trichloroethyl

or diphenylmethyl, aryl such as phenyl or tolyl,

substituted aryl such as p-tert-butylphenyl or p-

25    nitrophenyl, aralkyl such as benzyl, phenethyl or

tolubenzyl or substituted aralkyl such as p-methoxy-

benzyl or p-nitrobenzyl.

In the present reaction, it seems that the starting

compound (IV) wherein $R^5$ is protected hydroxyl, gives

30    a better result.  The contemplated compounds (V) may

be purified by a _per se_ known purification method such
as solvent extraction, pH adjustment, crystallisation,
recrystallisation, distillation, chromatography or ion-
exchange chromatography.  The isolated compound (V) is

5     a DL-mixture and may be resolved into the D-form and the
L-form, respectively, by converting it to a suitable
optical by active, crystal-forming salt, e.g. a salt with
tartaric acid, mandelic acid, malic acid or camphor-
sulfonic acid.

10    (e)  Reaction of the compounds (XII) with (XIII)

In the starting compounds (XII), by the symbol X
is meant a halogen such as chlorine, bromine, iodine or
fluorine.  When Y represents hydrogen, Z is an amino
group which may be protected, such groups being

15    exemplified above.  Alternatively, Y and Z may together
represent a group of the formula:  $=NR^5$, such groups
being also illustrated above.  The carboxyl group of
the compounds (XII) may be protected in a similar
manner  to that mentioned above in the case of the

20    compounds (IV).  In the present reaction, it is desirable
to react a substantially equivalent mole of both
of the starting compounds (XII) and (XIII).  The
reaction is generally conducted in a solvent and such
a solvent may be chosen from amongst organic solvents

25    which will not disturb the contemplated reaction.  Thus,
methanol, ethanol, propanol and tetrahydrofuran, for
example, are suitably employed.  The reaction is carried
out smoothly at room temperature or under reflux con-
ditions.  The reaction is generally completed within

30    from one to several hours.  The reaction may be carried

out more smoothly by adding a base such as dimethyl-
aniline or triethylamine to the reaction system. After
the reaction has been completed, the removal of the
protecting group may be conducted directly on the

5    reaction mixture or after isolation of the compounds
(XIV), if desired. The purification of the compounds
(XIV) may be carried out by similar means to those
mentioned above at (d). When the starting compounds
(XIII) wherein $R^{12}$ represents a lower alkoxy group

10    are employed, there is obtained a contemplated compound
(XIV) wherein $R^{13}$ is hydroxyl according to the present
reaction.

Similar reaction conditions to the above are
applied to the reaction between the compounds (XXII) and

15    (XXIII).

(f)   Diazotization of the compounds (XV)

The carboxylic group of the starting compounds
(XV) employed in this reaction may be protected in a
similar manner to that mentioned in connection with the

20    above compounds (IV). The reaction is generally
conducted in a solvent, for example, water or a mixture
of water and an organic solvent which is readily
miscible with water and does not disturb the present
reaction, such as an alcohol, e.g. methanol or ethanol

25    or an ether, e.g. tetrahydrofuran or dioxane. As the
diazotization reagents, nitrous acids, alkyl nitrites,
nitrogen dioxide and nitrosyl chloride, for example are
conveniently employed and, among them, sodium nitrite
or amyl nitrite is generally used. The reaction is

30    generally conducted in the presence of an acid at a

temperature chosen within the range of from 0°C. to 50°C.
for a chosen time of from one to several hours.  The
acid employed in the reaction is exemplified by hydro-
chloric acid, sulphuric acid, phosphoric acid, formic
5    acid or acetic acid.

     While α-oximino-2-substituted-thiazol-4-ylacetic
acid derivatives involved in these compounds (XIV) and
(XVI) may occur theoretically as syn- and anti-isomers
with respect to the oximino group, each of the both
10   isomers can be used, similarly for the present reaction.

(g)  Reaction of the compounds (XVII) and trihalogeno-
     acetone.

     The symbol $R^{14}$ represents an amino group which may
be protected as illustrated hereinbefore and, therefore,
15   the compounds (XVII) are exemplified by N-(trichloro-
ethoxycarbonyl)-thiourea, N-(t-butoxycarbonyl)-thiourea
and N-(benzyloxycarbonyl)-thiourea.  As the trihalogeno-
acetone, there are generally used, for example, 1,1,3-
trichloroacetone and 1,1,3-tribromoacetone.

20        The reaction may be carried out advantageously in
the solvent.  Any solvent which can dissolve both start-
ing materials may be employed provided it does not
disturb the reaction, and more preferably the solvent
is exemplified by alcohols such as methanol, ethanol
25   and propanol, ketones such as acetone and methyl ethyl
ketone, ethers such as ether, tetrahydrofuran and dioxan,
or mixtures thereof.  The present reaction proceeds
more smoothly in the presence of a base such as pyridine,
picoline, quinoline, isoquinoline, triethylamine,
30   tributylamine, N-methylpiperidine, N-methylmorpholine,

N,N-dimethylaniline or N,N-diethylaniline, etc.  The
reaction may proceed at room temperature and is
accelerated by heating.  Therefore, it is convenient
to heat at about the boiling point of the solvent

5     employed.  When suitable conditions are chosen for the
present reaction, an intermediate, i.e. 4-bromomethyl-
thiazole, may be obtained in some cases.

     The resulting compounds (XVIII) are subjected to
an addition reaction with hydrogen cyanide to give so-

10    called cyanhydrin compounds.  For this purpose, cyanides
such as sodium cyanide and potassium cyanide are
generally reacted with the compounds (XVIII).  The
cyanhydrin compounds can be isolated as stable acyl
derivatives by protecting them with a suitable protective

15    group, e.g. formyl or acetyl.  An example of a desirable
procedure is to react acetic anhydride with the cyan-
hydrin compound in pyridine.  The reaction to obtain
the cyanhydrin compounds or their derivatives is
preferably conducted in a solvent in the presence of a

20    base.  The solvent is desired to dissolve both of the
starting compounds and the base, and water or a mixture
of water and an organic solvent miscible with water
(e.g. methanol, ethanol, acetone or dimethylformamide,
etc.) is generally employed.  As the base employed,

25    there may be conveniently used, for example, such weak
base as potassium dihydrogen phosphate, sodium hydrogen
sulphite or triethylamine.  The reaction is carried out
advantageously under cooling or in the neighbourhood
of room temperature to avoid undesirable side-reactions.

30    The reaction to obtain the cyanhydrin compounds as α-

acetoxy-acetonitrile derivatives is usually conducted
by reacting acetic anhydride with the former compounds
in a solvent and in the presence of a base.  In this
reaction, any solvent may be used provided it does not
5    disturb the reaction, and there may generally be used,
for example, an aprotic solvent such as chloroform,
carbon tetrachloride, tetrahydrofuran, pyridine or
dimethylformamide, or various mixtures thereof.  Any
base which does not disturb the present reaction can
10   be employed, and preferred bases include organic
tertiary bases such as pyridine, quinoline, isoquinoline,
triethylamine or N,N-dimethylaniline.  Among them,
pyridine is the most preferred because it also works
as solvent.  Acetic anhydride mentioned above is most
15   preferred as the acylating agent, but other acylating
agents including acetyl chloride may be also employed.
The reaction proceeds smoothly under cooling, but, if
desired, it may be conducted in the neighbourhood of
room temperature.

20       The resulting cyanhydrin compounds containing
their acyl derivatives are subjected to hydrolysis to
give the contemplated compounds (XIX).  The hydrolysis
is carried out in a solvent in the presence of an acid
or base.  As the solvent, methanol or ethanol is
25   generally used.  The reaction is conducted advantageously
under cooling to the neighbourhood of room temperature
so as to avoid undesirable side reactions.  In the
reaction, an inorganic acid such as hydrochloric acid
or sulphuric acid is preferably employed as the acid,
30   and sodium hydroxide or potassium hydroxide is preferably

used as the base.

While the resulting α-hydroxyacetic acid derivative (XIX) is a racemic mixture, it can be resolved into tis optically active isomers, i.e. the D-form and the L-

5 form by per se known processes, for example, by intro-ducing them into a suitable diastereoisomer.

The following are some examples of preferred cephem or penam compounds (I) of the present invention:

7β-[α-Hydroxy-(2-aminothiazol-4-yl)-acetamido]-3-(1,2,3-

10 triazol-5-ylthiomethyl)-3-cephem-4-carboxylic acid

7β-[(2-Aminothiazol-4-yl)-glycylamido]-3-(1-methyl-1H-tetrazol-5-ylthiomethyl)-3-cephem-4-carboxylic acid

7β-[(2-Aminothiazol-4-yl)-glycylamido]-3-(1,2,3-triazol-5-ylthiomethyl)-3-cephem-4-carboxylic acid

15 6β-[(2-Aminothiazol-4-yl)-glycylamido]-penicillanic acid

7α-Methoxy-7β[(2-aminothiazol-4-yl)-glycylamido]-cephalosporanic acid

7α-Methoxy-7β-[(2-aminothiazol-4-yl)-glycylamido]-

20 desacetoxycephalosporanic acid

6α-Methoxy-6β-[(2-aminothiazol-4-yl)-glycylamido]-penicillanic acid

7β-[(2-Aminothiazol-4-yl)-glycylamido]-3-(5-methyl-1,3,4-thiadiazol-2-ylthiomethyl)-3-cephem-4-carboxylic

25 acid

7β-[α-Hydroxy-(2-aminothiazol-4-yl)-acetamido]-3-(5-methyl-1,3,4-thiadiazol-2-ylthiomethyl)-3-cephem-4-carboxylic acid

The invention is illustrated by the following

30 Examples:

## Example 1

A solution of 237 mg. of α-(β,β,β-trichloroethoxycarbonylamino-α-(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)-acetic acid and 8 m$\ell$. of thionyl chloride is stirred at room temperature for 1.5 hours. The excess thionyl chloride is removed under reduced pressure. To the residue are added 183 mg. of 7-aminocephalosporanic acid and 5 m$\ell$. N,N-dimethylformamide. The mixture is stirred for 4 hours and then 50 m$\ell$. of ethyl acetate and saturated aq. NaC$\ell$ solution are added. The phases are separated and the ethyl-acetate phase is dried over magnesium sulfate and filtered. The filtrate is concentrated under reduced pressure to give 340 mg. of an oily residue. The residue is dissolved in excess 5 % sodium hydrogen carbonate aq. solution and purified with a column packed with polystyrene resin (Amberlite XAD-2; manufactured by Rohm & Haas Co.,U.S.A.) to obtain sodium 7β- {α-(β,β,β-trichloroethoxycarbonylamino)-α-(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)-acetamido} cephalosporanate.

