# Defendant's Exhibit 22

MAIL ROOM APR 3 1990 PAT. & TRADEMARK OFF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the Application of

OCHIAI et al.

Serial No. 07/462,492

APPLICATIONS BRANCH

Filed: January 8, 1990

For: CEPHEMS

PRELIMINARY AMENDMENT

Honorable Commissioner of
Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

Prior to an examination on the merits, kindly amend the captioned application as follows:

IN THE TITLE:

Before "CEPHEMS", add --METHODS FOR THE MANUFACTURE OF--

IN THE SPECIFICATION:

Cancel page 2 and substitute the following therefor:

--In accordance with a first aspect of the invention there is provided a process for preparing a cephem compound of the formula:



wherein $R^3$ is hydrogen or methoxy, $R^4$ is hydrogen or a residue of a nucleophilic compound, $R^5$ is hydroxyl or a protected hydroxyl, and $R^8$ is hydrogen or a halogen, or a pharmaceutically acceptable salt or ester thereof, which comprises introducing an acyl group of the formula:

T880X

$H_2N$ S $R^8$ N C – CO – ‖ $NR^5$

wherein $R^5$ and $R^8$ are as defined above into the amino group of the molecule of the formula:

T881X

$R^3$ $H_2N$ S N O COOH $CH_2R^4$

wherein $R^3$ and $R^4$ are as defined above or a salt or ester thereof. In a preferred embodiment, R3 and R8 are hydrogen.

88

In accordance with a second aspect of the invention there is provided a process, wherein the introduction is performed by reacting a compound of the formula:

or a salt or ester thereof, with a compound of the formula:

wherein $R^1$ is an amino group, or a salt or reactive derivative thereof. In a preferred embodiment, the $R^1$ is amino. In a further preferred embodiment, the amino group as $R^1$ is protected amino, and subsequent to said introduction the protective group is removed.

In accordance with a third aspect of the invention there is provided a process for preparing a cephem compound of the formula:

wherein $R^3$ is hydrogen or methoxy, $R^4$ is hydrogen or a residue of a nucleophilic compound and $R^8$ is hydrogen or a halogen, or a pharmaceutically acceptable salt or ester thereof, which comprises reducing a compound of the formula:

wherein $R^1$ is an amino group, $R^5$ represents hydroxyl or a protected hydroxyl group and $R^3$, $R^4$ and $R^8$ are as defined above, or a salt or ester thereof. In a preferred embodiment, the $R^1$ is amino. In a further preferred embodiment, the amino group as $R^1$ is protected amino, and subsequent to said introduction the protective group is removed.

In accordance with a fourth aspect of the invention there is provided a process for preparing a cephem compound of the formula:

wherein $R^3$ is hydrogen or methoxy, $R^4$ is a residue of a nucleophilic compound, $R^5$ is hydroxyl or a protected hydroxyl and $R^8$ is hydrogen or a halogen, or a pharmaceutically acceptable salt or ester thereof, which comprises reacting a compound of the formula:

wherein $R^1$ is an amino group, $R^6$ is acyloxy, carbamoyloxy or a halogen, $R^3$ is hydrogen or methoxy, $R^5$ is hydroxyl or a protected hydroxyl, and $R^8$ is hydrogen or a halogen, or a salt or ester thereof, with a nucleophilic compound. In a preferred embodiment, the $R^1$ is amino. In a further preferred embodiment, the amino group as $R^1$ is protected amino, and subsequent to said introduction the protective group is removed.--

IN THE CLAIMS:

Cancel claims 1-5 and substitute the following claims therefor:

1 --6. A process for preparing a cephem compound of the formula:

wherein $R^3$ is hydrogen or methoxy, $R^4$ is hydrogen or a residue of a nucleophilic compound, $R^5$ is hydroxyl or a protected hydroxyl, and $R^8$ is hydrogen or a halogen, or a pharmaceutically acceptable salt or ester thereof, which comprises introducing an acyl group of the formula:

T920X

wherein $R^5$ and $R^8$ are as defined above into the amino group of the molecule of the formula:

T921X

wherein $R^3$ and $R^4$ are as defined above or a salt or ester thereof.

2 ~~1~~. A process of claim ~~6~~ 1 wherein ~~R3~~ $R^3$ and ~~R8~~ $R^8$ are hydrogen.

