# Defendant's Exhibit 23

#22

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Reexamination No. 90/004,950 | Reexamination No. 90/005,200 |
| Filed: April 3, 1998 | Filed: December 22, 1998 |
| U.S. Patent No. 5,583,216 | Group Art Unit: 1611 |
| Issued: December 10, 1996 | Examiner: John M. Ford |
| Title: METHODS FOR THE MANUFACTURE OF CEPHEMS | |

## DECLARATION UNDER 37 C.F.R. § 1.132

Sir:

I, James D. Wuest, hereby declare and state that:

## I.     Background

1.     I am currently a full professor at the University of Montreal in Montreal, Quebec. In 1973 I received my Ph.D. in Organic Chemistry from Harvard University, where I was a National Science Foundation Fellow.   Prior to receiving my Ph.D., I studied Chemistry and Mathematics at Cornell University, where I was a Woodrow Wilson Fellow.

2.     From 1973 to 1980, I was an Assistant Professor of Chemistry at Harvard University and a Fellow at Harvard Medical School. In 1980, I joined the faculty at the University of Montreal and since 1986 I have been a full professor at the University of Montreal. A copy of my curriculum vitae is attached.

3.     I have reviewed the Requests for Reexamination dated April 3, 1998 and December 21, 1998 and the accompanying materials and the Office Actions dated January 14, 1999 and August 3, 1999 and the references cited therein.  I am also familiar with the subject matter disclosed and claimed by U.S. Patent No. 5,583,216 ("the '216 patent").

4.     Claim 1 of the '216 patent recites a method of making a cephem compound

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216

Cephem

which comprises introducing an acyl group bearing a thiazolyl ring substituted with an amino group ($NH_2$-)

Thiazolyl

into the amino group of a 7-aminocephalosporanic acid ("7-ACA"):

- 2 -

... 

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No 5,583,216



7-ACA

## II.    References Cited by the Examiner and the Requestor

5.    None of the references cited by the Requestor and the Examiner (Cocker, Gottstein, Chauvette, Dolfini, and Fieser) discloses or suggests introducing into the amino of a 7-ACA an amino-substituted thiazolyl compound.

6.    The most relevant portion of Cocker discloses reacting the following thienyl compound (or an activated derivative) with a 7-ACA:



7.    Chauvette discloses reacting the following compound with a 7-ACA:



- 3 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216

8.    Gottstein    discloses    reacting    an    S-carboxymethyldithiocarbamate-carboxylic mixed anhydride with a 7-ACA:



(or a functional equivalent, such as a mixed anhydride)

where B represents a mono- or di-substituted nitrogen atom.

9.    Dolfini discloses reacting a 7-ACA with a cyclohexadienyl compound:



10.    Fieser does not relate to any reaction involving a 7-ACA.    Fieser discloses the use of dicyclohexylcarbodiimide (DCC) in peptide synthesis using compounds of the general formulae RCOOH and $H_2N$-R´:

$$RCOOH + H_2N - R' \overset{DCC}{\Rightarrow} RCONHR' + DCC - H_2O$$

But no definition is given for R or R´.  The only example of RCOOH given is an amino acid which is very different from an amino-substituted thiazole compound:

- 4 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216



### III. Based On The State Of The Art Before Ochiai's Disclosure, A Chemist Of Ordinary Skill In This Field Would Have Had Concerns As To Whether Or Not A Process As Recited In Ochiai's Claim 1 Would Work

11.    The novel amino-substituted thiazolyl compound of the '216 patent has significant structural differences from the starting compounds used in the cited references.  It is multi-functional and contains, among others, an amino group, a heterocyclic nitrogen, an oxime group, and an acyl group.  In contrast, the thienyl compound disclosed in Cocker, which is the closest prior art compound, does not have an amino group, nor a heterocyclic nitrogen.  The multi-functionality of the amino-substituted thiazolyl compound of the '216 patent introduces significant reactivities that are not present in the compounds of the cited references.  As a result, the chemistry is not straightforward, and one having ordinary skill in this field would not have had a reasonable expectation (prior to Ochiai's disclosure) that a reaction of the amino-substituted thiazolyl compound with a 7-ACA would successfully lead to the cephem compound of claim 1.  This is because, as will be explained in greater detail below, the structural differences between the amino-substituted thiazolyl compound of the '216 patent and the compounds of the cited references would have raised concerns about whether certain side reactions would prevent the process from working.

