UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS, )<br>    Under-Secretary of Commerce for )<br>    Intellectual Property and Director of )<br>    the Patent and Trademark Office )<br>)<br>Defendant. )<br>) | Civil Action No. 06cv1640 (TFH) |

**ORDER**

This matter is before the Court pursuant the parties' cross-motions for summary judgment. Upon consideration of the cross-motions, the oppositions thereto, and the entire record in this case; and the Court having found that there is no issue of material fact in dispute, it is this _____ day of _____, 2007, hereby

ORDERED, that the Plaintiff's Motion for Summary Judgment is hereby DENIED, and it is further

ORDERED, that the Defendant's Cross-Motion for Summary Judgment is hereby GRANTED, and it is further

ORDERED, that Judgment be entered in favor of the Defendant.

 

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE