IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD. )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HON. JON W. DUDAS  )<br>Under Secretary of Commerce for Intellectual  )<br>Property and Director of the United States  )<br>Patent and Trademark Office  )<br>)<br>Defendant.  )<br>) | Civil Action No. 1:06CV01640TFH |

## **ORDER**

This matter is before the Court pursuant to the parties' cross-motions for summary judgment. Upon consideration of the cross-motions, the oppositions and reply's thereto, and the entire record in this case; and the Court having found that there is no issue of material fact in dispute, it is this ____ day of _____, 2007, hereby

ORDERED, that the Plaintiff's Motion for Summary Judgment is hereby GRANTED, and it is further

ORDERED, that the Defendant's Cross-Motion for Summary Judgment is hereby DENIED, and it is further

ORDERED, that Judgment be entered in favor of the Plaintiff.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE