# Polk, Jr., C. Edward

**From:** Polk, Jr., C. Edward
**Sent:** Monday, May 14, 2007 1:20 PM
**To:** 'Valdez, Darrell (USADC)'
**Cc:** 'john.whealan@uspto.gov'
**Subject:** RE: Prior Board Opinion

Darrell,

Any luck on finding it?  I understand that the file is now in the Solicitor's Office.

Best regards,

Ed Polk

---

**From:** Polk, Jr., C. Edward
**Sent:** Tuesday, May 08, 2007 3:10 PM
**To:** 'Valdez, Darrell (USADC)'
**Cc:** 'john.whealan@uspto.gov'
**Subject:** RE: Prior Board Opinion

Thanks for your efforts.

Best regards,

Ed Polk

---

**From:** Valdez, Darrell (USADC) [mailto:Darrell.Valdez@usdoj.gov]
**Sent:** Tuesday, May 08, 2007 3:09 PM
**To:** Polk, Jr., C. Edward
**Cc:** john.whealan@uspto.gov
**Subject:** RE: Prior Board Opinion

We have take the library apart and have searched in the areas you suggested.  Unfortunately, we cannot find the decision.

We are attempting other avenues as a last ditch effort.  I hope to let you know tomorrow.

Darrell

---

**From:** Polk, Jr., C. Edward [mailto:EPolk@foley.com]
**Sent:** Tuesday, May 08, 2007 7:22 AM
**To:** Valdez, Darrell (USADC)
**Cc:** john.whealan@uspto.gov
**Subject:** RE: Prior Board Opinion

Darrell,

Just wanted to follow-up on the status of my request.  Please let me know.

Best regards,

Ed Polk

6/1/2007

**From:** Polk, Jr., C. Edward
**Sent:** Tuesday, May 01, 2007 11:58 AM
**To:** 'Valdez, Darrell (USADC)'
**Subject:** RE: Prior Board Opinion

Thanks!

Best regards,

Ed Polk

---

**From:** Valdez, Darrell (USADC) [mailto:Darrell.Valdez@usdoj.gov]
**Sent:** Tuesday, May 01, 2007 11:34 AM
**To:** Polk, Jr., C. Edward
**Subject:** RE: Prior Board Opinion

Ed:

I am forwarding your request to the PTO. I will see what I can do to get a copy for you.

Darrell

---

**From:** Polk, Jr., C. Edward [mailto:EPolk@foley.com]
**Sent:** Tuesday, May 01, 2007 8:56 AM
**To:** Valdez, Darrell (USADC)
**Subject:** Prior Board Opinion

Darrell,

We are trying to obtain a copy of the Ex Parte Hogan (BPAI 1981) opinion that is referenced in footnote 23 of the Phillips Petroleum decision, 604 F. Supp. 555, 559 n.23 (D. Del. 1985). We cannot find a copy on Westlaw, Lexis or via the PTO's website. However, I recall a shelf in the Solicitor's Office with old BPAI decisions and presume that it may be there, or perhaps the Board has a similar section in its library of old opinions. We are preparing our response and would like a copy of that opinion. Can you check with the PTO to see if they can take care of this request. I can send a formal FOIA request if you prefer.

Best regards,

Ed

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

## Polk, Jr., C. Edward

**From:** Polk, Jr., C. Edward
**Sent:** Wednesday, May 30, 2007 1:59 PM
**To:** Polk, Jr., C. Edward; 'Darrell.Valdez@usdoj.gov'
**Subject:** Re: Prior Board Opinion

Darrell,

Our brief is due Friday. Please confirm that you were unable to find the requested Board opinion. We'd like to wrap this up before we file our response.

Best regards,

C. Edward Polk, Jr.
Sent from my wireless Blackberry

----- Original Message -----
From: Polk, Jr., C. Edward
To: 'Valdez, Darrell (USADC)' <Darrell.Valdez@usdoj.gov>
Cc: 'john.whealan@uspto.gov' <john.whealan@uspto.gov>
Sent: Tue May 08 15:10:22 2007
Subject: RE: Prior Board Opinion

Thanks for your efforts.

Best regards,

Ed Polk

---

>   From: Valdez, Darrell (USADC) [mailto:Darrell.Valdez@usdoj.gov]
>   Sent: Tuesday, May 08, 2007 3:09 PM
>   To: Polk, Jr., C. Edward
>   Cc: john.whealan@uspto.gov
>   Subject: RE: Prior Board Opinion
>
>
>   We have take the library apart and have searched in the areas you suggested.
> Unfortunately, we cannot find the decision.
>
>   We are attempting other avenues as a last ditch effort.  I hope to let you know
> tomorrow.
>
>   Darrell

---

>   From: Polk, Jr., C. Edward [mailto:EPolk@foley.com]
>   Sent: Tuesday, May 08, 2007 7:22 AM
>   To: Valdez, Darrell (USADC)
>   Cc: john.whealan@uspto.gov
>   Subject: RE: Prior Board Opinion
>
>
>   Darrell,
>
>   Just wanted to follow-up on the status of my request.  Please let me know.

1

Best regards,

Ed Polk

---

From: Polk, Jr., C. Edward
Sent: Tuesday, May 01, 2007 11:58 AM
To: 'Valdez, Darrell (USADC)'
Subject: RE: Prior Board Opinion


Thanks!

Best regards,

Ed Polk

---

From: Valdez, Darrell (USADC) [mailto:Darrell.Valdez@usdoj.gov]
Sent: Tuesday, May 01, 2007 11:34 AM
To: Polk, Jr., C. Edward
Subject: RE: Prior Board Opinion


Ed:

I am forwarding your request to the PTO. I will see what I can do to get a copy for you.

Darrell

---

From: Polk, Jr., C. Edward [mailto:EPolk@foley.com]
Sent: Tuesday, May 01, 2007 8:56 AM
To: Valdez, Darrell (USADC)
Subject: Prior Board Opinion


Darrell,

We are trying to obtain a copy of the Ex Parte Hogan (BPAI 1981) opinion that is referenced in footnote 23 of the Phillips Petroleum decision, 604 F. Supp. 555, 559 n.23 (D. Del. 1985). We cannot find a copy on Westlaw, Lexis or via the PTO's website. However, I recall a shelf in the Solicitor's Office with old BPAI decisions and presume that it may be there, or perhaps the Board has a similar section in its library of old opinions. We are preparing our response and would like a copy of that opinion. Can you check with the PTO to see if they can take care of this request. I can send a formal FOIA request if you prefer.

Best regards,

Ed

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

3