## Polk, Jr., C. Edward

**From:** Polk, Jr., C. Edward
**Sent:** Friday, February 23, 2007 9:45 AM
**To:** 'Valdez, Darrell (USADC)'
**Subject:** Expert Deposition

Darrell,

Could you let me know if you are going to go forward with the deposition of our expert. Last time we talked, you were unsure. However, our expert has other matters that require her attention and I didn't want to tie up her schedule unnecessarily. Please let me know.

Best regards,

Ed Polk