# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>HON. JON W. DUDAS, )<br> Under-Secretary of Commerce for )<br> Intellectual Property and Director of )<br> the Patent and Trademark Office )<br> )<br>Defendant. )<br> ) | Civil Action No. 06cv1640 (TFH) |

## UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE

Defendant, the Honorable Jon W. Dudas, Director of the Patent and Trademark Office, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to modify the dispositive motion briefing schedule in the above-captioned matter to enlarge the time for Defendant to file his Reply to Plaintiff's Opposition to Defendant's Cross-Motion for Summary Judgment by an additional one (1) week, to June 29, 2007. In support of this motion, Defendant states as follows:

1. Plaintiff filed a civil action on September 22, 2006, seeking review of a decision by the Board of Patent Appeals rejecting a patent application by Plaintiff.

2. The parties agreed this case is amenable to summary judgment, and proposed a briefing schedule for each party's dispositive motion.

3. On January 9, 2007, Plaintiff filed its Motion for Summary Judgment (Dkt. No. 13), and Defendant filed an Opposition and Cross-Motion for Summary Judgment on April 27, 2007 (Dkt. Nos. 18 and 19). Plaintiff filed an Opposition to the Cross-Motion and Reply memorandum

on June 1, 2007. Dkt. Nos. 20 and 21. Defendant's Reply memorandum is currently due on Friday, June 22, 2007.

    4.    An enlargement is needed because the Solicitor of the United States Patent and Trademark Office is currently out of town and is not available to review the material submitted by counsel for Defendant. A one week enlargement will allow sufficient time for the Solicitor to return and complete the review process.

    5    Pursuant to Local Rule 7(m), counsel for the Defendant contacted Plaintiff's counsel to discuss the above motions. Plaintiff's counsel stated that Plaintiff will not oppose a one week enlargement of time.

For the foregoing reasons, Defendant respectfully requests that the Court extend the time for Defendant to file his Reply memorandum an additional (1) week, up to and including Friday, June 29, 2007.

Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS, )<br>Under-Secretary of Commerce for )<br>Intellectual Property and Director of )<br>the Patent and Trademark Office )<br>)<br>Defendant. )<br>) | Civil Action No. 06cv1640 (TFH) |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Modify Briefing Schedule and the fact that Plaintiff does not oppose a one week enlargement of time, it is this _____ day of June, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that the briefing schedule is modified to the following: Defendant's Reply is due June 29, 2007.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE