DX 30

# USPTO Patent Full-Text and Image Database

[ Home ] [ Quick ] [ Advanced ] [ Pat Num ] [ Help ]
[ Prev. List ] [ Next List ] [ Bottom ] [ View Cart ]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"takeda chemical" AND ACLM/(process OR method)): 1145 patents.**
*Hits 751 through 800 out of 1145*

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ]

[ Refine Search ] an/("takeda chemical") and ACLM/(process or method)

| PAT. NO. | Title |
|---|---|
| 751 5,011,560 | Method of adhesion and composition therefor |
| 752 5,008,405 | Selective etherification |
| 753 5,004,838 | Inosose derivatives, production and use thereof |
| 754 5,000,966 | Quality improvement of alcoholic liquors by enzymatic decomposing of ethyl carbamate |
| 755 4,997,836 | Trisubstituted piperazine compounds, their production and use |
| 756 4,996,236 | Therapeutic composition for hepatic encephalopathy |
| 757 4,994,571 | Process of producing sulfonylurea derivatives |
| 758 4,987,130 | Substituted amine derivatives, their production and use |
| 759 4,986,948 | Molding process for fiber reinforced plastics |
| 760 4,985,447 | Certain benzoquinones, naphthoquinones and derivatives thereof which exhibit thromboxane $A_2$ synthetase inhibition or receptor antagonism and the like |
| 761 4,983,520 | DNA sequence encoding modified hepatitis B virus surface antigen P31 protein |
| 762 4,981,860 | Pyridinium nitrate, composition containing same and their use for inhibiting platelet activating factor |
| 763 4,981,855 | Medicament for psoriasis |
| 764 4,981,799 | Acylamino acid racemase, production and use thereof |
| 765 4,980,478 | Process for producing substituted vinyl pyridine derivatives |
| 766 4,980,464 | Method for production of cephalosporin compounds |

767 4,978,752 T Crystals of cephem hydrochloride
768 4,973,486 T Formulation of lactitol-containing food
769 4,963,581 T Naphthopyran derivatives and use thereof
770 4,962,113 T Pyridinium derivatives, their production and use
771 4,959,362 T Pharmaceutical compositions containing certain ascorbic acid derivatives useful in the prophylaxis and treatment of disorders of the circulatory system
772 4,958,017 T Purification of inosine from guanosine
773 4,956,360 T Thiazolo (5,4-B)azepine compounds
774 4,954,298 T Method for producing microcapsule
775 4,952,560 T Ointment base
776 4,948,786 T Composition for treatment of ischemic disorder in organs
777 4,946,846 T Fused pyrimidines, their production and use
778 4,946,837 T Cephem compounds
779 4,946,779 T Pseudo-aminosugars, their production and use
780 4,946,700 T Method of producing linear curdlan gels
781 4,945,051 T Production of human lysozyme
782 4,945,048 T Process for producing L-sorbose by subculture of seed
783 4,943,666 T Process for producing nitrophenol compound
784 4,939,128 T Ester of ascorbic acid 2-phosphate and pharmaceutical use
785 4,935,356 T Production of interleukin-2
786 4,935,352 T Expression vector for animal cell line and use thereof
787 4,927,964 T Method for production of 2-oxyimino-3-oxobutyric acids
788 4,925,868 T 4-Hydroxy-3-pyrrolin-2-ones and treatment of circulatory disorders therewith
789 4,920,230 T Method of producing nitrogen-containing heteroaromatic compounds having an alkoxy group
790 4,920,150 T Method for production of stabilized sodium ascorbate powder
791 4,912,104 T Tricyclic fused pryimidine derivatives, and their use as pharmaceuticals
792 4,910,331 T Novel process for producing thiolsulfonic acid derivatives
793 4,908,444 T Method of producing cephem compounds
794 4,906,257 T Method of and apparatus for treating waste gas from semiconductor manufacturing process
795 4,904,588 T Method for producing L-sorbose
796 4,904,587 T Production of D-ribose
797 4,902,760 T Cross-linked resins
798 4,897,257 T Method for producing foamable composition
799 4,897,105 T Herbicidal compounds, their production and use
800 4,894,239 T Sustained-release preparation and production thereof



# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Prev. List] [Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"takeda chemical" AND ACLM/(process OR method))**: 1145 patents.
*Hits 801 through 850 out of 1145*

[Prev. 50 Hits]

[Next 50 Hits]

[Jump To]

[Refine Search] an/("takeda chemical") and ACLM/(process or method)

| PAT. NO. | Title |
|---|---|
| 801 4,892,823 | Method for producing 2-keto-L-gulonic acid |
| 802 4,886,656 | Agricultural composition with reduced toxicity to fishes and shellfishes |
| 803 4,883,665 | Process for producing liposome composition |
| 804 4,880,809 | 1,4-disubstituted piperazines (or homopiperazines) as platelet-activating factor antagonists |
| 805 4,880,736 | Production of uridine |
| 806 4,877,735 | Process for producing 2-keto-L-gulonic acid |
| 807 4,877,561 | Method of producing liposome |
| 808 4,876,251 | Tricyclic penam compounds, their production and their use |
| 809 4,876,195 | Process for producing 2-keto-D-glucaric acid |
| 810 4,871,868 | Production of substituted acetylenic compounds |
| 811 4,866,044 | Solubilized composition of poorly-soluble pharmaceutical product |
| 812 4,863,706 | Process for producing zirconium sols and gels, and process for producing zirconia using the same |
| 813 4,857,516 | Coumaran derivatives and their pharmaceutical use |
| 814 4,855,405 | Glutamate receptor inhibitor |
| 815 4,851,413 | Certain benzoquinones, naphthoquinones, corresponding hydroquinones which exhibit thromboxane A.sub.2 synthetase inhibition or receptor antagonism and the like |

816 4,849,350   Novel DNA, production and use thereof
817 4,845,257 T 4-halogeno-2-oxyimino-3-oxobutyric acids and derivatives
818 4,844,911 T Quality improvement of alcoholic liquors
819 4,843,142 T Catalytic process for producing cross-linked resin from phenolic compound and bis-oxazoline
820 4,842,881 T Coating 5'-nucleotide
821 4,842,775 T Reduction of carboxylic esters
822 4,839,285 T Method for production of cytidine and/or deoxycytidine
823 4,837,302 T Cross-linked resin from bis(2-oxazoline) and aromatic compound containing two amino groups
824 4,837,147 T PhO81 promoter of Saccharomyces cerevisiae and use thereof for heterologous gene expression
825 4,835,707 T Automatic analysis method and apparatus for enzyme reaction
826 4,835,302 T Method for producing indan derivatives
827 4,831,111 T Cross-linked resin, composition from bis(2-oxazoline)
828 4,826,872 T Pharmaceutical composition for treatment of cataract
829 4,824,943 T Inosose derivatives and production thereof
830 4,822,818 T Bicycle compounds, their production and use
831 4,816,466 T Piperidine derivatives
832 4,816,390 T Immunochemical assay of carcinoembryonic antigen and reagent therefor
833 4,816,239 T Process for producing zirconium sols and gels, and process for producing zirconia using the same
834 4,812,570 T Method for producing thiazolidinedione derivatives
835 4,810,509 T Method for producing yeast extract
836 4,806,370 T 5'-nucleotide seasoning composition and production thereof
837 4,806,206 T Process for preparing ceramic molding
838 4,804,665 T Azaspiro compounds and their use
839 4,801,703 T Method for production of cephalosporin compounds
840 4,798,886 T Mutual separation of proteins
841 4,794,105 T Method for treatment of swine dysentery
842 4,789,675 T 1,4-benzoxazine derivatives and pharmaceutical use
843 4,780,549 T Ascorbic acid derivatives and their production
844 4,780,313 T Method of stimulating the immune system with a mixture of substances having IL-2 activity and muramyldipeptide
845 4,778,902 T Method of purifying L-ascorbic acid
846 4,778,882 T Method of carrying out chemical dehydration reaction and an apparatus therefor
847 4,778,801 T Isoindolinone derivatives, production and use thereof
848 4,778,689 T Process for producing packaged fish or meat paste products
849 4,772,627 T Ground mixture
850 4,767,870 T Method of purifying L-ascorbic acid

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Prev. List] [Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
(AN/"takeda chemical" AND ACLM/(process OR method)): 1145 patents.
*Hits 851 through 900 out of 1145*

