# DX 37

UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

#59

APR 1 3 2004

HAROLD C. WEGNER
FOLEY AND LARDNER
WASHINGTON HARBOUR SUITE 500
3000 K. STREET, NW
WASHINGTON, DC 20007-5109

E. THOMAS WHEELOCK
MORRISON & FOERSTER
755 PAGE MILL ROAD
PALO ALTO, CA 94304-1018

In re Reexamination Proceeding:
Michihiko Ochiai *et al*.
Control Nos. 90/004,950 and 90/005,200 : ON PETITION
Filed: April 3, 1998 and December 22, 1998
For: U.S. Patent No. 5,583,216
Issued: December 10, 1996

This is a decision on the patent owner petition filed on September 9, 2002, and the supplemental patent owner petitions filed on October 18, 2002, and December 1, 2003, under 37 CFR 1.181(a)(3) requesting supervisory review of the Technology Center Director's decision of July 15, 2002 to deny petitioner's request that the examiner's answer of February 8, 2002 be stricken from the record. These petitions have been forwarded by the Deputy Commissioner for Patent Examination Policy to the Technology Center Director for treatment as a request for reconsideration of the Technology Center Director's decision of July 15, 2002.

The petition under 37 CFR 1.181 is **granted** to the extent that:

The examiner's answer of February 8, 2002 is **vacated**; and

The reexamination proceeding is being forwarded to the examiner for appropriate action.

Upon further review, a comparison of the examiner's answer of February 8, 2002 with the prior Office actions in the file of this reexamination proceeding reveals that the rationale provided in support of the rejections has been sufficiently expanded that one could reasonably come to the conclusion that the "basic thrust" of the rejections in the examiner's answer of February 8, 2002 differ from those in the prior Office actions. Therefore, it is appropriate that such rejections be considered new rejections and set forth in an Office action reopening prosecution in this

reexamination proceeding. See In re Kronig, 539 F.2d 1300, 1302-03, 190 USPQ 425, 426-27 (CCPA 1976).

It is noted that petitioner has repeatedly complained of the length of time that has been taken to reach a conclusion in this reexamination proceeding. The Technology Center had forwarded the file of this reexamination proceeding to the Board of Patent Appeals and Interferences for a decision on the appeal, and it is at petitioner's insistence that prosecution is now being reopened. Nevertheless, petitioner is free to file a paper requesting that any non-final Office action subsequently issued in this reexamination proceeding be designated as a final Office action so as to permit an appeal from the rejections in such Office action. See Changes to Implement the 2002 Inter Partes Reexamination and Other Technical Amendments to the Patent Statute, 68 Fed. Reg. 70996, 71002 (Dec. 22, 2003), 1278 Off. Gaz. Pat. Office 218, 222 (response to comment 2).

Any inquiry concerning this decision may be directed to William R. Dixon, Jr., by telephone at 571-272-0519.

Bruce M. Kishuk
Director, Technology Center 1600