UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD.<br>1-1, Doshomachi 4-chome<br>Chuo-ku, Osaka 540-8645,<br><br>    Plaintiff<br><br>    v.<br><br>HON. JON W. DUDAS<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States<br>Patent and Trademark Office<br>Madison Building<br>600 Dulany Street<br>Alexandria, VA 22314,<br><br>    Defendant | Civil Action No. 1:06-cv-01640-TFH |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

  Pursuant to Local Rule 83.2(d), C. Edward Polk, Jr., counsel for Plaintiff Takeda Pharmaceutical Co. Ltd. in this matter, and a member in good standing of the bar of this Court, respectfully moves for admission of Leon Radomsky *pro hac vice* as counsel for Plaintiff.

  1. Mr. Radomsky acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct, if he is admitted *pro hac vice*. Mr. Radomsky has not been admitted *pro hac vice* to this court within the last two years and has not been disciplined by any bar.

  2. Mr. Radomsky is an active member in good standing of the bar of the District of Columbia. Mr. Radomsky is also an active member of the bar of Virginia.

  3. In accordance with Local Rule 7(c), a proposed order is attached hereto.

WHEREFORE, C. Edward Polk, Jr. respectfully requests that this Court admit Leon Radomsky *pro hac vice* for the purposes of appearing as counsel for Takeda Pharmaceutical Co. Ltd. in this case.

Respectfully submitted,

By: /s/ C. Edward Polk, Jr.
C. Edward Polk, Jr.
DC Bar No. 472453
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
202-672-5300
202-672-5399 (facsimile)

Dated: July 17, 2007

Dated: July 17, 2007                     Respectfully submitted,


/s/ C. Edward Polk, Jr.
**C. EDWARD POLK**
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
202.672.5300