UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD.<br>1-1, Doshomachi 4-chome<br>Chuo-ku, Osaka 540-8645,<br><br>    Plaintiff<br><br>    v.<br><br>HON. JON W. DUDAS<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States<br>Patent and Trademark Office<br>Madison Building<br>600 Dulany Street<br>Alexandria, VA 22314,<br><br>    Defendant | Civil Action No. 1:06-cv-01640-TFH |

**PROPOSED ORDER**

Upon consideration of the motion and attachment thereto of C. Edward Polk, Jr. (D.C. Bar No. 472453), an active member of the Bar of this Court, for the admission *pro hac vice* of Leon Radomsky, and for good cause shown, it is, this _____ day of _____, 2007,

3

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Leon Radomsky is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE