UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD.<br>1-1, Doshomachi 4-chome<br>Chuo-ku, Osaka 540-8645,<br><br>     Plaintiff<br><br>     v.<br><br>HON. JON W. DUDAS<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States<br>Patent and Trademark Office<br>Madison Building<br>600 Dulany Street<br>Alexandria, VA 22314,<br><br>     Defendant | Civil Action No. 1:06-cv-01640-TFH |

## **DECLARATION OF LEON RADOMSKY**

I, Leon Radomsky, hereby declare and state as follows:

1. I am one of the attorneys for plaintiff Takeda Pharmaceutical Co. Ltd.  I am a resident of the Commonwealth of Virginia.  I desire to be admitted *pro hac vice* in the above matter.

2. I am a senior counsel with the law firm of Foley & Lardner LLP and work in our D.C. offices located at 3000 K. Street, N.W., Suite 500, Washington, D.C. 20007-5109 where my phone number is (202) 945-6090.

3. I am admitted to the bar of the District of Columbia and the bar of Virginia.  I am a member in good standing of these bars.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction and I have not been disciplined in any bar.

5.  I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

6.  I engage in the practice of law from the Foley & Lardner LLP office located in the District of Columbia at 3000 K. Street, N.W., Suite 500 and am a member of the District of Columbia Bar.

Executed on July 17, 2007 in Washington, DC.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
Leon Radomsky