UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAKEDA PHARMACEUTICAL CO. LTD.
1-1, Doshomachi 4-chome
Chuo-ku, Osaka 540-8645,

      Plaintiff

  v.

HON. JON W. DUDAS
Under Secretary of Commerce for Intellectual
Property and Director of the United States
Patent and Trademark Office
Madison Building
600 Dulany Street
Alexandria, VA 22314,

      Defendant

Civil Action No. 1:06-cv-01640-TFH

FILED
JUL 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROPOSED ORDER

Upon consideration of the motion and attachment thereto of C. Edward Polk, Jr. (D.C. Bar No. 472453), an active member of the Bar of this Court, for the admission *pro hac vice* of Leon Radomsky, and for good cause shown, it is, this __17__ day of __July__, 2007,

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Leon Radomsky is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE

4