UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HON. JOHN W. DUDAS, )<br>    Under Secretary of Commerce for )<br>    Intellectual Property and Director of )<br>    the Patent and Trademark Office )<br>)<br>    Defendant. )<br>) | Civil Action No. 06-1640 (TFH) |

**NOTICE OF SUPPLEMENTAL FILING OF EXHIBIT DX 13**

Pursuant to Rule 56, Defendant hereby files exhibit DX 13, which was raised in Defendant's Memorandum of Points and Authorities in Support of Defendant's Cross-Motion for Summary Judgment but inadvertently not attached at filing.

                          Respectfully submitted,

                          /s/ Jeffrey A. Taylor
                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                          United States Attorney

                          /s/ Rudolph Contreras
                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                          Assistant United States Attorney

                          /s/ Darrell C. Valdez
                          DARRELL C. VALDEZ, D.C. BAR # 420232
                          Assistant United States Attorney
                          Judiciary Center Building
                          555 4th St., N.W., Civil Division
                          Washington, D.C.  20530