# Defendant's Exhibit 13

in 40–60% yield.

Coupling of α-guanidinophenylacetic acid (*35*) with benzyl ester (*36*) in the presence of dicyclohexylcarbodiimide was reported by Leanza *et al.* (1965). After acylation was completed, the benzyl group in (*37*) was removed by catalytic hydrogenolysis. The guanidinopenicillins (*38*) were isolated as the zwitterions.

Cephalosporins + Penicillins

$C_6H_5CH$—COOH, NH, $H_2N$—C=NH (*35*) + $H_2N$—[S, $CH_3$, $CH_3$, N, O, $CO_2CH_2C_6H_5$] (*36*) —DCC→ $C_6H_5CH$—CONH—[S, $CH_3$, $CH_3$, N, O, $CO_2CH_2C_6H_5$], NH, $H_2N$—C=NH (*37*) → $C_6H_5CH$—CONH—[S, $CH_3$, $CH_3$, N, O, COOH], NH, $H_2N$—C=NH (*38*)

2. Acylation of 7-Aminocephalosporanic Acid

The first acylation of 7-ACA was reported by Loder and associates (1961). While working on the structure of cephalosporin C they isolated a minute amount of 7-ACA (*39*) and were able to acylate the 7-amino group with phenylacetyl chloride to produce cephaloram (*40*).

$H_2N$—[S, N, O, $CH_2OCOCH_3$, COOH] (*39*) —$C_6H_5CH_2COCl$→ $C_6H_5CH_2CONH$—[S, N, O, $CH_2OCOCH_3$, COOH] (*40*)

The general procedures used most frequently for the acylation of 6-APA, i.e., (a) acid chloride, (b) mixed anhydride, or (c) dicyclohexylcarbodiimide method were also employed successfully for the acylation of 7-ACA. Reactions have been carried out in aqueous or nonaqueous solvents using sodium bicarbonate or an organic base as an acid acceptor. In order to avoid the problem of the insolubility of 7-ACA, esters have frequently been used in the acylation step. Subsequent removal of the ester grouping yields the new cephalosporins.

Edited by E. Flynn

Academic Press (1972)

A large number of 7-arylamidocephalosporanic acids have been synthesized, using modified Schotten–Baumann conditions, by the reaction of acid chlorides of substituted arylacetic acids with 7-ACA (Chauvette *et al.*, 1962; Cocker *et al.*, 1965; Kurita *et al.*, 1966; Kariyone *et al.*, 1970). For example, cephalothin (*42*), a widely used broad spectrum antibiotic, was prepared by treating 7-ACA with 2-thienylacetyl chloride (*41*) in aqueous acetone and sodium bicarbonate. The resulting product was isolated as the potassium or sodium salt in good yield (U.S. Patent 3,218,318).

$CH_2COCl$ —7-ACA→ $CH_2CONH$ … $CH_2OCOCH_3$, COOH

(*41*) (*42*)

Kariyone *et al.* (1970) published a synthesis of 7-[1-(1H)-tetrazolylacetamido]cephalosporanic acid (*45*) carried out by a sequence of *N*-acylation followed by nucleophilic displacement of the acetoxy group. First the sodium salt of 7-ACA was acylated with 1-(1H)-tetrazolylacetyl chloride (*43*) in aqueous acetone and then the acetoxy substituent in (*44*) was displaced by 2-mercapto-5-methyl-1,3,4-thiadiazole in phosphate buffer (pH 6.4) to give (*45*) in good yield. This cephalosporin is known as cefazolin.

$NCH_2COCl$ —7-ACA→ $NCH_2CONH$ … $CH_2OCOCH_3$, COOH

(*43*) (*44*)

↓ HS–(N–N, S)–$CH_3$

$NCH_2CONH$ … $CH_2S$–(N–N, S)–$CH_3$, COOH

(*45*)

When hydrolysis of an acid chloride by the water in the solvent completes

Case 1:06-cv-01640-TFH Document 26-2 Filed 08/08/2007 Page 4 of 8



in dry organic solvents such as chloroform or methylene chloride in the presence of triethylamine. This technique was used to acylate 6-APA and 7-ACA with pyridineacetyl chlorides by Stedman *et al.* (1967) and with 3- and 4-substituted sydnoneacetyl chlorides by Naito *et al.* (1968a, b). It was also used in the preparation of 7-(4-pyridylthio)acetamidocephalosporanic acid (*47*), an antibacterial agent known as cephapirin (U.S. Patent 3,503,967). Freshly prepared 4-pyridylmercaptoacetyl chloride (*46*) was added to a solution of 7-ACA in methylene chloride and triethylamine, and the resulting cephalosporin (*47*) was isolated in 75% yield.

