IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS )<br>Under Secretary of Commerce for Intellectual )<br>Property and Director of the United States )<br>Patent and Trademark Office )<br>)<br>Defendant. ) | Civil Action No. 1:06-cv-1640-TFH |

## NOTICE OF CLARIFICATION

Plaintiff, Takeda Pharmaceutical Company Limited ("Takeda"), hereby files this brief statement to correct what could be construed as an inaccurate statement during today's hearing on the parties' cross motions for summary judgment. During the hearing, counsel for Takeda represented that the Board did not cite to the Federal Circuit's opinion in *Geneva Pharms., Inc. v. GlaxoSmithKline PLC*, 349 F.3d 1373 (Fed. Cir. 2003).

Counsel wishes to inform the Court that the Board did reference this case in the context of an issue that is not on appeal, *i.e.*, whether Takeda is entitled to the shield of Section 121 of the Patent Act based upon the restriction requirement by Examiner Rizzo, finding two patentably distinct processes in the specification of the '216 patent. See Board Op. at page 19. Takeda is not arguing to this Court that Section 121 prevents the Board from making a double patenting rejection. Nevertheless, Counsel should have noted that the Board did cite *Geneva* for this unrelated issue. Counsel for Takeda apologizes for any confusion on this point.

Dated: August 9, 2007

                                                Respectfully submitted,

                                                /s/   C. Edward Polk, Jr.
C. Edward Polk, Jr., DC Bar No. 472453
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, DC 20007
(202) 672-5300

Attorney for Plaintiff