IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO. LTD.    )<br>                                                              )<br>            Plaintiff,               )<br>                                                              )<br>       v.                                    )<br>                                                              )<br>HON. JON W. DUDAS                        )<br>Under Secretary of Commerce for Intellectual  )<br>Property and Director of the United States    )<br>Patent and Trademark Office              )<br>                                                              )<br>            Defendant.            ) | Civil Action No. 1:06-cv-1640-TFH |

## NOTICE OF EXHIBIT USED DURING ORAL ARGUMENT

Plaintiff, Takeda Pharmaceutical Company Limited ("Takeda"), hereby responds to this Court's Order dated 8/20/07 for Takeda to "file a copy of the appellate brief submitted in U.S. Steel Corp. v. Phillips Petroleum Co., Nos. 88-1166 & 88-1171 (Fed. Cir.), that it cited during the hearing held on August 9, 2007." The referenced brief is attached with this Notice. Counsel refers this Court to pages 44-45 of the attached brief (.pdf pages 66 thru 67), and in particular to section IV.D.3 titled "The Fact that Later-Developed Processes Can Be Used To Make Solid Polypropylene Is Irrelevant," as the portion of the brief reference by Counsel for Takeda during the August 9th hearing.

Dated: August 21, 2007

                                        Respectfully submitted,

                                          /s/   C. Edward Polk, Jr.
                                        C. Edward Polk, Jr., DC Bar No. 472453
                                        FOLEY & LARDNER LLP
                                        3000 K Street, N.W.
                                        Washington, DC 20007
                                        (202) 672-5300
                                        Attorney for Plaintiff