UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS, )<br>Under Secretary of Commerce for )<br>Intellectual Property and Director of the )<br>Patent and Trademark Office, )<br>)<br>Defendant. )<br>) | Civ. No. 06-1640 (TFH) |

### ORDER

For the reasons given in the memorandum opinion filed herewith, the Court

**GRANTS** Plaintiff's motion for summary judgment (# 13) and

**DENIES** Defendant's cross-motion for summary judgment (# 18).

Accordingly, the Court directs the Clerk of Court to enter judgment in favor of

Plaintiff.

**SO ORDERED**.

September 18, 2007

                                             /s/
                                    Thomas F. Hogan
                                       Chief Judge