A0450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA

TAKEDA PHARMACEUTICAL CO.,LTD.,
                Plaintiff

JUDGMENT IN A CIVIL CASE

V.

HON. JON W. DUDAS,
Under Secretary of Commerce for Intellectual Property
and Director of the Patent and Trademark Office

Case Number:  CA 06-1640

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IN THE ABOVE-ENTITLED CAUSE IS ENTERED IN FAVOR OF THE PLAINTIFF, TAKEDA PHARMACEUTICAL CO.,LTD., AGAINST THE DEFENDANT, HON JON W. DUDAS.

Dated: 9/24/07

NANCY MAYER-WHITTINGTON, Clerk

By: _____
        Deputy Clerk