UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>HON. JON W. DUDAS, )<br>    Under-Secretary of Commerce for )<br>    Intellectual Property and Director of )<br>    the Patent and Trademark Office )<br> )<br>    Defendant. )<br> ) | Civil Action No. 06cv1640 (TFH) |

**DEFENDANT'S NOTICE OF APPEAL**

Defendant Jon Dudas, Under-Secretary of Commerce for Intellectual Property and Director of the Patent and Trademark Office, through undersigned counsel, gives Notice that he hereby appeals to the United States Court of Appeals for the Federal Circuit, pursuant to 28 U.S.C. § 1295(a)(4)(C), from this Court's September 24, 2007, Memorandum Opinion (Dkt. No. 31) and Order and Judgment (Dkt. Nos. 32 and 33) granting Plaintiff's Motion for Summary Judgment and denying Defendant's Cross-Motion for Summary Judgment.

November 21, 2007                                     Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843