Analysis.-Calcd. for $C_{21}H_{19}N_5O_{10}S_2C\ell_6Na\cdot\frac{1}{2}H_2O$:

C, 31.12;  H, 2.48.  Found: C, 30.96;  H, 2.19.

NMR(ppm, 100MHz, $CF_3CO_2D$): 2.25(3H,s,$CH_3CO$), 3.70(2H,q,2-$CH_2$), 5.00(2H,s,$C\ell_3CCH_2$), 8.12(1H,s,thiazole ring proton).

## Example 2

A solution of 900 mg. of α-(β,β,β-trichloroethoxycarbonylamino-α-(2-(β,β,β-trichloroethoxycarbonylamino)-

thiazol-4-yl)-acetic acid and 15 mℓ. of thionylchloride is
stirred at room temperature for 1.5 hours.  The excess thionyl
chloride is removed under reduced pressure.  To the residue
are added 700 mg. of 7-aminocephalosporanic acid and 15 mℓ.
of N,N-dimethylacetamide and the mixture is stirred for 4
hours at room temperature.  To the reaction mixture is added
100 mℓ. of ethyl acetate and the mixture is washed with satu-
rated aq. NaCℓ solution.  The ethyl acetate phase is dried
over magnesium sulfate and filtered.  The solvent is removed
under reduced pressure to give an oily residue, which is
dissolved in 50 mℓ. of 90 % formic acid.  The solution is
cooled to 0°C and gradually added with 2.0 g. of zinc dust.
The mixture is stirred for 1.5 hours at 0°C.  The insoluble
materials are filtered off and the filtrate is concentrated
under reduced pressure.  To the residue is added 20 mℓ. of
water and the aqueous solution is treated with hydrogen sulfide
gas.  The resulted insoluble materials are filtered and the
filtrate is concentrated under reduced pressure.  The residue
is dissolved in 5 % sodium hydrogen carbonate aq. solution and
purified with a column packed with polystyrene resin (Amber-
lite XAD-2; manufactured by Rohm & Haas Co.,USA) to obtain
sodium 7β-(2-aminothiazol-4-ylglycylamido)-cephalosporanate.
This product is identical with the compound obtained in
Example 1 in all respects.

Example 3

A solution of 1.40 g. of α-(β,β,β-trichloroethoxy-

carbonylamino-α-(2-(β,β,β-trichloroethoxycarbonylamino)-
thiazol-4-yl)-acetic acid and 25 mℓ. of thionyl chloride is
stirred at room temperature for 2 hours.  The excess thionyl
chloride is removed under reduced pressure.  To the residue
are added 1.10 g. of 7-aminocephalosporanic acid and 25 mℓ.
of N,N-dimethylacetamide and the mixture is stirred for 5
hours at room temperature.  To the reaction mixture are added
250 mℓ. of ethyl acetate and saturated aq. NaCℓ solution.
The ethyl acetate phase is separated, washed with water and
dried over magnesium sulfate.  The solvent is removed under
reduced pressure and the residue is dissolved in 100 mℓ. of
90 % formic acid.  The solution is cooled to 0°C, gradually
added with 5.0 g. of zinc dust and stirred for 3 hours at
0°C.  The insoluble materials are filtered off and the
filtrate is concentrated under reduced pressure.  To the
residue is added 30 mℓ. of water and the aqueous solution
is treated with hydrogen sulfide gas.  The resulted insoluble
materials are filtered off and the filtrate is concentrated
under reduced pressure.  The residue is dissolved in 5 %
sodium hydrogen carbonate aq. solution and purified with a
column packed with polyethyrene resin (Amberlite XAD-2;
manufactured by Rohm & Haas Co.,USA) to obtain sodium 7β-
(2-aminothiazol-4-ylglycylamido)cephalosporanate.
Analysis.- Calcd. for $C_{15}H_{16}N_5O_6S_2Na\cdot2H_2O$:

    C, 37.11;  H, 4.15.  Found: C, 37.09;  H. 3.93


## Example  4

    To a solution of 4.0 g. of α-hydroxy-(2-(β,β,β-tri-
chloroethoxycarbonylamino)thiazol-4-yl)acetic acid in 40 mℓ.

- 28 -

of tetrahydrofuran is introduced phosgene gas for 10 minutes at 0°C. Excess phosgene is removed by bubbling nitrogen gas at 40°C. The solvent is removed under reduced pressure to give 4.6 g. of powdered cyclic carboxyanhydride.

Then 500 mg. of 7-aminocephalosporanic acid is suspended in 18 mℓ. of N,N-dimethylacetamide and 690 mg. of the cyclic carboxyanhydride is added under stirring. After stirring for 1 hour, 100 mℓ. of ethyl acetate is added and the organic layer is washed with water and extracted with 5 % sodium hydrogen carbonate aq. solution. The aqueous layer is acidified to pH 2.0 with 1N-hydrochloric acid. The solution is again extracted with ethyl acetate, and the combined organic layers are washed with saturated aq. NaCℓ solution and dried over magnesium sulfate. The solvent is removed under reduced pressure to give 854 mg. of an oily residue, which is dissolved in 5 % sodium hydrogen carbonate aq. solution and purified with a column packed with polystyrene resin (Amberlite XAD-2; manufactured by Rohm & Haas Co., USA) to obtain sodium 7β-{α-hydroxy-α-(2-(β,β,β-trichloro-ethoxycarbonylamino)thiazol-4-yl)acetamido} cephalosporanate.

Analysis. – Calcd. for $C_{18}H_{16}N_4O_9S_2Cl_3Na \cdot 2\frac{1}{2}H_2O$:

    C, 32.22; H, 3.16; N, 8.35.  Found: C, 32.16; H, 3.06;

    N, 7.84.

NMR(ppm. 100MHz, $CF_3CO_2D$): 2.24(3H,s,$CH_3CO$), 3.70(2H,q,2-$CH_2$),

    4.98(2H,s,$Cl_3CCH_2$), 5.22(2H,q,3-$CH_2$), 5.28(1H,d,6-H),

    5.88(1H,d,7-H), 5.72(1H,s,CH), 7.48(1H,s,thiazole ring

    proton).

### Example 5

To a solution of 745 mg. of 7β-{ α-hydroxy-α-(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)acetamido} cephalosporanic acid in 30 mℓ. of 90 % formic acid is gradually added 800 mg. of zinc dust with stirring at 0°C and the mixture is stirred for 2 hours at 0°C. The insoluble materials are filtered off and washed with 10 mℓ. of 50 % formic acid. The combined acidic layers are concentrated under reduced pressure. The residue is dissolved in 5 % sodium hydrogen carbonate aq. solution and the insoluble materials are filtered off. The filtrate is purified with a column packed with polystyrene resin(Amberlite XAD-2; manufactured by Rohm & Haas Co.,USA) to obtain sodium 7β-(α-hydroxy-α-(2-aminothiazol-4-yl)acetamido)cephalosporanate.
Analysis.- Calcd. for $C_{15}H_{15}N_4O_7S_2Na \cdot 2H_2O$:

      C, 37.04; H, 3.94; N, 11.52. Found: C, 36.70; H, 3.66; N, 11.86.

NMR (ppm, 100 MHz, $CF_3CO_2D$): 2.24(3H,s,$CH_2CO$), 3.70(2H,q, 2-$CH_2$), 5.23(2H,q,3-$CH_2$), 5.32(1H,d,6-H), 5.85(1H,d, 7-H), 5.56(1H,s,CH), 6.92(1H,s,thiazole ring proton).

### Example 6

To a suspension of 1.17 g. of α-ethoxyimino-α-(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)acetic acid in 20 mℓ. of water is added 3 mℓ. of 1N-sodium hydroxide aq. solution. The resulted solution is lyophilized to give the sodium salt. To a suspension of the sodium salt in 30 mℓ. of benzene are added 889 mg. of oxalyl chloride and 1 drop of N,N-dimethylacetamide and the mixture is stirred for 1

hour at room temperature.  The solvent is removed under reduced pressure and the residue is dissolved in 20 m$\ell$. of acetone.