8. A process according to claim 6, wherein the introduction is performed by reacting a compound of the formula:

$R^3$
$H_2N$ S
N $CH_2R^4$
O COOH

or a salt or ester thereof, with a compound of the formula:

$R^1$ S $R^8$
N CCOOH
‖
$NR^5$

wherein $R^1$ is an amino group, or a salt or reactive derivative thereof.

9. A process of claim 8 wherein the amino group as $R^1$ is amino.

10. A process of claim 8 wherein the amino group as $R^1$ is protected amino, and subsequent to said introduction the protective group is removed.

11. A process for preparing a cephem compound of the formula:

wherein $R^3$ is hydrogen or methoxy, $R^4$ is hydrogen or a residue of a nucleophilic compound and $R^8$ is hydrogen or a halogen, or a pharmaceutically acceptable salt or ester thereof, which comprises reducing a compound of the formula:

wherein $R^1$ is an amino group, $R^5$ represents hydroxyl or a protected hydroxyl group and $R^3$, $R^4$ and $R^8$ are as defined above, or a salt or ester thereof.

12. A process of claim 11 wherein $R^3$ and $R^8$ are hydrogen.

13. A process of claim 11 wherein the amino group as $R^1$ is amino.

14. A process of claim 11 wherein the amino group as $R^1$ is protected amino, and subsequent to said reduction the protective group is removed.

15. A process for preparing a cephem compound of the formula:

$$\text{H}_2\text{N-thiazolyl}(R^8)\text{-C(=NR}^5\text{)CONH-cephem}(R^3)\text{-CH}_2R^4,\ \text{COOH}$$

wherein $R^3$ is hydrogen or methoxy, $R^4$ is a residue of a nucleophilic compound, $R^5$ is hydroxyl or a protected hydroxyl and $R^8$ is hydrogen or a halogen, or a pharmaceutically acceptable salt or ester thereof, which comprises reacting a compound of the formula:

$$R^1\text{-thiazolyl}(R^8)\text{-C(=NR}^5\text{)CONH-cephem}(R^3)\text{-CH}_2R^6,\ \text{COOH}$$

wherein $R^1$ is an amino group, $R^6$ is acyloxy, carbamoyloxy or a halogen, $R^3$ is hydrogen or methoxy, $R^5$ is hydroxyl or a protected hydroxyl, and $R^8$ is hydrogen or a halogen, or a salt or ester thereof, with a nucleophilic compound.

16. A process of claim 15 wherein R3 $R^3$ and R8 $R^8$ are hydrogen.

17. A process of claim 15 wherein the amino group as $R^1$ is amino.

18. A process of claim 15 wherein the amino group as $R^1$ is protected amino, and subsequent to said reaction the protective group is removed.--

IN THE ABSTRACT:

Rewrite entirely as follows:

--Provided is a process for preparing a cephem compound of the formula:

wherein $R^3$ is hydrogen or methoxy, $R^4$ is hydrogen or a residue of a nucleophilic compound, $R^5$ is hydroxyl or a protected hydroxyl, and $R^8$ is hydrogen or a halogen, or a pharmaceutically acceptable salt or ester thereof, which comprises introducing an acyl group of the formula:

wherein $R^5$ and $R^8$ are as defined above into the amino group of the molecule of the formula:

$R^3$, $H_2N$, S, N, O, COOH, $CH_2R^4$

wherein $R^3$ and $R^4$ are as defined above or a salt or ester thereof.

Also provided is a process, wherein the introduction is performed by reacting a compound of the formula:

$R^3$, $H_2N$, S, N, O, COOH, $CH_2R^4$

or a salt or ester thereof, with a compound of the formula:

$R^1$, S, $R^8$, N, CCOOH, $NR^5$

wherein $R^1$ is an amino group, or a salt or reactive derivative thereof.

Also provided is a process for preparing a cephem compound of the formula:

wherein $R^3$ is hydrogen or methoxy, $R^4$ is hydrogen or a residue of a nucleophilic compound and $R^8$ is hydrogen or a halogen, or a pharmaceutically acceptable salt or ester thereof, which comprises reducing a compound of the formula:

wherein $R^1$ is an amino group, $R^5$ represents hydroxyl or a protected hydroxyl group and $R^3$, $R^4$ and $R^8$ are as defined above, or a salt or ester thereof.