12.    In claim 1 of the '216 patent, the amino group substituted on the thiazolyl compound can be protected or unprotected during the reaction with the 7-ACA.  Claim 4, dependent from claim 1, requires $R^1$ in the starting thiazolyl compound to be an amino ($NH_2$).  Therefore, in the process of claim 4, a thiazolyl compound substituted with an unprotected amino group is reacted with a 7-ACA to make a cephem compound.  On the other hand, claim 5, also dependent from claim 1, requires the amino group to be protected.

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216

A.    **A Person Having Ordinary Skill In This Field Would Not Have Had A Reasonable Expectation Of Success That A Thiazolyl Compound Substituted With An <u>Unprotected</u> Amino Group Could Be Introduced Into The Amino Group Of A 7-ACA**

13.    A person having ordinary skill in this field would expect a thiazolyl compound substituted with an unprotected amino group at position 2 to exist in two tautomeric forms:



A                                                    B

Such tautomerism has been observed by several authors, for example, by M. Selim et al. in *Bull. Soc. Chim.* (1965) No. 12, pp. 3527-3531, Posotovskii et al, *Zh. Obshch. Khim.* 29 (1959), p. 608 (*Chem. Abst.* Vol. 54, 1499g), Kaye et al, *J. Org. Chem.* 17, 1952, 737-741 (1952); and Angyal et al., *J. Chem. Soc.* 1461 (1952).

14.    One having ordinary skill in this field would further expect that in a thiazolyl compound substituted with an amino group at the 2 position, the nitrogen of the amino and the nitrogen at position 3 would have a pair of electrons available for sharing with an electrophilic compound:

- 6 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No 5,583,216



two lone pairs of electrons

15.    Accordingly, if a reactive derivative of a 2-aminothiazolyl compound were made for the purpose of reacting with a 7-ACA, one having ordinary skill in this field would be concerned that self-condensation would take place because of the nucleophilicity of the nitrogen in the unprotected amino group.  This would cause the compound to polymerize through the formation of amide bonds as follows:



16.    One having ordinary skill in this field would further be concerned that this self-condensation would take place during the preparation of the activated 2-aminothiazolyl compound before the 7-ACA is added to the medium because of the nucleophilicity of the unprotected amino group on one molecule and the activated carboxylic group on another, such that one skilled in the art would be concerned that an activated 2-aminothiazolyl compound may not be stable enough to be prepared and used subsequently for reaction with a 7-ACA.

17.    Condensation between an unprotected amino group of a 2-aminothiazolyl compound and an acyl group has been well documented.  These references include Ohta, *J.*

- 7 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216

*Pharm. Soc. Japan* 71, (1951), p. 1428 (*Chem. Abst.* (1952) 8099); Zugravescu et al, *Chem. Abst.* (1964), Vol. 60, 1727e; Posotovskii et al, *Zh. Obshch. Khim.* 29 (1959), p. 608 (*Chem. Abst.* Vol. 54, 1499g); and Rice et al, *J. Med. Chem.* (1968), pp. 183-185; and *J.A.C.S.* 74 (1952), p. 3025, all of which disclose reactions between various types of activated derivatives of acids (acid chloride, ester, anhydrides) with 2-aminothiazole compounds.

18.     For example, Rice et al, *J. Med. Chem.* (1968), pp. 183-185 describes the reaction of a 2-aminothiazole with 1,2-cyclohexanedicarboxylic anhydride:



19.     And Ohta, *J. Pharm. Soc. Japan* 71, (1951), p. 1428 (*Chem. Abst.* (1952) 8099) discloses reactions of a 2-aminothiazole with an ester and acid chloride:



R = H, CH$_3$, phenyl

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No 5,583,216



20.    Because a 2-aminothiazolyl compound would be expected to exist in two tautomeric forms, one having ordinary skill in this field would also expect that the heterocyclic nitrogen (nitrogen at position 3) of the 2-aminothiazolyl compound would exhibit nucleophilic character, thus permitting self-condensation to take place through the formation of another amide bond between the heterocyclic nitrogen and the acyl group as follows:



21.    Condensation between the heterocyclic nitrogen of a 2-aminothiazole compound and an acyl group has also been documented in the literature. These references include Ohta, *J. Pharm. Soc. Japan* 71, (1951), p. 1428 (*Chem. Abst.* (1952) 8099); Zugravescu et al, *Chem. Abst.* (1964), Vol. 60, 1727e; Postovskii et al, *Zh. Obshch. Khim.* 29

- 9 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216

(1959), p. 608 (*Chem. Abst.* Vol. 54, 1499g); Fromm et al., *Justus Liebig's Ann. Chem.*, 467 (1928) 246, 263; and Ziegler, *Chem. Abst.* 57, 7258g (1962).

22.    For example, Ohta, *Chem. Abst.* (1952) 8099 studied reactions of 2-amino-4-methylthiazole with benzoyl chloride.    Equimolar amounts of 2-amino-4-methylthiazole and benzoyl chloride gave a 2-amino-substituted thiazolyl derivative.    However, 2 moles of benzoyl chloride gave a product acylated at both exo- and heterocyclic nitrogens:



23.    Further, Zugravescu et al, *Chem. Abst.* (1964), Vol. 60, 1727e described the reaction of 4-methyl-2-aminothiazole with $ClCO_2Et$.    The product obtained was a di-substituted 2-aminothiazole, i.e., condensation occurred at both the exo- and heterocyclic nitrogens of the 2-aminothiazole:

- 10 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216



**B.    A Person Having Ordinary Skill In This Field Would Not Have Had A Reasonable Expectation Of Success That A Thiazolyl Compound Substituted with a <u>Protected</u> Amino Group Could Be Introduced Into The Amino Group Of A 7-ACA**

24.    To avoid this self-condensation problem, one having ordinary skill in this field might try to protect the amino group in the starting 2-aminothiazolyl compound.  The protective group would be expected to make the amino group much less nucleophilic and disfavor its participation in self-condensation.   As a result, when the thiazolyl compound substituted with a protected amino group is reacted with a 7-ACA, one would have thought that self-condensation would not take place.

25.    However, other references teach that even when the amino group of a 2-aminothiazole is substituted (i.e., protected), the heterocyclic nitrogen atom remains available for condensation, so there still would have been a concern that the self-condensation reaction would occur.   See, for example, Kaye et al, *J. Org. Chem.* 17, 1952, 737-741 (1952); Zugravescu et al, *Chem. Abst.* (1964), Vol. 60, 1727e; Posotovskii et al, *Zh. Obshch. Khim.* 29 (1959), p. 608 (*Chem. Abst.* Vol. 54, 1499g).

26.    For example, as shown by Zugravescu et al. and discussed above in paragraph 23, condensation occurred at the heterocyclic nitrogen of a 2-aminothiazolyl compound where the amino group was protected by an acyl group.

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216

27.    Accordingly, if a reactive derivative of a thiazolyl compound substituted with a protected amino group at the 2-position were to react with a 7-ACA, one having ordinary skill in this field would be concerned that self-condensation could occur as follows:



28.    Moreover, one having ordinary skill in this field would be concerned whether protecting the amino group could be achieved without undesired complications. Because a 2-aminothiazolyl compound would be expected to exist in two tautomeric forms, an attempt to protect the amino group may result in the protection of either or both of the heterocyclic and the exocyclic nitrogen atoms:



where R is a protective group.

29.    This is shown, for example, in Kaye et al, *J. Org. Chem.* 17, 1952, 737, 739 (1952). This reference discloses that "2-acetylaminothiazole, on alkylation with benzyl chloride in the presence of lithium amide, gave the nuclear N-alkylated product (II) rather than

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216

the expected N-benzyl-N-(2-thiazolyl)acetamide (I)," i.e., protection (alkylation) occurred at the heterocyclic nitrogen rather than at the expected exocyclic nitrogen:



(II)

(I)

**C.     A Person Having Ordinary Skill In This Field Also Would Not Have Had A Reasonable Expectation That The Process Of Claim 1 Could Be Carried Out Due To Concerns That A 2-Aminothiazolyl Compound Would Exhibit Reactivities Similar To An Isothiourea**