[Prev. 50 Hits]

[Next 50 Hits]

[Jump To] [    ]

[Refine Search] an/("takeda chemical") and ACLM/(process or method)

| PAT. NO. | Title |
|---|---|
| 851 4,766,208 | Method of performing an oxidation reaction |
| 852 4,765,996 | Enriched rye and barley and its production |
| 853 4,764,587 | Cross-linked resin from bis-(2-oxazoline), dicarboxylic acid anhydride and hydroxy carboxylic acid with p catalyst |
| 854 4,761,457 | Process for producing cross-linked resins |
| 855 4,754,026 | Conversion of uracil derivatives to cytosine derivatives |
| 856 4,749,650 | Bacillus containing a 5'inosinate dehydrocenase gene |
| 857 4,748,200 | Thermosetting resins and electrodeposition coating compositions containing the same |
| 858 4,748,154 | Peptide derivatives, their production and use |
| 859 4,741,428 | Supply hopper assembly |
| 860 4,737,518 | Lipid derivatives, their production and use |
| 861 4,731,241 | Percutaneous pharmaceuticals preparation for external use |
| 862 4,731,234 | Process for producing zirconium sols and gels, and process for producing zirconia using the same |
| 863 4,728,721 | Polymer, production and use thereof |
| 864 4,728,610 | Method for producing L-glutamic acid |
| 865 4,727,078 | 7-phenyl-7-(3-pyridyl)-6-heptenoic acid or derivatives thereof which inhibit the activity of thromboxanes synthetase |
| 866 4,725,661 | One-can thermosetting resin compositions |

867 4,725,610 T Thiazolidinedione derivatives, their production and use
868 4,719,153 T Laminated article and process for production thereof
869 4,717,697 T Method of regenerating zeolite to remove acetone and water
870 4,714,774 T Benzoic acid derivatives and their production
871 4,714,611 T Stable composition of gamma-interferon
872 4,711,782 T Prolonged release microcapsules and their production
873 4,705,750 T Promoter plasmid containing the promoter and use thereof in transforming Bacillus
874 4,702,919 T Granules of thiamine salt and the production thereof
875 4,701,413 T Method of producing inosine and/or guanosine
876 4,695,639 T Thiazole derivatives
877 4,695,572 T Isoindolinone derivatives, production and use thereof
878 4,689,404 T Production of cytosine nucleosides
879 4,689,333 T 2-(2-pyridylmethylthio (sulfinyl)) benzimidazoles
880 4,687,669 T Process for production of enriched rice or barley
881 4,686,284 T Production of monomeric human .gamma.-interferon
882 4,683,288 T Polymer and its production
883 4,681,930 T Immune interferon and a method for its extraction and purification
884 4,681,848 T Novel peptide and use thereof
885 4,677,191 T Copolymer and method for producing the same
886 4,672,064 T 1,5-benzoxathiepin derivatives, their production and use
887 4,670,419 T Pharmaceutical composition and its rectal use
888 4,659,809 T Process for production of sugar ketals
889 4,659,808 T Process for producing ketals of 2-ketogulonic acid or its esters
890 4,659,696 T Pharmaceutical composition and its nasal or vaginal use
891 4,659,581 T Method of producing granular chemical seasoning of high specific volume and product
892 4,657,901 T Pharmaceutical composition
893 4,656,131 T Method for producing interferons
894 4,654,304 T Composition for cell cultivation, production and use thereof
895 4,652,443 T Slow-release composite and process for producing the same
896 4,652,441 T Prolonged release microcapsule and its production
897 4,644,012 T Treatment for osteoporosis
898 4,642,365 T Method for production of 1,3,2-dioxaphospholes
899 4,640,916 T 1,4-benzothiazine derivatives, compositions containing them and method of use
900 4,638,000 T Condensed seven-membered ring compounds, their production and use



# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Prev. List] [Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"takeda chemical" AND ACLM/(process OR method)): 1145 patents.**
*Hits 901 through 950 out of 1145*

[Prev. 50 Hits]

[Next 50 Hits]

[Jump To]