$SCH_2COCl$ → (7-ACA, $CH_2Cl_2$, $Et_3N$; 75%) → $SCH_2CON(H)$– … $CH_2OCOCH_3$, COOH

(*46*) (*47*)

This cephalosporin derivative was also obtained by the interaction of 7-($\alpha$-bromoacetamido)cephalosporanic acid (*49*) and 4-mercaptopyridine (*48*) in sodium bicarbonate.

SH + $BrCH_2CON(H)$– … $CH_2OCOCH_3$, COOH → (*47*)

(*48*) (*49*)

Application of the mixed anhydride technique for the acylation of 7-ACA was demonstrated in the preparation of cephacetrile (*51*), another promising cephalosporin antibiotic (Neth. Patent 6,600,586). The interaction of cyanoacetic acid [(*50*) X = OH] and trichloroacetyl chloride or pivaloyl chloride in tetrahydrofuran in the presence of triethylamine afforded the reactive anhydride which was immediately coupled with 7-ACA in tetrahydrofuran to give 7-cyanoacetamidocephalosporanic acid (*51*) in almost quantitative yield. An alternative preparation of cephacetrile (*51*) was also achieved in high yield by condensing cyanoacetyl chloride [(*50*) X = Cl] with 7-ACA in methylene-chloride in the presence of tributylamine.

$NCCH_2COX$ → (7-ACA; $Cl_3CCOCl/(C_2H_5)_3N$) → $NCCH_2CON(H)$– … $CH_2OCOCH_3$, COOH

(*50*) (*51*)

Kurita *et al.* (1966) and Spencer *et al.* (1966) carried out the acylation of 7-ACA with DL, L, and D amino acids. These reactions presented a problem frequently encountered in peptide chemistry, namely, the selection of a convenient amino protective group removable under conditions in which the bicyclic ring system remains intact. Spencer and associates discovered that the *t*-butoxycarbonyl protective group could be removed successfully under acidic conditions after the preparation of cephalosporin amino acid derivatives while the same conditions, as reported by Ekstrom *et al.* (1965), destroyed the corresponding penicillin derivatives. This result clearly demonstrated a greater acid stability of the cephalosporin nucleus relative to the penicillin nucleus. Both groups of investigators employed the mixed anhydride technique to couple 7-ACA with the N-protected amino acids. For example, the synthesis of cephaloglycin (*54*) is presented below. First, the mixed anhydride was prepared by condensing D-α-*t*-butoxycarboxamidophenylacetic acid (*52*) with isobutyl chloroformate in tetrahydrofuran in the presence of triethylamine. This derivative was added to a cold solution of 7-ACA triethylammonium salt in 50% aqueous tetrahydrofuran. The resulting product (*53*) was isolated in 74% yield. The *N*-*t*-butoxycarbonyl protecting group in (*53*) was removed with 50% aqueous formic acid, and cephaloglycin (*54*) was isolated in 32% yield. When the cleavage of (*53*) was performed with trifluoroacetic acid, the corresponding trifluoroacetate salt of cephaloglycin was obtained and subsequently converted to cephaloglycin by treatment with Amberlite LA-1. Similar reactions were also run using *p*-nitrobenzyl, benzyloxycarbonyl, and

$C_6H_5CH(NHCO_2C(CH_3)_3)$—COOH (*52*)

(1) $(C_2H_5)_3N$
(2) $(CH_3)_2CHCH_2OCOCl$
(3) 7-ACA·$N(C_2H_5)_3$
(4) $H^+$

$C_6H_5CH(NHCO_2C(CH_3)_3)$—CONH— [cephem: S, N, O, $CH_2OCOCH_3$, COOH] (*53*)

HCOOH

$C_6H_5CH(NH_2)$—CONH— [cephem: S, N, O, $CH_2OCOCH_3$, COOH] (*54*)

β-dicarbonyl protecting groups. Since the problem of ...

analyzer. This analytical technique was especially useful when the D isomers proved to be more potent than the corresponding L isomers against most microorganisms.

Kurita *et al.* (1966) described an alternative synthesis of cephaloglycin. α-Azidophenylacetyl chloride (*55*) was reacted with 7-ACA in aqueous acetone in the presence of sodium bicarbonate. The resulting α-azidophenylacetamidocephalosporanic acid (*56*) was then reduced with Raney nickel catalyst in aqueous solution at a pressure of 3 atm for 45 minutes. The desired product (*54*) was isolated in low yield.