The solution of the acid chloride in acetone in drop-wise added to a solution of 817 mg. of 7-aminocephalosporanic acid and 630 mg. of sodium hydrogen carbonate in 50 m$\ell$. of water and 25 m$\ell$. of acetone with stirring for 30 minutes at 0°C.  The mixture is stirred for additional 2 hours at room temperature.  Acetone is removed under reduced pressure and the aqueous layer is washed with ethyl acetate and acidified to pH 2.0 with 3N-hydrochloric acid.  The product is extracted with ethyl acetate and the combined extracts are washed with water and dried over anhydrous magnesium sulfate.  Concentration affords 970 mg. of an oily residue, 330 mg. of which is dissolved in 5 % sodium hydrogen carbonate aq. solution and purified with a column packed with polystyrene resin (Amberlite XAD-2; manufactured by Rohm & Haas Co.,USA) to obtain 184 mg. of sodium 7β- { α-ethoxy-imino-α-(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)acetamido } cephalosporanate.

Analysis. - Calcd. for $C_{20}H_{19}N_5O_9S_2C\ell_3Na\cdot H_2O$:

C,35.07; H, 3.09; N, 10.23.  Found: C, 35.24;  H, 3.18; N, 10.33.

NMR (ppm, 100 MHz, $CF_3CO_2D$): 1.50(3H,t,$CH_3CH_2$), 2.25(3H,s, $CH_3CO$), 3.37(2H,q,2-$CH_2$), 4.61(2H,q,$CH_2CH_3$), 4.99 (2H,s,$C\ell_3CCH_2$), 5.26(2H,q,3-$CH_2$), 5.34(1H,d,6-H), 6.06(1H,d,7-H), 7.95(1H,s,thiazole ring proton).

## Example  7

To a suspension of 390 mg. of α-ethoxyimino-α-(2-(β,β, β-trichloroethoxycarbonylamino)thiazol-4-yl)acetic acid in 5 mℓ. of benzene are added 300 mg. of oxalylchloride and 1 drop of N,N-dimethylformamide and the mixture is stirred for 2 hours at room temperature.  The solvent is removed under reduced pressure and the residue is dissolved in 10 mℓ. of acetone.  The acid chloride solution is dropwise added with stirring to a solution of 272 mg. of 7-aminocephalosporanic acid and 252 mg. of sodium hydrogen carbonate in 20 mℓ. of water and 10 mℓ. of acetone at 0°C in the course of 30 minutes.  The mixture is stirred for additional 2 hours at room temperature and the solvent is removed under reduced pressure.  The residual aqueous solution is washed with ethyl acetate and acidified to pH 2.0 with 1N-hydrochloric acid. The solution is extracted with ethyl acetate and the combined extracts are washed with water and dried over anhydrous magnesium sulfate.  Evaporation of the solvent affords 7β-{α-ethoxyimino-α-(2-(β,β,β-trichloroethoxycarbonylamino)-thiazol-4-yl)-acetamido} cephalosporanic acid.  This product is identical with the compound obtained in Example 6 in NMR spectrum (in $CF_3CO_2D$).

## Example  8

To a suspension of 390 mg. of α-ethoxyimino-α-(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)acetic acid in 10 mℓ. of methylene chloride is added with stirring 312 mg. of phosphorus pentachloride.

The mixture becomes homogeneous within 10 seconds.

After stirring for additional one hour at room temperature, the solvent is removed under reduced pressure and the residue is dissolved in 5 mℓ. of acetone. The acid chloride solution is dropwise added to a solution of 272 mg. of 7-aminocephalosporanic acid and 840 mg. of sodium hydrogen carbonate in 10 mℓ. of water and 5 mℓ. of acetone at 0°C in the course of 30 minutes. The mixture is stirred for additional 2 hours at room temperature and acetone is removed under reduced pressure. The residual aqueous solution is washed with ethyl acetate and acidified to pH 2.0 with 1N-hydrochloric acid. The solution is extracted with ethyl acetate and the extracts are washed with water and dried over anhydrous magnesium sulfate. Removal of the solvent gives 7β-{ α-ethoxyimino-α-(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)-acetamido}cephalosporanic acid. This product is identical with the compound obtained in Example 6 in NMR spectrum (in $CF_3CO_2D$).

## Example 9

To a suspension of 347 mg. of α-oximino-α-(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)acetic acid in 20 mℓ. of water is added 2 mℓ. of 1N-sodium hydroxide solution. The solution is lyophilized to give the sodium salt. To a suspension of the sodium salt in 10 mℓ. of benzene are added 300 mg. of oxalyl chloride and 1 drop of N,N-dimethylacetamide and the mixture is stirred for 1 hour at room temperature. The solvent is removed under reduced pressure and the residue is dissolved in 10 mℓ. of acetone. The acid chloride solution is dropwise added to a solution of 261 mg.

of 7-amino-cephalosporanic acid and 200 mg. of sodium hydrogen
carbonate in 10 m$\ell$. of water with stirring at 0°C in the
course of 10 minutes.  The mixture is stirred for additional
2 hours at room temperature.  Acetone is removed under reduced
pressure and the aqueous solution is washed with ethyl acetate
and acidified to pH 2.0 with 1N-hydrochloric acid,  The pro-
duct is extracted with ethyl acetate and the combined extracts
are washed with water and dried over anhydrous magnesium sulfate.
Evaporation of the solvent affords 7$\beta$- { $\alpha$-oximino-$\alpha$-(2-($\beta$,
$\beta$,$\beta$-trichloroethoxycarbonylamino)thiazol-4-yl)acetamido} -
cephalosporanic acid.

NMR (ppm, 100 MHz, CDC$\ell_3$+d$_6$-DMSO)  : 2.00(3H,s,CH$_3$CO),
    3.46(2H,q,2-CH$_2$),  4.85(2H,s,C$\ell_3$CCH$_2$),  4.96(2H,q,3-CH$_2$),
    5.06(1H,d,6-CH),  5.89(1H,q,7-CH),  7.39(1H,s,thiazole
    ring proton),  9.26(1H,d,7-NH).

### Example 10

To a solution of 590 mg. of 7$\beta$- { $\alpha$-ethoxyimino-$\alpha$-
(2-($\beta$,$\beta$,$\beta$-trichloroethoxycarbonylamino)thiazol-4-yl)aceta-
mido} cephalosporanic acid in 30 m$\ell$. of formic acid is
gradually added 654 mg. of zinc dust with stirring at 0°C
and the mixture is stirred for 1.5 hours at 0°C.  The inso-
luble materials are filtered off and washed with 50 % aq.
formic acid.  The combined acidic layers are concentrated
under reduced pressure.  The residue is dissolved in 20 m$\ell$.
of water and hydrogen sulfide gas is bubbled through the
solution for 20 minutes and insoluble material is filtered

off. The filtrate is lyophilized to afford 380 mg. of the crude product which is dissolved in 5 % sodium hydrogen carbonate solution and purified with a column packed with Amberlite XAD-2 (manufactured by Rohm & Haas Co., USA) to obtain sodium 7$\beta$-(2-aminothiazol-4-ylglycylamido)cephalosporanate.

Analysis - Calcd. for $C_{15}H_{16}N_5O_6S_2Na \cdot 3H_2O$:

  C; 35.78; H, 4.40; N, 13.90.  Found: C, 35.22; H, 4.03; N, 13.74.

NMR (ppm, 100 MHz, $D_2O$): 2.25(3H,s,$CH_3CO$), 3.66(2H,q,2-$CH_2$),

  5.26(1H,d,6-H), 5.30(1H,s,CH), 5.75(1H,d,7-H), 6.88

  (1H,s,thiazole ring proton).

### Example 11

  To a suspension of 1.563 g. of $\alpha$-ethoxyimino-$\alpha$-(2-($\beta,\beta,\beta$-trichloroethoxycarbonylamino)thiazol-4-yl)acetic acid in 20 m$\ell$. of methylene chloride is added 1.250 g. of phosphorus pentachloride with stirring. The mixture is stirred for 1 hour at room temperature and concentrated under reduced pressure. The residue is dissolved in 20 m$\ell$. of acetone. The acid chloride solution is added to a solution of 857 mg. of 7-aminocephalosporanic acid and 1.68 g. of sodium hydrogen carbonate in 40 m$\ell$. of water and 20 m$\ell$. of acetone at 0°C with stirring in the course of 30 minutes. The mixture is stirred for 2 hours at room temperature and acetone is removed under reduced pressure. The residual aqueous solution is washed with ethyl acetate, acidified to pH 2.0 with 1N-hydrochloric acid and extracted with ethyl acetate. The combined extracts are washed with water and dried over anhydrous

magnesium sulfate.  Evaporation of the solvent affords 2.04 g.
7β-{ α-ethoxyimino-α-(2-(β,β,β-trichloroethoxycarbonylamino)-
thiazol-4-yl)acetamido}desacetoxycephalosporanic acid.
Yield 86.9 %.

NMR (ppm, 100 MHz, $CDCl_3$+$d_6$-DMSO):

  1.26(3H,t,$\underline{CH_2}CH_2$), 2.13(3H,s,3-$CH_3$), 3.40(2H,q,2-$CH_2$),
  4.23(2H,q,$\underline{CH_2}CH_3$), 4.86(2H,s,$Cl_3CCH_2$), 5.06(1H,d,6-H),
  5.80(1H,q,7-H), 7.26 and 7.83(1H, two s, thiazole ring
  proton).

573 mg. of the acid is dissolved in 5 % sodium hydrogen
carbonate aq. solution and purified with a column packed with
Amberlite XAD-2 (manufactured by Rohm & Haas Co.,USA) to obtain
233 mg. of sodium 7β-{ α-ethoxyimino-α-(2-(β,β,β-trichloro-
ethoxycarbonylamino)thiazol-4-yl)acetamido } desacetoxycephalos-
poranate.  Yield 39.2 %.