Also provided is a process for preparing a cephem compound of the formula:

wherein $R^3$ is hydrogen or methoxy, $R^4$ is a residue of a nucleophilic compound, $R^5$ is hydroxyl or a protected hydroxyl and $R^8$ is hydrogen or a halogen, or a pharmaceutically acceptable salt or ester thereof, which comprises reacting a compound of the formula:

wherein $R^1$ is an amino group, $R^6$ is acyloxy, carbamoyloxy or a halogen, $R^3$ is hydrogen or methoxy, $R^5$ is hydroxyl or a protected hydroxyl, and $R^8$ is hydrogen or a halogen, or a salt or ester thereof, with a nucleophilic compound.--

REMARKS

The present application is directed to methods for the manufacture of cephems.

Support for the claims involves, inter alia, the generic descriptions at pages 3-4 of the specification as filed, disclosure which is continously found through the parent cases at least as far back as the December 1975 Ochiai 4,098,888 patent. (Priority disclosures under 35 USC § 119 are not, for the present, discussed as they are not seen necessary.) Claim 6 involves reacting a compound of formula (VI), page 3, last line, with a compound such as shown in formula (V), page 4, line 3, that is capable of introducing the desired acyl group. Claim 8 involves reacting a compound of formula (VI), page 3, last line, with a compound of formula (V), page 4, line 3. Claims 9 and 10 are dependent thereon. Claim 11 involves the reduction of the compound (VII), page 4, middle formula. Claims 12-14 are dependent thereon. Claim 15 involves reacting a compound (IX), page 4, last paragraph, with a nucleophlic compound. Claims 16-18 are dependent claims.

It is admitted that the inventions, here, have been published before this application was filed, but in any event ***after*** the earliest 1975 priority date under 35 USC § 120 (and, a fortiori, after the priority dates under 35 USC § 119). Although there have been several patents granted to the applicants for compounds which are the products of the methods of the invention, there is no claim to such methods in any of these granted patents. Thus, the disclosures of the various Ochiai patents have no relevance to the present case.

In terms of prior art, applicant acknowledges that there are some general synthetic methods disclosed, for example, in

Cook et al., U.S. Patent 3,971,778. However, nowhere is there any disclosure of the specific reactants used in the present inventions.

It should also be noted that this case is unlike that of In re Durden, 763 F.2d 1406, 226 USPQ 359 (1985). In Durden, it was obvious from the final product how a particular reaction should proceed. Durden should be limited to its facts in view of the conflicts with that case and a wide variety of conflicting cases which make it clear that the applicant's disclosure should not be used against him. Thus, absence of reason or suggestion in prior art (not from knowledge learned from the applicant's disclosure) is one indication of nonobviousness. Interconnect Planning Corporation v. Feil, 774 F.2d 1132, 1143, 227 USPQ 543, 551 (Fed. Cir. 1985). See also In re Ruff and Dukeshire, 256 F.2d 590, 118 USPQ 340 (1958) (cancellation of unpatentable species from genus is not admission of obviousness of remaining species; equivalency of the species of the original claim is part of applicant's discovery, not prior art); In re Dow Chemical Co., 837 F.2d 469, 5 USPQ2d 1529 (Fed. Cir. 1988) ("Both the suggestion and the expectation of success must be founded in the prior art, not in the applicant's disclosure.") See also In re Kuehl, 475 F.2d 658, 177 USPQ 250 (CCPA 1973); In re Mancy, 499 F.2d 1289, 182 USPQ 303 (CCPA 1974).

Here, unlike Durden, there are several reaction paths given for making valuable pharmaceutical products. This factual distinction, without more, should permit a consideration of the invention as a whole. There is nothing in the prior art that would

suggest the specific reactants used so that the invention as a whole should be deemed patentable.

Respectfully submitted,

Harold C. Wegner
Reg. No. 25,258

WEGNER & BRETSCHNEIDER
P.O. Box 18218
Washington, D.C. 20036-8218
(202) 887-0400

Atty. Docket P-8700-16987K
Date: April 3, 1990

HCW:tm/1.5