30.     A 2-amino-substituted thiazolyl compound is a cyclic isothiourea. Thus, one having ordinary skill in this field would have been concerned that a 2-amino-substituted thiazolyl compound would exhibit reactivities similar to those of an isothiourea:

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216



isothiourea moiety

31.    It is well known that the carbon atom in position 2 of an isothiourea is a site for nucleophilic attack, and in particular nucleophilic attack by amines. This reaction has been well documented in the literature since as early as 1884:

References that describe this type of reaction include *Chem. Ber.* <u>17</u> (1884) 297; *Chem. Ber.* <u>56</u> (1923) 1326; *Z. Physiol. Chem.* <u>335</u> (1964) 272; *Bull. Soc. Chim. de France* (1960) 383; *Chem. Pharm. Bull.* <u>12</u> (8) (1964) 946; *J. Med. Chem.* <u>14</u> (1971) 737; *Angew. Chem. Internatl. Edit.*, Vol. 6, No. 10 (1967) 862; and *J. Org. Chem.* <u>13</u> (1948) 924.

32.    For example, *Chem. Ber.* <u>17</u> (1884) 297 describes the following reaction:

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216



$$H_2N{-}\underset{\underset{NH}{|}}{\overset{\overset{\displaystyle H}{\overset{\displaystyle HNH}{|}}}{C}}{-}S{-}C_2H_5 \quad \xrightarrow{\quad NH_3 \quad} \quad \underset{\underset{NH}{\|}}{\overset{\overset{H_2N \quad NH_2}{}}{C}} \quad + \quad C_2H_5{-}SH$$

33.   *Chem. Ber.* <u>56</u> (1923) 1326 describes the following reaction:

$$(CH_3)_2N{-}\underset{\overset{|}{H}}{\overset{\bullet\bullet}{N}} \longrightarrow \underset{(CH_3)_2N}{\overset{H_3C{-}S}{}}C{=}N{-}CH_3 \longrightarrow \underset{(CH_3)_2N}{\overset{(CH_3)_2N}{}}C{=}N{-}CH_3 \quad + \quad CH_3SH$$

34.   And *Z. Physiol. Chem.* <u>335</u> (1964) 272 discloses the following reaction:

$$R{-}\underset{\overset{|}{H}}{\overset{\overset{H}{|}}{N}} \longrightarrow \underset{H_2N}{\overset{MeS}{}}C{=}NH \longrightarrow R{-}NH{-}\underset{\overset{|}{NH_2}}{C}{=}NH + MeSH$$

35.   That the carbon atom in position 2 of an amino-substituted thiazolyl compound can undergo the same nucleophilic attack as the corresponding carbon atom of an isothiourea is also documented by literature. For example, in *Chem. Ber.* <u>83</u> (1950) 14, the

- 15 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No 5,583,216

authors described their attempts to hydrolyze the -CN group of the following amino-substituted thiazole compound:



(R = NH$_2$/NHC$_6$H$_5$)

in an alkaline medium, i.e., under nucleophilic conditions.   Instead of hydrolysis of the compound, the authors noted the release of hydrogen sulfide (H$_2$S), which suggested that the compound had degraded through the opening of the thiazole ring caused by nucleophilic attack of the carbon atom at position 2.   The authors then tried hydrolyzing the -CN group of the amino-substituted thiazole compound in an alcoholic medium.   But once again the expected reaction did not take place, and instead the carbon atom at position 2 underwent nucleophilic attack, presumably according to the following mechanism:

- 16 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216



36.    Moreover, a person having ordinary skill in this field would have been concerned that the carbon atom at position 2 of the 2-aminothiazolyl compound of the '216 patent would be more susceptible to nucleophilic attack because of the oxyimino acid substituent at position 4 of the thiazole ring, which withdraws electrons from the thiazole ring, causing the carbon at position 2 to become more electron deficient. See Bunnett, J. F.; Zahler, R. E., *Chem. Rev.*, 1951, 49, 273-412. A person having ordinary skill in the field would have recognized the strong electron-withdrawing effect of the oxime group from the significantly