[Refine Search] an/"takeda chemical" and aclm/(process or method)

| PAT. NO. | Title |
|---|---|
| 901 4,636,849 | Apparatus for inspecting solid drugs and a method therefor |
| 902 4,627,985 | Processed soybean foods and their production |
| 903 4,614,821 | Method of producing 1,2,3-trithiane compounds |
| 904 4,614,781 | Resin from saponified ethylene-vinyl acetate copolymers, production and use thereof |
| 905 4,612,364 | Method for producing formed product of high molecular compounds |
| 906 4,602,027 | Oxazoleacetic acid derivatives |
| 907 4,600,766 | Process for producing cross-linked resin from bis(2-oxazoline) and aromatic hydroxy-carboxylic acid |
| 908 4,595,741 | Method for producing polyurethane resins |
| 909 4,594,231 | Method for removal of poisonous gases |
| 910 4,593,115 | Method for producing 1-iodoalkyl acylates |
| 911 4,593,000 | Method of producing guanosine |
| 912 4,590,079 | Method and composition for preventing discoloration of meat products |
| 913 4,582,847 | 4-chloro-2-phenylimidazole-5-acetic acid derivatives and use as diuretics and hypotensives |
| 914 4,582,824 | Method for inhibiting activities of platelet activating factor |
| 915 4,579,937 | Catalytic process for producing cross-linked polyesteramide from bis-oxazoline and dicarboxylic acid |
| 916 4,578,336 | Producing nucleosides |

917 4,578,256 T Process for removal of poisonous gases
918 4,577,012 T Method of separation of nucleotides and nucleosides from each other
919 4,576,933 T Method of use of 1-(alkyl for alkylcarbanoyl)-2-carbamoylglycerol derivatives
920 4,575,489 T Streptomyces albulus subsp. ochragerus subsp. nov. culture for making peptide
921 4,571,423 T Substituted 5-aminomethyl-2-acylaminopyrrolo[2,3-d]pyrimidin-4-ones
922 4,569,986 T Process for producing halogen-containing unsaturated polyester
923 4,567,282 T Method of producing (S)-glyceraldehyde acetonide
924 4,564,639 T N-(2,6-Difluorobenzoyl-N-'-(2-fluoro-4-halophenyl)urea
925 4,564,612 T Condensed, seven-membered ring compounds and their use
926 4,564,593 T Messenger RNA, production and use thereof
927 4,563,349 T Superoxide dismutase, its immobilized form, and their production and use
928 4,562,714 T Precoat metal and its production
929 4,558,068 T Spirobenzofuranones and their use in treating peptic ulcers
930 4,557,936 T Soybean-based fibrous food material having improved preservability and texture
931 4,556,547 T Process for treatment of gases
932 4,549,205 T Ampoule inspecting method
933 4,548,932 T 3-Amino-4-oxo-2,3,4,5-tetrahydro-1,5-benzoxazepine derivatives
934 4,547,377 T Stabilized solid compositions
935 4,546,153 T Method for curing polyurethane compounds
936 4,539,326 T 5-Oxo-5H-(1)benzopyrano(2,3-b)pyridine derivatives, their production and use as anti-inflammatory agents
937 4,535,155 T Method for separating cephalosporins
938 4,533,554 T Quinone derivatives and use
939 4,533,495 T Method of producing 2-azetidinone-1-sulfonic acid compounds
940 4,532,115 T Method for removal of poisonous gases
941 4,518,698 T Plasmid and production thereof
942 4,518,602 T Vinyl carboxylic acid derivatives, their production and use as inhibitors of thromboxane synthetase
943 4,517,290 T Method for enzyme immunoassay and peptide-enzyme conjugate and antibody therefor
944 4,514,420 T Antifibrotic agent
945 4,505,788 T Production of p-aminobenzoylglutamic acid by electrochemical reduction
946 4,504,514 T Soybean-based fibrous or granular food material having improved texture
947 4,500,327 T Process for removal of mercury vapor and adsorbent therefor
948 4,497,803 T Inclusion compound of lankacidin-group antibiotic and use thereof
949 4,497,742 T Isomerization of .beta.-lactam compounds
950 4,496,658 T Method for enzyme immunoassay and production of antibody



# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Prev. List] [Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"takeda chemical" AND ACLM/(process OR method)): 1145 patents.**
*Hits 951 through 1000 out of 1145*

[Prev. 50 Hits]

[Next 50 Hits]