$C_6H_5CH(N_3)$—COCl (*55*) —7-ACA→ $C_6H_5CH(N_3)$—CONH— [cephem] —$CH_2OCOCH_3$, COOH (*56*) → (*54*)

The availability of 7-aminodeacetoxycephalosporanic acid (7-ADCA) (*57*) enabled Ryan and co-workers (1969) to prepare many amino acid derivatives of 7-ADCA on a laboratory scale. They used a method similar to that employed in the synthesis of cephaloglycin. *N-t*-Butoxycarbonyl-D-phenylglycine (*58*) was condensed with 7-ADCA (*57*) by the mixed anhydride method. The *t*-butoxycarbonyl protecting group in (*59*) was removed with trifluoroacetic acid and the desired D-phenylglycine derivative of 7-ADCA (*60*), known as cephalexin, was isolated by treatment with Amberlite LA-1 exchange resin. The same product (*60*) was also obtained by reductive cleavage of the acetoxyl group from cephaloglycin.

$C_6H_5CH(NH$—Boc)—COOH (*58*) + $H_2N$— [cephem] —$CH_3$, COOH (*57*)

—$N(C_2H_5)_3$, iso-BuOCOCl→

$C_6H_5CH(NH$—Boc)—CONH— [cephem] —$CH_3$, COOH (*59*)

—$CF_3COOH$→

$C_6H_5CH(NH_2)$—CONH— [cephem] —$CH_3$, COOH (*60*)

Chauvette and associates (1971) reported an improved synthesis of cephalexin. The *N-t*-butoxycarbonyl-D-α-phenylglycine (*61b*) or *N*-trichloroethyloxycarbonyl-D-α-phenylglycine (*61a*) was condensed with 7-ADCA trichloroethyl ester (*62*) in a mixed anhydride coupling reaction in a wide variety of solvents, using methyl chloroformate to form the mixed anhydride. The doubly protected derivatives (*63a, b*) were isolated in nearly quantitative yields. Both trichloroethyl groups in (*63a*) were removed using zinc dust in 90% aqueous formic acid and the desired cephalexin (*60*) was isolated in approximately 60% yield. In the case of the *N-t*-butoxycarbonyl derivative [(*63b*) $R_1 = CH_2CCl_3$], the protective groups were removed by a stepwise procedure. First the trichloroethyl ester group was removed with zinc dust and acetic or formic acid in dimethylformamide to give *N-t*-butoxycarbonyl cephalexin [(*63b*) $R_1 = H$] in approximately 90% yield. Then the second protective group in (*63b*) was easily removed with *p*-toluenesulfonic acid in acetonitrile, and the resulting cephalexin (*60*) was isolated in 70% yield as the zwitterion.

$C_6H_5CH(NHR)$—COOH + $H_2N$—[cephem: S, N, O, $CH_3$, $COOCH_2CCl_3$]

(*61a*) $R = COOCH_2CCl_3$
(*61b*) $R = COOC(CH_3)_3$

(*62*)

↓

(*60*) ⟵ $C_6H_5CH(NHR)$—CONH—[cephem: S, N, O, $CH_3$, $COOR_1$]

(*63*)

The dicyclohexylcarbodiimide method has been used less often than the other two methods for *N*-acylation of 7-ACA. Nevertheless, several heterocyclic acids have been activated with dicyclohexylcarbodiimide and coupled with 7-ACA in organic solvents (U.S. Patent 3,218,318).

An improved procedure for the preparation of 7-acylamidocephalosporanic acids by acylating the 7-ACA esters which are soluble in organic solvents was also reported. The best results were achieved by using the silyl esters of 7-ACA since the ester group was easily removed by mildly acidic conditions during the workup

(70)

(1) $C_6H_5SCH_2COCl$
(2) $Zn/CH_3COOH$

(69)

The 3-alkoxymethyl and 3-alkylthiomethyl-3-cephem derivatives (esters or acids) were acylated by acid chloride or mixed anhydride method. In the case of esters, the protecting group was removed after acylation (Webber *et al.*, 1971; Belg. Patents 734,532, 734,533). For example, 3-alkoxymethyl-7-phenoxyacetamidocephalosporin acids (*72*) were prepared by acylation of 7-amino-3-alkoxymethyl-3-cephem-4-carboxylate esters (*71*) with phenoxyacetyl chloride followed by ester cleavage.

(1) $C_6H_5OCH_2COCl$
(2) $H^+$

(71) (72)

Condensation of alkylisocyanates (*73*) with the triethylammonium salt of 7-ACA in methylene chloride afforded 7-alkylureidocephalosporanic acid (*74*) (Fr. Patent 1,397,509).

R—N=C=O

7-ACA
$(C_2H_5)_3N$

(73) (74)