Analysis – Calcd. for $C_{18}H_{17}N_5O_7S_2Cl_3Na\cdot H_2O$ :

  C, 34.49; H, 3.06; N, 11.17.  Found: C, 34.96; H, 3.43;
  N, 11.17.

### Example  12

To a solution of 1.467 g. of 7β-{ α-ethoxyimino-α-
(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)acetamido} –
desacetoxycephalosporanic acid in 80 mℓ. of 90 % aq. formic
acid is gradually added 1.634 g. of zinc dust at 0°C and the
mixture is stirred for 1.5 hours at 0°C.  The insoluble
material is filtered off and washed with 50 % aq. formic
acid.  The combined acidic layers are concentrated under
reduced pressure and 200 mℓ. of water is added to the residue.
Hydrogen sulfide gas is bubbled through the aqueous solution

and insoluble material is filtered off.  The filtrate is
lyophilized to yield 1.15 g. of the formate.  Yield 100 %.
The formate is dissolved in 5 % sodium hydrogen carbonate
aq. solution and purified with a column packed with Amberlite
XAD-2 (manufactured by Rohm & Haas Co.,USA) to afford 614 mg.
of sodium 7β-(2-aminothiazol-4-ylglycylamido)desacetoxy-
cephalosporanate.  Yield 62.7 %.

Analysis - Calcd. for $C_{13}H_{14}N_5O_4S_2Na \cdot 1\frac{1}{2}H_2O$:

      C, 37.31; H, 4.10; N, 16.74.  Found:

      C, 37.81; H, 4.24; N, 16.69.

NMR(ppm, 100 MHz, $D_2O$): 2.05(3H,s,3-$CH_3$), 3.48(2H,q,2-$CH_2$),

      5.13(1H,s,CH), 5.18(1H,d,6-H), 5.79(1H,d,7-H), 6.99

      (1H,s,thiazole ring proton).

### Example 13

    A mixture of 650 mg. of α-ethoxyimino-α-(2-hydroxy-
thiazol-4-yl)acetic acid and 750 mg. of phosphorus penta-
chloride in 50 mℓ. of dry ether is stirred for 2 hours at room
temperature.  The acid chloride solution is added to a sus-
pension of 1.10 g. of 7-aminocephalosporanic acid in 30 mℓ.
of N,N-dimethylacetamide and the mixture is stirred for 3.5
hours at room temperature.  To the mixture is added 200 mℓ.
of ethyl acetate and the organic solution is washed 7 times
with water.  The solvent is removed under reduced pressure
and the residue is dissolved in 5 % sodium hydrogen carbonate
aq. solution and purified with a column packed with Amberlite
XAD-2 to afford sodium 7β-(α-ethoxyimino-α-(2-hydroxythiazol-
4-yl)acetamido)cephalosporanate.

Analysis - Calcd. for $C_{17}H_{17}N_4O_8S_2Na \cdot 3H_2O$ :

C, 37.36; H, 4.24; N, 10.25. Found: C, 37.37; H, 3.90;
N, 9.86.

NMR (ppm, 100 MHz, $CF_3CO_2D$): 1.44(3H, t, $CH_2\underline{CH_2}$), 2.21(3H, s,
$CH_3CO$), 3.70(2H, q, 2-$CH_2$), 4.48(2H, q, $\underline{CH_2}CH_3$), 5.25(2H,
q, 3-$CH_2$), 5.30(1H, d, 6-H), 6.05(1H, d, 7-H), 7.13(1H, s,
thiazole ring proton).

### Example 14

To a suspension of 1.08 g. of α-ethoxyimino-α-(2-
hydroxythiazol-4-yl)acetic acid in 20 m$\ell$. of absolute ether is added
1.25 g. of phosphorus pentachloride and the mixture is stirred
for 2 hours at room temperature. The acid chloride solution is
dropwise added to a suspension of 1.80 g. of 7-aminocephalos-
poranic acid in 50 m$\ell$. of N,N-dimethylacetamide and the
mixture is stirred for 4 hours at room temperature. The
mixture is extracted 3 times with each 120 m$\ell$. of ethyl
acetate and the combined extracts are washed with water and
dried over anhydrous magnesium sulfate. The solvent is
removed and the residue is dissolved in 60 m$\ell$. of 90 % aq.
formic acid. To the acidic solution is added 4.30 g. of zinc
dust at 0°C and the mixture is stirred for 2 hours at this
temperature.

Insoluble material is filtered off and the filtrate
is concentrated under reduced pressure. To the residue is
added 20 m$\ell$. of water and hydrogen sulfide gas is bubbled
through the aqueous solution for 5 minutes. Insoluble material
is filtered off and the filtrate is again concentrated. The
residue is dissolved in 5 % sodium hydrogen carbonate aq.

- 38 -

solution and purified with a column packed with Amberlite
XAD-2 to afford sodium 7β-(2-hydroxythiazol-4-ylglycylamido)-
cephalosporanate.

Analysis — Calcd. for $C_{15}H_{15}N_4O_7S_2Na \cdot H_2O$:

    C, 38.46; H, 3.66; N, 11.96.  Found: C, 38.35;  H, 4.04;

    N, 12.28.


### Example 15

    A solution of 10.0 g. of N-(β,β,β-trichloroethoxy-
carbonyl)thiourea, 12.0 g. of 1,1,3-tribromo acetone and
5.0 g. of dimethylaniline in 100 mℓ. of ethanol is heated
under reflux for 2 hours.  After cooling, ethanol is removed
under reduced pressure, and the oily residue is dissolved in
ethyl acetate.  Ethyl acetate layer is washed with water and
dried over $MgSO_4$.  Ethyl acetate is removed under reduced
pressure and the oily residue is dissolved in small quantity
of chloroform.  From the solution is obtained 2-(β,β,β-
trichloroethoxycarbonyl)amino-4-formylthiazole as a crystal-
line form.  5.0 g. Melting point: 188-190°C.

Canalysis — Calcd. for $C_7H_5O_3N_2SC\ell_3$:

    C, 27.69; H, 1.66; N, 9.23.  Found: C, 27.87; H, 1.19;

    N, 9.01.

NMR (ppm, 100 MHz, $CDC\ell_3$-$d_6$ DMSO):

    5.05 (2H,s,$C\ell CCH_2$-), 8.05(1H,s,5-H), 9.80(1H,s,CHO)


### Example 16

    To a mixture of 1.0 g. of 2-(β,β,β-trichloroethoxy-
carbonyl)amino-4-formylthiazole, 0.87 g. of $KH_2PO_4$, 6 mℓ.
of water and 4 mℓ. of dimethylformamide is added 0.33 g. of

– 39 –

KCN at room temperature and the mixture is stirred for 30
mins.  The reaction mixture is extracted with ethyl acetate
and the ethyl acetate layer is washed and dried.  Evaporation
of ethyl acetate gives α-hydroxy-(2-(β,β,β-trichloroethoxy-
carbonyl)aminothiazol-4-yl)acetonitrile.1.127 g.
NMR (ppm, 100 MHz, CDC$\ell_3$): 4.90(2H,s,C$\ell_3$CCH$_2$-), 5.70(1H,s,
      >CHCN), 7.90(1H,s,5H).

### Example 17

To a solution of 1.10 g. of α-hydroxy-(2-(β,β,β-
trichloroethoxycarbonyl)aminothiazol-4-yl)acetonitrile in
1 m$\ell$. of pyridine is added 2.5 m$\ell$. of acetic anhydride under
ice-cooling and the mixture is stirred for 1 hour.  The
mixture is treated with ether and water and the organic
layer is washed with aq.NaHCO$_3$ and then with water.  Evapora-
tion of ether gives α-acetoxy-(2-(β,β,β-trichloroethoxy-
carbonyl)aminothiazol-4-yl)acetonitrile.  1.3 g.
NMR(ppm, 100 MHz, CDC$\ell_3$): 2.20(3H,s,COCH$_3$), 5.00(2H,s,
      C$\ell_3$CCH$_2$-), 6.60(1H,s,  >CHCN), 7.30(1H,s,5-H).

### Example 18

To a solution of 1.30 g. of α-acetoxy-(2-(β,β,β-
trichloroethoxycarbonyl)aminothiazol-4-yl)acetonitrile in
10 m$\ell$. of methanol is bubbled gaseous chlorine for 10 mins
under ice-cooling, and the mixture is kept standing at room
temperature for 1 hour.  After evaporation of methanol is
added 40 m$\ell$. of 50 % aq.methanol to the residue and stirred
for 1 hour.  To this reaction mixture is added 1.0 g. of
NaOH and stirred for 1 hour.  Methanol is removed under

reduced pressure and the residue is extracted with ethyl
acetate after being made acidic with N-HCl.  From the washed
and dried extract is obtained α-hydroxy-(2-(β,β,β-trichloro-
ethoxycarbonyl)amino)thiazol-4-yl acetic acid. 0.996 g.
Melting point: 135-136°C.

Analysis - Calcd. for $C_8H_7O_5N_2SCl_3$:

      C, 27.48; H, 2.02; N, 8.01.  Found: C, 27.72; H, 2.05;

      N, 8.08.

NMR(ppm, 100 MHz, $CDCl_3$): 4.90(2H,s,$Cl_3CCH_2-$), 5.40(1H,s,

      $>$CH-COOH), 7.10(1H,s,5-H).