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216

increased acidity (measured by the pKa values in water at 25°C) of the carboxyl group in α-oximino carboxylic acids, when compared to corresponding carboxylic acids which are not substituted by an oximino group. *See, e.g.*, A. Ahmad et al., *Canad. J. Chem.* (1961), 39, 1340-1359 and references cited therein. For example, the acidity of the following aromatic carboxylic acids increased when they were substituted by an oxime group.



pKa = 4.307*

pKa = 2.27/2.82 (syn/anti)

pKa = 4.664*

pKa = 3.90

(*E.J. King et al., *J. Chem. Soc.* (1961) 275; E.P. Serjeant et al., "Ionisation Constants of Organic Acids in Aqueous Solution" (Pergamon Press)). Moreover, the acidity of the OH group in the oxime is consistently enhanced in α-oximino carboxylic acid derivatives. This is shown, for example, by the compounds studied in J. Armand et al., *Bull. Soc. Chim. Fr.* (1969), 2894-2900 (see pp. 2897 onwards). These data show the enhanced acidity of both the oxime and the carboxylic group in α-oximino carboxylic acid derivatives due to their mutual interaction. They also show the mutual interaction of aromatic rings or double bonds conjugated with α-oximino carboxylic acid derivatives through the significantly increased acidity of both the oxime and the carboxylic groups in these acids with respect to the corresponding acids, in which the α-oximino carboxylic acid unit is separated from the aromatic ring by a $CH_2$ group. Therefore, one having ordinary skill in this field would have

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216

expected the electron-withdrawing effect of the α-oximino group to exist in the instant aminothiazole compound, which would have been expected to decrease the electron density of the conjugated aminothiazole ring, thus causing an increase in reactivity towards a nucleophile at position 2.

37.    Accordingly, in the instant amino-substituted thiazolyl compound, based on the well-documented reactions discussed above and the presence of the oxyimino acid substituent, one would have been concerned that the carbon atom at position 2 in the thiazole ring would exhibit increased sensitivity to nucleophilic attack:



where R is hydrogen or a protective group.

38.    Thus, if one were to react the instant amino-substituted thiazolyl compound, whether the amino group is protected or unprotected, with a 7-ACA, one having ordinary skill in this field would be concerned that the thiazolyl compound would exhibit the same behavior as the isothiourea (cyclic or acyclic) in the presence of a nucleophilic agent, i.e., the amino group of the 7-ACA. Thus, one skilled in the art would be concerned that the amino group of the 7-ACA would attack the carbon atom at position 2, resulting in the synthesis of undesirable products instead of the desired cephem compound:

- 19 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216



Further possible degradation

where $R'NH_2$ denotes 7-ACA.

## IV.    Claims 1 and 2 of the '216 Patent Are Fully Supported By Ochiai's Originally Filed Specification

39.    In the Office Action dated January 14, 1999 at page 8, the Examiner stated that claims 1 and 2 of the '216 patent do not have written description support in U.S. Patent No. 4,098,888 ("the '888 patent"), which contains a specification identical to the originally filed specification. I respectfully disagree. The '888 patent at column 6, lines 64-68 states that reactive derivatives of formula (V) used as starting materials include "acid halide, acid anhydride, mixed acid anhydride, cyclic carboxy-anhydride, active amide, ester, etc., thereof." This disclosure provides support to one having ordinary skill in the art for the concept of introducing an acyl group having the formula recited in claims 1 and 2 of the '216 patent into the amino group of a 7-ACA.

40.    Moreover, the '888 patent contains examples of using acid halides (see, e.g., Example 6), and cyclic carboxy-anhydrides (see, e.g., Example 4) as acyl groups to react with the amino group of a 7-ACA.