[Jump To]

[Refine Search] an/("takeda chemical") and ACLM/(process or method)

| PAT. NO. | Title |
|---|---|
| 951 | 4,495,020 — Primer for bonding polyester plastics |
| 952 | 4,493,894 — Polysaccharide beads |
| 953 | 4,480,033 — Lankacidins production |
| 954 | 4,478,894 — One-pack type thermosetting polyurethane coating composition |
| 955 | 4,476,051 — Method for protecting amino group and restoring the same |
| 956 | 4,474,942 — Cross-linked polyesteramide from bis(2-oxazoline) |
| 957 | 4,474,934 — One-pack type thermosetting polyurethane coating composition from a blocked isocyanate containing an oxadiazinetrione ring |
| 958 | 4,472,383 — Peptide derivatives, their production and use |
| 959 | 4,465,771 — Production of enduracidin and microorganisms therefor |
| 960 | 4,464,530 — Process for production of sugar ketals |
| 961 | 4,463,172 — Process for producing 2-methyl cephem-2-em and 2-methylcephem-3-em derivitaves |
| 962 | 4,462,996 — Aqueous suspension of oxendolone |
| 963 | 4,461,878 — Epoxy resin hardening agents |
| 964 | 4,460,767 — Process for production of sugar ketals |
| 965 | 4,455,306 — Method for concentrating .beta.-lactam antibiotic solution |
| 966 | 4,455,297 — Method for producing pertussis toxoid |
| 967 | 4,452,889 — Method of producing inosine and/or guanosine |

| | | |
|---|---|---|
| 968 | 4,451,587 | Polyurethane foam and its production |
| 969 | 4,448,947 | One-can type pressure-sensitive adhesive composition |
| 970 | 4,446,319 | Aminocyclitols and their production |
| 971 | 4,446,318 | Method for producing 7-aminocephem compounds |
| 972 | 4,443,590 | Composition for polyurethane resins and production of the same |
| 973 | 4,436,753 | Method for therapy of ischemic disease |
| 974 | 4,436,671 | Process for producing unsaturated aliphatic dinitriles |
| 975 | 4,427,630 | Gas deodorization method |
| 976 | 4,425,356 | Lankacidin derivatives used in swine husbandry |
| 977 | 4,424,219 | 9-Thiomaytansinoids and their pharmaceutical compositions and use |
| 978 | 4,421,745 | Antiepileptics |
| 979 | 4,421,533 | Method of removing ozone and composition therefor |
| 980 | 4,412,072 | Isocyanate composition |
| 981 | 4,411,948 | Air filter of three-dimensional mesh-structured webs |
| 982 | 4,409,147 | Carbapenem compounds and their production |
| 983 | 4,409,125 | Process for producing activated fibrous carbon |
| 984 | 4,408,034 | Method for curing urethane resins |
| 985 | 4,405,682 | Method for producing fire-resistant, thermally insulating board |
| 986 | 4,393,075 | Quinone compounds and their use in suppressing the production of SRS-A in mammals |
| 987 | 4,391,908 | Method for producing citric acids |
| 988 | 4,389,484 | Method for producing citric acid |
| 989 | 4,388,312 | Quinone derivatives, their production and use |
| 990 | 4,381,775 | Method for low pressure filtration of plasma from blood |
| 991 | 4,380,541 | Cephalosporin derivatives |
| 992 | 4,380,466 | Hexahydroisoindole derivatives, and their production and use |
| 993 | 4,376,777 | Thiazolidine derivatives use |
| 994 | 4,374,981 | Ultrafiltration of fermentation broth containing nucleosides to separate inosine and guanosine from the broth |
| 995 | 4,372,968 | Granules of sodium ascorbate and the production thereof |
| 996 | 4,371,533 | 4,5-Deoxymaytansinoids, their use and pharmaceutical compositions thereof |
| 997 | 4,369,178 | Glucosamine peptide derivatives, their production and use |
| 998 | 4,368,150 | Method for protecting guanidino group and restoring the same |
| 999 | 4,362,740 | Spiro compounds, their production and use |
| 1000 | 4,362,626 | Ion exchanger of hydrated oxide of Ti, Zr, or Sn and cured polyester, and exchange method |



# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Prev. List] [Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
(AN/"takeda chemical" AND ACLM/(process OR method)): 1145 patents.
*Hits 1001 through 1050 out of 1145*

[Prev. 50 Hits]

[Next 50 Hits]

[Jump To]

[Refine Search] an/"takeda chemical" and aclm/(process or method)

| PAT. NO. | Title |
|---|---|
| 1001 4,362,546 | Tetrahydrophthalamide derivatives, herbicidal compositions and use |
| 1002 4,361,650 | Fermentation process of preparing demethyl maytansinoids |
| 1003 4,360,462 | Process for preparing maytansinol |
| 1004 4,358,461 | Antiallergic agent |
| 1005 4,356,265 | Method for the production of antibiotic C-15003 P-3 |
| 1006 4,355,040 | Hypotensive imidazole-5-acetic acid derivatives |
| 1007 4,349,547 | Suppressing obesity and over-secretion of insulin with 2-(.alpha.-hydroxy-m-trifluoromethylbenzyl)azetidine |
| 1008 4,342,779 | 7-Acetylspirobenzofuranone compound |
| 1009 4,341,769 | 2,6-Diaminonebularines, their production and use |
| 1010 4,340,598 | Hypotensive imidazole derivatives |
| 1011 4,340,485 | Countercurrent liquid-solid contacting apparatus |
| 1012 4,339,586 | Production of pyridoxine |
| 1013 4,337,247 | Tetrapeptidesemicarbazide derivatives and their production and use |
| 1014 4,336,205 | Method for producing aromatic nitriles |
| 1015 4,334,022 | Method for producing mildiomycin |
| 1016 4,332,931 | Process for producing unsaturated polyester |
| 1017 4,332,825 | Citrus food containing a cyclodextrin |
| 1018 4,330,595 | Method for protecting cementware from frost-damage |

1019 4,330,554 T Spirobenzofuranone compounds
1020 4,328,367 T Tetrahydrophthalamide derivatives
1021 4,324,795 T Acaricidal agents
1022 4,323,676 T Process for preparing cephalosporins
1023 4,317,821 T Maytansinoids, their use and pharmaceutical compositions thereof
1024 4,316,018 T Crystallized cephalosporin salts
1025 4,314,998 T 6-Deoxyglucosamine-peptide derivatives, their production and use
1026 4,312,943 T Method for enzyme immunoassay of pancreatic glucagon
1027 4,309,525 T Production of sphere-formed powdery copolymers
1028 4,309,428 T Maytansinoids
1029 4,308,269 T Maytansinoids, pharmaceutical compositions thereof and method of use thereof
1030 4,308,268 T Maytansinoids, pharmaceutical compositions thereof and method of use thereof
1031 4,304,784 T Composition and method for inhibiting platelet aggregation
1032 4,298,600 T Antibiotic C-14482 A.sub.1 and method for producing same
1033 4,298,533 T Production of maleic anhydride
1034 4,298,346 T Virus hemagglutination-inhibition reaction
1035 4,297,449 T Production of crosslinked polymers using an oxazoline derivative
1036 4,296,166 T Air filter of polyurethane mesh containing carbon adsorbent
1037 4,296,107 T Mildiomycin analogs and a method of production
1038 4,293,690 T Production of 2,6-diaminonebularines
1039 4,292,309 T Antibiotics C-14482 B.sub.1, B.sub.2 and B.sub.3
1040 4,292,038 T Formamide-containing latex agglutinating reagent for immunoassay
1041 4,286,088 T Process for preparing 7-aminocephalosporins
1042 4,284,644 T Spirobenzofuranone compounds
1043 4,270,923 T Pretreatment agent for subject fluid in pregnancy test
1044 4,267,376 T Steroid synthesis
1045 4,264,596 T Maytansinoids, pharmaceutical compositions thereof and method of use thereof
1046 4,264,595 T 7-[2-(2-Imino-4-thiazolin -4-yl)-2-(syn)-hydroxy-iminoacetamido]-cephalosporins
1047 4,263,294 T Maytansinoids, pharmaceutical compositions thereof and method of use thereof
1048 4,261,978 T Treatment and prophylaxis of swine dysentery
1049 4,261,709 T Agent for the removal of low molecular weight organic gases
1050 4,260,608 T Maytansinoids, pharmaceutical compositions thereof and methods of use thereof