### Example 19

     To a solution of 21.43 g. of ethyl α-ethoxyimino-β-
oxo- γ-bromobutyrate in 80 ml. of ethanol is added 8.81 g.
of methylthionocarbamate and the mixture is heated under
reflux for 1.5 hours.  After cooling ethanol is removed under
reduced pressure and the oily residue is dissolved in chloro-
form.  The chloroform solution is washed, dried, and condensed.
The condensate is purified by silica gel chromatography to
give 11.9 g. of ethyl α-ethoxyimino-(2-hydroxythiazol-4-yl)-
acetate.  Melting point: 54-55°C

Analysis - Calcd. for $C_9H_{12}O_4N_2S$:

      C, 44.25;  H, 4.95; N, 11.47.  Found: C, 44.54; H, 5.04;

      N, 11.53.

NMR(ppm, 100 MHz, $CDCl_3$): 6.33(1H,s,5-H).

### Example 20

     To a solution of 10 g. of ethyl α-ethoxyimino-(2-
hydroxythiazol-4-yl)acetate in 30 ml. of ethanol is added

a solution of 11.47 g. of KOH in 50 mℓ. of water at room
temperature and the mixture is stirred for 25 mins.  The
reaction mixture is condensed under reduced pressure and
is made acidic with 10 % aq. HCℓ.  Ethyl acetate extract of
the reaction mixture is extracted with 10 % aq. NaHCO₃.  The
aqueous layer is then made acidic with 10 % aq. HCℓ and
extracted again with ethyl acetate.  From the ethyl acetate
extract, after being washed and dried, is obtained a crystal-
line substance.  Recrystallization from benzene-ethanol gives
α-ethoxyimino-(2-hydroxythiazol-4-yl)acetic acid. 7.5 g.
Melting point: 131.5°C (dec.).

Analysis - Calcd. for $C_7H_8O_4N_2S$:

     C, 38.88; H, 3.72; N, 12.95.  Found: C, 38.65; H, 3.85;

     N, 13.06.

NMR(ppm, 100 MHz, $d_6$-DMSO): 6.64(1H,s,5-H).

## Example 21

    To a mixture of 1 g. of α-ethoxyimino-(2-hydroxythiazol-
4-yl)acetic acid, 10 mℓ. of 50 % aq. formic acid and 5 mℓ.
of methanol is added gradually 0.9 g. of zinc dust under
ice-cooling.  The mixture is stirred for 1 hour at this state
and then for 30 mins at room temperature.  The reaction mix-
ture is filtered and the filtrate is passed through a column
packed with ion-exchange resin (Amberlite IR-120(H)) to give
purified 2-hydroxythiazol-4-ylglycine.

Analysis - Calcd. for $C_5H_6O_3H_2S$:

   N, 16.08.  Found: N, 15.96

NMR(ppm, 100 MHz, $CF_3COOD$):  5.56(1H,s, >CH-COOH), 6.91

- 42 -

(1H,s,5-H).

## Example 22

To a mixture of 40 m$\ell$. of c.HC$\ell$ and 100 m$\ell$. of water is dissolved under ice-cooling 8.8 g. of ethyl α-oxyimino-(2-aminothiazol-4-yl)acetate. A solution of 2.8 g. of NaNO$_2$ in 20 m$\ell$. of water is added to this solution in a period of 20 mins. After being stirred for 2.5 hours under ice-cooling the reaction mixture is extracted with 200 m$\ell$. of ethyl acetate. The oily substance which is obtained from the ethyl acetate extract is purified by silica gel chromato-graphy to give ethyl α-oxyimino-(2-hydroxythiazol-4-yl)-acetate.

NMR(ppm, 100 MHz, CDC$\ell_3$): 1.37(3H,t,CH$_2$CH$_3$), 4.36(2H,q, CH$_2$CH$_3$), 8.02(1H,s,5-H).

## Example 23

To a solution of 1.3 g. of ethyl α-oxyimino-(2-hydroxy-thiazol-4-yl)acetate in 5 m$\ell$. of ethanol is added under ice-cooling 30 m$\ell$. of 50 % aq. formic acid. Zinc dust (1.17 g.) is added gradually to this solution in a period of 5 mins. The reaction mixture is stirred for 2 hours and filtered. The filtrate is condensed under reduced pressure and the residue is poured into 10 m$\ell$. of water. The water layer is made alkaline with 10 % aq. NaHCO$_3$ and extracted with ethyl acetate. The oily substance which is obtained from the ethyl acetate extract is purified by silica gel chromato-graphy to give ethyl 2-hydroxythiazol-4-ylglycine.

NMR(ppm, 100 MHz, CDC$\ell_3$): 1.22(3H,t,-CH$_2$CH$_3$), 4.27(2H,q,

- 42 -

43

$-C\underline{H_2}CH_3$), 4.65(1H,s,$>C\underline{H}$-COOC$_2$H$_5$), 7.14(1H, s,5-H).

The ester is acylated with β,β,β-trichloro ethyl chloro-
formate in $CH_2C\ell_2$ in the presence of triethylamine to give
ethyl α-(β,β,β-trichloroethoxycarbonylamino)-(2-hydroxy-
thiazol-4-yl)acetate.

Analysis -- Calcd. for $C_{10}H_{11}O_5N_2SC\ell_3$:

N, 7.41.  Found: N, 7.39

NMR(ppm, 100 MHz, CDC$\ell_3$): 1.26(3H,t,$-CH_2C\underline{H_3}$), 4.22(2H,q,

$-C\underline{H_2}CH_3$), 4.70(2H;s,C$\ell_3$CCH$_2$), 5.42(1H,d,$>C\underline{H}$-COOC$_2$H$_5$),

7.24(1H,s,5-H).

## Example  24

To a solution of 1.93 g. of ethyl α-oxyimino-β-oxo-
ɤ-chlorobutyrate in 10 m$\ell$. of ethanol is added 1.27 g. of
ethylthionocarbamate and the mixture is heated for 2 hours
under reflux.  The oily condensate of the reaction mixture
is purified by silica gel chromatography to give ethyl α-
oxyimino-(2-hydroxythiazol-4-yl)acetate.  The ester is
identical with the substance obtained in Example 22 in all
respects.

## Example  25

To a solution of 2.65 g. of ethyl α-acetamido-β-oxo-
ɤ-bromobutyrate in 10 m$\ell$. of ethanol is added 1.09 g. of
methylthionocarbamate.  The mixture is heated for 1.5 hours
under reflux and condensed under reduced pressure.

The condensate is dissolved in chloroform.  The chloro-
form layer is washed, dried and condensed to give ethyl α-
acetamido-(2-hydroxythiazol-4-yl)acetate.  This ester (2.0 g.)

is dissolved in 10 mℓ. of methanol and to this is added a solution of 3.09 g. of Ba(OH)$_2$·8H$_2$O in 50 mℓ. of water and the whole mixture is stirred at 70°C for 3 hours.  After cooling, gaseous CO$_2$ is bubbled into the reaction mixture to cause precipitation of BaCO$_3$. BaCO$_3$ thus precipitated is filtered off and the filtrate is passed through a column packed with ion-exchange resin (Amberlite IR-120(H)) to give purified 2-hydroxythiazol-4-ylglycine.  This substance is identical with the sample obtained in Example 21 in all respects.

## Example  26

   To a solution of 2.2 g. of ethyl α-methoxyimino-β-oxo-γ-bromobutyrate in 40 mℓ. of ethanol are added 1.22 g. of dimethylaniline and 2.2 g. of N-(β,β,β-trichloroethoxy-carbonyl)thiourea.  The mixture is heated for 1.5 hours under reflux.  The condensate of the reaction mixture is recrystallized to give ethyl α-methoxyimino-(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)acetate.  1.84 g. Melting point: 125~128°C.

Analysis - Calcd. for C$_{11}$H$_{12}$O$_5$N$_3$SCℓ$_3$:

      C, 32.65; H, 2.99; N, 10.38.  Found: C, 32.81; H, 3.14;

      N, 10.19.

NMR (ppm, 100 MHz, CDCℓ$_3$): 7.15(1H,s,5-H).

## Example  27

   To a solution of 8.1 g. of ethyl α-methoxyimino-(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)acetate in 50 mℓ. of ethanol is added a solution of 11.2 g. of KOH in

a mixture of 30 ml. of water and 150 ml. of ethanol.

The whole mixture is stirred at room temperature for 1 hour, and then condensed under reduced pressure. The residue is extracted with ethyl acetate. The water layer is made acidic with 10 % aq. HCl and the separated solid is collected. Recrystallization of the solid from aq. methanol gives α-methoxyimino-(2-(β,β,β-trichloroethoxycarbonylamino)-thiazol-4-yl)acetic acid. 4.1 g. Melting point: 162-163°C.

Analysis – Calcd. for $C_9H_8O_5N_3SCl_6$:

C, 28.70; H, 2.14; N, 11.16. Found:

C, 28.64; H, 2.11; N, 11.06

NMR(ppm, 100 MHz, $CDCl_3+d_6$-DMSO): 7.26(1H,s,5-H).

## Example 28

Ethyl α-methoxyimino-(2-(β,β,β-trichloroethoxycarbonyl-amino)thiazol-4-yl)acetate (2.02 g.) dissolved in 150 ml. of ethanol containing 10 % HCl is hydrogenated in the presence of 2.0 g. of 5 % Pd/carbon. After 240 ml. of hydrogen is absorbed, the reaction mixture is filtered and the filtrate is condensed under reduced pressure. The residue is washed with ether and treated with a mixture of 70 ml. of ethyl acetate and 20 ml. of 5 % aq. NaHCO_3. The ethyl acetate layer is washed, dried and condensed to give (2-(β,β,β-trichloroethoxy-carbonylamino)thiazol-4-yl)glycine ethyl ester. 1.22 g.