- 20 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No 5,583,216

41.    Other references prior to Ochiai's originally filed specification further disclose using mixed acid-anhydrides, active amides, and esters as acyl groups which can react with an amino group.  For example, as shown above, Ohta, *J. Pharm. Soc. Japan* 71, (1951), p. 1428 (*Chem. Abst.* (1952) 8099)) discloses using an ester as an acyl group which reacted with an amino group; Postovskii et al, *Zh. Obshch. Khim.* 29 (1959), p. 608 (*Chem. Abst.* Vol. 54, 1499g), as mentioned above, discloses using an acid anhydride as an acyl group; Vaughan, Jr. et al, *J. Amer. Chem Soc.*, Vol. 74, p. 676 (1952) discloses using mixed carbonic-carboxylic acid anhydrides as acyl groups for reaction with an amino group; Boissonnas, *Helv. Chim. Acta*, Vol. 34, p. 874 (1951) discloses using mixed carboxylic acid anhydrides as acyl groups; and Hofmann et al., *J. Amer. Chem Soc.*, Vol. 74, p. 470 (1952) discloses using carboxylic acid azides as an acyl group which reacted with an amino group.

42.    In addition, the working examples of the originally filed specification of the '888 patent would have shown one of ordinary skill in this field that the potentially interfering reactions discussed above would not prevent the process of claim 1 from being carried out (despite the concerns noted above).   Thus, given Ochiai's originally filed disclosure, it is my opinion that one having ordinary skill in this field would have been enabled to carry out the process of claim 1 using ordinary experimentation.

43.    Ochiai's originally filed disclosure states that the process can be carried out when the amino of the aminothiazolyl compound is protected or unprotected.  Although the specification does not disclose a working example in which the amino is unprotected, in my opinion, one having ordinary skill in this field could have carried out such a process based on the detailed description of this process in the Ochiai disclosure using ordinary experimentation.

44.    In fact, references published after Ochiai's filing date confirm that the process with an unprotected amino group can be carried out in the manner taught by Ochiai's disclosure using ordinary experimentation, notwithstanding the concerns created by the prior art about interfering side reactions.

- 21 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No 5,583,216

45.    For example, Barrett et al, *J. of Antibiotics*, 50(1997):  100-102, report that an acid halide and an active amide of an aminothiazolyl compound with an unprotected amino group could be introduced into an amino group of a cephalosporin derivative using "standard conditions" (p. 102).

46.    In addition, Choi et al, *J. of Antibiotics*, 48(1995):  1371-1374, describe a reaction in which a 2-aminothiazolyl acid was coupled with a 7-aminocephem (p. 1371).

47.    Another example is Ohki et al, *Bioorg. & Med. Chem.*, 5(1997): 1685-1694, which discloses that 7-ACA can be acylated with 2-(2-aminothiazol-4-yl)-2-methoxyiminoacetylchloride hydrochloride (p. 1686).

48.    Another example is Ohki et al, *J. of Antibiotics*, 48(1995): 1049-1051, which discloses that 7-ACA derivatives can be acylated with a 2-aminothiazolyl compound having an unprotected amino group (p. 1050).

49.    Curran et al, *J. Med. Chem.*, 32(1989):  1749-1753, disclose that an activated ester of an aminothiazolyl with an unprotected amino group could be introduced into an amino group of an azamonobactam (p. 1750).

## IV.    There Are Other Potential Routes For Making The Final Product Of Claim 1 Of The '216 Patent

50.    In my opinion, there are various possible alternative pathways for making the cephem compound of claim 1 of the '216 patent.  For example, one of these alternatives is based on a penicillin sulfoxide starting compound, since it is well known that penicillin sulfoxides can be converted into cephem compounds (Morin *et al.*, Chemistry and Biology of ß-Lactam Antibiotics, 1982):

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216



where

R = Protective Group



A = 

B = Nucleophilic compound residue

Compounds having a structure similar to that of the starting compound in the above reaction scheme are shown as structures 65 and 66 on page 21 of Morin *et al.*, id. The last step in the above scheme, which is a displacement reaction, is disclosed at page 87 of Morin *et al.*, id. Although the Morin reference does not specifically disclose coupling of an amino-substituted thiazolyl compound to penicillin sulfoxide, given the examples taught in the Ochiai specification, I would expect that this reaction could be carried out.

51.    I declare further that all statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; and, further, that these statements were made with the knowledge that willful false statements and the like so

- 23 -

Reexamination Nos. 90/004,950 & 90/005,200
U.S. Patent No. 5,583,216

made are punishable by fine and imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the '216 patent.

Subscribed this ___3rd___ day of December, 1999.

_James D. Wuest_

James D. Wuest

- 24 -

TOTAL P.02