# USPTO Patent Full-Text and Image Database

[ Home ] [ Quick ] [ Advanced ] [ Pat Num ] [ Help ]
[ Prev. List ] [ Next List ] [ Bottom ] [ View Cart ]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
(AN/"takeda chemical" AND ACLM/(process OR method)): 1145 patents.
*Hits 1051 through 1100 out of 1145*

[ Prev. 50 Hits ]

[ Final 45 Hits ]

[ Jump To ]

[ Refine Search ] an/("takeda chemical") and ACLM/(process or method)

| PAT. NO. | Title |
|---|---|
| 1051 4,260,599 | Antifibrotic substance P-1894B |
| 1052 4,258,033 | 2,6-Diaminonebularines |
| 1053 4,256,773 | Brominated carbonaceous molecular sieve and method of use therefor |
| 1054 4,256,746 | Dechloromaytansinoids, their pharmaceutical compositions and method of use |
| 1055 4,256,728 | Deodorization method |
| 1056 4,255,565 | Production of 2,6-diaminonebularines |
| 1057 4,251,657 | Method for removing protective groups |
| 1058 4,249,006 | Method of producing 5-fluorouracil derivatives |
| 1059 4,248,892 | Antifibrotic agent |
| 1060 4,248,870 | Maytansinoids and use |
| 1061 4,246,040 | Surface treatment method |
| 1062 4,245,047 | Antibiotics produced from the microorganism nocardia |
| 1063 4,229,436 | Antibiotic G-6302 |
| 1064 4,229,292 | Countercurrent liquid-solid contacting apparatus |
| 1065 4,228,239 | Method for producing antibiotic C-15003 P-3 |
| 1066 4,228,003 | Method of removing phosphates from waste water |
| 1067 4,225,586 | Antibiotic SB-72310 |
| 1068 4,212,852 | Method of deodorizing gas containing hydrogen sulfide and ammonia and/or amines |
| 1069 4,210,628 | Removal of nitrogen oxides |

1070 4,207,324 T 1,2-Di-Substituted-4-haloimidazole-5-acetic acid derivatives and their use
1071 4,197,298 T [3-Heterocyclic-7-(2-methoxyimino-2-aminothiazolyl) acetamido]cephalosporins
1072 4,190,656 T Uracil derivatives and production thereof
1073 4,190,580 T Optically active maytansinoids and maytansinoid production method
1074 4,189,485 T Purine derivatives
1075 4,189,472 T Antibiotic C-11924 F-1
1076 4,175,079 T Benzodiazepine derivatives
1077 4,171,305 T Blocked isocyanate
1078 4,162,940 T Method for producing Antibiotic C-15003 by culturing nocardia
1079 4,160,830 T Cephalosporins
1080 4,159,979 T Protected amino acids or peptides
1081 4,153,689 T Stable insulin preparation for nasal administration
1082 4,151,042 T Method for producing maytansinol and its derivatives
1083 4,150,120 T Ophthalmic
1084 4,148,625 T Tetrahydroisophthalimide compounds
1085 4,140,754 T Hemagglutination-inhibition test for togaviruses
1086 4,137,230 T Method for the production of maytansinoids
1087 4,129,654 T Isoxazolo[3,4-d]pyrimidines useful as antiinflammatory-analgesic agents
1088 4,125,805 T Method and apparatus for defect inspection of liquid-filled insulating container
1089 4,122,258 T Process for producing desacetoxycephalosporin derivatives by heating a penicillin-1-oxide in presence of an organic sulfide
1090 4,119,435 T Process of preparing soybean polysaccharides
1091 4,112,073 T Medicinal composition comprising adrenal cortical hormone and thyroid stimulating hormone releasing hormone
1092 4,111,924 T Method for removal of thiol-protecting groups
1093 4,110,537 T Method of producing N.sup.1 -(2-tetrahydrofuryl)-5-fluorouracil
1094 4,109,663 T Tobacco product containing a thermo-gelable .beta.-1,3-glucan-type polysaccharide
1095 4,108,874 T Production of maleic anhydride
1096 4,108,724 T Method for preparing antibiotic P-2563 using Pseudomonas fluorescens
1097 4,105,670 T Spiro[cyclopropane-1,2'-indolin]-3'-ones
1098 4,102,881 T Benzodiazepine derivatives
1099 4,102,806 T Method of producing microcapsules and resulting product
1100 4,092,372 T Catalyst for the production of isoprene



# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Prev. List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
(AN/"takeda chemical" AND ACLM/(process OR method)): 1145 patents.
*Hits 1101 through 1145 out of 1145*

[Prev. 50 Hits]

[Jump To]

[Refine Search] an/("takeda chemical") and ACLM/(process or method)

| PAT. NO. | Title |
|---|---|
| 1101 4,088,755 | Medicament for remedying schizophrenia |
| 1102 4,082,780 | Estradiol derivatives |
| 1103 4,082,764 | Methods for the production of 4H-s-triazolo[4,3-a][1,4]benzodiazepine 5N-oxides |
| 1104 4,070,244 | Method for producing ubiquinone-10 |
| 1105 4,069,316 | Method for producing antibiotic T-42082 and antibiotic T-42082 |
| 1106 4,068,072 | Process for production of 6-aminopenicillanic acid or 7-aminocephalosporanic acid derivatives |
| 1107 4,068,071 | Process for producing 6-aminopenicillanic acid or 7-aminocephalosporanic acid derivatives |
| 1108 4,060,597 | Serological reagent and preparation thereof |
| 1109 4,059,692 | Treating impaired consciousness with glutamyl-L-histidyl-L-prolinamide |
| 1110 4,059,491 | Diluents for rubella virus hemagglutination-inhibition test |
| 1111 4,052,391 | 3-(Disubstituted)aminoisothiazolo[3,4-d]pyrimidines |
| 1112 4,036,948 | L-ascorbic acid tablets |
| 1113 4,036,747 | Adsorbent for recycling artificial kidney |
| 1114 4,034,126 | Process for coating granular materials |
| 1115 4,032,574 | Production of polyetherpolyols useful in preparing rigid polyurethane foams |
| 1116 4,029,883 | Dehydroxylation of aminosugars |
| 1117 4,028,185 | Method for producing L(+)-tartaric acid |
| 1118 4,026,940 | Process for producing alpha-sulfophenylacetic acid derivatives |
| 1119 4,020,269 | Epiminodeaminodeoxyaminoglycoside antibiotics and intermediates |

1120 4,015,019 T Preparation of foaming soybean products and the products therefrom
1121 4,014,860 T Plasminostreptin (enzyme inhibitor) and method for producing it from streptomyces
1122 4,013,509 T Production of L(+)-tartaric acid
1123 4,011,135 T Production of L(+)-tartaric acid
1124 4,010,265 T 8-Alkylpyrido[3,4-d]pyridazines
1125 4,008,994 T Apparatus and method for regeneration of spent wet active carbon
1126 4,008,311 T Composition for controlling sexual behavior of mammals
1127 4,007,267 T Antibiotic B-98891
1128 4,007,014 T Activated carbon revivification equipment
1129 4,005,201 T 7-(Hydroxyphenyl)pyrido(3,4-d)pyridazines
1130 3,997,516 T Method for protecting guanidino group and restoring the same
1131 3,984,401 T Process for producing lactol-type cephalosporins
1132 3,981,970 T Method for the production of a zeolite material
1133 3,979,260 T Production of deacetoxycephalosporin C
1134 3,970,522 T Method for the production of D-ribose
1135 3,969,536 T Method for preparing jelly foods
1136 3,966,778 T Production of 21-phosphate corticords having unprotected hydroxyl radicals at least at the 17.alpha.- and 21-position
1137 3,959,345 T Production of maleonitrile
1138 3,959,280 T 3-(Disubstituted)aminoisothiazolo[3,4-d]pyrimidines
1139 3,954,756 T Method for producing pyrimidine
1140 3,953,293 T Process for the preparation of xylostasin
1141 3,948,726 T Production of cephalosporin C
1142 3,945,888 T Method for the production of cephalosporins
1143 3,941,879 T Method for increasing yield of silkworm cocoons employing juvenile and moulting hormones
1144 3,941,823 T Method for producing isonitrosomalonic esters
1145 3,933,239 T Capsule positioning machine