Analysis – Calcd. for $C_{10}H_{12}O_4N_3SCl_3$:

C, 31.89; H, 3.21; N, 11.16. Found:

C, 31.91; H, 3.00; N, 10.63

NMR(ppm, 100 MHz, $CF_3COOD$): 5.82(1H,s,>CH-COOC_2H_5),

7.74(1H,s,5-H).

## Example 29

(1)    A solution of 19.3 g. of ethyl α-oxyimino-β-oxo- γ -chlorobutyrate and 8.0 g. of thiourea in 200 mℓ. of ethanol is heated for 2 hours under reflux.  The mixture is condensed under reduced pressure and the residue is dissolved in 10 % aq. HCℓ.  The solution is washed with ether to remove un-reacted butyrate and is adjusted to pH 7.0-7.5 with NaHCO$_3$. Chloroform extraction of the mixture gives ethyl α-oxyimino-2-aminothiazol-4-ylacetate.  6.4 g. Melting point: 137-138°C (dec.).

Analysis – Calcd. for C$_7$H$_9$O$_3$N$_3$S:

        C, 39.06; H, 4.21; N, 19.52.  Found:

        C, 39.64; H, 4.09; N, 19.62.

IR(Nujol, cm$^{-1}$): 3430(C=NOH), 1710(ester)

(2)    Ethyl α-oxyimino-2-aminothiazol-4-yl-acetate (2.15 g.) obtained in the foregoing part is dissolved in a mixture of 20 mℓ. of 50 % aq. formic acid and 10 mℓ. of methanol.  To this is added 1.5 g. of zinc dust and the mixture is stirred for 3 hours under ice-cooling.  The filtered reaction mixture is condensed under reduced pressure and the condensate is passed through a column packed with ion-exchange resin (Amberlite IR-120(H)).  The column is washed with water to remove formic acid and then is eluted with 10 % aq. ammonia to give 2-aminothiazol-4-yl-glycine.  1.49 g. Recrystalli-zation from aq. ethanol gives pure sample; Melting point: 186-190°C(dec.).

Analysis - Calcd. for $C_5H_7O_2N_3S \cdot \frac{1}{2}H_2O$:

     C, 32.96; H, 4.43; N, 23.06,  Found:

     C, 32.94; H, 4.61; N, 22.22

NMR(ppm, 100 MHz, $CF_3COOD$): 5.25(1H,s,$>C\underline{H}$-COOH), 6.75(1H,s,

     5-H).

Violet color with Ninhydrin reagent.

## Example  30

     A solution of 19.3 g. of thiourea and 53.5 g. of ethyl
α-oxyimino-β-oxo-γ-chlorobutyrate in 300 mℓ. of ethanol is
stirred for 3 hours at room temperature, and condensed under
reduced pressure. Water (200 mℓ.) is added to the residue
and washed with ether.  To this are added 130 mℓ. of 85 %
aq. formic acid and 150 mℓ. of ethanol.  Under ice-cooling
37 g. of zinc dust is added gradually to this mixture and
stirred for 3 hours at room temperature.

     The filtered reaction mixture is passed through a
column packed with ion-exchange resin (Amberlite IR-120(H)).
The column is washed with water and eluted with 10 % aq.
ammonia to give purified 2-aminothiazol-4-ylglycine (27.5 g.)
which is identical with the sample obtained in Example 29
in all respects.

## Example  31

     Ethyl α-oxyimino-2-aminothiazol-4-ylglycine hydrochlo-
ride (503 mg.) is dissolved in 10 mℓ. of 50 % aq. formic
acid and 5 mℓ. of ethanol.  Zinc dust (300 mg.) is added to
this solution under ice-cooling and stirred for 3 hours.
The reaction mixture is condensed under reduced pressure

below 30°C, and the residue is made pH 7.5 by adding 1N-NaOH. Ethyl acetate extraction gives 2-aminothiazol-4-ylglycine ethyl ester. 130 mg.

NMR(ppm, 60 MHz, $CF_3COOD$): 1.04(3H,t,-$CH_2CH_3$), 4.18(2H,q,
    -$CH_2CH_3$), 5.35(1H,s,$>CH-COOC_2H_5$), 6.90(1H,s,5-H).

Mass: m/e 201,0549 (theoretical: 201,0571)

## Example 32

To a solution of 26.6 g. of ethyl α-acetamido-β-oxo-γ-bromobutyrate in a mixture of 50 mℓ. of ethanol and 20 mℓ. of ether are added 9.14 g. of thiourea and 15 mℓ. of pyridine. The mixture is stirred 1 hour at room temperature and then 4 hours under reflux. The reaction mixture is condensed under reduced pressure and 50 mℓ. of ethyl acetate is added to the residue. The mixture is extracted with 3N-HCℓ. The water layer thus separated is made pH 10 by adding 1N-NaOH and extracted with ethyl acetate.

The ethyl acetate extract is washed, dried and condensed. To this condensate is added small quantity of chloroform to cause crystallization of ethyl α-acetamido-2-aminothiazol-4-yl-acetate. 7.0 g. Melting point: 161.1°C.

Analysis – Calcd. for $C_9H_{13}O_3N_3S$:
    C, 44.43; H, 5.39; N, 17.27.  Found:
    C, 44.46; H, 5.24; N, 16.99

## Example 33

To a solution of 34.6 g. of ethyl α-acetamido-β-oxo-γ-promobutyrate in a mixture of 50 mℓ. of ethanol and 20 mℓ. of ether are added 18.9 g. of N-acetylthiourea and 15 mℓ. of

pyridine.  The mixture is heated under reflux for 4 hours, and condensed under reduced pressure.  The condensate is extracted with ethyl acetate and the extract is washed with 5 % aq.  NaHCO$_3$, then with water, and dried.  The oily substance which is obtained from the extract by removal of the solvent is purified by silica gel chromatography to give ethyl $\alpha$-acetamido-2-acetamidothiazol-4-ylacetate.  4.46 g.  Melting point: 148.9-150°C.

Analysis – Calcd. for $C_{11}H_{15}O_4N_3S \cdot 1/4H_2O$:

  C, 45.59; H, 5.39; N, 14.50.  Found:

  C, 45.73; H, 5.40; N, 14.21

### Example  34

  To a solution of 2.51 g. of N-($\beta,\beta,\beta$-trichloroethoxy-carbonyl)thiourea and 2.66 g. of ethyl $\alpha$-acetamido-$\beta$-oxo-$\gamma$-bromobutyrate in 50 m$\ell$. of ethanol is added 1.8 g. of N,N-dimethylaniline.  The mixture is stirred for 24 hours at room temperature, and condensed under reduced pressure.  The residue is dissolved in 30 m$\ell$. chloroform and the solution is washed with 3N-HC$\ell$, water, and dried.  The solid matter which is obtained by removal of chloroform is purified by silica gel chromatography to give ethyl $\alpha$-acetamido-2-($\beta,\beta,\beta$-trichloroethoxycarbonylamino)thiazol-4-ylacetate.  1.43 g.  Melting point: 161.9°C.

Analysis – Calcd. for $C_{12}H_{14}O_5N_3SC\ell_3 \cdot \frac{1}{2}H_2O$:

  C, 33.70; H, 3.54; N, 9.82.  Found:

  C, 33.69; H, 3.64; N, 10.06

NMR(ppm, 100 MHz, d$_6$-DMSO): 1.15(3H,t,-CH$_2$CH$_3$), 4.09(2H,q,

$-CH_2CH_3$), 1.88(3H,s,$COCH_3$), 4.96(2H,s,$C\ell_3CCH_2$),

5.42(1H,d,$>$CHCOOC$_2$H$_5$), 7.13(1H,s,5-H).

## Example 35

To a suspension of 100 mg. of ethyl α-acetamido-2-(β,

β,β-trichloroethoxycarbonylamino)thiazol-4-ylacetate in 5 m$\ell$.

of water is added 2 m$\ell$. of 1N-NaOH and the mixture is stirred

for 2 hours at room temperature.  The reaction mixture is

washed with ethyl acetate and the water layer is made pH 2.0

with 1N-HC$\ell$, and then extracted with ethyl acetate.  The

extract is washed, dried, and condensed to give N-acetyl-

2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-ylglycine.

65 mg. Melting point: 158.0°C.

Analysis - Calcd. for $C_{10}H_{10}O_5N_3SC\ell_3 \cdot \frac{1}{2}H_2O$:

C, 30.05; H, 2.77; N, 10.51.  Found:

C, 30.15; H, 2.52; N, 10.23.

NMR(ppm, 100 MHz, d$_6$-DMSO):  1.89(3H,s,$COCH_2$), 4.97(2H,s,

$C\ell_3CCH_2$), 5.40(1H,d,$>$CHCOOH), 7.10(1H,s,5-H).

## Example 36

To a solution of 238 mg. of ethyl α-oximino-β-oxo-γ-

bromobutyrate in 10 m$\ell$. of ethanol is added 251 mg. of N-

(β,β,β-trichloroethoxycarbonyl)thiourea and the mixture is

heated under reflux for 6 hours.  After cooling, 50 m$\ell$. of

chloroform is added and the organic solution is washed with

water and dried over anhydrous magnesium sulfate.  Evapora-

tion of the solvent followed by chromatographic purification

on silica gel affords 164 mg. of ethyl α-oximino-α-(2-(β,β,β-

trichloroethoxycarbonylamino)thiazol-4-yl)acetate.

Analysis - Calcd. for $C_{10}H_{10}N_3O_5SCl_3$:

C, 30.74; H, 2.58; N, 10.75; Cl, 27.23.  Found:

C, 30.95; H, 2.51; N, 10.75; Cl, 27.02.

NMR(ppm, 100 MHz, CDCl$_3$) : 1.35(3H,t,CH$_2$CH$_2$), 4.36(2H,q,

CH$_3$CH$_2$), 4.87(2H,s,Cl$_3$CCH$_2$), 7.94(1H,s,thiazole ring

proton).

## Example  37

A solution of 2.0 g. of ethyl α-oximino-α-(2-(β,β,β-

trichloroethoxycarbonylamino)thiazol-4-yl)acetate in 50 ml.

of 10 % HCl-ethanol is hydrogenated over 0.5 g. of 5 %

palladium-on charcol under shaking.

The reaction stops when 90 ml. of hydrogen is absorbed.

Additional 1.5 g. of the catalyst is added and 170 ml. of

hydrogen is absorbed.  Insoluble material is filtered off

and the filtrate is concentrated under reduced pressure.

The residue is washed with ether, neutralized with 10 %

sodium hydrogen carbonate aq. solution, and extracted with

chloroform washing with water, drying over anhydrous magne-

sium sulfate, evaporation of the solvent followed by chroma-

tographic purification on silica gel column affords 560 mg.

of 2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-ylglycine

ethyl ester.

Analysis - Calcd. for $C_{10}H_{12}N_3O_4SCl_3$:

C, 31.89; H, 3.21; N, 11.16.  Found:

C, 31.91; H, 3.00; N, 10.63.

NMR(ppm, 100 MHz, CF$_3$CO$_2$D): 1.37(3H,t,CH$_2$CH$_2$), 4.47(2H,q,

CH$_2$CH$_3$), 4.98(2H,s,Cl$_3$CCH$_2$), 5.82(1H,s,CH), 7.74(1H,s,

thiazole ring proton).

## Example 38

To a solution of 3.40 g. of 2-($\beta,\beta,\beta$-trichloroethoxy-carbonylamino)thiazol-4-ylglycine ethyl ester in 50 m$\ell$. of chloroform are added with stirring 1.2 g. of triethylamine and 2.50 g. of $\beta,\beta,\beta$-trichloroethoxycarbonyl chloride at room temperature. After 30 minutes stirring, 100 m$\ell$. of chloro-form is added to the mixture and the organic solution is washed with saturated Na$C\ell$ aq. solution, 1N-hydrochloric acid and then with water, and dried over anhydrous magnesium sulfate. Evaporation of the solvent affords crude product which is recrystallized from a mixture of ligroin and n-hexane to give 4.11 g. of 2-($\beta,\beta,\beta$-trichloroethoxycarbonyl-amino)thiazol-4-yl-N-($\beta,\beta,\beta$-trichloroethoxycarbonyl)glycine ethyl ester. Yield 82 %.

Analysis - Calcd. for $C_{13}H_{13}N_3O_6SC\ell_6$:

C, 28.28; H, 2.37; N, 7.61. Found:

C, 28.39; H, 2.38; N, 7.71.

NMR(ppm, 100 MHz, CDC$\ell_3$): 1.21(3H,t,CH$_3$CH$_2$), 4.60(2H,q, CH$_3$CH$_2$), 4.83 and 4.86(4H,two s, C$\ell_3$CCH$_2$), 5.60(1H,d, CH), 6.98(1H,s,thiazole ring proton), 7.38(1H,d,$\alpha$-NH).

## Example 39

To a solution of 3.82 g. of 2-($\beta,\beta,\beta$-trichloroethoxy-carbonylamino)thiazol-4-yl-N-($\beta,\beta,\beta$-trichloroethoxycarbonyl)-glycine ethyl ester in 150 m$\ell$. of ethanol is added a solution of 1.94 g. of potassium hydroxide in 10 m$\ell$. of water with stirring at room temperature. After 30 minutes stirring, the

solution is concentrated under reduced pressure and 50 mℓ.
of water is added to the residue. The aqueous solution is
washed with ethyl acetate, acidified to pH 2.0 with 1N-
hydrochloric acid and extracted with ethyl acetate. The
combined extracts are washed with water, dried over anhydrous
magnesium sulfate and concentrated under reduced pressure.
The crude material is recrystallized from a mixture of ethyl
acetate and ligroin to afford 1.83 g. of 2-($\beta,\beta,\beta$-trichloro-
ethoxycarbonylamino)thiazol-4-yl-N-($\beta,\beta,\beta$-trichloroethoxy-
carbonyl)glycine. Yield 50 %

NMR(ppm, 100 MHz, CDCℓ$_3$) : 4.80(4H,s,Cℓ$_3$CCH$_2$), 4.65(1H,s,
    2-NH), 5.48(1H,broad d, CH), 6.14(1H,broad d,$\alpha$-NH),
    6.95(1H,s,thiazole ring proton).


### Example 40

To a suspension of 3.46 g. of 2-aminothiazol-4-yl-
glycine in 100 mℓ. of N,N-dimethylacetamide is added with
stirring 12.66 g. of $\beta,\beta,\beta$-trichloroethoxycarbonyl chloride
over 30 minutes at room temperature. After 30 minutes stirring,
250 mℓ. of ethyl acetate is added to the reaction mixture and
the resulting solution is washed with 70 mℓ. of 1N-hydrochlo-
ric acid. The organic phase is extracted 3-times with 50 mℓ.
of 3 % potassium hydroxide solution. The combined aqueous
extracts are washed with ethyl acetate, acidified to pH 2.0
with 1N-hydrochloric acid and extracted 3 times each with
100 mℓ. of ethyl acetate. The combined extracts are washed
with water, dried over anhydrous magnesium sulfate and con-
centrated. The oily residue is recrystallized from a mixture

of ethyl acetate and ligroin to afford 510 mg. of 2-(β,β,β-
trichloroethoxycarbonylamino)thiazol-4-yl-N-(β,β,β-trichloro-
ethoxycarbonyl)glycine.  This product is identical with the
compound obtained in Example 39 in all respects.

<u>Example  41</u>

To a suspension of 2.4 g. of 7-amino-3-(1-methyl-1H-
tetrazol-5-ylthiomethyl)-3-cephem-4-carboxylic acid in 20 m$l$.
of dimethylacetamide is added 2.4 g. of α-hydroxy-2-(β,β,β-
trichloroethoxycarbonylamino)thiazol-4-ylacetic acid cyclic
carboxy anhydride (obtained by the procedure described in
Example 4) and the mixture is stirred for 15 hours at room
temperature.  Ethyl acetate (100 m$l$.) is added to the reaction
mixture and filtered.  The filtrate is extracted several
times with 5 % aq. NaHCO$_3$.  The combined extract  is made
pH 3.0 with 10 % aq. HC$l$ and extracted with ethyl acetate.
The ethyl acetate extract is washed with saturated aq. NaC$l$
and dried.  Evaporation of the solvent gives 7β- { α-hydroxy-
(2-(β,β,β-trichloroethoxycarbonylamino)thiazol-4-yl)acetamido } -
3-(1-methyl-1H-tetrazol-5-ylthiomethyl)-3-cephem-4-carboxylic
acid (1.8 g.), which is then dissolved in 100 m$l$. of 90 %
aq. formic acid under ice-cooling.  To this solution is added
1.8 g. of zinc dust and stirred for 1 hour under ice-cooling.
The reaction mixture is filtered and condensed under reduced
pressure.  Water (100 m$l$.) is added to the condensat. and
H$_2$S gas is bubbled into the aqueous solution to precipitate
zinc sulfide.  Zinc sulfide is filtered off and the filtrate
is condensed under reduced pressure and the condensate is

dissolved in 5 % aq. NaHCO$_3$ and the solution is passed through
a column packed with polystyrene resin (Amberlite XAD-2) to
give purified 7β(α-hydroxy-(2-aminothiazol-4-yl)acetamido)-
3-(1-methyl-1H-tetrazol-5-ylthiomethyl)-3-cephem-4-carboxylic
acid sodium salt.

Analysis - Calcd. for C$_{15}$H$_{15}$O$_5$N$_8$S$_3$Na·3H$_2$O:

    C, 32.14; H, 3.78; N, 19.99.  Found:

     C, 32.53; H, 3.77; N, 19.50.

NMR(ppm, 100 MHz, D$_2$O): 3.71(2H,q,2-CH$_2$), 4.14(3H,s,N-CH$_3$),

    5.28(1H,s,>CH-CONH), 5.22(1H,d,6-H), 5.75(1H,d,7-H),

    6.84(1H,s,5-H).

### Example  42

    To a solution of 100.8 mg. of NaHCO$_3$ and 127.6 mg. of
5-mercapto-1-methyl-1H-tetrazole in 10 mℓ. of water is added
486 mg. of sodium 7β-(α-hydroxy-(2-aminothiazol-4-yl)acet-
amido)cephalosporanate.  The mixture is stirred at 55°C for
20 hours.  After cooling the mixture is passed through a
column packed with polystyrene resin (Amberlite XAD-2) to
give purified sodium 7β-(α-hydroxy-(2-aminothiazol-4-yl)-
acetamido)-3-(1-methyl-1H-tetrazol-5-ylthiomethyl)-3-cephem-
4-carboxylate, which is identical with the sample obtained in
Example 41 in all respects.

### Example  43

    To a suspension of 781 mg. of α-ethoxyimino(2-(β,β,β-
trichloroethoxycarbonylamino)thiazol-4-yl)acetic acid in
15 mℓ. of CH$_2$Cℓ$_2$ is added 625 mg. of phorphorus pentachloride.
The mixture is stirred at room temperature for 1 hour.  The

solvent is removed under reduced pressure and to the residue
is added 10 mℓ. of acetone.

On the other hand 7-amino-3-(1-methyl-1H-tetrazol-5-
ylthiomethyl)-3-cephem-4-carboxylic acid (657 mg.) and NaHCO$_3$
(1.68 g.) is dissolved in a mixture of 20 mℓ. of water and
10 mℓ. of acetone. To this solution is added, under ice-
cooling, the foregoing acetone solution is added in a period
of 30 mins. The mixture is stirred at room temperature for
2 hours, and condensed under reduced pressure to remove
acetone. The condensate is washed with ethyl acetate and
made pH 2.0 with 1N-HCℓ and extracted with ethylacetate.
The ethyl acetate extract is washed, dried, and condensed to
give 7β-{ α-ethoxyimino-(2-(β,β,β-trichloroethoxycarbonyl-
amino)thiazol-4-yl)acetamido }-3-(1-methyl-1H-tetrazol-5-
ylthiomethyl)-3-cephem-4-carboxylic acid. 925 mg.

NMR(ppm, 100 MHz, CF$_3$COOD): 1.50(3H,t,CH$_2$CH$_3$), 4.60(2H,q,
    -CH$_2$CH$_3$), 3.85(2H,q,2-CH$_2$), 4.12(3H,s,N-CH$_3$), 4.98
    (2H,s,Cℓ$_3$CCH$_2$-), 5.38(1H,d,6-H), 6.02(1H,q,7-H), 7.91
    (1H,s,5-H).

## Example 44

Sodium 7β-{ α-ethoxyimino-(2-(β,β,β-trichloroethoxy-
carbonylamino)thiazol-4-yl)acetamido } cephalosporanate
(667 mg.), NaHCO$_3$(90 mg.) and 5-mercapto-1-methyl-1H-tetra-
zole(120 mg.) are dissolved to 20 mℓ. of water. The mixture
is stirred at 60°C for 8 hours and filtered. The filtrate is
made pH 2.0 with 1N-HCℓ and the separated solid is collected
to give 7β-{ α-ethoxyimino-(2-(β,β,β-trichloroethoxycarbonyl-

- 57 -
57

amino)thiazol-4-yl)acetamido } -3-(1-methyl-1H-tetrazol-5-
ylthiomethyl)-3-cephem-4-carboxylic acid. (238 mg.) which is
identical with the sample obtained in Example 43 in all
respects.

What we claim is:

1.    A cephem or penam compound [I] having a partial structure of the formula [I]



[I]

wherein $R^1$ represents an amino or hydroxyl group, which may be protected; $R^2$ represents an amino or hydroxyl group, or a group convertible into either or both of these groups; $R^3$ represents hydrogen or a methoxy group, or a group convertible into a methoxy group; and $R^8$ represents hydrogen or a halogen.

2.    A cephem or penam compound [II] having a partial structure of the formula [II]



[II]

wherein each of $R^9$ and $R^{10}$ represents an amino or hydroxyl group; and $R^{11}$ represents hydrogen or a methoxy group.

3.    A cephem or penam compound of the formula [III]:



[III]

wherein A represents a group of the formula:

in which $R^4$ represents hydrogen or a residue of a nucleophilic compound; and each of other symbols has the same meaning as defined in claims 1 and 2 above.

4. A compound of the formula [IV]:



wherein $R^5$ represents a hydroxyl group which may be protected; and each of other symbols has the same meaning as defined in claims 1 and 3 above.

5. A compound of the formula [V]:



wherein each of the symbols has the same meaning as defined in claim 1 above.

6. A process for preparing a cephem or penam compound [I], which comprises reacting a cephem or penam compound [VI] having a partial structure of the formula [VI]:



wherein the symbol $R^3$ has the same meaning as defined above with a compound [V] as defined in

jf

claim 5 above, followed, if necessary, by the
removal of the protective group and/or the
conversion of the convertible group.

7. A process for preparing a compound [VIII] having
a partial structure of the formula (VIII):



[VIII]

which comprises reducing a compound (VII) having a
partial structure of the formula (VII):



[VII]

wherein each of the symbols in formulae VII and
VIII above has the same meaning as defined in
claims 1 and 4 above,

followed if necessary, by the removal of the protective
group and/or the conversion of the convertible group.

8. A process for preparing a compound of the formula
(X):



[ X]

wherein each of the symbols has the same meaning
as defined in claims 1 and 3 above,

which process comprises reacting a compound of the
formula (IX):

$$R^1 \underset{N}{\overset{S}{\diagdown\diagup}} \overset{R^8}{\underset{R^2}{\diagdown}} \text{CHCONH} \quad \overset{R^3}{\underset{O}{\diagup}} \underset{N}{\overset{S}{\diagdown}} CH_2R^6 \qquad [IX]$$
$$COOH$$

wherein $R^6$ represents an acyloxy or carbamoyloxy

group or a halogen; and the other symbols have the

same meanings as defined in claim 1 above

with a nucleophilic compound, followed, if necessary,

by the removal of the protective group and/or the conversion

of the convertible group.

9.   A process for preparing a compound of the formula

(XI):

$$R^1 \underset{N}{\overset{S}{\diagdown\diagup}} \overset{R^8}{\diagdown} \underset{NH_2}{\overset{|}{CHCOOH}} \qquad [XI]$$

(wherein the symbols have the same meanings as

defined above,

which comprises reducing a compound [IV] as defined in

claim 4 above, followed, if necessary, by the removal

of the protective group.

10.   A process for preparing a compound of the formula

(XIV):

$$R^{13} \underset{N}{\overset{S}{\diagdown\diagup}} \underset{Y\ Z}{\overset{|}{C-COOH}} \qquad [XIV]$$

wherein $R^{13}$ represents hydroxyl or amino, which

may be protected; and the other symbols have the

meanings defined below,

which process comprises reacting a compound of the
formula (XII):

$$XCH - \underset{\underset{O}{\parallel}}{C} - \underset{\underset{Y}{}\;\underset{Z}{}}{C} - COOH \qquad [XII]$$

wherein X is a halogen and, when Y is hydrogen, Z
is an amino group, which may be protected; or Y
and Z represent jointly a group of the formula:

$$=NR^5$$

in which $R^5$ is hydroxyl, which may be protected,
and a compound of the formula (XIII):

$$R^{12} - \underset{\underset{\parallel}{O}}{\overset{S}{\overset{\parallel}{C}}} - NH_2 \qquad [XIII]$$

wherein $R^{12}$ represents a lower alkoxy group or
amino group, which may be protected,
followed if necessary, by the removal of the protective
group.

11. A process for preparing a compound of the formula
(XVI):

$$\text{[XVI]}$$

wherein the symbol $R^5$ has the same meaning as
defined in claim 4 above,
which process comprises reacting a compound of the
formula (XV):

$$\text{[XV]}$$

wherein the symbol $R^5$ has the same meaning as
defined above,

with a diazotizing reagent.

12.  A process for preparing a compound of the formula
(XIX):

$$
\begin{array}{c}
R^{14} \quad S \\
\diagdown N \diagup \\
\text{N} \quad \text{CH-COOH} \quad . \qquad [XIX] \\
\text{OH}
\end{array}
$$

wherein the symbol $R^{14}$ has the meaning defined

below,

which process comprises reacting a compound of the

formula (XVII):

$$R^{14}\text{-CS - NH}_2 \qquad [XVII]$$

wherein $R^{14}$ represents an amino group which may be

protected

with trihalogenoacetone in the presence of a base to

obtain a compound of the formula (XVIII):

$$
\begin{array}{c}
R^{14} \quad S \\
\text{N} \quad\quad \text{CHO} \qquad [XVIII]
\end{array}
$$

wherein the symbol $R^{14}$ has the same meaning as

defined above,

subjecting the compound [XVIII] to an addition reaction

with cyanic acid and hydrolysing the resulting product,

followed, if necessary, by the removal of the

protective group.

13.  A process for preparing a compound [VII], which

comprises reacting a compound [VI] with a compound [IV],

followed, if necessary, by the removal of the protective

group and/or the conversion of the convertible group.

14.   A process for preparing a compound of the formula

(XXI):



[XXI]

wherein the symbols have the meanings defined in

the preceding  claims,

which process comprises reacting a compound of the

formula (XX):



[XX]

wherein the symbols have the meanings defined in

the preceding claims

with a nucleophilic compound, followed if necessary,

by the removal of the protective group and/or the

conversion of the convertible group.

15.   A process for preparing a compound of the formula

(XXIII):



[XXIII]

wherein the symbols have the meanings defined

in the preceding claims,

which process comprises reacting a compound of the

formula (XXII):

- jf                          65   190

$$X - CH_2 - \underset{\underset{O}{\|}}{C} - \underset{\underset{NR^5}{\|}}{C} - COOH \qquad [XXII]$$

wherein the symbols have the meanings defined in
the preceding claims,

with a compound [XIII], followed if necessary, by the
removal of the protective group.

ELKINGTON AND FIFE,
Chartered Patent Agents,
High Holborn House,
52/54 High Holborn,
London WC1V 6SH.


Agents for the Applicants